IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
AC, a minor by his mother           )
and next friend                     )
Deborah Clark, and                  )
Deborah Clark                       )
in her own behalf                   )
540 Columbia Road, N.W.             )
Washington, D.C. 20001              )


JLB, a minor by his mother          )
and next friend                     )
Gloria Jean Barnes, and             )
Gloria Jean Barnes                  )
in her own behalf                   )
3605 10th Street, N.W.              )
Washington, D.C. 20010              )


CB, a minor by his mother           )
and next friend                     )
Alberta Bates, and                  )
Alberta Bates                       )
in her own behalf                   )
1319 Trinidad Street, N.E.          )
Washington, D.C. 20002              )


JB, a minor by his mother           )
and next friend                     )
Alberta Bates, and                  )
Alberta Bates                       )
in her own behalf                   )
1401 Newton Street, N.W.            )
Washington, D.C. 20010              )


TB, a minor by his mother           )
and next friend                     )
Roberta Gray Randolph, and          )
Roberta Gray Randolph,              )
```

```
in her own behalf                        )
619 Columbia Road, N.W.                  )
Washington, D.C. 20001                   )
                                         )
                                         )   CIVIL ACTION NO._____
JD, a minor by his mother                )
and next friend                          )
Melvina Eleanora Buchanan, and           )
Melvina Eleanora Buchanan                )
in her own behalf                        )
1138 Abbey Place, N.E.                   )
Washington, D.C. 20002                   )

ME, a minor by his mother                )
and next friend                          )
Minnie Lee Elliott, and                  )
Minnie Lee Elliott                       )
in her own behalf                        )
1345 Saratoga Avenue, N.E.               )
Apartment No. 3                          )
Washington, D.C. 20018                   )


CG, a minor by his father                )
and next friend                          )
Calvin Harold Gilbert, and               )
Calvin Harold Gilbert                    )
in his own behalf                        )
1347 G Street, S.E.                      )
Washington, D.C. 20003                   )

RG, a minor by her mother                )
and next friend                          )
Michelle Regina Green, and               )
Michelle Regina Green                    )
in her own behalf                        )
635 Condon Terrace, S.E.                 )
Washington, D.C. 20032                   )


JI, a minor by his mother                )
and next friend                          )
Geraldine Ingram, and                    )
Geraldine Ingram                         )
1507 Ft. Dupont Street, S.E.             )
Washington, D.C. 20020                   )


AI, a minor by his mother                )
and next friend                          )
Pamela Michelle Isaacs, and              )
Pamela Michelle Isaacs                   )
in her own behalf                        )
913 Bellevue St., S.E.                   )
```

```
Apartment No. 1                        )
Washington, D.C. 20032                 )


NJ, a minor by his mother              )
and next friend                        )
Jackie Rhames Michell, and             )
Jackie Rhames Michell, and             )
in her own behalf                      )
1314 Decatur Street, N.W.              )
Washington, D.C. 20011                 )

KJ, a minor by his mother              )
and next friend
Kendra Louise Jenkins and              )
Kendra Louise Jenkins                  )
in her own behalf                      )
1722 West Virginia Avenue, N.E.        )
Apartment No. 1                        )
Washington D.C. 20002                  )

MJ, a minor by her mother              )
and next friend                        )
Carolyn Denise Jenkins and             )
Carolyn Denise Jenkins                 )
in her own behalf                      )
5005 Bass Place, S.E.                  )
Apartment No. 202                      )
Washington, D.C. 20019                 )

CJ,
709 10th Street, N.E.                  )
Washington, D.C. 20002                 )

ML, a minor by his mother              )
and next friend                        )
Janeise Tomika Archie, and             )
Janeise Tomika Archie                  )
in her own behalf                      )
1509 Crittenden Street, N.W.           )
Washington, D.C. 20011                 )


PN, a minor by his mother              )
and next friend                        )
Polly Diana Davis, and                 )
Polly Diana Davis                      )
in her own behalf                      )
829 50th Place, N.E.                   )
Washington, D.C. 20019                 )


MR, a minor by her mother              )
and next friend                        )
```

```
Helen Louise Brandon, and           )
Helen Louise Brandon                )
in her own behalf                   )
6316 8th Street, N.W.               )
Washington, D.C. 20011              )

CS, a minor by his mother           )
and next friend                     )
Bernadette Snead, and               )
Bernadette Snead                    )
in her own behalf                   )
3224 E Street, S.E.                 )
Apartment No. 3                     )
Washington, D.C. 20019              )

TS, a minor by his mother           )
and next friend                     )
Dalonda Marchell Stevens, and       )
Dalonda Marchell Stevens            )
in her own behalf                   )
2705 Robinson Place, S.E.           )
Apartment No. 401                   )
Washington, D.C. 20020              )


TT, a minor by her mother           )
and next friend                     )
Susan Penelope Thompson, and        )
Susan Penelope Thompson             )
in her own behalf                   )
712 4th Street, N.E.                )
Washington, D.C. 20002              )


RW, a minor by his mother           )
and next friend                     )
Utopia Sherdel Ward, and            )
Utopia Sherdel Ward                 )
in her own behalf                   )
154 36th Street, N.E.               )
Apartment No. 4                     )
Washington, D.C. 20019              )

MW, a minor by his mother           )
and next friend                     )
Janet Anita Graves, and             )
Janet Anita Graves                  )
in her own behalf                   )
1525 28th Street, S.E.              )
Apartment No. 202                   )
Washington, D.C. 20020              )


JW, a  minor by his mother          )
```

```
and next friend                          )
Ernestine Randolph, and                  )
Ernestine Randolph                       )
in her own behalf                        )
619 Columbia Road, N.W.                  )
Washington, D.C. 20001                   )


SW, a  minor by her mother               )
and next friend                          )
Ernestine Randolph, and                  )
Ernestine Randolph                       )
in her own behalf                        )
619 Columbia Road, N.W.                  )
Washington, D.C. 20001                   )

KW, a minor by his mother                )
and next friend                          )
Keisha Latoya Wright, and                )
Keisha Latoya Wright                     )
in her own behalf                        )
1209 7th Street, N.W.Apartment No. 302
Washington, D.C. 20001


                                         )

        Plaintiffs                       )

                                         )

        v.                               )

                                         )

DISTRICT OF COLUMBIA,                    )
a municipal corporation                  )
441 4th Street, N.W.                     )
Washington, D.C. 20001                   )
                                         )

        Defendant                        )

_____)
```

## COMPLAINT
(For Attorney's fees)

Come now the hereinabove named minor plaintiffs, by their hereinabove named next friends, and come now the hereinabove

named adult plaintiffs, and for their cause of action against defendant District of Columbia, allege and say:

### NATURE OF ACTION

1. This is an action seeking recovery of attorneys' fees in administrative proceedings and this judicial proceeding against the District of Columbia Public Schools, in which the plaintiffs were the prevailing parties or have obtained an altered relationship between the parties in a manner favorable to plaintiffs.

### JURISDICTION

2. This Court has jurisdiction pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C., Sec. [1400-1485], Sec. 1403 (a) and (b), 20 U.S.C., Sec. 1415 (i)(2) and (3), 42 U.S.C., Sec. 1983, and 28 U.S.C., Sec. 1331 and 1343.

### PARTIES

3. The foregoing named minor plaintiffs are or were at all relevant times children with handicaps in need of special education.

4. The foregoing named next friends and adult plaintiffs are or were the parents and/or guardians of such minor plaintiffs.

5. The District of Columbia (District) is a municipal corporation acting by and through its District of Columbia Public Schools (DCPS), which receives financial assistance from the United States Department of Education, to be used to provide

special education to children with handicaps in need of special education.

## APPLICABLE LAW

6. 20 U.S.C., Sec. 1400, et seq., requires DCPS to provide a free appropriate public education to children with handicaps.

7. 20 U.S.C., Sec. 1415, (i)(2) and (3), authorizes this Court to award attorney's fees to the parent and/or guardian of a child with a disability, who is the prevailing party.

## FACTS

8. Plaintiffs are or were the prevailing parties in numerous administrative proceedings and/or have obtained a result that altered the relationship between the parties in a manner favorable to plaintiffs.

9. As to some plaintiffs herein DCPS has made a partial payment on the billing submitted.

10. As to other plaintiffs herein DCPS has made no payment on the billing submitted.

11. Plaintiffs are entitled to payment of such attorney's fees and costs by defendant District as a matter of law.

## DEMAND FOR RELIEF

WHEREFORE, plaintiffs herein demand judgment against defendant District of Columbia, as follows:

    a. Order defendant to pay to plaintiffs' counsel the reasonable attorney's fees, adjusted to reflect current rates, costs, and interest thereon, expert witness fees and costs incurred

in the administrative and judicial proceedings herein; and

    b.  Such other relief as this Court deems just and proper in the premises.

Respectfully submitted;

_____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law
5 P Street, S.W.
Washington, D.C. 20024
(202) 682-0223

Counsel for Plaintiffs