IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
AC, ET AL.                          )
                                    )
      Plaintiffs                    )
                                    )
      v.                            ) CIVIL ACTION NO. 1:06-CV-439
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
      Defendant                     )
```

AFFIDAVIT OF SERVICE

I, Ronald L. Drake, hereby declare that on March 10, 2006, I mailed a copy of the summons and complaint in this case, by U.S. Mail, certified, return receipt requested, Return Receipt No. 7001 1940 0005 6309 1150 directed to:

> DISTRICT OF COLUMBIA
> Mayor Anthony Williams
> 1350 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004

I further certify that such return receipt was returned on or about March 16, 2006, showing service on the foregoing defendant on March 13, 2006.

Respectfully submitted;

/s/ _____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law
5 P Street, N.W.
Washington, D. C. 20024
(202) 682-0223

Counsel for Plaintiffs

service