### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH CLARK,[1] *et al.*, <br> Parent and next friend of A.C., a minor, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 06-0439 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE ITS RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendant District of Columbia, through counsel, and pursuant to Fed. R. Civ. Pro. 6(b)(1), respectfully requests an enlargement of time to file its response to Plaintiffs' Complaint, from April 17, 2006,[2] to and including May 17, 2006. As grounds for this Motion, Defendant represents as follows:

1. Undersigned counsel cannot adequately investigate and address the merits of the Complaint for all twenty-six students, given the need to speak with various employees of the District of Columbia Public Schools, and the multiplicity of the District of Columbia Public Schools records that must be located and reviewed.

2. Pursuant to LCvR 7.1 (m), the undersigned counsel sought and received consent from Plaintiffs' counsel for the enlargement of time on April 7, 2006.

3. Plaintiffs will not be prejudiced by the granting of this motion.

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.

[2] Plaintiffs served the Office of the Attorney General for the District of Columbia on March 28, 2006. A response would be due April 17, 2006, which is 20 days from the date of service.

WHEREFORE, for the reasons stated herein, and pursuant to Fed. R. Civ. P. 6(b)(1), Defendant requests that this Court enlarge the time to file a response to the Complaint to and including May 17, 2006, to file a responsive pleading.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614

April 7, 2006

**POINTS AND AUTHORITIES**

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure; and

2. The inherent power of the Court.