UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, *et al.,* <br> Parent and next friend of A.C., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | Civil Action No. 06-0439 (HHK) |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Its Response to Plaintiffs' Complaint, it is, on this ____ day of April, 2006**:**

1. **ORDERED** that Defendants' motion is **GRANTED**; and it is

2. **FURTHER ORDERED,** that Defendants' time to respond to the Complaint is enlarged to and including May 17, 2006.

_____
Henry H. Kennedy
UNITED STATES DISTRICT JUDGE