IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AC, ET AL.                              )
                                        )
     Plaintiffs                         )
                                        )
     v.                                 ) CIVIL ACTION NO. 1:06-CV-439
                                        )
DISTRICT OF COLUMBIA,                   )
                                        )
     Defendant                          )

FIRST AMENDED COMPLAINT
(For Attorney's fees)

Come now the hereinabove named minor plaintiffs, by their hereinabove named next friends, and come now the hereinabove named adult plaintiffs, and, at the demand of defendant, submit this their first amended complaint, and for their cause of action against defendant District of Columbia, allege and say:

NATURE OF ACTION

1. This is an action seeking recovery of attorneys' fees in administrative proceedings and this judicial proceeding against the District of Columbia Public Schools, in which the plaintiffs were the prevailing parties or have obtained an altered

relationship between the parties in a manner favorable to plaintiffs.

## JURISDICTION

2. This Court has jurisdiction pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C., Sec. [1400-1485], Sec. 1403 (a) and (b), 20 U.S.C., Sec. 1415 (i)(2) and (3), 42 U.S.C., Sec. 1983, and 28 U.S.C., Sec. 1331 and 1343.

## PARTIES

3. The foregoing named minor plaintiffs are or were at all relevant times children with handicaps in need of special education.

4. The foregoing named next friends and adult plaintiffs are or were the parents and/or guardians of such minor plaintiffs.

5. The District of Columbia (District) is a municipal corporation acting by and through its District of Columbia Public Schools (DCPS), which receives financial assistance from the United States Department of Education, to be used to provide special education to children with handicaps in need of special education.

## APPLICABLE LAW

6. 20 U.S.C., Sec. 1400, et seq., requires DCPS to provide a free appropriate public education to children with handicaps.

7. 20 U.S.C., Sec. 1415, (i)(2) and (3), authorizes this Court to award attorney's fees to the parent and/or guardian of a child with a disability, who is the prevailing party.

## FACTS

8. Plaintiffs are or were the prevailing parties in numerous administrative proceedings and/or have obtained a result that altered the relationship between the parties in a manner favorable to plaintiffs.

9. As to some plaintiffs herein DCPS has made a partial payment on the billing submitted.

10. As to other plaintiffs herein DCPS has made no payment on the billing submitted.

11. Plaintiffs are entitled to payment of such attorney's fees and costs by defendant District as a matter of law.

12. Attachment One hereto, incorporated by reference herein, details the applicable Hearing Officer Determination(s), the hours, hourly rate, costs and credits for any payments made by DCPS for each of the minor plaintiffs herein.

### DEMAND FOR RELIEF

WHEREFORE, plaintiffs herein demand judgment against defendant District of Columbia, as follows:

  a. Order defendant to pay to plaintiffs' counsel the reasonable attorney's fees, adjusted to reflect current rates, costs, and interest thereon, expert witness fees and costs incurred in the administrative and judicial proceedings herein; and

  b. Such other relief as this Court deems just and proper in the premises.

Respectfully submitted;

_____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law

                                                5 P Street, S.W.
                                                Washington, D.C. 20024
                                                (202) 682-0223

                                                Counsel for Plaintiffs

complaint.amd

## ATTACHMENT ONE
(Calculated at $405.00 hourly rate)

```
Tyuan Maleak Barbour
     November 19, 2004 HOD  50.25 Hours  $20351.25
                                  Costs     58.00
         Credit for partial DCPS payment: 4058.00

Jamaal Leonard Barnes
     May 5, 2003 HOD         6.75 Hours  $ 2733.75
                                  Costs     18.00

Clarence Bates
     June 2, 2004 HOD       36.25 Hours  $14681.25
                                  Costs     45.00
         Credit for partial DCPS payment: 4045.00

Jonathan Mark Bates
     April 8, 2003 HOD       7.   Hours  $ 2835.00
                                  Costs     20.00
         Credit for partial DCPS payment: 1970.00

Asley Mark Clark
     March 22, 2005 HOD     23.75 Hours  $ 9618.75
     September 21, 2004 HOD 49.   Hours   19845.00
                                  Costs    103.00
         Credit for partial DCPS payment: 8103.00

Asley Mark Clark
     August 1, 2005/January 19.25 Hours  $ 7796.25
     13, 2006 HOD
                                  Costs     15.00
         Credit for partial DCPS payment: 4033.00

Joshua Dawson
     August 2, 2005   HOD   45.25 Hours  $18326.25
                                  Costs     53.00
        Supplemental hours   13.5 Hours   5467.00
                    Supplemental Costs     15.00
         Credit for partial DCPS payment: 4053.00

Maurice Alno Elliott-Spears
     September 20/
     October 15, 2004 HOD  133.25 Hours  $53966.25
                                  Costs    151.00
         Credit for partial DCPS payment: 4058.00
```

**ATTACHMENT ONE (cont)**
Page 2

```
Cameron Harrison Gilbert
     October 5, 2004 HOD     44.25 Hours  $17921.25
     September 8, 2004/
     August 26, 2003/
     April 25, 2003 HOD      104.  Hours  $42120.00
                                   Costs    308.00

Ravin-samone Curisa Green/Mallory
     March 25, 2005 HOD       64.5 Hours  $26122.25
                                   Costs     65.00
         Credit for partial DCPS payment: 4065.00

James Ingram
     March 25, 2005 HOD      70.25 Hours  $28451.25
                                   Costs     40.00
         Credit for partial DCPS payment: 4040.00

Anthony Kenneth Isaacs, Jr.
     September 17, 2004 HOD 42.25 Hours   $17111.25
     (to be supplemented for
      additional hours)
     June 8, 2004 HOD        30    Hours   12150.00
     February 4, 2004 HOD    42    Hours   17010.00
                                   Costs     138.00
         Credit for partial DCPS payment: 12138.00

Nicole Maranda Jackson
     December 2, 2004 HOD    77.25 Hours  $31286.25
                                   Costs     81.00

Student:  Kenneth Antonio Jenkins
     December 3, 2003 HOD    18.25 Hours  $ 7391.00
                                   Costs     18.00
         Supplemental hours 1.25 Hours     506.00
                   Supplemental Costs        2.00
         Credit for partial DCPS payment: 3918.00

Markeata Lashawnda Jenkins
     March 3/12, 2004 HOD    22.25 Hours  $ 9011.25
        Supplemental hours 10.75 Hours    4353.75
                                   Costs     21.00
     May 19, 2005 SA         24    Hours   9720.00
                                   Costs     43.00
         Credit for partial DCPS payment: 4210.50
```

**ATTACHMENT ONE (cont)**
Page 3

```
Cleveland Tyrone Jones, Jr.
     June 3, 2004 HOD         53.75 Hours  $21768.75
                                    Costs      70.00
         Credit for partial DCPS payment: 4070.00

Michael Tyrek Long
     March 30, 2004 HOD       49.75 Hours  $20148.75
     November 3, 2003 HOD     52    Hours   21060.00
                                    Costs     132.00
         Credit for partial DCPS payment: 8117.00

Michael Tyrek Long
     August 2, 2005 HOD       30.75 Hours  $12453.75
         Supplemental hours 10.75            4353.00
                    Supplemental Costs         10.00
         Credit for partial DCPS payment: 4015.00

Pierce Devon Nesbit
     September 13/October    129.75 Hours  $52548.75
     13/November 15/
     December 16, 2004 HOD
                                    Costs     129.00
         Credit for partial DCPS payment: 4129.00

Michelle L. Robinson
     November 20, 2003 HOD   70.25 Hours   $28451.25
     June 16, 2003 HOD       11.5  Hours     4657.50
                                    Costs     139.00

Cheyenne O'Dale Snead
     April 2, 2004 HOD       42.75 Hours   $17313.75
                                    Costs      71.00
         Credit for partial DCPS payment: 4071.00

Thomas Anthony Stevens
     April 2, 2004 HOD       16.25 Hours   $ 6581.25
        (to be supplemented)
                                    Costs      18.00
         Credit for partial DCPS payment: 4018.00

Tiffany Yvonne McNeal Thompson
     August 4, 2005 HOD      55.5  Hours   $22477.50
                                    Costs      20.00
         Credit for partial DCPS payment: 4020.00
```

**ATTACHMENT ONE (cont)**
Page 4


Rashid Edward Ward
    March 22, 2004 HOD    28.25 Hours  $11441.25
    August 28, 2003 HOD   49.25 Hours  $19946.25
    July 9, 2003 HOD     31.25 Hours  $12656.25
                            Costs     111.00

Malik Saleen Watkins
    April 7, 2005 HOD     43.25 Hours  $17516.25
    September 17, 2004 HOD 38.75 Hours   15693.75
    March 23, 2004 HOD    93.25 Hours   37766.25
       Supplemental hours 45.75 Hours   18528.75
                            Costs     138.00
                Supplemental Costs      33.00

Jerome Wesley Woodberry
    March 23, 2005 HOD    21.   Hours  $ 8505.00
                            Costs      15.00
       Credit for partial DCPS payment: 4015.00

Shamyane Elsie Woodberry
    March 23, 2005   HOD   25.25 Hours  $10226.25
                            Costs      30.00
       Credit for partial DCPS payment: 4030.00

Khalii Davon Wright
    August 17, 2004 HOD    45.5 Hours  $18427.50
                            Costs     684.50
       Credit for partial DCPS payment: 4684.50