UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH CLARK,[1] *et al.,*<br>Parent and next friend of A.C., a minor,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0439 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

Defendant District of Columbia, by counsel, here answers Plaintiffs' First Amended Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1.　　The allegations in paragraph 1 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

2.　　Defendant admits that this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, and the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1415 *et seq.*, but denies that this Court has jurisdiction under 42 U.S.C. §§ 1983 *et seq.*

3.　　Defendant admits the allegations in paragraph 3.

4.　　Defendant admits the allegations in paragraph 4.

5.　　Defendant admits the allegations in paragraph 5.

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.

6.      The allegations in paragraph 6 are the pleader's characterizations of the statute to which no response is required because the statute speaks for itself.  If a response is required, then the same are denied.

7.      The allegations in paragraph 7 are the pleader's characterizations of the statute to which no response is required because the statute speaks for itself.  If a response is required, then the same are denied.

8.      The allegations in paragraph 8 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

9.      Defendant admits the allegations in paragraph 9.

10.     Defendant admits the allegations in paragraph 10.

11.     The allegations in paragraph 11 are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

12.     The allegations in paragraph 12 are the pleader's characterizations of the documents to which no response is required because the documents speak for themselves.  If a response is required, then the same are denied.

BY WAY OF FURTHER ANSWER, Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.[2]

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint alleges violations outside of applicable time limitations.

---

[2] While Plaintiffs have not listed their Counts against Defendant, Defendant here denies any allegations of wrongdoing, pursuant to the IDEA and 42 U.S.C. §§ 1983 *et seq*.

### THIRD AFFIRMATIVE DEFENSE

The Complaint seeks payment of fees above the fees caps in the applicable District of Columbia Appropriations Acts.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint seeks payment of unreasonable fees.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint seeks payment of fees for services that are not compensable.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
May 31, 2006                         (202) 724-6614