UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.C., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>                Defendant. | Civil Action 06-00439  (HHK) |

**ORDER**

It is this 5th day of June, 2006, hereby

**ORDERED** that within 14 days of the docketing of this order, the parties shall submit to the court a joint proposed order setting forth a schedule for the briefing of any dispositive motions.  It is further

**ORDERED** that if the parties are unable to agree upon a schedule, each party shall file a separate proposed order.

                                                                Henry H. Kennedy, Jr.
                                                                 United States District Judge