UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, *et al.,*<br>Parent and next friend of A.C., a minor,<br><br>   Plaintiffs,<br><br>   v.<br><br>DISTRICT OF COLUMBIA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0439 (HHK)<br>)<br>)<br>)<br>)<br>) |

**JOINT PRAECIPE**

Pursuant to this Court's June 5, 2006, Order, the parties respectfully submit the attached Proposed Order, setting forth a schedule for the briefing of dispositive motions.

Respectfully submitted,

| | |
|---|---|
| **/s/ Ronald L. Drake**<br>Ronald L. Drake<br>D.C. Bar No. 338392<br>Attorney at Law<br>5 P Street, S.W.<br>Washington, D.C. 20024<br>(202) 682-0223<br><br>Counsel for Plaintiffs | ROBERT J. SPAGNOLETTI<br>Attorney General of the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>**/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section 2<br><br>**/s/ Eden I. Miller**<br>EDEN I. MILLER [#483802]<br>Assistant Attorney General<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6614<br>(202) 727-3625 (fax)<br>Eden.Miller@dc.gov<br><br>Counsel for Defendant |