UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, *et al.*, <br> Parent and next friend of A.C., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 06-0439 (HHK) |

## ORDER

It is on this _____ day of June, 2006, hereby**:**

**ORDERED** that this case shall proceed with the following deadlines:

    a.    The parties will file their dispositive motions no later than Friday, July 28, 2006;

    b.    The parties will file their oppositions no later than Friday, August 18, 2006; and

    c.    The parties will file their replies no later than Thursday, August 31, 2006.

It is **FURTHER ORDERED** that, by agreement of the parties, all proceedings and deadlines, other than the Court's ruling on the dispostive motions, shall be stayed from September 4, 2006, through November 7, 2006, at the request of plaintiffs' counsel, due to his anticipated unavailability during that time.

                                                              Henry H. Kennedy, Jr. <br>
                                                              UNITED STATES DISTRICT JUDGE