UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK,[1] *et al.*, <br> Parent and next friend of A.C., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | Civil Action No. 06-0439 (HHK) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE ITS DISPOSITIVE MOTION**

Defendant District of Columbia, through counsel, and pursuant to Fed. R. Civ. Pro. 6(b)(1), respectfully requests an enlargement of time to file its dispositive motion, from July 28, 2006, to and including August 4, 2006.[2] As grounds for this Motion, Defendant represents as follows:

1. Due to unexpected responsibilities in other cases, the undersigned counsel has not been able to complete her filing.

2. Both parties would like additional time to pursue settlement negotiations.

3. On July 26, 2006, pursuant to LCvR 7.1 (m), the undersigned counsel sought and received consent from Plaintiffs' counsel for this enlargement. At that time, he asked to extend his deadline for the dispositive motion as well.

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.

[2] Since this Court did not issue a scheduling order, there has been no formal establishment of the deadlines. However, the parties have assumed that the dates proposed in their June 8, 2006, filing will be adopted, and the enlargement requested herein is based on that assumption.

4. Plaintiffs will not be prejudiced by the granting of this motion.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General of the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>**/s/ Edward P. Taptich**
>EDWARD P. TAPTICH [#012914]
>Chief, Equity Section 2
>
>**/s/ Eden I. Miller**
>EDEN I. MILLER [#483802]
>Assistant Attorney General
>441 Fourth Street, N.W., Sixth Floor South
>Washington, D.C. 20001

July 28, 2006                (202) 724-6614

## POINTS AND AUTHORITIES

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure; and

2. The inherent power of the Court.