UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, *et al.,* ) | |
| Parent and next friend of A.C., a minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0439 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to File Its Dispositive Motion, it is, on this ____ day of July, 2006**:**

1. **ORDERED** that Defendants' motion is **GRANTED**; and it is

2. **FURTHER ORDERED,** that parties' time to file their cross-dispositive motions is enlarged to and including August 4, 2006.

_____
Henry H. Kennedy
UNITED STATES DISTRICT JUDGE