## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH CLARK, *et al.*, <br> Parent and next friend of A.C., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0439 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon consideration of the parties' submissions regarding the Plaintiffs' Motion for Summary Judgment Awarding Attorney's Fees and Costs, filed August 3, 2006, and the record herein, it is, on this _____ day of August, 2006**:**

1. **ORDERED** that the Plaintiffs' motion is **DENIED**; and it is

2. **FURTHER ORDERED** that Plaintiffs' case is **DISMISSED.**

_____
Henry H. Kennedy
UNITED STATES DISTRICT JUDGE