IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


AC, ET AL.                          )

                                    )

          Plaintiffs                )

                                    )

          v.                        ) CA NO. 1:06-CV-439-HHK

                                    )

DISTRICT OF COLUMBIA,               )

                                    )

          Defendant                 )

PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AWARDING ATTORNEY'S
FEES AND COSTS

Defendant has made a number of assertions in its opposition to plaintiffs' motion awarding attorney's fees and costs.  Those assertions are addressed and refuted here.


I.  ARGUMENT

1.  Plaintiffs' Claims Are Well Stated

Defendant asserts that it is difficult to determine exactly what the claims are.  Defendant errs.

In Attachment One to plaintiffs' motion for summary judgment, each claim is separately stated.  Shown thereon are the minor plaintiff's name, the date of the Hearing Officer's Determination (HOD), the number of hours, the total therefor at

$425.00 per hour, the costs, and credit for any District of Columbia Public Schools (DCPS) partial payments. In addition, as shown in another section of this brief, defendant has long had in its possession extensive documentation for each separate claim.

Thus, defendants assertion is without merit.

2.  <u>Plaintiffs Timely Provided Defendant With Full and Complete Documentation to Support Their Claims</u>

Defendant asserts that plaintiffs have not provided the necessary documentation to support their claim for attorney's fees. Defendant errs.

Prior to filing this case, plaintiffs submitted to defendant (1) an invoice summary for each claim showing including the date of the invoice; (2) timesheets for each claim showing the date, amount of time, work performed, and, where relevant, an additional description of that work; (3) copies of all HODs; (4) a record of any DCPS partial payments; and (5) an Application for Payment of Attorney Fees and Costs Pursuant to the Individuals with Disabilities Education Act. In fact, defendant acknowledged that, in addition thereto, in response to a request from defendant's counsel this counsel "furnished a welter of documents" to defendant's counsel. Further, at defendant's insistence, plaintiffs amended their complaint to include (1) the date of all HODs; (2) the hours and costs claimed; and (3) a record of any DCPS partial payments. Moreover, in the pending motion plaintiffs included" (1) the date of all HODs; (2) the hours and costs claimed; (3) a record of any DCPS partial payments; and (4) a net total for each separate claim.

On or about August 1, 2006, defendant's counsel informed plaintiffs' counsel that defendant's counsel had reviewed each and every claim. That disclosure establishes that defendants have at all relevant times had all of the necessary documentation in hand to fully and completely respond to plaintiffs' motion.

Defendant's injection of its dispute with this counsel in another case is inappropriate and without merit. Suffice to say that this counsel's response (characterized by defendant as "high insult") was measured, restrained and more than appropriate, given defendant's injection into and mis-characterization of the facts in that case of yet another dispute from yet another case, when defendant's supervisory counsel had actual knowledge of that mis-characterization.

Plaintiffs now append ATTACHMENT ONE hereto for the Court's review those invoices, timesheets, and the Application for Payment of Attorney Fees and Costs Pursuant to the Individuals with Disabilities Education Act applicable to each claim.

Thus, defendant's assertion is without merit.

3. <u>Defendant's Demand that Plaintiffs File Copies of HODs is Without Merit</u>

Defendant asserts that plaintiffs must file with this Court a copy of each HOD for which plaintiffs claim reimbursement. Defendant errs.

There is nothing in this case or motion to justify burdening this Court with hundreds of pages of HODs. Imposing on this Court the onerous task of wading through each of those HODs serves no purpose. Defendant cannot deny that plaintiffs

prevailed in each of those HODs.    Defendant was the opposing party in each of those administrative proceedings and knows all the facts.    Defendant received a copy of each HOD at the same time as did plaintiffs.    Defendant cannot reasonably deny that plaintiffs were prevailing parties in each of the claims.    The applicable HOD was attached to each invoice.

To now require plaintiffs to scan into the record those hundreds of pages of HODs is a misuse of scarce judicial resources and this Court's time.    If defendant really contends that any HOD shows that plaintiff did not prevail, then Defendant had the duty to go forward and make that showing.    Defendant did not and could not do so.

Thus, defendant's assertion is without merit.

4.    <u>Defendant's Demand that Plaintiffs File Copies of Dispute and Approval Letters Requires an Impossibility</u>

Defendant demands that plaintiffs must file with this Court a copy of each dispute and approval letter from DCPS.    Defendant demands an impossibility.

To the best of plaintiffs knowledge, DCPS has not provided any such dispute and approval letter in any of the claims at issue here.    Plaintiffs have no way of knowing if such a documents exists.    Defendant alone has that information and possession of such documents.

Thus, defendant's assertion is without merit.

5.    <u>Plaintiffs Request for Attorney's Fees for the Judicial Proceeding are an Efficient Use of Judicial Resources</u>

Defendant asserts that plaintiffs' claim for attorney's fees for this judicial proceeding is premature. Plaintiffs do not concur.

Cummings v. District of Columbia, CA No. 04-1426 (D.D.C. July 13, 2006), relied on by defendant, can be distinguished on its facts. In Cummings the court had not yet determined the plaintiffs to be prevailing parties on the merits of the plaintiffs underlying claims. In the case at bar, however, plaintiffs prevailed at the administrative level. Relief on the underlying claims has already been granted at the administrative level. Thus, the prevailing party issue does not arise. Reimbursement of plaintiffs' attorney's fees incurred on their road to prevailing party status is the only issue in the case at bar.

It is correct that this Court has yet to enter a ruling on entitlement and amount of attorney's fees and costs. Plaintiffs included their request for attorney's fees for this judicial proceeding to promote an efficient utilization of judicial resources, and to avoid the expense of an additional motion for those fees and costs. Notwithstanding, if defendant wishes for that request to be deferred until the Court rules on attorney's fees and costs for the underlying administrative proceedings, plaintiffs, if they prevail, will file another motion at that point. However, defendants demand will result in an inefficient and unnecessary waste of judicial resources and this Court's time. Plaintiffs supplemental timesheets for time incurred subsequent to their motion are attached hereto as ATTACHMENT TWO.

Thus, defendant's assertion is without merit.

6. <u>Plaintiffs Statement of Material Facts As to Which There is no Genuine Issue is Supported by the Record</u>

Defendant asserts that plaintiffs statements of material facts as to which there is not genuine issue are unsupported by the record. Defendant errs.

In their statement of undisputed material facts, plaintiffs inadvertently omitted a reference to the supporting record. Support for Statements 1, 2, 3, 4, and 5 is found in Attachment One to plaintiffs' amended complaint, amended to include the information at defendant's insistence. Defendant has conceded Statements 6 and 7.

Defendant's assertion elevates form over substance, especially where, as here, defendant and its counsel have actual and personal knowledge of the truth of each of those statements, and are in possession of each and every document relied on to support plaintiffs' claim.

Thus, defendant's assertion is without merit.

7. <u>Defendant Failed to Provide a Statement of Material Facts at in Dispute</u>

Defendant asserts that it cannot address plaintiffs' Statements 1-5. Defendant errs.

On the one hand defendant contend that plaintiffs did not fully comply with LCvR 7(h) and 56.1. Defendant's contention does not relieve defendant from its duty under those same rules.

Under those same rules, defendant was required to do more than meet plaintiffs statement of undisputed facts.

Notwithstanding any deficiencies on plaintiffs' statements,
defendants were required by those same rules to
> [P]rovide a separate concise statement of
> genuine issues setting forth all material
> facts as to which it is contended there
> exists a genuine issue necessary to be
> litigated, which shall include references
> to the parts of the record relied on to
> support the statement.  LCvR.7(h)

Thus, defendant's assertion is without merit.

8. The _Laffey_ Matrix is Applicable

Defendant apparently asserts that the _Laffey_ Matrix is not
applicable.  Defendant errs.

As already noted, case law makes clear that current market
rates, not historical market rates, should be used to calculate
the fee award.  _Smith_ v. _Roher_, 954 F.Supp 359, 364-365 (D.D.C.
1997).  An _updated_ version of the _Laffey_ Matrix is applicable.
_Covington_ v. _District_ of _Columbia_, supra, at 1109; _Abraham, et_
_al._, v. _D.C._ 338 F.Supp.2d 113, 123-124 (D.D.C. 2004; _Nesbit_ v.
_D.C._, CA 01-2429, at page 1, (D.D.C. November 4, 2003).  Surely,
defendant's statement that "the Laffey Matrix was not intended as
a tool for plundering the public fisc", was not to suggest that
the judges in the referenced cases were permitting "plundering
the public fisc."  The current _Laffey_ Matrix is applicable to
this case.

Thus, defendant's assertion is without merit.


II.  CONCLUSION

For all the foregoing reasons, plaintiffs renew their request that the Court grant a full award of attorney's fees and costs.

Respectfully submitted;

_____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law
5 P Street, S.W.
Washington, D.C. 20024

Counsel for Plaintiffs

**ATTACHMENT ONE**

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

        RE:  Student:    ████████████
             D/O/B:
             HOD(s):   January 21, 2005 (did not prevail)
                       November 19, 2004

             SA(s):

Dear Ms. Pierson;

    On February 14, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4058.00.

    My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                    @ $405.00
        November 19, 2004 HOD  50.25 Hours  $20351.25
                                Costs   $ 58.00

        Credit for prior DCPS payment: $ 4058.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                            Very truly yours,

                            Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 14, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:      ███████████████
          D/O/B:        ███████████
          HOD(s):   January 21, 2005 (did not prevail)
                    November 19, 2004

          SA(s):

---

                              @ $390.00

      November 19, 2004 HOD  50.25 Hours  $19597.50

                              Costs   $ 58.00


      Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

```
                  Student: ████████████████
                  D/O/B: ████████████████
                  November 19, 2004 HOD


 9-16-03      .25   Phone call with parent
                    Re:  Need to file hearing request
 9-20-03      .25   Bi-weekly case status review
10- 4-03      .25   Bi-weekly case status review

10- 6-03      .25   Phone call with teacher at National
                    Children's Center (NCC)
                    Re:  Consent to Test Form
10- 8-03      .25   Drafting request to evaluate
10-18-03      .25   Bi-weekly case status review
10-25-03      .75   Reading/analyzing DCPS 10-23-03 letter to
                    parent
                    Re:  Check list
11- 1-03      .25   Bi-weekly case status review
11-15-03      .25   Bi-weekly case status review
11-29-03      .25   Bi-weekly case status review
12-13-03      .25   Bi-weekly case status review
12-27-03      .25   Bi-weekly case status review
 1- 9-04      .25   Phone calls (2) with parent
                    Re:  Status
 1- 9-04      .25   Phone call with Sharon King at NCC
                    Re:  Status
 1-10-04      .25   Bi-weekly case status review
 1-24-04      .25   Bi-weekly case status review
 2- 7-04      .25   Bi-weekly case status review
 2-20-04      .25   Bi-weekly case status review
 3- 1-04      .25   Phone call with parent
                    Re:  Status
 3- 6-04      .25   Bi-weekly case status review
 3-20-04      .25   Bi-weekly case status review
 3-30-04      .25   Phone call with parent
                    Re:  PT at Hospital for Sick Children
 3-30-04      .25   Phone call with parent
                    Re:  Evals
 3-30-04     1.25   Reading/analyzing 2-3-04 OT/PT screening,
                    psycho-ed and Sp/L evals
 3-31-04      .25   Drafting letter to parent
                    Re:  Foregoing
 4- 3-04      .25   Bi-weekly case status review
 4-18-04      .25   Bi-weekly case status review
 4-21-04     1.75   Reading/analyzing IEP/BLMDTNotes and
                    attached confidentials
```

<u>Timesheets</u>
Student:  ███████████████
D/O/B:  ███████████████
November 19, 2004 HOD

```
4-21-04     .25   Drafting letter to parent
                  Re:  Foregoing document(s)
4-26-04     .25   Phone call with parent
                  Re:  Social history
4-27-04     .25   Phone call with parent
                  Re:  Issues for social history report
4-27-04     .25   Phone call with Ms. Jones at Park View
                  Re:  Social history
4-30-04     .25   Bi-weekly case status review
5-15-04     .25   Bi-weekly case status review
5-29-04     .25   Bi-weekly case status review
6- 7-04     .25   Phone call with parent
                  Re:  DCPS doc re transition
6- 7-04     .5    Reading/analyzing 6-3-04 NCC letter
                  Re:  Placement
6- 8-04     .25   Phone call with NCC
                  Re:  Status
6-12-04     .25   Bi-weekly case status review
6-26-04     .25   Bi-weekly case status review
7-31-04     .25   Bi-weekly case status review
8- 6-04     .25   Bi-weekly case status review
8-16-04     .25   Phone call with parent
                  Re:  OT eval re services
8-21-04     .25   Bi-weekly case status review
9-18-04     .25   Bi-weekly case status review
9-23-04     .25   Drafting letter to NCC
                  Re:  Request to remain at NCC
9-23-04     .75   Reading/analyzing social history and OT evals
9-23-04     1.25  Reading/analyzing 9-23-04 IEP/Notes/PNOP/IPNOP
9-23-04     .25   Phone call with parent
                  Re:  Results of IEP meeting
10- 2-04    .25   Bi-weekly case status review
10- 5-04    .25   Reading/analyzing NCC 10-1-04 letter
                  Re:  Status
10- 5-04    .25   Drafting letter to parent
                  Re:  Foregoing document(s)
10- 6-04    .25   Drafting letter to NCC
                  Re:  Status of hearing request
10-12-04    .25   Phone calls (2) with Ms. Norris at Shaed
                  Re:  Schedule to visit Shaed
10-12-04    .75   Assembling school visit notebook
```

<u>Timesheets</u>

Student: ██████████████████
D/O/B: ██████████████████
November 19, 2004 HOD

| | | |
|---|---|---|
| 10-12-04 | .75 | Preparation for school visit |
| 10-13-04 | 1.75 | School visit to Shaed/transit/waiting |
| 10-13-04 | .25 | Post-school visit review of meeting notes |
| 10-13-04 | .25 | Drafting letter to parent<br>Re: Results of school visit |
| 10-14-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 10-14-04 | .75 | Drafting hearing request |
| 10-14-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 10-14-04 | .75 | Drafting witness/document list |
| 10-14-04 | .5 | Document review to determine need and grounds for in limine motion |
| 10-14-04 | .25 | Drafting in limine motion |
| 10-14-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 10-14-04 | .25 | Drafting motion to bar or for other relief |
| 10-14-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 10-14-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 10-14-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 10-14-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 10-14-04 | .25 | Drafting letter to SHO<br>Re: Scheduling hearing |
| 10-14-04 | .25 | Drafting letter to Ms. Banks at NCC<br>Re: Filing hearing request |
| 10-14-04 | .25 | Phone call with parent<br>Re: Visit to Shaed |
| 10-16-04 | .25 | Bi-weekly case status review |
| 10-21-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 10-21-04 | .25 | Drafting letter to parent<br>Re: Notice of hearing |
| 10-21-04 | 1.75 | Assembling hearing notebook |
| 10-21-04 | 3. | Preparation for hearing |
| 10-28-04 | .25 | Phone call with parent<br>Re: Placement |

<u>Timesheets</u>
Student:  ████████████████
D/O/B:  ████████████████
November 19, 2004 HOD


```
10-29-04    .25   Phone call with parent
                  Re:  DCPS transportation issues
10-30-04    .25   Bi-weekly case status review
11-11-04    3.5   Preparation for hearing
11-12-04    .25   Drafting letter to parent
                  Re:  Reminder notice of hearing
11-12-04    .5    Document review to determine need/basis
                  to supplement wit/doc list
11-12-04    .25   Drafting supplemental witness/document list
11-12-04    .75   Reading/analyzing DCPS's 5 days disclosure
                  with exhibits
11-13-04    .25   Reading/analyzing DCPS letter
                  Re:  Medicaid notes
11-13-04    .25   Bi-weekly case status review
11-15-04    .25   Phone call with parent
                  Re:  Schedule
11-16-04    .25   Phone call with parent
                  Re:  Need for parent to visit Shaed
11-17-04    .25   Phone calls (2) with parent
                  Re:  Arrangements to visit Shaed
11-18-04    .25   Phone call with SHO
                  Re:  Case assignment
11-18-04    .5    Phone call with parent
                  Re:  Hearing prep
11-18-04    .25   Phone call with Ms. Banks at NCC
                  Re:  Prep for hearing
11-18-04    .25   Phone call with grandparent
                  Re:  Issues for hearing
11-18-04    .75   Phone calls (2) with parent
                  Re:  Issues for hearing
11-18-04    2.    Preparation for hearing
11-19-04    2.    Hearing/transit/waiting
11-19-04    .25   Post-hearing review of hearing notes
11-19-04    .25   Drafting letter to parent
                  Re:  Results of hearing
11-18-04    .25   Phone call with Ms. Banks at NCC
                  Re:  Results of hearing
11-26-04    .5    Reading/analyzing HOD
11-27-04    .25   Bi-weekly case status review
12- 1-04    .25   Drafting letter to parent
                  Re:  Foregoing HOD
```

<u>Timesheets</u>

Student: █████████████████
D/O/B: █████████████████
November 19, 2004 HOD

```
12- 1-04      .25   Drafting letter to NCC
                    Re:  Foregoing HOD
12- 1-04      .25   Drafting letter to DCPS Transportation Division
                    Re:  Foregoing HOD
12- 2-04      .25   Drafting fax to NCC
                    Re:  HOD
12- 6-04      .25   Phone call with parent
                    Re:  Transportation problems
12- 8-04      .25   Drafting letter to DCPS
                    Re:  Transportation
12-11-04      .25   Bi-weekly case status review
12-20-04      .25   Phone call with parent
                    Re:  DCPS failure to transport
12-21-04      .25   Phone calls (2) with parent
                    Re:  DCPS failure to transport
12-21-04      .25   Phone calls (2) with parent
                    Re:  DCPS failure to transport
12-21-04      .25   Drafting letter to NCC
                    Re:  DCPS failure to transport
 1-14-05      1.    Assembling timesheets and bill
```

<u>Timesheets</u>

Student:  ██████████████████
D/O/B:    ██████████████████
   November 19, 2004 HOD


<u>Costs</u> <u>and</u> <u>Expenses</u>

       Date        Amount              Item

10-13-04      3.00   Mileage to Shaed for school visit
11-19-04      3.00   Mileage to SHO for hearing
11-19-04     12.00   Parking at SHO for hearing
2003-2004    25.00   Copying (miscellaneous)
2003-2004    15.00   Postage (miscellaneous)


                              Total:  $ 58.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

        Law Firm:              Ronald L. Drake Law Office
        Attorney:              Ronald L. Drake, Esquire
        Federal Tax ID No.:    ███████████
        D.C. Bar No.:          338392

2.  **Student Information**

        RE:  Student:          ████████████████
             D/O/B:            ████████████████
             SSN:              579 29 9877
             Parent:           Ms. Roberta Gray Randolph
             Address:          619 Columbia Road, N.W.
                               Washington, D.C. 20001
             Phone No.:        (202) 722-5022 (home)
             Current Placement: National Children's Center
             Neighborhood School: Park View Elementary School
             Current Grade:    K (9-04)
             Retention(s):     None
             Consent To Test:  October 8, 2003
             Eligibility Found: April 20, 2004
             IEP:              September 23, 2004
             NOPP:             December 3, 2004
             Disability:       MD
             Program Level:    100%
             DCPS Attorney:    Ms. Primes
             Prior Hearing(s): January 21, 2005
                                (did not prevail)
                               November 19, 2004

             SA(s):

3.  **Invoice Information**

        Invoice Number:          No number assigned
        Date Request Submitted:  February 14, 2005
        Date Services Rendered:  9-16-04 to 12-21-04
        Amount of Payment Request: $ See attached timesheet

**4.  Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

   All services listed on the enclosed invoices were actually performed;

   The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

   I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____        Date:  February 14, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

```
        RE:  Student:    ██████████████████
             D/O/B:      ███████████
             HOD(s):     May 5, 2003
                         April 24, 2002
                         August 23, 2001
                         May 18, 2001
                         May 3, 2001
        SA(s):
```

Dear Ms. Pierson;

    On April 2, 2005, I submitted my bill in the foregoing matter.  My current hourly rate has now increased to $405.00. Accordingly, the amount now due in this matter is as follows:

```
                                @ $405.00
        May 5, 2003 HOD     6.75  Hours  $ 2733.75
                                Costs  $ 18.00
```

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                    Very truly yours,


                    Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

April 2, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
Supervisory Attorney Advisor
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

RE:  Student:  ███████████████████
D/O/B:  ██████████
HOD(s):  May 5, 2003
April 24, 2002
August 23, 2001
May 18, 2001
May 3, 2001

SA(s):

---

@ $390.00

May 5, 2003 HOD      6.75   Hours   $ 2632.00

Costs   $ 18.00

    The time charged herein was incurred subsequent to the billing included in <u>Adams v. et. al., v. D.C.</u>, CA No. 03cv2139(JDB).

    Plaintiffs' counsel requests DCPS to delete any time entries for IEP meetings not ordered as the result of a settlement agreement or hearing officer's determination.

**TIMESHEETS**

Student: ██████████████
D/O/B: ██████████████
May 5, 2003 HOD

| Date | Hours | Item |
|------|-------|------|
| 4-13-04 | .25 | Phone call with Ms. Curtan at City Lights Re:  IEP meeting |
| 4-14-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 4-14-04 | .25 | Drafting letter to parent Re:  Notice of meeting/hearing |
| 4-16-04 | .25 | Reading/calendaring DCPS new confirmation notice of IEP meeting |
| 4-18-04 | .25 | Bi-weekly case status review |
| 4-19-04 | .25 | Drafting fax to City Lights Re:  Changed dates of IEP |
| 4-28-04 | .25 | Reading/calendaring City Lights notice of corrected date of IEP meeting notice |
| 4-29-04 | .25 | Drafting letter to adult student Re:  Notice of meeting/hearing |
| 4-30-04 | .25 | Bi-weekly case status review |
| 5- 5-04 | .25 | Phone calls (2) with Ms. Curtan Re:  Postponement of IEP meeting |
| 5-15-04 | .25 | Bi-weekly case status review |
| 5-26-04 | .25 | Phone call with Ms. Curtan Re:  Scheduling |
| 5-28-04 | .25 | Drafting letter to adult student Re:  Notice of further rescheduling of IEP meeting |
| 5-29-04 | .25 | Bi-weekly case status review |
| 6- 1-04 | .25 | Reading/calendaring DCPS confirmation of meeting notice |
| 6- 8-04 | .75 | Assembling meeting notebook |
| 6- 8-04 | .75 | Preparation for meeting |
| 6- 9-04 | 1. | MDT/IEP meeting/transit/waiting (meeting postponed due to absence of adult student |
| 6- 9-04 | .25 | Drafting letter to parent Re:  Postponement of IEP meeting |
| 4- 2-05 | .25 | Assembling timesheets and bill |

**TIMESHEETS**

Student: ███████████████████

D/O/B: ███████████████

May 5, 2003 HOD

<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 6- 9-04 | 3.00 | Mileage to City Lights for MDT/IEP meeting |
| 2004 | 10.00 | Copying (miscellaneous) |
| 2004 | 5.00 | Postage (miscellaneous) |

Total:  $ 18.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:   Student:
          D/O/B:
          SSN:
          Parent:              Ms. Gloria Jean Barnes
          Address:             3605 10th Street, N.W.
                               Washington, D.C. 20010
          Phone No.:           (202) 387-8223 (home)
                               (202) 271-1133 (cell)
          Current Placement:   Spingarn High School
          Neighborhood School: Cardozo High School
          Grade Level:         Ungraded (10th as of 9/00)
          Retention(s):        None
          Disability:          MD (ED/LD/SLI)
          Program Level:       100%
          Form 6:              September 1993
          Current IEP:         December 14, 2004
          NOPP:                December 14, 2004
          DCPS Attorney:
          Prior Hearing(s):    May 5, 2003
                               April 24, 2002
                               August 23, 2001
                               May 18, 2001
                               May 3, 2001

          SA(s):

3.  **Invoice Information**

    Invoice Number:           No number assigned
    Date Request Submitted:   April 2, 2005
    Date Services Rendered:   4-13-04 to 6-9-04
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____        Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

      RE:  Student:  ███████████
          D/O/B:  ███████████
          HOD(s):  June 2, 2004
                  May 6, 2003
                  December 19, 2001
                  November 16, 2001
          SA(s):

Dear Ms. Pierson;

    On February 13, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4045.00.

    My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                 @ $405.00
June 2, 2004 HOD      36.25 Hours  $14681.25
                            Costs  $ 45.00

        Credit for prior DCPS payment: $ 4045.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


                Very truly yours,


                Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 13, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:      ███████████
          D/O/B:       ███████████
          HOD(s):  June 2, 2004
                   May 6, 2003
                   December 19, 2001
                   November 16, 2001
          SA(s):

---

                              @ $390.00

     June 2, 2004 HOD    36.25 Hours  $14137.50

                              Costs   $ 45.


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

```
                    Student: ███████████
                    D/O/B:   ███████████
                     June 2, 2004 HOD
```

| | | |
|---|---|---|
| 4-30-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 4-30-04 | .75 | Drafting hearing request |
| 4-30-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 4-30-04 | .75 | Drafting witness/document list |
| 4-30-04 | .5 | Document review to determine need and grounds for in limine motion |
| 4-30-04 | .25 | Drafting in limine motion |
| 4-30-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 4-30-04 | .25 | Drafting motion to bar or for other relief |
| 4-30-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 4-30-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 4-30-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 4-30-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 4-30-04 | .25 | Bi-weekly case status review |
| 4-30-04 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 5- 6-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 5- 6-04 | .25 | Drafting letter to parent Re: Notice of hearing |
| 5- 6-04 | 1.75 | Assembling hearing notebook |
| 5- 6-04 | 3. | Preparation for hearing |
| 5- 6-04 | .25 | Reading/analyzing SHO Notice to Appear |
| 5-15-04 | .25 | Bi-weekly case status review |
| 5-21-04 | 3.5 | Preparation for hearing |
| 5-25-04 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 5-25-04 | .25 | Drafting supplemental witness/document list |
| 5-25-04 | 1.5 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 5-25-04 | .25 | Reading/analyzing DCPS motion to quash |
| 5-25-04 | .25 | Drafting letter to parent Re: Reminder notice of meeting/hearing |

<u>Timesheets</u>
Student: ███████████
D/O/B: ███████████
June 2, 2004 HOD

| | | |
|---|---|---|
| 5-25-04 | .25 | Reading/analyzing DCPS's 5-11-04 letter |
| | | Re:  Medical notes |
| 5-26-04 | 2.5 | Library research |
| | | Re:  Compelled witnesses |
| 5-29-04 | 1. | Legal research |
| | | Re:  Compelled witnesses |
| 5-29-04 | 1.5 | Drafting brief |
| | | Re:  Compelled witnesses |
| 5-29-04 | .25 | Bi-weekly case status review |
| 5-30-04 | 1. | Drafting brief |
| | | Re:  Compelled witnesses |
| 5-31-04 | 2. | Drafting/revising brief |
| | | Re:  Compelled witnesses |
| 5-31-04 | 1.5 | Editing/revising brief |
| | | Re:  Compelled witnesses |
| 6- 1-04 | 1. | Library research |
| | | Re:  Compelled witnesses |
| 6- 1-04 | 1.75 | Preparation for hearing |
| 6- 2-04 | 3. | Hearing/transit/waiting |
| 6- 2-04 | .25 | Post-hearing review of hearing notes |
| 6- 2-04 | .25 | Drafting letter to parent |
| | | Re:  Results of hearing |
| 6-12-04 | .25 | Bi-weekly case status review |
| 6-21-04 | .75 | Reading/analyzing HOD |
| 6-21-04 | .25 | Drafting letter to parent |
| | | Re:  Foregoing HOD |
| 1-13-05 | .75 | Assembling timesheets and bill |

<u>Timesheets</u>

Student: ██████████████
D/O/B: ████████████

<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 6- 2-04 | 3.00 | Mileage to SHO for hearing |
| 6- 2-04 | 12.00 | Parking at SHO for hearing |
| 2004 | 20.00 | Copying (miscellaneous) |
| 2004 | 10.00 | Postage (miscellaneous) |

Total:  $ 45.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ████████
    D.C. Bar No.:          338392

2. **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:            Ms. Alberta Bates
         Address:           1319 Trinidad Street, N.E.
                            Washington, D.C. 20002
         Phone No.:         (202) 294-3587 (home)
         Current Placement: Spingarn Center
         Neighborhood School: Spingarn High School
         Current Grade:     7th (9-03)
         Retention(s):      7th (6-02; 6-01)
         Form 6:            March, 1997
         IEP:               March 28, 2003
         NOPP:              July 31, 2003 (interim)
         Disability:        MD (ED/LD)
         Program Level:     100%
         DCPS Attorney:     Mr. Levy
         Prior Hearing(s):  June 2, 2004
                            May 6, 2003
                            December 19, 2001
                            November 16, 2001
         SA(s):

3. **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  February 13, 2005
    Date Services Rendered:  4-30-04 to 6-21-04
    Amount of Payment Request: $ See attached Statement

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____          Date:  February 13, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

        RE:  Student:  ████████████████
             D/O/B:    ████████████
             HOD(s):   April 8, 2003
                       October 18, 2002
                       March 19/May 6, 2002
             SA(s):

Dear Ms. Pierson;

        On April 2, 2005, I submitted my bill in the foregoing
matter.  Thereafter, DCPS paid $1970.00.

        My current hourly rate has now increased to $405.00.
Accordingly, the amount now remaining due in this matter is as
follows:

                                    @ $405.00
        April 8, 2003 HOD     7.    Hours  $ 2835.00
                                    Costs  $   20.00

             Credit for prior DCPS payment: $1970.00

        I request that we schedule a meeting on this and other bills
as soon as possible.  Please advise as to your availability.


                         Very truly yours,



                         Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

April 2, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ███████████████
          D/O/B:      ████████
          HOD(s):     April 8, 2003
                      October 18, 2002
                      March 19/May 6, 2002
          SA(s):

---

                                   @ $390.00

     April 8, 2003 HOD      7.   Hours   $ 2730.00

                                   Costs   $ 20.00


     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.</u>, CA No.
03cv2139(JDB).


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████
D/O/B: ████████████
April 8, 2003 HOD

| Date | Hours | Item |
|------|-------|------|
| 4-22-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 4-22-04 | .25 | Drafting letter to parent |
| | | Re: Notice of meeting/hearing |
| 4-29-04 | .75 | Assembling meeting notebook |
| 4-29-04 | .75 | Preparation for meeting |
| 4-29-04 | 2.5 | BLMDT/IEP meeting/transit/waiting |
| 4-29-04 | .25 | Post-meeting review of meeting notes |
| 4-29-04 | .25 | Drafting letter to parent |
| | | Re: Results of meeting |
| 4-29-04 | .75 | Reading/analyzing evals received at meeting |
| 4-29-04 | .75 | Reading/analyzing new IEP/BLMDTNotes |
| 9-27-04 | .25 | Reading/analyzing High Road letter |
| | | Re: Residency |
| 9-28-04 | .25 | Drafting letter to parent |
| | | Re: Foregoing |
| 9-30-04 | .25 | Phone call with parent |
| | | Re: Representation issues |
| 10- 5-04 | .25 | Phone call with parent |
| | | Re: Child at Children's Hospital |
| 10- 5-04 | .25 | Phone call with Michelle Young at High Road |
| | | Re: Absenteeism |
| 11- 1-04 | .25 | Phone call with Ms. Ferguson at CFSA |
| | | Re: Status |
| 12- 3-04 | .25 | Phone call with Ben Noland at CFSA |
| | | Re: Status |
| 2-18-05 | .25 | Drafting letter to High Road |
| | | Re: Setting MDT meeting |
| 2-22-05 | .25 | Phone call with Ms. Young at High Road |
| | | Re: Representation |
| 2-22-05 | .25 | Drafting letter to parent |
| | | Re: Concluding representation |
| 4- 2-05 | .5 | Assembling timesheets and bill |

**TIMESHEETS**

Student:    ███████████████████
D/O/B:      ███████████████████
April 8, 2003 HOD

Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 0- 0-00 | 5.00 | Mileage to High Road for MDT/IEP meeting |
| 2004-2005 | 10.00 | Copying (miscellaneous) |
| 2004-2005 | 5.00 | Postage (miscellaneous) |

Total:  $ 20.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

       Law Firm:              Ronald L. Drake Law Office
       Attorney:              Ronald L. Drake, Esquire
       Federal Tax ID No.: ██████████
       D.C. Bar No.:         338392

2.  **Student Information**

       RE:    Student:           ██████████
            D/O/B:              ██████████
            SSN:
            Parent:           Ms. Alberta Bates
            Address:          1401 Newton Street, N.W.
                                 Washington, D.C. 20010
            Phone No.:        (202) 294-3587 (home)
            Current Placement:  High Road School of Washington
            Neighborhood School:  Wheatley Elementary School
            Current Grade:     4th (9-02)
            Retention(s):      1st (6-01)
                               1st (6-00)
                               1st (6-99)
            Eval Requested:    September, 1999
            Form 6:           February, 2001
            IEP:              April 30, 2004
            NOPP:
            Disability:        ED
            Program Level:     100%
            Jurisdiction:      Mr. David R. Smith, Esquire
            DCPS Attorney:     Mr. Levy
            Prior Hearing(s):   April 8, 2003
                               October 18, 2002
                             March 19/May 6, 2002

            SA(s):

3.  **Invoice Information**

       Invoice Number:         No number assigned
       Date Request Submitted:  April 2, 2005
       Date Services Rendered:  4-22-04 to 2-22-05
       Amount of Payment Request:  $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and
correct:

   All services listed on the enclosed invoices were actually
performed;

   The entire amount requested on the enclosed invoice for
payment of costs and expenses represents the actual amount of
costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity
from which payment of the fees, costs and expenses itemized on
the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services
listed on the enclosed invoice, or (2) will benefit from any of
the monies paid as a result of the submission of the enclosed
invoice, has a pecuniary interest, either through an attorney,
officer or employee of the firm, in any special education
diagnostic services, schools, or other special education service
providers;

   I understand that the making a false statement to an agency
of the DC Government is punishable by criminal penalties pursuant
to D.C. Code, Sec. 22-2405.


_____    Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

      RE:  Student:  ████████████
            D/O/B:
            HOD(s):  August 1, 2005
            SA(s):

Dear Ms. Pierson;

    On August 17, 2005, I submitted my bill in the foregoing matter.  The amount now due in this matter is as follows:

                                    @ $405.00
August 1, 2005 HOD     27.75 Hours  $11238.75
                             Costs  $ 33.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                Very truly yours,

                Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

August 17, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:     ████████████████
          D/O/B:       ████████████████
          HOD(s):   August 1, 2005
          SA(s):

_____

                              @ $405.00

     August 1, 2005   HOD   27.75 Hours  $11238.75


                         Costs   $ 33.00


     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.</u>, CA No.
03cv2139(JDB).

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████████
D/O/B: ███████████████
August 1, 2005 HOD

| | | |
|---|---|---|
| 6-26-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 6-26-05 | .75 | Drafting hearing request |
| 6-26-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 6-26-05 | .75 | Drafting witness/document list |
| 6-26-05 | .5 | Document review to determine need and grounds for in limine motion |
| 6-26-05 | .25 | Drafting in limine motion |
| 6-26-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 6-26-05 | .25 | Drafting motion to bar or for other relief |
| 6-26-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 6-26-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 6-26-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 6-26-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 6-26-05 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 7- 5-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 7- 5-05 | .25 | Drafting letter to parent Re: Notice of hearing |
| 7- 5-05 | 1.75 | Assembling hearing notebook |
| 7- 5-05 | 3. | Preparation for hearing |
| 7- 9-05 | .25 | Bi-weekly case status review |
| 7-18-05 | 3.5 | Preparation for hearing |
| 7-25-05 | .25 | Drafting letter to parent Re: Reminder notice of hearing |
| 7-23-05 | .25 | Bi-weekly case status review |
| 7-25-05 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 7-25-05 | .5 | Drafting supplemental witness/document list |
| 7-25-05 | .5 | Reading/analyzing DCPS's 5 days disclosure |

**TIMESHEETS**

Student: ████████████████████

D/O/B: ████████████████████

August 1, 2005 HOD

| | | |
|---|---|---|
| 7-27-05 | .5 | Phone call with Barbara Dupree at IDEAL |
| | | Re:  Testifying at hearing |
| 7-28-05 | 1.75 | Preparation for hearing |
| 7-27-05 | .25 | Phone call with Don Sanders at IDEAL |
| | | Re:  Issues for hearing |
| 7-27-05 | .25 | Phone call with parent |
| | | Re:  Upcoming hearing |
| 8- 1-05 | 1.5 | Library research and case review |
| | | Re:  New legal standard for comp ed |
| 8- 1-05 | .5 | Phone call with Barbara Dupree |
| | | Re:  Preparation for hearing |
| 8- 1-05 | 3. | Hearing/transit/waiting |
| 8- 1-05 | .25 | Post-hearing review of hearing notes |
| 8- 1-05 | .25 | Drafting letter to parent |
| | | Re:  Results of hearing |
| 8- 2-05 | .25 | Phone call with IDEAL |
| | | Re:  Tutoring program |
| 8- 2-05 | .25 | Post-hearing conference with |
| | | hearing officer and DCPS counsel |
| | | Re:  Availability of IDEAL tutoring |
| 8- 4-05 | .5 | Reading/analyzing HOD |
| 8- 4-05 | .25 | Drafting letter to parent |
| | | Re:  Foregoing HOD |
| 8- 4-05 | .25 | Drafting letter to IDEAL |
| | | Re:  Foregoing HOD |
| 8- 6-05 | .25 | Bi-weekly case status review |
| 8- 8-05 | .25 | Drafting letter to Ms. Hillary Hoffman, |
| | | Esquire |
| | | Re:  Possible modification of HOD terms |
| 8-17-05 | .75 | Assembling timesheets and bill |

<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 8- 1-05 | 3.00 | Mileage to SHO for hearing |
| 8- 1-05 | 15.00 | Parking at SHO for hearing |
| 2005 | 10.00 | Copying (miscellaneous) |
| 2005 | 5.00 | Postage (miscellaneous) |

Total:  $ 33.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:            Ronald L. Drake Law Office
    Attorney:           Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:       338392

2.  **Student Information**

    RE:  Student:
        D/O/B:
        SSN:                 577 25 8019
        Parent:            Ms. Deborah Clark
        Address:          540 Columbia Road, N.W.
                        Washington, D.C. 20001
        Phone No.:       (301) 320-1059 (work)
                        (202) 882-3238 (home)
        Current Placement:  Academy for Ideal Education
        Neighborhood School: McFarland Middle School
        Current Grade:     7th (9-05)
        Retention(s):      None
        Consent to Test:    January 2000 (approx)
        Initial IEP:       June 2000 (approx)
        Current IEP:       February 2, 2005
        NOPP:              April 1, 2005 (HOD placement)
        Disability:        LD
        Program Level:     67%
        DCPS Attorney:     Ms. Rashida Chapman, Esquire
        Prior Hearing(s):   January 13, 2006
                        August 1, 2005
                        March 22, 2005
                        September 21, 2004
                        October 14, 2003
        SA(s):

3.  **Invoice Information**

    Invoice Number:        No number assigned
    Date Request Submitted:  August 17, 2005
    Date Services Rendered:  6-26-05 to 8-17-05
    Amount of Payment Request: $ See attached timesheet

**4.  Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____        Date:  August 17, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

```
          RE:  Student:   ████████████████
               D/O/B:
               HODs:    March 22, 2005
                        September 21, 2004
                        October 14, 2003 HOD
          SA(s):
```

Dear Ms. Pierson;

On April 2, 2005, I submitted my bill in the foregoing matter. Thereafter, DCPS paid $8103.00.

My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

```
                                    @ $405.00
     March 22, 2005 HOD      23.75 Hours  $ 9618.75
     September 21, 2004 HOD 49.  Hours  $19845.00
                                    Costs    $103.00

          Credit for prior DCPS payment: $8103.00
```

I request that we schedule a meeting on this and other bills as soon as possible. Please advise as to your availability.


Very truly yours,


Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313


April 2, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ████████████
          D/O/B:      ████████
          HODs:       March 22, 2005
                      September 21, 2004
                      October 14, 2003 HOD
          SA(s):

_____

                              @ $390.00

     March 22, 2005 HOD     23.75 Hours  $ 9262.50

     September 21, 2004 HOD 49.  Hours   $19110.00


                         Costs    $103.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

```
                   Student:  ███████████████
                   D/O/B:    ███████████████
                   September 21, 2004 HOD
```

```
4-18-04      .25   Bi-weekly case status review
4-27-04      .25   Phone call with parent
                   Re:  Schedule for IEP
4-30-04      .25   Bi-weekly case status review
5-15-04      .25   Bi-weekly case status review
5-24-04      .25   Reading/calendaring DCPS notice of IEP meeting
5-29-04      .25   Bi-weekly case status review
6- 4-04      .25   Phone call with Mr. Ingraham at Park View
                   Re:  Delay of IEP
6-12-04      .25   Bi-weekly case status review
6-15-04      .25   Phone call with parent
                   Re:  Status
6-26-04      .25   Bi-weekly case status review
7-10-04      .25   Bi-weekly case status review
7-24-04      .25   Bi-weekly case status review
8- 6-04      .25   Bi-weekly case status review
8-10-04      .25   Phone call with parent
                   Re:  Status
8-16-04      .25   Phone calls (2) with Donald Sanders at IDEAL
                   Re:  Possible placement
8-18-04      .25   Phone call with parent
                   Re:  DCPS refusal to schedule IEP meeting
8-18-04      .5    Document review to determine need and
                   grounds for filing hearing request
8-18-04      .75   Drafting hearing request
8-18-04      .5    Document review to determine witnesses
                   and select documents for witness/document
                   list
8-18-04      .75   Drafting witness/document list
8-18-04      .5    Document review to determine need and grounds
                   for in limine motion
8-18-04      .25   Drafting in limine motion
8-18-04      .5    Document review to determine need and grounds
                   for motion to bar or for other relief
8-18-04      .25   Drafting motion to bar or for other relief
8-18-04      .5    Document review to determine need and grounds
                   for filing motion to compel DCPS personnel as
                   witnesses
8-18-04      .25   Drafting request to compel DCPS personnel as
                   witnesses
```

<u>Timesheets</u>
Student: ████████████
D/O/B: ████████████
September 21, 2004 HOD


| Date | Hours | Description |
|---|---|---|
| 8-18-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 8-18-04 | .25 | Drafting stay-put demand |
| 8-18-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 8-18-04 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 8-21-04 | .25 | Bi-weekly case status review |
| 8-23-04 | .25 | Reading/calendaring SHO hearing date notice |
| 8-23-04 | .25 | Drafting letter to parent Re: Notice of meeting/hearing |
| 8-23-04 | 1.75 | Assembling hearing notebook |
| 8-23-04 | 3. | Preparation for hearing |
| 9- 3-04 | .25 | Phone call with parent Re: Upcoming hearing |
| 9-12-04 | 3.5 | Preparation for hearing |
| 9-14-04 | .25 | Reading/analyzing DCPS's 5 days disclosure |
| 9-14-04 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 9-14-04 | .5 | Drafting supplemental witness/document list |
| 9-14-04 | .25 | Drafting letter to parent Re: Reminder notice of hearing |
| 9-18-04 | .25 | Bi-weekly case status review |
| 9-20-04 | 1.75 | Preparation for hearing |
| 9-21-04 | 2.75 | Hearing/transit/waiting |
| 9-21-04 | .25 | Post-hearing review of hearing notes |
| 9-21-04 | .25 | Drafting letter to parent Re: Results of hearing |
| 9-21-04 | .25 | Drafting letter to parent Re: Notice of upcoming IEP meeting |
| 9-21-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 9-21-04 | .25 | Drafting letter to parent Re: Notice of meeting/hearing |
| 10- 2-04 | .25 | Bi-weekly case status review |
| 10- 5-04 | .75 | Assembling meeting notebook |
| 10- 5-04 | .75 | Preparation for meeting |
| 10- 6-04 | 2.5 | BLMDT/IEP meeting/transit/waiting |
| 10- 6-04 | .25 | Post-meeting review of meeting notes |
| 10- 6-04 | .25 | Drafting letter to parent Re: Results of meeting |

<u>Timesheets</u>
Student: ██████████████
D/O/B:  ██████████████
September 21, 2004 HOD

```
10- 6-04    .5   Reading/analyzing evals received at meeting
10- 6-04    .5   Reading/analyzing BLMDTNotes
10-12-04    .5   Reading/analyzing 9-21-04 HOD
10-12-04    .25  Drafting letter to parent
                 Re:  Foregoing HOD
11- 5-04    .5   Reading/analyzing 10-20-04 psycho-ed eval
11- 5-04    .25  Drafting letter to parent
                 Re:  Foregoing
11-16-04    .75  Assembling meeting notebook
10-16-04    .25  Bi-weekly case status review
10-30-04    .25  Bi-weekly case status review
11-13-04    .25  Bi-weekly case status review
11-16-04    .75  Preparation for meeting
11-17-04    3.   BLMDT/IEP meeting/transit/waiting
11-17-04    .25  Post-meeting review of meeting notes
11-17-04    .25  Drafting letter to parent
                 Re:  Results of meeting
11-17-04    .5   Reading/analyzing evals received at meeting
11-17-04    .5   Reading/analyzing new MDTNotes
11-27-04    .25  Bi-weekly case status review
12-11-04    .25  Bi-weekly case status review
12-23-04    .25  Bi-weekly case status review
 1- 8-05    .25  Bi-weekly case status review
 1-22-05    .25  Bi-weekly case status review
 1-28-05    .25  Reading/calendaring DCPS notice of IEP meeting
 1-28-05    .25  Drafting letter to parent
                 Re:  Notice of meeting/hearing
 1-31-05    .25  Phone call with parent
                 Re:  Reminder notice of IEP meeting
 2- 1-05    .75  Assembling meeting notebook
 2- 1-05    .75  Preparation for meeting
 2- 2-05    2.75 BLMDT/IEP meeting/transit/waiting
 2- 2-05    .25  Post-meeting review of meeting notes
 2- 2-05    .25  Drafting letter to parent
                 Re:  Results of meeting
 2- 2-05    1.5  Reading/analyzing new IEP/BLMDTNotes/PNOP
```

<u>Timesheets</u>
Student: ▮▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮
March 22, 2005 HOD

| Date | Hours | Description |
|---|---|---|
| 2- 5-05 | .25 | Bi-weekly case status review |
| 2-18-05 | .25 | Bi-weekly case status review |
| 2-18-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 2-18-05 | .75 | Drafting hearing request |
| 2-18-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 2-18-05 | .75 | Drafting witness/document list |
| 2-18-05 | .5 | Document review to determine need and grounds for in limine motion |
| 2-18-05 | .25 | Drafting in limine motion |
| 2-18-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 2-18-05 | .25 | Drafting motion to bar or for other relief |
| 2-18-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 2-18-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 2-18-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 2-18-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 2-18-05 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 2-25-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 2-25-05 | .25 | Drafting letter to parent Re: Notice of hearing |
| 2-25-05 | 1.75 | Assembling hearing notebook |
| 2-25-05 | 3. | Preparation for hearing |
| 3-11-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 3- 5-05 | .25 | Bi-weekly case status review |
| 3-13-05 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 3-13-05 | .5 | Drafting supplemental witness/document list |
| 3-13-05 | .25 | Drafting letter to parent Re: Reminder notice of hearing |
| 3-14-05 | .25 | Phone call with OGC Re: 5 day disclosure |

<u>Timesheets</u>
Student: ███████████
D/O/B: ███████████
March 22, 2005 HOD


| | | |
|---|---|---|
| 3-14-05 | .25 | Phone call with Ms. Hall at SHO |
| | | Re:  Case assignment |
| 3-15-05 | .25 | Reading/analyzing DCPS's 5 days disclosure |
| 3-19-05 | .25 | Bi-weekly case status review |
| 3-20-05 | .25 | Phone call with parent |
| | | Re:  IDEAL intake |
| 3-21-05 | .25 | Phone call with parent |
| | | Re:  Issues for hearing |
| 3-21-05 | 1.75 | Preparation for hearing |
| 3-22-05 | .25 | Phone call with parent |
| | | Re:  Child intake interview at IDEAL |
| 3-22-05 | .25 | Phone call with Don Sanders at IDEAL |
| | | Re:  Issues for hearing |
| 3-22-05 | .25 | Phone call with Arneithea Reed, Asst. Principal IDEAL |
| | | Re:  Issues for hearing |
| 3-22-05 | 2.75 | Hearing/transit/waiting |
| 3-22-05 | .25 | Post-hearing review of hearing notes |
| 3-22-05 | .25 | Drafting letter to parent |
| | | Re:  Results of hearing |
| 3-22-05 | .25 | Phone call with parent |
| | | Re:  Results of hearing |
| 3-29-05 | .5 | Reading/analyzing HOD |
| 3-29-05 | .25 | Drafting letter to parent |
| | | Re:  Foregoing HOD |
| 3-29-05 | .25 | Phone call with parent |
| | | Re:  HOD |
| 3-30-05 | .25 | Drafting letter to IDEAL |
| | | Re:  Foregoing HOD |
| 3-31-05 | .25 | Phone call with Maureen Anderson at DCPS Transportation Unit |
| | | Re:  Request for transportation |
| 3-31-05 | .25 | Drafting fax to Ms. Anderson |
| | | Re:  HOD |
| 4- 2-05 | .25 | Bi-weekly case status review |
| 4- 2-05 | 1. | Assembling timesheets and bill |

<u>Timesheets</u>

Student: ██████████████
D/O/B: ██████████████


<u>Costs and Expenses</u>

| Date      | Amount | Item                              |
|-----------|--------|-----------------------------------|
| 9-21-04   | 3.00   | Mileage to SHO for hearing        |
| 9-21-04   | 12.00  | Parking at SHO for hearing        |
| 10- 6-04  | 3.00   | Mileage to MacFarland School for MDT/IEP meeting |
| 11-17-04  | 3.00   | Mileage to MacFarland School for MDT/IEP meeting |
| 3-22-05   | 3.00   | Mileage to SHO for hearing        |
| 3-22-05   | 14.00  | Parking at SHO for hearing        |
| 1998-2001 | 40.00  | Copying (miscellaneous)           |
| 1998-2001 | 25.00  | Postage (miscellaneous)           |

Total:  $103.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.    **Attorney Information**

     Law Firm:            Ronald L. Drake Law Office
     Attorney:            Ronald L. Drake, Esquire
     Federal Tax ID No.:   █████████
     D.C. Bar No.:        338392

2.    **Student Information**

     RE:  Student:            ████████████
         D/O/B:              ████████████
         SSN:               577 25 8019
         Parent:           Ms. Deborah Clark
         Address:          540 Columbia Road, N.W.
                           Washington, D.C. 20001
         Phone No.:       (301) 320-1059 (work)
                           (202) 882-3238 (home)
         Current Placement:   McFarland Middle School
         Neighborhood School:  McFarland Middle School
         Current Grade:      6th (9-04)
         Retention(s):       None
         Consent to Test:     January 2000 (approx)
         Initial IEP:        June 2000 (approx)
         Current IEP:        February 2, 2004
         NOPP:              April 2003
         Disability:         LD
         Program Level:     67%
         DCPS Attorney:     Mr. Prince
         Prior Hearing(s):   March 22, 2005
                           September 21, 2004
                           October 14, 2003

         SA(s):

3.    **Invoice Information**

     Invoice Number:        No number assigned
     Date Request Submitted:  April 2, 2005
     Date Services Rendered:   4-18-04 to 4-2-05
     Amount of Payment Request:  $ See attached timesheet

**4.  Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

   All services listed on the enclosed invoices were actually performed;

   The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

   I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

January 27, 2006

<u>STATEMENT  SUPPLEMENTING  AUGUST  17,  2005  STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████
          D/O/B:
          HOD(s):   August 1, 2005/January 13, 2006
                    March 22, 2005
                    September 21, 2004
                    October 14, 2003

---

                                     @ $405.00

     August 1, 2005/January   19.25 Hours  $ 7796.25
     13, 2006 HOD

                                     Costs   $ 15.00

     The  time  charged  herein  was  incurred  subsequent  to  the
billing  included  in  <u>Adams</u>  <u>v.</u>  <u>et.</u>  <u>al.,</u>  <u>v.</u>  <u>D.C.</u>,  CA  No.
03cv2139(JDB).

     Plaintiffs'  counsel  requests  DCPS  to  delete  any  time  entries
for  IEP  meetings  not  ordered  as  the  result  of  a  settlement
agreement  or  hearing  officer's  determination.

**TIMESHEETS**

Student: ███████████

D/O/B: ███████████

August 1, 2005/January 13, 2006 HOD

| Date | Hours | Item |
|------|-------|------|
| 8-20-05 | .25 | Bi-weekly case status review |
| 9- 3-05 | .25 | Bi-weekly case status review |
| 9- 7-05 | .25 | Phone call with Arnetha Reed at Academy for Ideal Education Re:  Conducting required testing |
| 9-17-05 | .25 | Bi-weekly case status review |
| 10- 1-05 | .25 | Bi-weekly case status review |
| 10-15-05 | .25 | Bi-weekly case status review |
| 10-29-05 | .25 | Bi-weekly case status review |
| 11-12-05 | .25 | Bi-weekly case status review |
| 11-26-05 | .25 | Bi-weekly case status review |
| 12- 2-05 | .25 | Drafting letter to Ms. Reed Re:  Completion of testing |
| 12-10-05 | .25 | Bi-weekly case status review |
| 12-15-05 | .5 | Reading/analyzing Ideal 12-15-05 Educational testing report |
| 12-15-05 | .25 | Drafting letter to SHO Re:  Foregoing document |
| 12-21-05 | .25 | Drafting letter to Ideal Re:  Request to schedule hearing |
| 12-22-05 | .25 | Bi-weekly case status review |
| 1- 7-06 | .25 | Bi-weekly case status review |
| 1-11-06 | .25 | Phone call with Ms. DuPree at Ideal Re:  Upcoming IEP |
| 1-11-06 | .25 | Phone call with Hearing Officer DuBow Re:  Scheduling teleconference hearing |
| 1-11-06 | 1.75 | Assembling hearing notebook |
| 1-11-06 | 3.5 | Preparation for hearing |
| 1-12-06 | 1.75 | Preparation for hearing |
| 1-13-06 | .5 | Teleconference hearing |
| 1-13-06 | .25 | Post-hearing review of hearing notes |
| 1-13-06 | .25 | Drafting letter to parent Re:  Results of hearing |
| 1-17-06 | 4.5 | Drafting post-hearing memorandum Re:  Comp ed |
| 1-18-06 | .25 | Phone call with SHO Re:  Filing of memorandum |
| 1-21-06 | .25 | Bi-weekly case status review |
| 1-27-06 | .5 | Reading/analyzing 1-13-06 HOD |
| 1-27-06 | .25 | Phone call with parent Re:  Foregoing HOD |
| 1-27-06 | .25 | Drafting letter to parent Re:  Foregoing HOD |
| 1-27-06 | .5 | Assembling timesheets and bill |

.pa

<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2005-2006 | 10.00 | Copying (miscellaneous) |
| 2005-2006 | 5.00 | Postage (miscellaneous) |

Total:  $ 15.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

       Law Firm:               Ronald L. Drake Law Office
       Attorney:               Ronald L. Drake, Esquire
       Federal Tax ID No.:     ███████████
       D.C. Bar No.:           338392

2.  **Student Information**

       RE:  Student:
            D/O/B:
            SSN:                   577 25 8019
            Parent:                Ms. Deborah Clark
            Address:               540 Columbia Road, N.W.
                                   Washington, D.C. 20001
            Phone No.:             (301) 320-1059 (work)
                                   (202) 882-3238 (home)
            Current Placement:     Academy for Ideal Education
            Neighborhood School:   McFarland Middle School
            Current Grade:         7th (9-05)
            Retention(s):          None
            Consent to Test:       January 2000 (approx)
            Initial IEP:           June 2000 (approx)
            Current IEP:           February 2, 2005
            NOPP:                  April 1, 2005 (HOD placement)
            Disability:            LD
            Program Level:         67%
            DCPS Attorney:         Ms. Rashida Chapman, Esquire
            Prior Hearing(s):      January 13, 2006/August 1, 2005
                                   March 22, 2005
                                   September 21, 2004
                                   October 14, 2003
            SA(s):

3.  **Invoice Information**

       Invoice Number:         No number assigned
       Date Request Submitted: January 27, 2006
       Date Services Rendered: 9-7-05 to 1-27-06
       Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.

_____    Date:  January 27, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

       RE:  Student:  ███████████
           D/O/B:  ████████
           HOD(s):  August 2, 2005

Dear Ms. Pierson;

    On August 19, 2005, I submitted my bill in the foregoing matter.  The amount now due in this matter is as follows:

                               @ $405.00
    August 2, 2005   HOD   45.25 Hours  $18326.25

                            Costs   $ 53.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                  Very truly yours,

                  Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

August 19, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:     ███████████████
          D/O/B:       ███████████████
          HOD(s):      August 2, 2005

_____

                              @ $405.00

     August 2, 2005    HOD    45.25 Hours   $18326.25

                              Costs   $ 53.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

```
            Student: ████████████
            D/O/B:   ████████████
            HOD(s):  August 2, 2005
```

| Date | Hours | Item |
|------|-------|------|
| 11-12-04 | .25 | Phone call with parent, Melvena Buchanan Re:  Need for representation |
| 11-12-04 | 1.25 | Opening file/computer disk |
| 11-13-04 | .25 | Bi-weekly case status review |
| 11-27-04 | .25 | Bi-weekly case status review |
| 12- 1-04 | .25 | Phone call with parent Re:  Need to proceed |
| 12- 7-04 | .25 | Phone call with parent Re:  Need to proceed |
| 12- 9-04 | .25 | Phone call with parent Re:  Parent's request for IEP meeting |
| 12-10-04 | .25 | Reading/analyzing documents from parent |
| 12-10-04 | .25 | Phone call with parent Re:  Need to proceed |
| 12-11-04 | .25 | Bi-weekly case status review |
| 12-22-04 | .25 | Phone call with parent Re:  Need to proceed |
| 12-25-04 | .25 | Bi-weekly case status review |
| 1- 7-05 | .25 | Phone call with Ms. Zackary at J.O. Wilson Re:   IEP provisions |
| 1- 8-05 | .25 | Bi-weekly case status review |
| 1-11-05 | .25 | Phone call with parent Re:  Need for IEP team to meet |
| 1-18-05 | .25 | Phone call with J.O. Wilson Re:  Release of information |
| 1-22-05 | .25 | Bi-weekly case status review |
| 1-27-05 | .25 | Phone call with J.O. Wilson Re:  Schedule for IEP meeting |
| 1-27-05 | .25 | Phone call with parent Re:  Schedule for IEP meeting |
| 1-28-05 | 1. | Reading/analyzing 1-27-05 IEP/MDT Notes |
| 1-28-05 | .25 | Drafting retainer agreement |
| 2- 3-05 | 1.25 | Reading/analyzing confidentials including evals, 6-1-04 PNOP/MDT Notes |
| 2- 5-05 | .25 | Bi-weekly case status review |
| 2- 5-05 | .25 | Drafting letter to parent Re:  Foregoing document(s) |
| 2-11-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |

**TIMESHEETS**

Student: ███████████
D/O/B: ███████████
HOD(s):  August 2, 2005

| | | |
|---|---|---|
| 2-16-05 | .25 | Phone call with parent<br>Re:  IEP meeting |
| 2-16-05 | 1. | Reading/analyzing documents received from parent |
| 2-16-05 | .25 | Phone call with Wanda Zackary<br>Re:   Schedule for IEP meeting parent |
| 2-16-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting |
| 2-20-05 | .25 | Bi-weekly case status review |
| 2-22-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 2-22-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 2-24-05 | .25 | Phone calls (2) with parent<br>Re:  Postponement of IEP meeting |
| 2-24-05 | .25 | Phone call with J.O. Wilson<br>Re:   School closure |
| 3- 1-05 | .25 | Reading/calendaring DCPS invitation to IEP meeting |
| 3- 2-05 | .25 | Phone call with parent<br>Re:  IEP meeting |
| 3- 2-05 | .25 | Phone call with Ms. Zackary<br>Re:  IEP meeting |
| 3- 2-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 3- 3-05 | .25 | Reading/calendaring DCPS confirmation of meeting |
| 3- 3-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting |
| 3- 4-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 3- 4-05 | .25 | Drafting letter to DCPS<br>Re:   IEP meeting date |
| 3- 5-05 | .25 | Bi-weekly case status review |
| 3-19-05 | .25 | Bi-weekly case status review |
| 4- 2-05 | .25 | Bi-weekly case status review |
| 4- 5-05 | .25 | Reading/analyzing MDT notes |
| 4- 8-05 | .25 | Phone call with Ms. Zackary<br>Re:   Status of IEP meeting |
| 4- 8-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 4- 8-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting |

**TIMESHEETS**

```
               Student:  ████████████
               D/O/B:    ████████████
               HOD(s):   August 2, 2005
```

| | | |
|---|---|---|
| 4-13-05 | .25 | Reading/analyzing DCPS 11-18-04 medical review of records |
| 4-14-05 | .25 | Reading/calendaring DCPS confirmation of IEP meeting notice |
| 4-16-05 | .25 | Bi-weekly case status review |
| 4-16-05 | .25 | Drafting letter to parent Re:  Foregoing document(s) |
| 4-16-05 | .25 | Phone call with Ms. Zackary Re:  Medical review and IEP meeting notice |
| 4-16-05 | .25 | Drafting letter to parent Re:  Reminder notice of meeting/hearing |
| 4-26-05 | .25 | Reading/analyzing MDT notes |
| 4-30-05 | .25 | Bi-weekly case status review |
| 5-14-05 | .25 | Bi-weekly case status review |
| 5-28-05 | .25 | Bi-weekly case status review |
| 6-11-05 | .25 | Bi-weekly case status review |
| 6-25-05 | .25 | Bi-weekly case status review |
| 6-27-05 | .25 | Phone call with parent Re:  No placement |
| 6-27-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 6-27-05 | .75 | Drafting hearing request |
| 6-27-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 6-27-05 | .75 | Drafting witness/document list |
| 6-27-05 | .5 | Document review to determine need and grounds for in limine motion |
| 6-27-05 | .25 | Drafting in limine motion |
| 6-27-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 6-27-05 | .25 | Drafting motion to bar or for other relief |
| 6-27-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 6-27-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 6-27-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 6-27-05 | .25 | Drafting stay-put demand |

**TIMESHEETS**

```
                    Student: ███████████████
                    D/O/B:   ███████████████
                    HOD(s):  August 2, 2005
```

```
6-27-05      .25    Completing DCPS Student Hearing Office
                    hearing/mediation form
6-27-05      .25    Drafting letter to SHO
                    Re:  Scheduling hearing
7- 5-05      .25    Reading/calendaring SHO notice of hearing date
7- 5-05      .25    Drafting letter to parent
                    Re:  Notice of hearing
7- 5-05     1.75    Assembling hearing notebook
7- 5-05     3.      Preparation for hearing
7- 9-05      .25    Bi-weekly case status review
7-18-05     3.5     Preparation for hearing
7-23-05      .25    Bi-weekly case status review
7-26-05      .25    Drafting letter to parent
                    Re:  Reminder notice of hearing
7-26-05      .5     Document review to determine need/basis
                    to supplement wit/doc list
7-26-05      .5     Drafting supplemental witness/document list
7-26-05     1.      Reading/analyzing DCPS's 5 days disclosure
                    with exhibits
7-27-05      .25    Phone call with parent and High Road
                    Re:  Upcoming hearing
7-27-05      .5     Assembling documents to forward to High Road
                    for review
7-27-05      .25    Drafting fax to High Road
                    Re:  Foregoing and request for interview
7-29-05     1.75    Preparation for hearing
8- 1-05      .25    Phone call with parent
                    Re:  Child acceptance at High Road
8- 2-05      .5     Phone call with David Clark at High Road
                    Re:  Preparation for hearing
8- 2-05     2.25    Hearing/transit/waiting
8- 2-05      .25    Post-hearing review of hearing notes
8- 2-05      .25    Drafting letter to parent
                    Re:  Results of hearing
8- 3-05      .25    Reading/analyzing High Road acceptance letter
8- 5-05      .5     Reading/analyzing HOD
8- 5-05      .25    Drafting letter to parent
                    Re:  Foregoing HOD
8- 5-05      .25    Drafting letter to High Road
                    Re:  Foregoing HOD
8- 6-05      .25    Bi-weekly case status review
8-20-05      .25    Bi-weekly case status review
8-19-05      .75    Assembling timesheets and bill
```

**TIMESHEETS**

```
Student:   ███████████
D/O/B:     ███████████
HOD(s):  August 2, 2005
```

<u>Costs and Expenses</u>

```
   Date        Amount              Item

  8- 2-05  $   3.00  Mileage to SHO for hearing
  8- 2-05     15.00  Parking at SHO for hearing
2004-2005     25.00  Copying (miscellaneous)
2004-2005     10.00  Postage (miscellaneous)


                              Total:  $ 53.00
```

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:                Ronald L. Drake Law Office
   Attorney:                Ronald L. Drake, Esquire
   Federal Tax ID No.:      ███████████
   D.C. Bar No.:            338392

2. **Student Information**

   RE:  Student:            ████████████
        D/O/B:              ████████████████████
        SSN:
        Parent:             Ms. Melvina Eleanora Buchanan
        Address:            1138 Abbey Place, N.E.
                            Washington, D.C. 20002
                            Apartment No.
                            Washington, D.C. 20002
        Phone No.:          (202) 353-7403 (work)
                            (202) 544-1338 (home)
                            (202) 321-9422 (cell)
        Current Placement:  J.O. Wilson Elementary School
        Neighborhood School: J.O. Wilson Elementary School
        Current Grade:      5th
        Retention(s):       6-00 (1st grade)
        Consent to Test:
        IEP:                January 27, 2005
        Initial IEP:        June 1, 2004
        NOPP:               June 1, 2004
        Disability:         ED
        Program Level:      100%
        DCPS Attorney:      Ms. Karen Jones Herbert, Esquire
        Prior Hearing(s):   August 2, 2005
        SA(s):

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  August 19, 2005
   Date Services Rendered:  11-12-04 to 8-19-05
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  August 19, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

      RE:  Student: ███████████████████████
          D/O/B:
          HOD(s):   September 20/October 15, 2004
          SA(s):

Dear Ms. Pierson;

    On February 23, 2005, I submitted my bill, correcting the February 15, 2006 bill in the foregoing matter.  Thereafter, DCPS paid $4058.00.

    My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                @ $405.00
    September 20/
    October 15, 2004 HOD  133.25 Hours  $53966.25
                           Costs  $151.00

        Credit for prior DCPS payment: $ 4958.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


                Very truly yours,


                Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 23, 2005

**CORRECTED**
STATEMENT

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████████████
          D/O/B:
          HOD(s):   September 20/October 15, 2004
          SA(s):

_____

                              @ $390.00

     September 20/
     October 15, 2004 HOD  133.25 Hours  $51967.50

                              Costs   $151.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

Timesheets

Student: ████████████████████

D/O/B: ██████████████

September 20/October 15, 2004 HOD


```
5- 7-02     .25   Phone call with grandparent (hereinafter
                  referred to as parent)
                  Re:  Need for representation
5- 7-02    1.25   Opening file/computer disk
5- 5-02     .25   Bi-weekly case status review
5-15-02     .25   Bi-weekly case status review
6- 2-02     .25   Bi-weekly case status review
6- 3-02     .25   Phone call with Sylvia Spears,
                  biological mother
                  Re:  Need for evaluation
6- 4-02     .25   Phone call with parent
                  Re:  DCPS refusal to allow to sign Consent
                  to Test form
6- 4-02     .25   Phone call with parent
                  Re:  Location of records
6- 4-02     .25   Reading/analyzing 6- 5-02 fax from PG County
                  Re:  Transfer of records to DCPS
6- 4-02     .25   Phone call with father
                  Re:  Effort to have child evaluated
6-16-02     .25   Bi-weekly case status review
6-30-02     .25   Bi-weekly case status review
7-15-02     .25   Bi-weekly case status review
7-23-02     .25   Phone call with parent
                  Re:  Effort to have DCPS evaluate
7-28-02     .25   Bi-weekly case status review
8- 5-02     .25   Phone call with parent
                  Re:  Problem getting docs signed with DCPS
                  for eval
8-11-02     .25   Bi-weekly case status review
8-24-02     .25   Bi-weekly case status review
9- 3-02     .25   Phone call with parent
                  Re:  Signing forms for eval at Noyes
9- 9-02     .25   Bi-weekly case status review
9-22-02     .25   Bi-weekly case status review
10- 6-02    .25   Bi-weekly case status review
10-21-02    .25   Bi-weekly case status review
11- 4-02    .25   Bi-weekly case status review
11-15-02    .25   Phone call with parent
                  Re:  IEP
11-18-02    .25   Bi-weekly case status review
12- 2-02    .25   Bi-weekly case status review
```

**Timesheets**

Student: ████████████████████

D/O/B: ████████████████

September 20/October 15, 2004 HOD

| | | |
|---|---|---|
| 12-16-02 | .25 | Bi-weekly case status review |
| 12-30-02 | .25 | Bi-weekly case status review |
| 1-13-03 | .25 | Bi-weekly case status review |
| 1-27-03 | .25 | Bi-weekly case status review |
| 1-31-03 | .25 | Phone call with parent and DCPS Re: Lack of slots at Moten |
| 1-31-03 | 1.25 | Drafting retainer agreement, authorization for release of medical records, authorization to sign request for mediation/hearing, authorization for release of school records, request for school records, request for SETS records, request for independent re-evaluation, letter to case manager, authorization for attorney's signature, authorization for payment of attorney's fees, notice re 1983 claims |
| 1-31-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 1-31-03 | .75 | Drafting hearing request |
| 1-31-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 1-31-03 | .75 | Drafting witness/document list |
| 1-31-03 | .5 | Document review to determine need and grounds for in limine motion |
| 1-31-03 | .25 | Drafting in limine motion |
| 1-31-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 1-31-03 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 1-31-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 1-31-03 | .25 | Drafting stay-put demand |
| 1-31-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 1-31-03 | .25 | Drafting letter to SHO Re: Scheduling hearing |

<u>Timesheets</u>
Student: ███████████████████████
D/O/B: ████████████████████
September 20/October 15, 2004 HOD


| | | |
|---|---|---|
| 1-31-03 | .25 | Phone call with parent Re:  Scheduling conference |
| 1-31-03 | 1.5 | Conference with parent and child in parent home, and signing initial documents/ transit |
| 1-31-03 | .25 | Post-conference review of conference notes |
| 1-31-03 | .25 | Drafting letter to parent Re:  Results of conference |
| 1-31-03 | 2. | Reading/analyzing documents provided by parent |
| 2- 3-03 | .25 | Phone call with LaGrande Baldwin Re:  Placement |
| 2- 4-03 | .25 | Phone call with Mr. Baldwin Re:  Transportation |
| 2- 5-03 | .25 | Phone call with parent Re:  Placement |
| 2-10-03 | .25 | Bi-weekly case status review |
| 2-24-03 | .25 | Bi-weekly case status review |
| 2-25-03 | .25 | Reading/analyzing SHO notice of proposed hearing date |
| 2-25-03 | .25 | Phone call with Rose Gill Re:  Problem with scheduling hearing |
| 2-25-03 | .25 | Phone call with special master Bauch Re:  Scheduling |
| 2-25-03 | .25 | Drafting letter to Ms. Gill Re:  Scheduling hearing |
| 2-27-03 | 3.5 | Reading/analyzing DCPS's 5 days disclosure with voluminous docs attached |
| 3- 3-03 | .25 | Phone call with DCPS outside counsel Jeffrey Krew Re:  His need for continuance |
| 3- 3-03 | .25 | Phone call with parent Re:  Delay of hearing |
| 3- 6-03 | .25 | Phone call with SHO Re:  Status of case |
| 3- 9-03 | .25 | Bi-weekly case status review |
| 3-17-03 | .25 | Reading/analyzing Interim Order |
| 3-17-03 | .25 | Phone call with SHO Re:  Need to review tape |
| 3-17-03 | .25 | Review of SHO file at SHO offices |

Timesheets
Student: ████████████████
D/O/B: ████████████████
September 20/October 15, 2004 HOD


```
3-17-03   1.75   Assembling hearing notebook
3-17-03   3.     Preparation for hearing
3-19-03   .25    Reading/analyzing Mr. Krew letter
                 Re:  Hearing dates
3-20-03   .25    Phone call with parent
                 Re:  Possible hearing dates
3-20-03   .25    Drafting letter to Mr. Krew
                 Re:  Possible hearing dates
3-20-03   .25    Drafting letter to Mr. Krew
                 Re:  Results of 45 days claim
3-21-03   .25    Reading/analyzing Mr. Krew letter
                 Re:  Agreeing to hearing date
3-22-03   .25    Drafting letter to parent
                 Re:  Hearing date agreement
3-23-03   .25    Bi-weekly case status review
3-24-03   .5     Document review to determine need and/or basis
                 for/to amend hearing request
3-24-03   3.5    Preparation for hearing
3-24-03   .25    Phone call with parent
                 Re:  Notice of hearing
3-26-03   .5     Document review to determine need/basis
                 to supplement wit/doc list
3-26-03   .25    Drafting supplemental witness/document list
4- 1-03   .25    Phone call with Rose Gill at SHO
                 Re:  Schedule for hearing
4- 1-03   .25    Phone call with SHO
                 Re:  Delay of hearing
4- 2-03   .25    Phone calls (2) with parent
                 Re:  Residency issues
4- 2-03   .25    Phone call with Noyes
                 Re:  Residency
4- 2-03   .25    Drafting fax to Accotink
                 Re:  Current IEP
4- 2-03   .25    Phone call with Julia Oaks at Accotink
                 Re:  Need for additional docs
4- 2-03   .5     Document review to determine need and/or basis
                 for/to select additional docs to forward to
                 Accotink
4- 2-03   .25    Drafting fax to Julia Oaks
                 Re:  Foregoing
4- 2-03   .25    Phone call with Rose Gill at SHO
                 Re:  Setting new hearing date
```

<u>Timesheets</u>
Student: ███████████████████
D/O/B: ███████████████████
September 20/October 15, 2004 HOD


```
4- 6-03      .25  Bi-weekly case status review

4- 9-03      .25  Phone call with parent and Ms. Gill
                  Re:  Setting new hearing date
4- 9-03      .25  Drafting letter to parent
                  Re:  Notice of new hearing date
4-20-03      .25  Bi-weekly case status review

4-21-03      .25  Phone call with Rose Gill
                  Re:  Schedule for hearing
4-22-03      .25  Reading/analyzing 2-19-03 SETs report
4-26-03      .25  Phone call with parent
                  Re:  Date for hearing
5- 1-03      .25  Reading/analyzing Mr. Krew 5- 1-03 letter
                  to SHO
                  Re:  Schedule
5- 1-03      .25  Phone call with parent and Ms. Gill
                  Re:  Hearing date
5- 1-03      .25  Reading/calendaring SHO hearing new hearing
                  date notice
5- 1-03      .25  Drafting letter to parent
                  Re:  Notice of new hearing date
5- 4-03      .25  Bi-weekly case status review
5-19-03      .25  Bi-weekly case status review
5-21-03      .5   Document review to determine need/basis
                  to supplement wit/doc list
5-25-03      .25  Drafting supplemental witness/document list
5-26-03      4.   Preparation for hearing
5-27-03      .5   Phone call with parent
                  Re:  Strategy
5-28-03      .25  Drafting letter to SHO
                  Re:  Pending hearing request
5-28-03      .25  Phone call with parent
                  Re:  Issues for hearing
5-28-03      .25  Phone call with Ms. Gill
                  Re:  Status of hearing
5-28-03      .25  Phone call with parent
                  Re:  Document discrepancy
5-28-03      .5   Phone call with parent
                  Re:  Further discussion of issues for hearing
5-28-03      .5   Phone call with parent
                  Re:  Further discussion of issues for hearing
```

<u>Timesheets</u>

Student: ████████████████████

D/O/B: ████████████████████████

September 20/October 15, 2004 HOD

| Date | Hours | Description |
|------|-------|-------------|
| 5-29-03 | 1.5 | Preparation for hearing |
| 5-29-03 | 1.75 | Hearing/transit/waiting |
| 5-29-03 | .25 | Post-hearing review of hearing notes |
| 5-29-03 | .25 | Drafting letter to parent<br>Re: Results of hearing |
| 5-29-03 | .25 | Drafting letter to DCPS Transportation Division<br>Re: Request for docs |
| 5-30-03 | .25 | Reading/analyzing HOD |
| 5-30-03 | .25 | Drafting letter to parent<br>Re: Foregoing HOD |
| 5-30-03 | .5 | Document review to determine need and/or basis DCPS Transportation Division custodian of records |
| 5-30-03 | .25 | Drafting letter to SHO<br>Re: Request to compel DCPS Transportation Division custodian of records |
| 6- 1-03 | .25 | Bi-weekly case status review |
| 6- 9-03 | .25 | Reading/analyzing 6- 9-03 letter from Mr. Krew |
| 6- 9-03 | .25 | Drafting letter to Mr. Krew<br>Re: Schedule |
| 6- 9-03 | .25 | Drafting letter to SHO<br>Re: Schedule |
| 6-15-03 | .25 | Bi-weekly case status review |
| 6-16-03 | .25 | Phone call with parent<br>Re: Accotink acceptance |
| 6-17-03 | .25 | Reading/analyzing Accotink letter<br>Re: Acceptance |
| 6-17-03 | .25 | Reading/analyzing letter from Mr. Krew<br>Re: New location |
| 6-19-03 | .25 | Reading/analyzing Mr. Krew 6-19-03 letter<br>Re: Schedule |
| 6-19-03 | .25 | Drafting letter to SHO<br>Re: Motion to compel |
| 6-20-03 | .25 | Reading/analyzing DCPS Transportation Division trip ticket log |
| 6-20-03 | .25 | Phone call with parent<br>Re: Accotink acceptance |
| 6-21-03 | .25 | Drafting second supplemental witness/document list |
| 6-29-03 | .25 | Bi-weekly case status review |
| 7- 2-03 | .25 | Reading/analyzing Mr. Krew 6-13-03 letter to SHO<br>Re: Schedule |

<u>Timesheets</u>

Student: █████████████████

D/O/B: ███████████████

September 20/October 15, 2004 HOD


```
7- 3-03    .25   Drafting letter to Mr. Krew
                 Re:  Schedule
7- 3-03    .25   Drafting letter to SHO
                 Re:  Schedule
7- 5-03    .25   Reading/analyzing Mr. Krew letter
                 Re:  Schedule
7- 5-03    .25   Reading/calendaring SHO hearing date notice
7- 5-03    .25   Drafting letter to parent
                 Re:  Notice of meeting/hearing
7- 7-03    .25   Phone call with parent
                 Re:  Date for hearing
7- 7-03    .25   Phone call with Julia Oaks
                 Re:  Status of placement
7-13-03    .5    Document review to determine need and/or basis
                 for/to revise motion to compel
7-13-03    .25   Bi-weekly case status review
7-14-03    .5    Reading/analyzing 7-14-03 notice to appear
7-15-03    .25   Reading/analyzing 7-15-03 Mr. Krew letter
                 to hearing officer
                 Re:  Continuance
7-15-03    .25   Reading/analyzing Mr. Krew 7-15-03 letter
                 Re:  Schedule
7-16-03    .25   Reading/analyzing Mr. Krew 7-15-03 motion to
                 quash notice to appear
7-23-03    2.75  Library research
                 Re:  IDEA and subpoenas
7-23-03    .25   Reading/analyzing 7-23-03 IHOD
7-25-03    1.    Assembling notices/motions/orders
                 Re:  Quashing notice to appear
7-27-03    .25   Bi-weekly case status review
8- 4-03    .25   Phone call with Ms. Gill
                 Re:  Status of hearing date
8- 6-03    .25   Phone call with Ms. Gill
                 Re:  Continuance at Mr. Krew request
8- 7-03    .25   Phone call with Ms. Gill
                 Re:  Schedule for hearing
8- 8-03    .25   Phone call with Ms. Oaks
                 Re:  Status
8-10-03    .25   Bi-weekly case status review
8-22-03    .25   Reading/analyzing 8-20-03 letter from
                 Mr. Ryan, Noyes principal
                 Re:  Mr. Austin no longer to be contact point
```

<u>Timesheets</u>

Student: ██████████████████
D/O/B: ██████████████████
September 20/October 15, 2004 HOD


| | | |
|---|---|---|
| 8-23-03 | .25 | Drafting letter to parent |
| | | Re:  Foregoing |
| 8-24-03 | .25 | Bi-weekly case status review |
| 9- 7-03 | .25 | Bi-weekly case status review |
| 9-21-03 | .25 | Bi-weekly case status review |
| 10- 5-03 | .25 | Bi-weekly case status review |
| 10-19-03 | .25 | Bi-weekly case status review |
| 10-20-03 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 10-22-03 | .25 | Phone call with parent and Ms. Edwards |
| | | Re:   Schedule for IEP meeting |
| 10-22-03 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 10-23-03 | .25 | Drafting letter to parent |
| | | Re:   Notice of meeting/hearing |
| 10-23-03 | .25 | Phone call with Ms. Edwards |
| | | Re:   IEP meeting |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11-16-03 | .25 | Bi-weekly case status review |
| 11- 3-03 | 1. | Reading/analyzing new IEP/BLMDTNotes/PNOP |
| 11-19-03 | .25 | Phone call with Jim Baxley, Esq. |
| | | Re:   Status |
| 11-21-03 | .25 | Drafting letter to Mr. Krew |
| | | Re:   Status of representation |
| 11-25-03 | .25 | Phone call with parent |
| | | Re:   Need to amend hearing request |
| 11-30-03 | .25 | Bi-weekly case status review |
| 12-14-03 | .25 | Bi-weekly case status review |
| 12-28-03 | .25 | Bi-weekly case status review |
| 1-11-04 | .25 | Bi-weekly case status review |
| 1-16-04 | .25 | Phone call with Kim Berger, tutor at |
| | | Project North Star |
| | | Re:   Status of placement |
| 1-23-04 | .25 | Phone call with parent |
| | | Re:   Tutor denied access to classroom to |
| | | observe student |
| 1-25-04 | .25 | Bi-weekly case status review |
| 2- 8-04 | .25 | Bi-weekly case status review |
| 2-22-04 | .25 | Bi-weekly case status review |
| 2-27-04 | .25 | Phone call with parent |
| | | Re:   Continued need for placement |
| 2-27-04 | .5 | Document review to determine status |
| 2-27-04 | .25 | Drafting letter to SHO and OGC |
| | | Re:   Scheduling hearing |

<u>Timesheets</u>

Student: ████████████████████
D/O/B: ████████████████
September 20/October 15, 2004 HOD


| | | |
|---|---|---|
| 3- 3-04 | .25 | Phone call with parent<br>Re:  Status |
| 3- 3-04 | .25 | Drafting fax to parent<br>Re:  IEP |
| 3- 7-04 | .25 | Bi-weekly case status review |
| 3-21-04 | .25 | Bi-weekly case status review |
| 3-25-04 | .25 | Phone call with SHO<br>Re:  Status |
| 4- 4-04 | .25 | Bi-weekly case status review |
| 4-19-04 | .25 | Bi-weekly case status review |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-18-04 | .25 | Phone call with parent<br>Re:  ESY |
| 5-30-04 | .25 | Bi-weekly case status review |
| 6-13-04 | .25 | Bi-weekly case status review |
| 6-27-04 | .25 | Bi-weekly case status review |
| 7-10-04 | .25 | Bi-weekly case status review |
| 7-11-04 | .5 | Document review to determine need and/or basis<br>for/to amend hearing request |
| 7-11-04 | .25 | Drafting amendment to hearing request and<br>drafting transmittal letter |
| 7-22-04 | .25 | Reading/analyzing 7-21-04 IHOD |
| 7-24-04 | .25 | Bi-weekly case status review |
| 8- 9-04 | .25 | Bi-weekly case status review |
| 8-18-04 | .25 | Phone call with parent<br>Re:  Status |
| 8-19-04 | .25 | Phone calls (2) with Ms. Hall at SHO<br>Re:  Effort to schedule hearing |
| 8-19-04 | .25 | Drafting fax to SHO<br>Re:  Hearing date |
| 8-19-04 | .25 | Phone call with James Fisher, Esq.<br>Re:  Status |
| 8-20-04 | .25 | Reading/calendaring SHO hearing date notice |
| 8-20-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 8-20-04 | 1.5 | Updated assembly of hearing notebook |
| 8-20-04 | 3. | Preparation for hearing |
| 8-22-04 | .25 | Bi-weekly case status review |
| 8-23-04 | .25 | Phone call with parent<br>Re:  Delay of placement |
| 8-23-04 | .25 | Phone call with parent<br>Re:  Transportation and placement |

<u>Timesheets</u>
Student: ███████████████████
D/O/B: ███████████████████
September 20/October 15, 2004 HOD


```
8-30-04     .25   Phone call with paralegal at OGC
                  Re:  Need for copy of hearing request
8-30-04     .25   Drafting fax to OGC paralegal
                  Re:  hearing request
8-31-04     .25   Phone call with parent
                  Re:  Placement issue
8-31-04     .5    Reading/analyzing DCPS 7-28-04 PNOP
8-31-04     .25   Phone call with parent
                  Re:  PNOP
9- 2-04     .5    Document review to determine need and/or basis
                  for/to amend hearing request
9- 2-04     .5    Drafting amendment to hearing request
9- 5-04     .25   Bi-weekly case status review
9- 7-04     .25   Phone call with parent
                  Re:  Status
9- 9-04     .25   Phone call with parent
                  Re:  DCALA placement
9- 9-04     .25   Phone call with Julia Oaks
                  Re:  Hearing issues
9-13-04     .5    Document review to determine need/basis
                  to supplement wit/doc list
9-13-04     .25   Drafting supplemental witness/document list
9-13-04     .25   Reading/analyzing DCPS's 5 days disclosure
9-16-04     .75   Preparation for school visit to DCALA
9-16-04     2.5   School visit to DCALA/transit/waiting
9-16-04     .25   Post-visit review of meeting notes
9-16-04     .25   Drafting letter to parent
                  Re:  Results of meeting
9-17-04     .25   Phone call with parent and Ms. Lattimore at
                  Brown
                  Re:  Enrollment
9-19-04     1.75  Preparation for hearing
9-19-04     .25   Bi-weekly case status review
9-20-04     3.75  Hearing/transit/waiting
9-20-04     .25   Post-hearing review of hearing notes
9-20-04     .25   Drafting letter to parent
                  Re:  Results of hearing
9-23-04     .25   Reading/calendaring SHO IHOD
9-29-04     .25   Phone call with parent
                  Re:  Problem at Brown
9-30-04     .75   Preparation for telephone conference
                  with hearing officer and opposing counsel
```

<u>Timesheets</u>

Student: ███████████████████████

D/O/B: ███████████████████

September 20/October 15, 2004 HOD


```
9-30-04      .25   Telephone conference with hearing officer
                   Smith and Mr. Levy
                   Re:  Scheduling continued hearing
9-30-04      .25   Phone call with Mr. Levy
                   Re:  Interim placement
10- 3-04     .25   Bi-weekly case status review
10- 4-04     .25   Reading/analyzing IHOD
10- 4-04     .25   Drafting letter to parent
                   Re:  Notice of reconvened hearing
10- 4-04     .25   Phone call with parent
                   Re:  Problem at Brown
10- 7-04     .5    Document review to determine need/basis
                   to supplement wit/doc list
10-12-04     .25   Reading/calendaring SHO revised IHOD
                   Re:  Hearing date
10-14-04     2.    Preparation for continued hearing
10-15-04     .25   Phone call with parent
                   Re:  Remaining issues for hearing
10-15-04     3.5   Hearing/transit/waiting
10-15-04     .25   Post-hearing review of hearing notes
10-15-04     .25   Drafting letter to parent
                   Re:  Results of hearing
10-15-04     .25   Phone call with parent
                   Re:  Results of hearing
10-19-04     .25   Phone call with parent
                   Re:  DCPS effort to set IEP meeting
10-20-04     .25   Reading/calendaring DCPS notice of IEP meeting
10-21-04     .25   Drafting letter to Ms. Lattimer at Brown
                   Re:  IEP meeting
10-25-04     .25   Phone call with Julia Oaks at Accotink
                   Re:  Status of HOD
10-31-04     .25   Bi-weekly case status review
11- 1-04     .25   Phone call with Ms. Lattimer
                   Re:  IEP
11- 3-04     .5    Reading/analyzing HOD
11- 3-04     .25   Drafting letter to parent
                   Re:  Foregoing HOD
11- 3-04     .25   Drafting letter to Accotink
                   Re:  Foregoing HOD
11- 5-04     .25   Phone call with parent
                   Re:  Transportation
```

<u>Timesheets</u>

Student: ███████████████████
D/O/B: ███████████████
September 20/October 15, 2004 HOD

```
11- 5-04     .25   Completing Student Transportation Data Form
11- 5-04     .25   Drafting fax to Ms. Oaks
                   Re:  Transportation
11- 5-04     .25   Drafting fax to DCPS
                   Re:  Transportation
11-12-04     .25   Drafting fax to Accotink
                   Re:  IEP
11-14-04     .25   Bi-weekly case status review
11-28-04     .25   Bi-weekly case status review
12-12-04     .25   Bi-weekly case status review
 1- 5-05     .25   Phone call with Julia Oaks
                   Re:  IEP meeting
 1- 5-05     .25   Reading/calendaring DCPS notice of IEP meeting
 1- 5-05     .25   Drafting letter to parent
                   Re:  Notice of meeting/hearing
 1- 6-05     .25   Phone call with parent
                   Re:  IEP
 1- 9-05     .25   Bi-weekly case status review
 1-23-05     .25   Bi-weekly case status review
 1-24-05     .75   Assembling meeting notebook
 1-24-05     .75   Preparation for meeting
 1-25-05     .25   Phone call with parent
                   Re:  Arrangements to attend IEP
 1-25-05    3.75   BLMDT/IEP meeting/transit/waiting
 1-25-05     .25   Post-meeting review of meeting notes
 1-25-05     .25   Drafting letter to parent
                   Re:  Results of meeting
 1-25-05     .75   Reading/analyzing evals received at meeting
 1-25-05    1.     Reading/analyzing new IEP/BLMDTNotes
 1-26-05     .25   Reading/analyzing DCPS's comp ed plan/signing/
                   drafting fax back to DCPS
 1-26-05     .25   Drafting letter to parent
                   Re:  Rejecting proposed SA
 1-26-05     .25   Phone call with parent
                   Re:  Signing comp ed plan
 1-15-05    1.5    Assembling timesheets and bill
```

<u>Timesheets</u>
Student: ████████████████████
D/O/B: ████████████████
September 20/October 15, 2004 HOD


<u>Costs and Expenses</u>

```
   Date      Amount              Item

  1-31-03  $   3.00  Mileage to parent's home for conference and
                     signing initial documents
  1-31-03      6.00  Postage for initial documents
  1-31-03     15.00  Copying initial documents
  5-29-03      3.00  Mileage to SHO for hearing (postponed)
  5-29-03     12.00  Parking at SHO for hearing
  9-16-04      3.00  Mileage to DCALA for school site visit
  9-20-04      3.00  Mileage to SHO for hearing
  9-20-04     14.00  Parking at SHO for hearing
 10-15-04      3.00  Mileage to SHO for hearing
 10-15-04     12.00  Parking at SHO for hearing
  1-25-05     15.00  Mileage to Accotink for IEP meeting
2002-2005     40.00  Copying (miscellaneous)
2002-2005     25.00  Postage (miscellaneous)
```

                                      Total:  $151.00

**CORRECTED**
**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:                Ronald L. Drake Law Office
   Attorney:                Ronald L. Drake, Esquire
   Federal Tax ID No.:      ████████
   D.C. Bar No.:            338392

2. **Student Information**

   RE:  Student             ████████████████
        D/O/B:              ████████████
        SSN:
        Guardian:           Ms. Minnie Lee Elliott
        Address:            1345 Saratoga Avenue, N.E.
                            Apartment No. 3
                            Washington, D.C. 20018
        Phone No.:          (202) 529-6529 (work)
                            (202) 832-6830 (home)
                            (202) 498-6396 (cell)
        Current Placement:  Accotink Academy
        Neighborhood School: Browne
        Grade Level:        7th (9/04)
        Retention(s):       None
        Disability:         MD (ED/LD)
        Program Level:      100%
        Form 6:             2000 (approx)
        IEP:                January 25, 2005
        NOPP:               November 3, 2004 (HOD)
        DCPS Attorney:
        Prior Hearing(s):   September 20/October 15, 2004
        SA(s):

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  February 23, 2005
   Date Services Rendered:  5-7-02 to 1-26-05
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  February 23, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006




Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

     RE:  Student:  ████████████████████
           D/O/B:
           HOD(s):  August 26, 2003/September 8,
                    2004/October 5, 2004
                    April 25, 2003
                    November 21, 1996
           SA(s):   April 22, 2000
                    July 23, 1997

Dear Ms. Pierson;

    On March 1, 2005, I submitted my bill in the foregoing matter.  My current hourly rate has now increased to $405.00. Accordingly, the amount now due in this matter is as follows:

                          @ $405.00

    October 5, 2004 HOD   44.25 Hours  $17921.25
    September 8, 2004/
    August 26, 2003/
    April 25, 2003 HOD   104.   Hours  $42120.00

                      Costs   $308.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.



Very truly yours,



Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


March 1, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:   ██████████████████
          D/O/B:     ████████████
          HOD(s):  August 26, 2003/September 8,
                   2004/October 5, 2004
                   April 25, 2003
                   November 21, 1996
          SA(s):   April 22, 2000
                   July 23, 1997

_____

                              @ $390.00

     October 5, 2004 HOD    44.25 Hours  $17257.50
     September 8, 2004/
     August 26, 2003/

     April 25, 2003 HOD    104.  Hours  $40560.00


                         Costs    $308.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

```
            Student: ████████████████████
              D/O/B: ███████████████████
                April 25, 2003 HOD


4- 1-03    1.5   Reading/analyzing 6-10-02 IEP/Notes and
                 psycho-ed
4- 1-03    1.    Reading/analyzing draft IEP/Notes
4- 2-03    .25   Phone call with parent
                 Re:  Need to file hearing request
4- 3-03    .5    Document review to determine need and
                 grounds for filing hearing request
4- 3-03    .75   Drafting hearing request
4- 3-03    .5    Document review to determine witnesses
                 and select documents for witness/document
                 list
4- 3-03    .75   Drafting witness/document list
4- 3-03    .5    Document review to determine need and grounds
                 for in limine motion
4- 3-03    .25   Drafting in limine motion
4- 3-03    .5    Document review to determine need and grounds
                 for motion to bar or for other relief
4- 3-03    .25   Drafting motion to bar or for other relief
4- 3-03    .5    Document review to determine need and grounds
                 for filing motion to compel DCPS personnel as
                 witnesses
4- 3-03    .25   Drafting request to compel DCPS personnel as
                 witnesses
4- 3-03    .5    Document review to determine need and grounds
                 for filing stay-put demand
4- 3-03    .25   Drafting stay-put demand
4- 3-03    .25   Completing DCPS Student Hearing Office
                 hearing/mediation form
4- 3-03    .25   Drafting letter to SHO
                 Re:  Scheduling hearing
4- 6-03    .25   Bi-weekly case status review
4- 7-03    .25   Reading/calendaring SHO notice of hearing date
4- 9-03    .25   Drafting letter to parent
                 Re:  Notice of hearing
4- 9-03    1.75  Assembling hearing notebook
4- 9-03    3.    Preparation for hearing
4-14-03    .25   Phone call with parent
                 Re:  Issues for hearing
4-15-03    3.5   Preparation for hearing
4-18-03    1.    Reading/analyzing DCPS's 5 days disclosure
                 with exhibits
```

<u>Timesheets</u>

Student: ██████████████████████

D/O/B: ████████████

April 25, 2003 HOD


| | | |
|---|---|---|
| 4-18-03 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 4-20-03 | .25 | Bi-weekly case status review |
| 4-24-03 | 1.75 | Preparation for hearing |
| 4-25-03 | .5 | Phone call with parent Re:  Issues for hearing |
| 4-25-03 | 2.75 | Hearing/transit/waiting |
| 4-25-03 | .25 | Post-hearing review of hearing notes |
| 4-25-03 | .25 | Drafting letter to parent Re:  Results of hearing |
| 4-25-03 | .25 | Phone call with parent Re:  Results of hearing |
| 5-22-03 | .5 | Reading/analyzing HOD |
| 5-22-03 | .25 | Drafting letter to parent Re:  Foregoing HOD |
| 4-29-03 | .25 | Phone call with parent Re:  Issues for upcoming IEP meeting |
| 5- 1-03 | .25 | Phone call with parent Re:  Clinical |
| 5- 4-03 | .25 | Bi-weekly case status review |
| 5-12-03 | .25 | Drafting letter to parent Re:  Notice of meeting/hearing |
| 5-15-03 | .25 | Phone call with Alan Korz at Episcopal Re:  Issues for IEP meeting |
| 5-18-03 | .75 | Assembling meeting notebook |
| 5-18-03 | .75 | Preparation for meeting |
| 5-19-03 | .25 | Bi-weekly case status review |
| 5-19-03 | 3. | BLMDT/IEP meeting/transit/waiting |
| 5-19-03 | .25 | Post-meeting review of meeting notes |
| 5-19-03 | .25 | Drafting letter to parent Re:  Results of meeting |
| 5-19-03 | .75 | Reading/analyzing evals received at meeting |
| 5-19-03 | .75 | Reading/analyzing BLMDTNotes |
| 5-21-03 | .25 | Phone call with parent Re:  Schedule for IEP |
| 5-28-03 | .25 | Phone call with Ruth Blake Re:  Schedule |
| 5-29-03 | .25 | Phone call with parent Re:  Schedule |
| 6- 1-03 | .25 | Bi-weekly case status review |
| 6- 2-03 | .25 | Phone call with parent Re:  Status |

<u>Timesheets</u>
Student: █████████████████████
D/O/B: █████████████████████
April 25, 2003 HOD


6- 4-03    .25  Reading/calendaring DCPS notice of IEP meeting
6- 4-03    .25  Phone call with parent
                Re:  IEP date
6- 5-03    .25  Drafting letter to parent
                Re:  Notice of meeting/hearing
6- 5-03    .25  Drafting letter to DCPS's Lisa Russell
                Re:  IEP date
6- 8-03    .75  Assembling meeting notebook
6- 8-03    .75  Preparation for meeting
6- 9-03    3.   BLMDT/IEP meeting/transit/waiting
6- 9-03    .25  Post-meeting review of meeting notes
6- 9-03    .25  Drafting letter to parent
                Re:  Results of meeting
6- 9-03    .75  Reading/analyzing evals received at meeting
6- 9-03    1.   Reading/analyzing new IEP/BLMDTNotes
6-11-03    .25  Phone call with parent
                Re:  Re-eval
6-13-03    .25  Phone call with parent
                Re:  Visit to Oak Valley
           .25  Phone call with parent
                Re:  Filing hearing request
6-15-03    .25  Bi-weekly case status review

<u>Timesheets</u>

Student: ███████████████████████
D/O/B: ████████████████████
August 26, 2003/September 8, 2004/October 5, 2004 HOD

| | | |
|---|---|---|
| 6-29-03 | .25 | Bi-weekly case status review |
| 7- 1-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 7- 1-03 | .75 | Drafting hearing request |
| 7- 1-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 7- 1-03 | .75 | Drafting witness/document list |
| 7- 1-03 | .5 | Document review to determine need and grounds for in limine motion |
| 7- 1-03 | .25 | Drafting in limine motion |
| 7- 1-03 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 7- 1-03 | .25 | Drafting motion to bar or for other relief |
| 7- 1-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 7- 1-03 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 7- 1-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 7- 1-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 7- 1-03 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 7- 2-03 | .25 | Reading/analyzing 7- 2-03 Oak Valley letter Re: Acceptance |
| 7- 2-03 | .25 | Drafting letter to Ruth Blake Re: Foregoing document(s) |
| 10-21-03 | .25 | Phone call with Ms. Alice Coleman, expert witness Re: Status of case |
| 7- 6-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 7- 6-03 | .25 | Drafting letter to parent Re: Notice of hearing |
| 7- 6-03 | 1.75 | Assembling hearing notebook |
| 7- 6-03 | 3. | Preparation for hearing |
| 7- 8-03 | .25 | Phone call with parent Re: Scheduling hearing |
| 7-10-03 | .25 | Reading/analyzing 7-10-03 letter from Lisa Russell Re: Placement |

<u>Timesheets</u>
Student:  ███████████████████
D/O/B:  ███████████████
August 26, 2003/September 8, 2004/October 5, 2004 HOD


| | | |
|---|---|---|
| 7-13-03 | .5 | Document review to determine need and/or basis for/to revise motion to compel |
| 7-13-03 | .25 | Drafting motion to compel |
| 7-13-03 | .25 | Bi-weekly case status review |
| 7-14-03 | .25 | Drafting letter to parent Re:  Ms. Russell letter |
| 7-14-03 | .5 | Reading/analyzing 7-23-03 Notice to Appear |
| 7-21-03 | .5 | Document review to determine need and/or basis for/to continue |
| 7-21-03 | .25 | Drafting motion for continuance |
| 7-23-03 | .5 | Reading/analyzing DCPS motion to quash notice to appear |
| 7-24-03 | .25 | Reading/analyzing 7-23-03 IHOD granting continuance |
| 7- 3-03 | .25 | Phone call with parent Re:  Witnesses for hearing |
| 7- 9-03 | .25 | Phone call with parent Re:  Placement |
| 7-20-03 | .25 | Phone call with parent Re:  Episcopal witnesses |
| 7-21-03 | .25 | Phone call with DCPS counsel Re:  Upcoming hearing |
| 7-21-03 | 3.5 | Preparation for hearing |
| 7-27-03 | .25 | Bi-weekly case status review |
| 8-10-03 | .25 | Bi-weekly case status review |
| 8-24-03 | .25 | Bi-weekly case status review |
| 8-29-03 | .25 | Phone call with Jesse Porter Re:  Possible appearance as expert witness |
| 8- 4-03 | .25 | Phone call with Ms. Herbert, Ms. Gill and Mr. Smith Re:  Schedule |
| 8- 4-03 | .25 | Drafting letter to parent Re:  Notice of meeting/hearing |
| 8-12-03 | .25 | Phone call with parent Re:  Need for witnesses |
| 8-13-03 | .25 | Phone call with parent Re:  Status |
| 8-18-03 | .25 | Phone call with parent Re:  Issues for hearing |
| 8-19-03 | .5 | Document review to determine need/basis to supplement wit/doc list |

<u>Timesheets</u>
                    Student: ███████████████████████
                    D/O/B: ███████████████████
        August 26, 2003/September 8, 2004/October 5, 2004 HOD


8-19-03      .25    Drafting supplemental witness/document list
8-19-03      .25    Phone call with parent
                    Re:  Witnesses for hearing
8-19-03      .25    Reading/analyzing DCPS's five day notice
8-20-03      .25    Phone call with parent
                    Re:  Issues for hearing
8-20-03      .25    Phone call with Ms. Karen Herbert, Esquire
                    Re:  Docs for hearing
8-20-03      .25    Phone call with parent
                    Re:  Discussions with Ms. Herbert
8-20-03      .25    Phone call with parent
                    Re:  Witnesses for hearing
8-21-03     1.25    Assembling docs for Ms. Alice Coleman to review
8-21-03      .25    Drafting letter to Ms. Coleman
                    Re:  Foregoing
8-21-03      .25    Phone call with parent
                    Re:  Witnesses for hearing
8-21-03      .25    Phone call with Ms. Coleman
                    Re:  Appearing as witness
8-22-03      .25    Phone call with parent
                    Re:  Expert witness
8-22-03      .25    Phone call with Ms. Porta at Oak Valley
                    Re:  Appearing as witness
8-25-03      .25    Phone call with Ms. Coleman
                    Re:  Issues for hearing
8-25-03      .25    Phone call with Jane Bender at Episcopal
                    Re:  Issues for hearing
8-25-03      .25    Phone call with parent and Ms. Coleman
                    Re:  Issues for hearing
8-25-03      .25    Phone call with parent
                    Re:  Witnesses
8-25-03      .25    Phone call with John Pleasant from Episcopal
                    Re:  Issues for hearing
8-25-03      .25    Phone call with parent
                    Re:  Visit to Deal
8-25-03      .25    Phone call with parent and Ms. Coleman
                    Re:  Deal visit
8-25-03      .25    Phone call with parent
                    Re:  Prep for hearing
8-25-03      .25    Phone call with Ms. Coleman
                    Re:  Prep for hearing

<u>Timesheets</u>

Student:  ██████████████████
D/O/B:    ██████████████████
August 26, 2003/September 8, 2004/October 5, 2004 HOD

```
8-25-03     .25   Drafting motion for continuance
8-25-03     .25   Phone call with Ms. Coleman
                  Re:  Additional prep for hearing
8-25-03     3.    Prep for hearing
8-26-03     3.    Hearing/transit/waiting
8-26-03     .25   Post-hearing review of hearing notes
8-26-03     .25   Drafting letter to parent
                  Re:  Results of hearing
8-26-03     .25   Phone call with Ms. Porta at Oak Valley
                  Re:  Hearing not completed
8-26-03     .25   Phone call with John Pleasant
                  Re:  Hearing not completed
8-26-03     .25   Phone calls (3) with SHO
                  Re:  Hearing officer assignment
8-26-03     .25   Phone call with Jane Bender
                  Re:  Hearing not completed
8-26-03     .25   Phone call with parent
                  Re:  Hearing Officer problem
8-26-03     .25   Phone call with John Pleasant
                  Re:  Status of hearing
8-26-03     .25   Phone call with Ms. Herbert
                  Re:  Request of continuance
8-27-03     .25   Reading/calendaring SHO hearing date notice
8-27-03     .25   Phone call with parent
                  Re:  Continued hearing officer problem
8-27-03     .25   Drafting letter to parent
                  Re:  Notice of hearing
8-27-03     1.5   Drafting opposition to motion to quash
9- 3-03     .25   Drafting letter to parent
                  Re:  Notice of hearing
9- 5-03     .25   Phone call with parent
                  Re:  Status
9- 7-03     .25   Bi-weekly case status review
9- 8-03     .25   Phone call with parent
                  Re:  Effort to resolve
9-10-03     1.75  Reading/analyzing 8-26-03 hearing transcript
9-10-03     .25   Phone call with parent
                  Re:  His issues with Lisa Russell
9-12-03     .25   Phone call with parent
                  Re:  Mediation
9-15-03     .5    Document review to determine need and/or basis
                  for/to further motion to continue
```

<u>Timesheets</u>

Student: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
D/O/B: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
August 26, 2003/September 8, 2004/October 5, 2004 HOD


| | | |
|---|---|---|
| 9-15-03 | .25 | Drafting motion for continuance |
| 9-15-03 | .25 | Drafting letter to parent |
| | | Re:  Foregoing transcript |
| 9-16-03 | .25 | Phone call with Ms. Herbert |
| | | Re:  5 day disclosure |
| | | Re:  Notice of hearing date |
| 9-16-03 | .5 | Document review to determine need/basis |
| | | to supplement wit/doc list |
| 9-16-03 | .5 | Drafting supplemental witness/document list |
| 9-16-03 | .25 | Reading/analyzing DCPS letter |
| | | Re:  Agreement to continue |
| 9-16-03 | .25 | Drafting supplement to motion to continue |
| 9-16-03 | .25 | Phone call with parent |
| 9-17-03 | .25 | Drafting letter to parent |
| | | Re:  Continuance |
| | | Re:  Missing IEP |
| 9-17-03 | .25 | Reading/calendaring SHO notice of continuance |
| 9-22-03 | .25 | Phone call with Ms. Coleman |
| | | Re:  Rescheduling |
| 9-21-03 | .25 | Bi-weekly case status review |
| 9-23-03 | .25 | Phone call with Ms. Coleman |
| | | Re:  Status |
| 10- 5-03 | .25 | Bi-weekly case status review |
| 10-19-03 | .25 | Bi-weekly case status review |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11-14-03 | .25 | Phone call with parent |
| | | Re:  Delay |
| 11-16-03 | .25 | Bi-weekly case status review |
| 11-30-03 | .25 | Bi-weekly case status review |
| 12- 2-03 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting |
| 12- 4-03 | .25 | Phone call with parent |
| | | Re:  IEP meeting |
| 12- 4-03 | .25 | Phone call with parent |
| | | Re:  OT eval |
| 12- 4-03 | .75 | Assembling meeting notebook |
| 12- 4-03 | .75 | Preparation for meeting |
| 12- 5-03 | 3.5 | BLMDT/IEP meeting/transit/waiting |
| 12- 5-03 | .25 | Post-meeting review of meeting notes |
| 12- 5-03 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 12- 5-03 | .5 | Reading/analyzing evals received at meeting |
| 12- 3-03 | .5 | Reading/analyzing BLMDTNotes |

<u>Timesheets</u>

Student: █████████████████████
D/O/B: ████████████████████
August 26, 2003/September 8, 2004/October 5, 2004 HOD

| 12-14-03 | .25 | Bi-weekly case status review |
|---|---|---|
| 12-28-03 | .25 | Bi-weekly case status review |
| 1-11-04 | .25 | Bi-weekly case status review |
| 1-22-04 | .25 | Phone call with parent |
| | | Re:  Issues at school |
| 1-25-04 | .25 | Bi-weekly case status review |
| 1-28-04 | .25 | Phone call with parent |
| | | Re:  Child's suspension |
| 2- 8-04 | .25 | Bi-weekly case status review |
| 2-22-04 | .25 | Bi-weekly case status review |
| 3- 4-04 | .25 | Phone call with parent |
| | | Re:  Child's suspension |
| 3- 7-04 | .25 | Bi-weekly case status review |
| 3- 9-04 | .25 | Phone call with parent |
| | | Re:  Upcoming IEP |
| 3-19-04 | .25 | Phone calls (2) with Kelly Evans at SHO |
| | | Re:  Status of hearing |
| 3-21-04 | .25 | Bi-weekly case status review |
| 4- 4-04 | .25 | Bi-weekly case status review |
| 4-18-04 | .25 | Bi-weekly case status review |
| 4-22-04 | .25 | Phone call with parent |
| | | Re:  Status |
| 4-30-04 | .25 | Bi-weekly case status review |
| 5-15-04 | .25 | Bi-weekly case status review |
| 5-29-04 | .25 | Bi-weekly case status review |
| 6- 8-04 | .25 | Phone call with parent |
| | | Re:  Schedule for IEP |
| 6- 9-04 | .25 | Phone call with parent |
| | | Re:  Confirming schedule for IEP |
| 6-10-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 6-12-04 | .25 | Bi-weekly case status review |
| 6-15-04 | .25 | Phone call with parent |
| | | Re:  Issues for IEP |
| 6-16-04 | 1. | Reading/analyzing new IEP/BLMDTNotes |
| 6-26-04 | .25 | Bi-weekly case status review |
| 7-31-04 | .25 | Bi-weekly case status review |
| 7-11-04 | 1. | Document review to determine need and/or basis for/to amend hearing request |
| 7-11-04 | .25 | Drafting amended hearing request |
| 8- 4-04 | .25 | Phone call with SHO |
| | | Re:  Assignment of case |

<u>Timesheets</u>

Student:  ██████████████████████
D/O/B:  ██████████████████████
August 26, 2003/September 8, 2004/October 5, 2004 HOD


| | | |
|---|---|---|
| 8- 5-04 | .25 | Phone call with Ms. Herbert |
| | | Re:  Schedule for hearing |
| 8- 5-04 | .25 | Phone call with Ms. Herbert and SHO |
| | | Re:  Schedule for hearing |
| 8- 5-04 | .25 | Phone calls (30 with parent |
| | | Re:  Schedule |
| 8- 5-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of hearing |
| 8- 5-04 | 1.75 | Assembling hearing notebook |
| 8- 5-04 | 3. | Preparation for hearing |
| 8- 6-04 | .25 | Bi-weekly case status review |
| 8-21-04 | .25 | Bi-weekly case status review |
| 8-31-04 | .5 | Document review to determine need/basis |
| | | to supplement wit/doc list |
| 8-31-04 | .25 | Drafting supplemental witness/document list |
| 8-31-04 | .25 | Phone call with parent |
| | | Re:  Issues for hearing |
| 8-31-04 | .5 | Document review to determine need and/or basis |
| | | for/to select docs to send to Oak Valley |
| 8-31-04 | .25 | Drafting letter to Oak Valley |
| | | Re:  Foregoing document(s) |
| 8-31-04 | .25 | Reading/analyzing DCPS's 5 days disclosure |
| 9- 2-04 | .25 | Phone call with Ms. Porta at Oak Valley |
| | | Re:  Appearance at hearing as witness |
| 9- 4-04 | .25 | Bi-weekly case status review |
| 9- 7-04 | .25 | Phone call with SHO |
| | | Re:  Assignment of hearing officer |
| 9- 7-04 | 1.75 | Preparation for hearing |
| 9- 7-04 | .5 | Phone call with parent |
| | | Re:  Issues for hearing and prep for hearing |
| 9- 8-04 | 2.5 | Hearing/transit/waiting |
| 9- 8-04 | .25 | Post-hearing review of hearing notes |
| 9- 8-04 | .25 | Drafting letter to parent |
| | | Re:  Results of hearing |
| 9- 8-04 | .25 | Phone call with parent |
| | | Re:  Results of hearing |
| 9-14-04 | .25 | Phone call with SHO |
| | | Re:  Date for completion of hearing |
| 9-14-04 | .25 | Phone call with parent |
| | | Re:  Teacher report of acting out |
| 9-14-04 | .25 | Phone calls (2) with Ms. Herbert |
| | | Re:  Hearing date |

<u>Timesheets</u>

Student: ████████████████████
D/O/B: ████████████████

August 26, 2003/September 8, 2004/October 5, 2004 HOD

```
9-14-04      .25   Drafting letter to parent
                   Re:  Notice of hearing
9-16-04      .25   Phone call with parent
                   Re:   Schedule for follow-up hearing
9-18-04      .25   Bi-weekly case status review
9-23-04      .25   Reading/calendaring SHO IHOD
                   Re:   Schedule
9-29-04      .25   Phone call with parent
                   Re:   Child out of control
9-29-04      .25   Drafting letter to parent
                   Re:  Notice of meeting/hearing
10- 2-04     .25   Bi-weekly case status review
10- 4-04     .25   Phone call with Lisa Porta at Oak Valley
                   Re:  Prep for hearing
10- 4-04     .25   Drafting fax to Ms. Porta
                   Re:   Current IEP
10- 4-04     2.    Preparation for hearing
10- 5-04     2.75  Hearing/transit/waiting
10- 5-04     .25   Post-hearing review of hearing notes
10- 5-04     .25   Drafting letter to parent
                   Re:   Results of hearing
10-16-04     .25   Bi-weekly case status review
10-26-04     .5    Reading/analyzing HOD
10-27-04     .25   Drafting letter to parent
                   Re:  Foregoing HOD
10-27-04     .25   Phone call with parent
                   Re:  Foregoing HOD
10-27-04     .25   Drafting letter to Oak Valley
                   Re:  Foregoing
10-27-04     .25   Completing DCPS Student Data Transportation
                   Form
10-27-04     .25   Drafting fax to DCPS Transportation
10-30-04     .25   Bi-weekly case status review
11-13-04     .25   Bi-weekly case status review
11-23-04     .25   Phone call with parent
                   Re:   Child's performance at Oak Valley
11-27-04     .25   Bi-weekly case status review
12-11-04     .25   Bi-weekly case status review
12-23-04     .25   Bi-weekly case status review
 1- 8-05     .25   Bi-weekly case status review
 1-22-05     .25   Bi-weekly case status review
 1-24-05     .25   Phone call with parent
                   Re:  Schedule for meeting
```

<u>Timesheets</u>
                    Student: ███████████████████
                     D/O/B: ███████████████
        August 26, 2003/September 8, 2004/October 5, 2004 HOD


1-25-05     .25   Reading/calendaring DCPS notice of IEP meeting
1-25-05     .25   Drafting letter to parent
                  Re:  Notice of meeting
1-29-05     .25   Phone call with parent
                  Re:  IEP meeting
1-28-05     .25   Reading/calendaring DCPS notice of IEP meeting
1-28-05     .25   Drafting letter to parent
                  Re:  Notice of meeting/hearing
2- 5-05     .25   Bi-weekly case status review
2- 8-05     .75   Assembling meeting notebook
2- 8-05     .25   Phone call with parent
                  Re:  Schedule for IEP meeting
2- 8-05     .75   Preparation for meeting
2- 9-05    3.75   BLMDT/IEP meeting/transit/waiting
2- 9-05     .25   Post-meeting review of meeting notes
2- 9-05     .25   Drafting letter to parent
                  Re:  Results of meeting
2- 9-05     .5    Reading/analyzing evals received at meeting
2- 9-05     .75   Reading/analyzing new IEP/BLMDTNotes
2-16-05     .25   Reading/analyzing DCPS comp ed plan
2-16-05     .25   Phone call with parent
                  Re:  Signing comp ed plan
2-16-05     .25   Phone call with Alice Coleman
                  Re:  Payment for services as expert
3- 1-05    1.5    Assembling timesheets and bill

<u>Timesheets</u>

```
        Student:  ████████████████
         D/O/B:   ████████████████
```



<u>Costs and Expenses</u>

```
   Date        Amount              Item

  4- 1-03       6.00   Mileage to Episcopal
  4-25-03       3.00   Mileage to SHO for hearing
  4-25-03      14.00   Parking at SHO for hearing
  6- 9-03       6.00   Mileage to Episcopal
  8-26-03       3.00   Mileage to SHO for hearing
  8-26-03      14.00   Parking at SHO for hearing
  9- 8-04       3.00   Mileage to SHO for hearing
  9- 8-04      12.00   Parking at SHO for hearing
 10- 5-04       3.00   Mileage to SHO for hearing
 10- 5-04      14.00   Parking at SHO for hearing
  2- 9-05      15.00   Mileage to Oak Valley for IEP
  2-16-05     150.00   Alice Coleman expert witness fees
 2003-2005     40.00   Copying (miscellaneous)
 2003-2005     25.00   Postage (miscellaneous)


                                    Total:  $308.00
```

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:          ████████████████████
         D/O/B:            █████████████████
         SSN:              █████████
         Parent:           Mr. Calvin Harold Gilbert
         Address:          1347 G Street, S.E.
                           Washington, D.C. 20003
         Phone No.:        543-2786 (work)
                           (202) 543-2786 (office)
                           (202) 548-2744 (home)
                           (202) 236-2690 (cell)
         Current Placement: Oak Valley
         Grade Level:      Ungraded
         Retention(s):
         Disability:       MD (LD/ED/OHI)
         Program Level:    100%
         Form 6:           March 22, 1996
         IEP:              February 9, 2005
         NOPP:             HOD placement (10-25-04)
         DCPS Attorney:    Ms. Herbert
         Prior Hearing(s): August 26, 2003/September 8,
                           2004/October 5, 2004
                           April 25, 2003
                           November 21, 1996
         SA(s):            April 22, 2000
                           July 23, 1997
         Prior Mediation:  October 9, 2003

3.  **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  March 1, 2005
    Date Services Rendered:  4-1-03 to 2-16-05
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  March 1, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

         RE:  Student:  ████████████████████████
              D/O/B:
              HOD(s):  March 25, 2005
                       June 27, 2003
Dear Ms. Pierson;

     On April 2, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4065.00.

     My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                    @ $405.00
         March 25, 2005 HOD    64.5  Hours  $26122.25
                                    Costs   $ 65.00

         Credit for prior DCPS payment: $ 4065.00

     I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


                        Very truly yours,


                        Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 2, 3005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student: ███████████████████
          D/O/B:  ██████████████
          HOD(s):  March 25, 2005
                   June 27, 2003

_____

                              @ $390.00

     March 25, 2005 HOD     64.5  Hours  $25155.00

                              Costs  $ 65.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for  IEP  meetings  not  ordered  as  the  result  of  a  settlement
agreement  or  hearing  officer's  determination.

<u>Timesheets</u>

Student: █████████████████████████

D/O/B: ███████████████████

HOD(s):    March 25, 2005

| | | |
|---|---|---|
| 9- 1-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 9- 1-03 | .75 | Drafting hearing request |
| 9- 1-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 9- 1-03 | .75 | Drafting witness/document list |
| 9- 1-03 | .5 | Document review to determine need and grounds for in limine motion |
| 9- 1-03 | .25 | Drafting in limine motion |
| 9- 1-03 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 9- 1-03 | .25 | Drafting motion to bar or for other relief |
| 9- 1-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 9- 1-03 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 9- 1-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 9- 1-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 9- 1-03 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 9-10-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 9-17-03 | 1.75 | Assembling hearing notebook |
| 9-17-03 | 3. | Preparation for hearing |
| 9-18-03 | .25 | Reading/analyzing 9-9-03 SETs report |
| 9-18-03 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 9-21-03 | .25 | Bi-weekly case status review |
| 9-24-03 | 3.5 | Preparation for hearing |
| 9-26-03 | .5 | Drafting motion for continuance |
| 10- 2-03 | .25 | Reading/analyzing 10-2-03 IHOD |
| 10- 3-03 | .25 | Drafting letter to parent Re:  Foregoing IHOD |
| 10- 5-03 | .25 | Bi-weekly case status review |
| 10-19-03 | .25 | Bi-weekly case status review |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11-16-03 | .25 | Bi-weekly case status review |

## Timesheets

Student: ███████████████████
D/O/B: ████████████
HOD(s):   March 25, 2005

```
11-30-03     .25   Bi-weekly case status review
12-14-03     .25   Bi-weekly case status review
12-28-03     .25   Bi-weekly case status review
 1-11-04     .25   Bi-weekly case status review
 1-25-04     .25   Bi-weekly case status review
 2- 8-04     .25   Bi-weekly case status review
 2-22-04     .25   Bi-weekly case status review
 2-23-04     .25   Phone call with Karo Hudson
                   Re:  IEP meeting
 2-23-04     .25   Phone call with parent
                   Re:  IEP
 2-23-04     .25   Reading/calendaring DCPS notice of IEP meeting
 2-23-04     .25   Drafting letter to parent
                   Re:  Notice of meeting/hearing
 3- 5-04     .25   Reading/calendaring DCPS reminder notice of
                   IEP meeting
 3- 5-04     .25   Drafting letter to parent
                   Re:  Reminder notice of meeting/hearing
 3- 7-04     .25   Bi-weekly case status review
 3- 9-04     .75   Assembling meeting notebook
 3- 9-04     .75   Preparation for meeting
 3-10-04    2.75   BLMDT/IEP meeting/transit/waiting
 3-10-04     .25   Post-meeting review of meeting notes
 3-10-04     .25   Drafting letter to parent
                   Re:  Results of meeting
 3-10-04     .75   Reading/analyzing evals received at meeting
 3-10-04     .75   Reading/analyzing new IEP/BLMDTNotes
 3-21-04     .25   Bi-weekly case status review
 4- 4-04     .25   Bi-weekly case status review
 4-18-04     .25   Bi-weekly case status review
 4-30-04     .25   Bi-weekly case status review
 5-15-04     .25   Bi-weekly case status review
 5-29-04     .25   Bi-weekly case status review
 6- 1-04     .25   Phone call with parent
                   Re:  Possible Seeds placement
 6- 3-04     .25   Phone call with parent
                   Re:  Seeds
 6-12-04     .25   Bi-weekly case status review
 6-26-04     .25   Bi-weekly case status review
 7-10-04     .25   Bi-weekly case status review
```

## Timesheets

Student: ███████████████████████
D/O/B: █████████████████
HOD(s):   March 25, 2005


| | | |
|---|---|---|
| 7-13-04 | .25 | Phone calls (2) with parent |
| | | Re:  ESY issues |
| 7-13-04 | .25 | Phone call with parent and DCPS Victoria Thomas |
| | | Re:  ESY issues |
| 7-13-04 | .25 | Phone call with Ms. Thomas |
| | | Re:  Resolution of ESY issues |
| 7-14-04 | .25 | Phone call with parent |
| | | Re:  Seeds rejection |
| 7-24-04 | .25 | Bi-weekly case status review |
| 8- 6-04 | .25 | Bi-weekly case status review |
| 8-21-04 | .25 | Bi-weekly case status review |
| 9- 4-04 | .25 | Bi-weekly case status review |
| 9-18-04 | .25 | Bi-weekly case status review |
| 10- 2-04 | .25 | Bi-weekly case status review |
| 10- 4-04 | .25 | Phone call with Don Sanders at IDEAL |
| | | Re:  Possible placement |
| 10- 4-04 | .25 | Phone call with parent |
| | | Re:  Child's problem at Seeds |
| 10- 7-04 | .25 | Phone call with Paul Dalton |
| | | Re:  Status of placement |
| 10- 8-04 | .25 | Phone call with Paul Dalton office |
| | | Re:  Scheduling conference |
| 10- 8-04 | .25 | Phone call with parent |
| | | Re:  Scheduling meeting |
| 10- 8-04 | .25 | Phone call with Seeds |
| | | Re:  Logistics |
| 10- 8-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 10-16-04 | .25 | Bi-weekly case status review |
| 10-18-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 10-18-04 | .5 | Reading/analyzing 10-18-04 MDT notes |
| 10-30-04 | .25 | Bi-weekly case status review |
| 11- 4-04 | .25 | Phone call with parent |
| | | Re:  Child problems at school |
| 11- 6-04 | .25 | Phone call with parent |
| | | Re:  Child's suspension |
| 11-13-04 | .25 | Bi-weekly case status review |
| 11-27-04 | .25 | Bi-weekly case status review |
| 11-29-04 | .25 | Phone call with Seeds |
| | | Re:  Upcoming meeting |


.pa

                              Timesheets
              Student: ████████████████████████████
                       D/O/B: ██████████████████
                       HOD(s):   March 25, 2005


12- 2-04     .25   Phone calls (2) with parent
                   Re:   Schedule for meeting
12- 2-04     .25   Phone call with Ms. Pearl at Seeds
                   Re:   Schedule for meeting
12- 2-04     .25   Phone call with Ms. Pearl
                   Re:   Rescheduling
12- 2-04     .25   Reading/calendaring DCPS notice of IEP meeting
12- 2-04     .25   Drafting letter to parent
                   Re:   Notice of meeting/hearing
12- 2-04     .5    Reading/analyzing Seeds evals
12- 2-04     .25   Phone call with Seeds
                   Re:   Docs
12- 8-04     .25   Phone call with parent
                   Re:   Suspension
12-11-04     .25   Bi-weekly case status review
12-23-04     .25   Bi-weekly case status review
 1- 8-05     .25   Bi-weekly case status review
 1-11-05     .25   Phone call with Seeds
                   Re:   Issues for meeting
 1-13-05     .75   Reading/analyzing Seeds docs
 1-13-05     1.    Reading/analyzing new IEP/MDT notes
 1-22-05     .25   Bi-weekly case status review
 2- 5-05     .25   Bi-weekly case status review
 2-18-05     .25   Bi-weekly case status review
 2-21-05     .25   Phone call with parent
                   Re:   Child's progress
 2-25-05     .5    Document review to determine need and
                   grounds for filing hearing request
 2-25-05     .75   Drafting hearing request
 2-25-05     .5    Document review to determine witnesses
                   and select documents for witness/document
                   list
 2-25-05     .75   Drafting witness/document list
 2-25-05     .5    Document review to determine need and grounds
                   for in limine motion
 2-25-05     .25   Drafting in limine motion
 2-25-05     .5    Document review to determine need and grounds
                   for motion to bar or for other relief
 2-25-05     .25   Drafting motion to bar or for other relief
 2-25-05     .5    Document review to determine need and grounds
                   for filing motion to compel DCPS personnel as
                   witnesses




.pa

### Timesheets
          Student: ████████████████████████████
              D/O/B: ████████████████
              HOD(s):   March 25, 2005


| | | |
|---|---|---|
| 2-25-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 2-25-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 2-25-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 2-25-05 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 3- 2-05 | .25 | Reading/calendaring SHO hearing date notice |
| 3- 2-05 | .25 | Drafting letter to parent Re:  Notice of meeting/hearing |
| 3- 2-05 | 1.75 | Re-assembling hearing notebook |
| 3- 2-05 | 3. | Re-preparation for hearing |
| 3- 5-05 | .25 | Bi-weekly case status review |
| 3-13-05 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 3-13-05 | .5 | Drafting supplemental witness/document list |
| 3-13-05 | .25 | Drafting letter to parent Re:  Reminder notice of hearing |
| 3-14-05 | 3.5 | Further re-preparation for hearing |
| 3-17-05 | .25 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 3-19-05 | .25 | Bi-weekly case status review |
| 3-24-05 | 1.75 | Preparation for hearing |
| 3-25-05 | 1.5 | Hearing/transit/waiting |
| 3-25-05 | .25 | Post-hearing review of hearing notes |
| 3-25-05 | .25 | Drafting letter to parent Re:  Results of hearing |
| 3-28-05 | .5 | Reading/analyzing HOD |
| 3-28-05 | .25 | Drafting letter to parent Re:  Foregoing HOD |
| 4- 2-05 | .25 | Bi-weekly case status review |
| 4- 2-05 | 1. | Assembling timesheets and bill |

<u>Timesheets</u>

Student: ██████████████████████
D/O/B: ████████████
HOD(s):   March 25, 2005


<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 3-25-00 | 3.00 | Mileage to SHO for hearing |
| 2-25-00 | 12.00 | Parking at SHO for hearing |
| 2003-2005 | 30.00 | Copying (miscellaneous) |
| 1903-2005 | 20.00 | Postage (miscellaneous) |

Total:  $ 95.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

      Law Firm:              Ronald L. Drake Law Office
      Attorney:            Ronald L. Drake, Esquire
      Federal Tax ID No.:   ██████████
      D.C. Bar No.:       338392

2.  **Student Information**

      RE:   Student:         ██████████████████
           D/O/B:          ██████████
           SSN:
           Parent:         Ms. Michelle Regina Green
           Address:        635 Condon Terrace, S.E.
                              Washington, D.C. 20032
           Phone No.:      (202) 882-2981/8551 (work)
                              (202) 373-0998 (home)
                              (301) 332-0733 (cell)
           Current Placement:   Seed Charter School
           Neighborhood School: Hart Middle School
           Current Grade:     7th (9-04)
           Retention(s):      2nd (6-99)
           Form 6:          June 21, 1999
           Re-Eval Requested:   Undated
           IEP:              January 13, 2005
           NOPP:            February 25, 2003
           NOI:              September 30, 1999
           Disability:        OHI (ADHD)
           Program Level:     21-60%
           DCPS Attorney:     Mr. Schreibman
           Prior Hearing(s):    March 25, 2005
                              June 27, 2003

3.  **Invoice Information**

      Invoice Number:        No number assigned
      Date Request Submitted:  April 2, 2005
      Date Services Rendered:  9- 2-03 to 4- 2-05
      Amount of Payment Request:  $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

          RE:  Student:
               D/O/B:
               HOD(s):  March 25, 2005
                        June 27, 2003
Dear Ms. Pierson;

     On April 2, 2005, I submitted my bill in the foregoing
matter.  Thereafter, DCPS paid $4065.00.

     My current hourly rate has now increased to $405.00.
Accordingly, the amount now remaining due in this matter is as
follows:

                              @ $405.00
     March 25, 2005 HOD    64.5  Hours  $26122.25
                              Costs  $ 65.00

          Credit for prior DCPS payment: $ 4065.00

     I request that we schedule a meeting on this and other bills
as soon as possible.  Please advise as to your availability.


               Very truly yours,


               Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 2, 3005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████████
          D/O/B:    ███████████
          HOD(s):   March 25, 2005
                    June 27, 2003

---

                              @ $390.00

     March 25, 2005 HOD     64.5  Hours  $25155.00

                              Costs  $ 65.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

Student: ███████████████████████

D/O/B: ████████████████

HOD(s):   March 25, 2005


| | | |
|---|---|---|
| 9- 1-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 9- 1-03 | .75 | Drafting hearing request |
| 9- 1-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 9- 1-03 | .75 | Drafting witness/document list |
| 9- 1-03 | .5 | Document review to determine need and grounds for in limine motion |
| 9- 1-03 | .25 | Drafting in limine motion |
| 9- 1-03 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 9- 1-03 | .25 | Drafting motion to bar or for other relief |
| 9- 1-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 9- 1-03 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 9- 1-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 9- 1-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 9- 1-03 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 9-10-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 9-17-03 | 1.75 | Assembling hearing notebook |
| 9-17-03 | 3. | Preparation for hearing |
| 9-18-03 | .25 | Reading/analyzing 9-9-03 SETs report |
| 9-18-03 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 9-21-03 | .25 | Bi-weekly case status review |
| 9-24-03 | 3.5 | Preparation for hearing |
| 9-26-03 | .5 | Drafting motion for continuance |
| 10- 2-03 | .25 | Reading/analyzing 10-2-03 IHOD |
| 10- 3-03 | .25 | Drafting letter to parent Re:  Foregoing IHOD |
| 10- 5-03 | .25 | Bi-weekly case status review |
| 10-19-03 | .25 | Bi-weekly case status review |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11-16-03 | .25 | Bi-weekly case status review |

### Timesheets

```
           Student:  ██████████████████████
              D/O/B: ███████████████
              HOD(s):   March 25, 2005


11-30-03     .25  Bi-weekly case status review
12-14-03     .25  Bi-weekly case status review
12-28-03     .25  Bi-weekly case status review
 1-11-04     .25  Bi-weekly case status review
 1-25-04     .25  Bi-weekly case status review
 2- 8-04     .25  Bi-weekly case status review
 2-22-04     .25  Bi-weekly case status review
 2-23-04     .25  Phone call with Karo Hudson
                  Re:  IEP meeting
 2-23-04     .25  Phone call with parent
                  Re:  IEP
 2-23-04     .25  Reading/calendaring DCPS notice of IEP meeting
 2-23-04     .25  Drafting letter to parent
                  Re:  Notice of meeting/hearing
 3- 5-04     .25  Reading/calendaring DCPS reminder notice of
                  IEP meeting
 3- 5-04     .25  Drafting letter to parent
                  Re:  Reminder notice of meeting/hearing
 3- 7-04     .25  Bi-weekly case status review
 3- 9-04     .75  Assembling meeting notebook
 3- 9-04     .75  Preparation for meeting
 3-10-04    2.75  BLMDT/IEP meeting/transit/waiting
 3-10-04     .25  Post-meeting review of meeting notes
 3-10-04     .25  Drafting letter to parent
                  Re:  Results of meeting
 3-10-04     .75  Reading/analyzing evals received at meeting
 3-10-04     .75  Reading/analyzing new IEP/BLMDTNotes
 3-21-04     .25  Bi-weekly case status review
 4- 4-04     .25  Bi-weekly case status review
 4-18-04     .25  Bi-weekly case status review
 4-30-04     .25  Bi-weekly case status review
 5-15-04     .25  Bi-weekly case status review
 5-29-04     .25  Bi-weekly case status review
 6- 1-04     .25  Phone call with parent
                  Re:  Possible Seeds placement
 6- 3-04     .25  Phone call with parent
                  Re:  Seeds
 6-12-04     .25  Bi-weekly case status review
 6-26-04     .25  Bi-weekly case status review
 7-10-04     .25  Bi-weekly case status review
```

                              Timesheets
            Student: ███████████████████████████
                     D/O/B: ████████████████████
                     HOD(s):   March 25, 2005


| Date | Hours | Description |
|---|---|---|
| 7-13-04 | .25 | Phone calls (2) with parent<br>Re:  ESY issues |
| 7-13-04 | .25 | Phone call with parent and DCPS Victoria Thomas<br>Re:  ESY issues |
| 7-13-04 | .25 | Phone call with Ms. Thomas<br>  Re:   Resolution of ESY issues |
| 7-14-04 | .25 | Phone call with parent<br>Re:  Seeds rejection |
| 7-24-04 | .25 | Bi-weekly case status review |
| 8- 6-04 | .25 | Bi-weekly case status review |
| 8-21-04 | .25 | Bi-weekly case status review |
| 9- 4-04 | .25 | Bi-weekly case status review |
| 9-18-04 | .25 | Bi-weekly case status review |
| 10- 2-04 | .25 | Bi-weekly case status review |
| 10- 4-04 | .25 | Phone call with Don Sanders at IDEAL<br>Re:   Possible placement |
| 10- 4-04 | .25 | Phone call with parent<br>Re:   Child's problem at Seeds |
| 10- 7-04 | .25 | Phone call with Paul Dalton<br>Re:   Status of placement |
| 10- 8-04 | .25 | Phone call with Paul Dalton office<br>Re:   Scheduling conference |
| 10- 8-04 | .25 | Phone call with parent<br>Re:   Scheduling meeting |
| 10- 8-04 | .25 | Phone call with Seeds<br>Re:   Logistics |
| 10- 8-04 | .25 | Drafting letter to parent<br>Re:   Notice of meeting/hearing |
| 10-16-04 | .25 | Bi-weekly case status review |
| 10-18-04 | .25 | Drafting letter to parent<br>Re:   Notice of meeting/hearing |
| 10-18-04 | .5 | Reading/analyzing 10-18-04 MDT notes |
| 10-30-04 | .25 | Bi-weekly case status review |
| 11- 4-04 | .25 | Phone call with parent<br>Re:   Child problems at school |
| 11- 6-04 | .25 | Phone call with parent<br>Re:   Child's suspension |
| 11-13-04 | .25 | Bi-weekly case status review |
| 11-27-04 | .25 | Bi-weekly case status review |
| 11-29-04 | .25 | Phone call with Seeds<br>Re:  Upcoming meeting |

.pa

Timesheets

Student: ████████████████████████

D/O/B: ████████████████

HOD(s):   March 25, 2005


| | | |
|---|---|---|
| 12- 2-04 | .25 | Phone calls (2) with parent |
| | | Re:  Schedule for meeting |
| 12- 2-04 | .25 | Phone call with Ms. Pearl at Seeds |
| | | Re:  Schedule for meeting |
| 12- 2-04 | .25 | Phone call with Ms. Pearl |
| | | Re:  Rescheduling |
| 12- 2-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 12- 2-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 12- 2-04 | .5 | Reading/analyzing Seeds evals |
| 12- 2-04 | .25 | Phone call with Seeds |
| | | Re:  Docs |
| 12- 8-04 | .25 | Phone call with parent |
| | | Re:  Suspension |
| 12-11-04 | .25 | Bi-weekly case status review |
| 12-23-04 | .25 | Bi-weekly case status review |
| 1- 8-05 | .25 | Bi-weekly case status review |
| 1-11-05 | .25 | Phone call with Seeds |
| | | Re:  Issues for meeting |
| 1-13-05 | .75 | Reading/analyzing Seeds docs |
| 1-13-05 | 1. | Reading/analyzing new IEP/MDT notes |
| 1-22-05 | .25 | Bi-weekly case status review |
| 2- 5-05 | .25 | Bi-weekly case status review |
| 2-18-05 | .25 | Bi-weekly case status review |
| 2-21-05 | .25 | Phone call with parent |
| | | Re:  Child's progress |
| 2-25-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 2-25-05 | .75 | Drafting hearing request |
| 2-25-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 2-25-05 | .75 | Drafting witness/document list |
| 2-25-05 | .5 | Document review to determine need and grounds for in limine motion |
| 2-25-05 | .25 | Drafting in limine motion |
| 2-25-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 2-25-05 | .25 | Drafting motion to bar or for other relief |
| 2-25-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |

.pa

## Timesheets

```
        Student: ███████████████████████
          D/O/B: ████████████████
          HOD(s):   March 25, 2005


2-25-05     .25   Drafting request to compel DCPS personnel as
                  witnesses
2-25-05     .5    Document review to determine need and grounds
                  for filing stay-put demand
2-25-05     .25   Completing DCPS Student Hearing Office
                  hearing/mediation form
2-25-05     .25   Drafting letter to SHO
                  Re:  Scheduling hearing
3- 2-05     .25   Reading/calendaring SHO hearing date notice
3- 2-05     .25   Drafting letter to parent
                  Re:  Notice of meeting/hearing
3- 2-05    1.75   Re-assembling hearing notebook
3- 2-05    3.     Re-preparation for hearing
3- 5-05     .25   Bi-weekly case status review
3-13-05     .5    Document review to determine need/basis
                  to supplement wit/doc list
3-13-05     .5    Drafting supplemental witness/document list
3-13-05     .25   Drafting letter to parent
                  Re:  Reminder notice of hearing
3-14-05    3.5    Further re-preparation for hearing
3-17-05     .25   Reading/analyzing DCPS's 5 days disclosure
                  with exhibits
3-19-05     .25   Bi-weekly case status review
3-24-05    1.75   Preparation for hearing
3-25-05    1.5    Hearing/transit/waiting
3-25-05     .25   Post-hearing review of hearing notes
3-25-05     .25   Drafting letter to parent
                  Re:  Results of hearing
3-28-05     .5    Reading/analyzing HOD
3-28-05     .25   Drafting letter to parent
                  Re:  Foregoing HOD
4- 2-05     .25   Bi-weekly case status review
4- 2-05    1.     Assembling timesheets and bill
```

<u>Timesheets</u>

Student: ███████████████████
D/O/B: ██████████████
HOD(s):   March 25, 2005


<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 3-25-00 | 3.00 | Mileage to SHO for hearing |
| 2-25-00 | 12.00 | Parking at SHO for hearing |
| 2003-2005 | 30.00 | Copying (miscellaneous) |
| 1903-2005 | 20.00 | Postage (miscellaneous) |

Total:  $ 95.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

        Law Firm:              Ronald L. Drake Law Office
        Attorney:              Ronald L. Drake, Esquire
        Federal Tax ID No.:    ███████████
        D.C. Bar No.:          338392

2.  **Student Information**

        RE:  Student:          ███████████████████
             D/O/B:
             SSN:
             Parent:           Ms. Michelle Regina Green
             Address:          635 Condon Terrace, S.E.
                               Washington, D.C. 20032
             Phone No.:        (202) 882-2981/8551 (work)
                               (202) 373-0998 (home)
                               (301) 332-0733 (cell)
             Current Placement:    Seed Charter School
             Neighborhood School:  Hart Middle School
             Current Grade:        7th (9-04)
             Retention(s):         2nd (6-99)
             Form 6:               June 21, 1999
             Re-Eval Requested:    Undated
             IEP:                  January 13, 2005
             NOPP:                 February 25, 2003
             NOI:                  September 30, 1999
             Disability:           OHI (ADHD)
             Program Level:        21-60%
             DCPS Attorney:        Mr. Schreibman
             Prior Hearing(s):     March 25, 2005
                                   June 27, 2003

3.  **Invoice Information**

        Invoice Number:            No number assigned
        Date Request Submitted:    April 2, 2005
        Date Services Rendered:    9- 2-03 to 4- 2-05
        Amount of Payment Request: $ See attached timesheet

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

    All services listed on the enclosed invoices were actually performed;

    The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

    The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

    No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

    I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

         RE:   Student:     ████████████████
               D/O/B:       ████████████████
               HOD(s):      March 25, 2005
                            November 29, 2001
                            August 10, 2001
               SA(s):       November 13, 2000

Dear Ms. Pierson;

     On April 1, 2005, I submitted my bill in the foregoing
matter.  Thereafter, DCPS paid $4040.00.

     My current hourly rate has now increased to $405.00.
Accordingly, the amount now remaining due in this matter is as
follows:

                                    @ $405.00
        March 25, 2005 HOD     70.25 Hours  $28451.25
                                    Costs    $ 40.00

          Credit for prior DCPS payment: $ 4040.00

     I request that we schedule a meeting on this and other bills
as soon as possible.  Please advise as to your availability.



                    Very truly yours,



                    Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

April 1, 3005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ████████████
          D/O/B:      ████████████
          HOD(s):     March 25, 2005
                      November 29, 2001
                      August 10, 2001
          SA(s):      November 13, 2000

---

                                  @ $390.00

     March 25, 2005 HOD    70.25 Hours  $27397.50


                                  Costs   $ 40.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

Timesheets

Student:
D/O/B:
March 25, 2005 HOD


```
5-18-02     .25  Bi-weekly case status review
6- 1-02     .25  Bi-weekly case status review
6-15-02     .25  Bi-weekly case status review
6-29-02     .25  Bi-weekly case status review
7-14-02     .25  Bi-weekly case status review
7-27-02     .25  Bi-weekly case status review
8-10-02     .25  Bi-weekly case status review
8-23-02     .25  Bi-weekly case status review
9- 8-02     .25  Bi-weekly case status review
9-22-02     .25  Bi-weekly case status review
10- 5-02    .25  Bi-weekly case status review
10-20-02    .25  Bi-weekly case status review
10-21-02    .5   Document review to determine need and
                 grounds for filing hearing request
10-21-02    .75  Drafting hearing request
10-21-02    .5   Document review to determine witnesses
                 and select documents for witness/document
                 list
10-21-02    .75  Drafting witness/document list
10-21-02    .5   Document review to determine need and grounds
                 for in limine motion
10-21-02    .25  Drafting in limine motion
10-21-02    .5   Document review to determine need and grounds
                 for filing motion to compel DCPS personnel as
                 witnesses
10-21-02    .25  Drafting request to compel DCPS personnel as
                 witnesses
10-21-02    .5   Document review to determine need and grounds
                 for filing stay-put demand
10-21-02    .25  Completing DCPS Student Hearing Office
                 hearing/mediation form
10-21-02    .25  Drafting letter to SHO
                 Re:  Scheduling hearing
11- 3-02    .25  Bi-weekly case status review
11-17-02    .25  Bi-weekly case status review
12- 1-02    .25  Bi-weekly case status review
12-15-02    .25  Bi-weekly case status review
12-29-02    .25  Bi-weekly case status review
1-12-03     .25  Bi-weekly case status review
1-26-03     .25  Bi-weekly case status review
2- 9-03     .25  Bi-weekly case status review
```

<u>Timesheets</u>
Student: ███████████████
D/O/B: ███████████████
March 25, 2005 HOD


```
2-23-03     .25  Bi-weekly case status review
2-27-03     .25  Drafting letter to parent
                 Re:  Notice of hearing
2-27-03     -0-  Phone call with SHO
                 Re:  Notice of hearing date
3- 3-03    1.75  Assembling hearing notebook
3- 3-03    3.    Preparation for hearing
3- 8-03     .25  Bi-weekly case status review
3- 9-03     .25  Bi-weekly case status review
3-12-03    3.5   Preparation for hearing
3-22-03     .25  Bi-weekly case status review
3-23-03     .25  Bi-weekly case status review
3-24-03     .5   Document review to determine need and/or basis
                 for/to draft amended hearing request
3-24-03     .25  Drafting amended hearing request
4- 5-03     .25  Bi-weekly case status review
4- 6-03     .25  Bi-weekly case status review
4-11-03     .5   Document review to determine need/basis
                 to supplement wit/doc list
4-11-03     .5   Drafting supplemental witness/document list
4-17-03     .25  Phone call with Rose Gill at SHO
                 Re:  Schedule for hearing
4-17-03     .25  Phone call with parent
                 Re:  Schedule
4-19-03     .25  Bi-weekly case status review
4-20-03     .25  Bi-weekly case status review
4-25-03     .25  Reading/calendaring SHO notice of hearing date
4-28-03     .25  Drafting letter to parent
                 Re:  Notice of hearing
5- 3-03     .25  Bi-weekly case status review
5- 4-03     .25  Bi-weekly case status review
5-12-03     .25  Drafting fax to OGC
                 Re:  Schedule
5-14-03     .25  Phone call with parent
                 Re:  Unavailability
5-14-03     .25  Phone call with parent
                 Re:  Schedule for hearing
5-15-03     .25  Reading/analyzing DCPS's 5 days disclosure
5-15-03     .5   Document review to determine need/basis
                 to further supplement wit/doc list
```

<u>Timesheets</u>

Student: ▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮▮
March 25, 2005 HOD

```
5-15-03      .5    Drafting second supplemental witness/document
                   list
5-15-03      .25   Phone call with parent
                   Re:   Need for continuance
5-15-03      .5    Drafting request for continuance
5-15-03      .25   Phone calls (2) with Ms. Toland at SHO
                   Re:   Previous HOD
5-15-03      .25   Phone call with David Clark at High Road
                   Re:   Upcoming hearing
5-16-03      .25   Phone call with Ms. Herbert
                   Re:   Issues for hearing
5-18-03      .25   Bi-weekly case status review
5-19-03      .25   Bi-weekly case status review
5-19-03      .25   Reading/analyzing IHOD granting continuance
5-19-03      .25   Phone call with parent
                   Re:   Foregoing IHOD
5-21-03      .25   Phone call with Ms. Toland at SHO
                   Re:   Scheduling
5-31-03      .25   Bi-weekly case status review
6- 1-03      .25   Bi-weekly case status review
6- 2-03      .25   Phone call with parent
                   Re:   IEP meeting
6- 2-03      .75   Assembling meeting notebook
6- 2-03      .75   Preparation for meeting
6- 3-03     1.5    BLMDT/IEP meeting
6- 3-03      .25   Post-meeting review of meeting notes
6- 3-03      .25   Drafting letter to parent
                   Re:   Results of meeting
6- 3-03      .75   Reading/analyzing evals received at meeting
6-14-03      .25   Bi-weekly case status review
6-15-03      .25   Bi-weekly case status review
6-28-03      .25   Bi-weekly case status review
6-29-03      .25   Bi-weekly case status review
7-11-03      .75   Reading/analyzing new IEP/BLMDTNotes
7-12-03      .25   Bi-weekly case status review
7-26-03      .25   Bi-weekly case status review
8- 9-03      .25   Bi-weekly case status review
8-23-03      .25   Bi-weekly case status review
9- 6-03      .25   Bi-weekly case status review
9-20-03      .25   Bi-weekly case status review
10- 4-03     .25   Bi-weekly case status review
10-18-03     .25   Bi-weekly case status review
```

<u>Timesheets</u>
                    Student: ███████████████
                    D/O/B: ███████████████
                    March 25, 2005 HOD


    11- 1-03      .25  Bi-weekly case status review
    11-15-03      .25  Bi-weekly case status review
    11-29-03      .25  Bi-weekly case status review
    12-13-03      .25  Bi-weekly case status review
    12-27-03      .25  Bi-weekly case status review
     1-10-04      .25  Bi-weekly case status review
     1-24-04      .25  Bi-weekly case status review
     2- 7-04      .25  Bi-weekly case status review
     2-20-04      .25  Bi-weekly case status review
     3- 6-04      .25  Bi-weekly case status review
     3-20-04      .25  Bi-weekly case status review
     4- 3-04      .25  Bi-weekly case status review
     4-18-04      .25  Bi-weekly case status review
     4-30-04      .25  Bi-weekly case status review
     5-15-04      .25  Bi-weekly case status review
     5-29-04      .25  Bi-weekly case status review
     6- 7-04      .75  Reading/analyzing 6- 4-04 IEP/BLMDTNotes
     6-12-04      .25  Bi-weekly case status review
     6-26-04      .25  Bi-weekly case status review
     7-10-04      .25  Bi-weekly case status review
     7-31-04      .25  Bi-weekly case status review
     8- 6-04      .25  Bi-weekly case status review
     8-21-04      .25  Bi-weekly case status review
     9- 4-04      .25  Bi-weekly case status review
     9-18-04      .25  Bi-weekly case status review
    10- 2-04      .25  Bi-weekly case status review
    10-16-04      .25  Bi-weekly case status review
    10-30-04      .25  Bi-weekly case status review
    11-13-04      .25  Bi-weekly case status review
    11-27-04      .25  Bi-weekly case status review
    12-11-04      .25  Bi-weekly case status review
    12-23-04      .25  Bi-weekly case status review
     1- 8-05      .25  Bi-weekly case status review
     1-22-05      .25  Bi-weekly case status review
     2- 5-05      .25  Bi-weekly case status review
     2-16-05      .25  Phone call with High Road
                       Re:   Status of student
     2-16-05      .25  Drafting letter to SHO
                       Re:   Request for hearing date
     2-18-05      .25  Bi-weekly case status review

<u>Timesheets</u>
Student: ████████████
D/O/B: ████████████
March 25, 2005 HOD

```
2-21-05    .25   Phone call with parent
                 Re:  New location
2-22-05    .25   Phone call with SHO
                 Re:  Need to re-file hearing request
2-22-05    .5    Document review to determine need and
                 grounds for filing new hearing request
2-22-05    .75   Drafting new hearing request incorporating
                 pending hearing request misplaced by SHO
2-22-05    .5    Document review to determine witnesses
                 and select documents for witness/document
                 list
2-22-05    .75   Drafting witness/document list
2-22-05    .5    Document review to determine need and grounds
                 for in limine motion
2-22-05    .25   Drafting in limine motion
2-22-05    .5    Document review to determine need and grounds
                 for motion to bar or for other relief
2-22-05    .25   Drafting motion to bar or other relief
2-22-05    .5    Document review to determine need and grounds
                 for filing motion to compel DCPS personnel as
                 witnesses
2-22-05    .25   Drafting request to compel DCPS personnel as
                 witnesses
2-22-05    .5    Document review to determine need and grounds
                 for filing stay-put demand
2-22-05    .25   Completing DCPS Student Hearing Office
                 hearing/mediation form
2-22-05    .25   Drafting letter to SHO
                 Re:  Scheduling hearing
2-28-05    .25   Reading/calendaring SHO notice of hearing date
2-28-05    .25   Drafting letter to parent
                 Re:  Notice of hearing
2-28-05    1.75  Assembling hearing notebook
2-28-05    3.    Preparation for hearing
3- 5-05    .25   Bi-weekly case status review
3-12-05    3.5   Preparation for hearing
3-13-05    .5    Document review to determine need/basis
                 to supplement wit/doc list
3-13-05    .5    Drafting supplemental witness/document list
3-13-05    .25   Drafting letter to parent
                 Re:  Reminder notice of hearing
3-16-05    .25   Reading/analyzing DCPS's 5 days disclosure
```

<u>Timesheets</u>
Student:  ████████████████
D/O/B:   ████████████████
March 25, 2005 HOD


```
3-19-05    .25   Bi-weekly case status review
3-22-05    .25   Phone call with DCPS counsel
                 Re:  Rescheduled hearing
3-22-05    .25   Phone call with DCPS counsel
                 Re:  Rescheduled hearing
3-22-05    .25   Drafting letter to parent
                 Re:  Notice of hearing
3-24-05   1.75   Preparation for hearing
3-24-05    .25   Phone call with parent
                 Re:  Issues for hearing
3-25-05    .5    Hearing
3-25-05    .25   Post-hearing review of hearing notes
3-25-05    .25   Drafting letter to parent
                 Re:  Results of hearing
3-28-05    .5    Reading/analyzing HOD
3-28-05    .25   Drafting letter to parent
                 Re:  Foregoing HOD
4- 2-05    .25   Bi-weekly case status review
4- 2-05   1.     Assembling timesheets and bill
```

<u>Timesheets</u>

Student: ████████████

D/O/B: ████████████

<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2002-2005 | 25.00 | Copying (miscellaneous) |
| 2002-2005 | 15.00 | Postage (miscellaneous) |

Total: $ 40.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:                Ronald L. Drake Law Office
    Attorney:                Ronald L. Drake, Esquire
    Federal Tax ID No.:      ████████
    D.C. Bar No.:            338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:             Ms. Geraldine Ingram
         Address:            1507 Ft. Dupont Street, S.E.
                             Washington, D.C. 20020
         Phone No.:          (202) 583-2674 (home)
                             (202) 487-3907 (cell)
         Current Placement:  High Road School of Washington
         Neighborhood School: Anne Beers Elementary School
         Grade Level:        Ungraded
         Retention(s):       K (6-00)
         Disability:         MD (SLI/LD)
         Program Level:      100%
         Form 6:             October 5, 1999
         IEP:                June 4, 2004
         NOPP:               November 29, 2001 (HOD placement)
         DCPS Attorney:      Mr. Schreibman
         Prior Hearing(s):   March 25, 2005
                             November 29, 2001
                             August 10, 2001
         SA(s):              November 13, 2000

3.  **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  April 1, 3005
    Date Services Rendered:  5-18-02 to 4- 2-05
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

   All services listed on the enclosed invoices were actually performed;

   The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

   I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____          Date:  April 1, 3005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

> RE:  Student:  ████████████████████
>      D/O/B:
>      HOD(s):  September 17, 2004
>               June 8, 2004
>               February 4, 2004

Dear Ms. Pierson;

On May 1, 2005, I submitted my bill in the foregoing matter. Thereafter, DCPS paid two checks, each for $4000.00, along with another check for $4138.00.

My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

```
                                          @ $405.00
September 17, 2004 HOD 42.25 Hours    $17111.25
June 8, 2004 HOD      30    Hours     $12150.00
February 4, 2004 HOD  42    Hours     $17010.00
                                  Costs   $138.00
```

Credit for prior DCPS payment: $12138.00

I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

Very truly yours,

Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


May 1, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:      ██████████████████████
          D/O/B:        ███████████
          HOD(s):  September 17, 2004
                   June 8, 2004
                   February 4, 2004

---

                              @ $390.00

      September 17, 2004 HOD 42.25 Hours  $16477.50

      June 8, 2004 HOD      30    Hours  $11700.00

      February 4, 2004 HOD  42    Hours  $16380.00

                              Costs   $138.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████████████
D/O/B: ████████████████
February 4, 2004 HOD

| Date | Hours | Item |
|------|-------|------|
| 1- 5-04 | .25 | Phone call with parent Re: Need for representation |
| 1- 5-04 | 1.25 | Opening file/computer disk |
| 1- 8-04 | 1. | Phone call with parent Re: Intake interview |
| 1-10-04 | .25 | Bi-weekly case status review |
| 1-21-04 | 1.25 | Drafting retainer agreement, authorization for release of medical records, authorization to sign request for mediation/hearing, authorization for release of school records, request for school records, request for SETS records, request for independent re-evaluation, letter to case manager, authorization for attorney's signature, authorization for payment of attorney's fees, notice re 1983 claims |
| 1-21-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 1-21-04 | .75 | Drafting hearing request |
| 1-21-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 1-21-04 | .75 | Drafting witness/document list |
| 1-21-04 | .5 | Document review to determine need and grounds for in limine motion |
| 1-21-04 | .25 | Drafting in limine motion |
| 1-21-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 1-21-04 | .25 | Drafting motion to bar or for other relief |
| 1-21-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 1-21-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 1-21-04 | .5 | Document review to determine need and grounds for filing stay-put demand |

**TIMESHEETS**

Student: ███████████████████

D/O/B: ███████████████

February 4, 2004 HOD

| | | |
|---|---|---|
| 1-21-04 | .25 | Drafting stay-put demand |
| 1-21-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 1-21-04 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 1-21-04 | .25 | Phone call with parent Re:  Scheduling conference |
| 1-21-04 | 1.5 | Conference with parent and child in parent home, and signing initial documents/ transit |
| 1-21-04 | .25 | Post-conference review of conference notes |
| 1-21-04 | .25 | Drafting letter to parent Re:  Results of conference |
| 1-21-04 | 1.25 | Reading/analyzing documents provided by parent |
| 1-23-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 1-23-04 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 1-24-04 | 1.75 | Assembling hearing notebook |
| 1-24-04 | 3. | Preparation for hearing |
| 1-24-04 | .25 | Bi-weekly case status review |
| 1-28-04 | 3.5 | Preparation for hearing |
| 1-28-04 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 2- 3-04 | 1.25 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 2- 3-04 | 1. | Reading/analyzing student's records from DCPS |
| 2- 3-04 | .25 | Phone call with SHO Re:  Status of hearing |
| 2- 3-04 | .25 | Phone call with parent Re:  Issues for hearing |
| 2- 3-04 | 1.75 | Preparation for hearing |
| 2- 4-04 | .25 | Phone call with parent Re:  Availability for hearing |
| 2- 4-04 | 1.5 | Hearing/transit/waiting |
| 2- 4-04 | .25 | Post-hearing review of hearing notes |
| 2- 4-04 | .25 | Drafting letter to parent Re:  Results of hearing |

**TIMESHEETS**

Student: ████████████████████
D/O/B: ██████████████████
February 4, 2004 HOD

```
2- 4-04     .25   Phone call with parent
                  Re:  Results of hearing
2- 4-04     .25   Reading/analyzing 10-10-03 social
                  history received at hearing
2- 4-04     .25   Phone call with parent
                  Re:  Result of hearing
2- 7-04     .25   Bi-weekly case status review
2- 9-04     .5    Reading/analyzing HOD
2-10-04     .25   Drafting letter to parent
                  Re:  Foregoing HOD
2-17-04     .25   Phone call with parent
                  Re:  Schedule for hearing
2-17-04     .25   Reading/calendaring DCPS notice of IEP meeting
2-19-04     .25   Phone call with parent
                  Re:  Status of IEP meeting
2-21-04     .25   Phone call with DCPS/s Mr. Hudson
                  Re:  IEP meeting
2-21-04     .25   Drafting letter to parent
                  Re:  Notice of meeting
2-21-04     .25   Drafting fax to Mr. Hudson
                  Re:  IEP meeting
2-21-04     .25   Bi-weekly case status review
3- 1-04     .25   Phone call with parent
                  Re:  IEP meeting
3- 1-04     .75   Assembling meeting notebook
3- 1-04     .75   Preparation for meeting
3- 2-04     2.5   BLMDT/IEP meeting/transit/waiting
3- 2-04     .25   Post-meeting review of meeting notes
3- 2-04     .25   Drafting letter to parent
                  Re:  Results of meeting
3- 2-04     .5    Reading/analyzing evals received at meeting
3- 2-04     .5    Reading/analyzing MDT Notes
3- 6-04     .25   Bi-weekly case status review
3-11-04     .25   Phone call with parent
                  Re:  Upcoming Vineland
3-13-04     .25   Reading/analyzing 2-30-04 SETS
3-20-04     .25   Bi-weekly case status review
3-30-04     .25   Phone call with parent
                  Re:  Mistreatment at school
4- 3-04     .25   Bi-weekly case status review
4- 8-04     .25   Phone call with parent
                  Re:  Status
```

**TIMESHEETS**

Student: █████████████████████

D/O/B: ████████████████

February 4, 2004 HOD

| | | |
|---|---|---|
| 4-18-04 | .25 | Bi-weekly case status review |
| 4-21-04 | .25 | Phone call with parent |
| | | Re:  Status |
| 4-29-04 | .25 | Phone call with parent |
| | | Re:  DCPS failure to act |
| 5- 3-04 | .25 | Bi-weekly case status review |
| 5- 7-04 | .25 | Phone call with parent |
| | | Re:  Status |

**TIMESHEETS**

Student: ▮▮▮▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
June 8, 2004 HOD

| | | |
|---|---|---|
| 5- 7-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 5- 7-04 | .75 | Drafting hearing request |
| 5- 7-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 5- 7-04 | .75 | Drafting witness/document list |
| 5- 7-04 | .5 | Document review to determine need and grounds for in limine motion |
| 5- 7-04 | .25 | Drafting in limine motion |
| 5- 7-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 5- 7-04 | .25 | Drafting motion to bar or for other relief |
| 5- 7-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 5- 7-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 5- 7-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 5- 7-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 5- 7-04 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 5-12-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 5-13-04 | .25 | Phone call with parent Re:  Hearing request |
| 5-13-04 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 5-13-04 | 1.75 | Assembling hearing notebook |
| 5-13-04 | 3. | Preparation for hearing |
| 5-13-04 | .25 | Reading/analyzing SHO 5-12-04 notice to compel Raymond Bryant |
| 5-15-04 | .25 | Bi-weekly case status review |
| 5-20-04 | 3.5 | Preparation for hearing |
| 5-20-04 | .25 | Phone call with parent Re:  Issues for hearing |
| 5-26-04 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 5-26-04 | .25 | Drafting letter to parent Re:  Reminder notice of hearing |
| 5-29-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student:

D/O/B:

June 8, 2004 HOD

| | | |
|---|---|---|
| 6- 1-04 | .5 | Document review to determine need/basis to further supplement wit/doc list |
| 6- 1-04 | .25 | Reading/analyzing DCPS's 5 days disclosure |
| 6- 4-04 | .25 | Phone call with parent Re: Schedule for hearing |
| 6- 7-04 | 1.75 | Preparation for hearing |
| 6- 8-04 | 1.75 | Hearing/transit/waiting |
| 6- 8-04 | .25 | Post-hearing review of hearing notes |
| 6- 8-04 | .25 | Drafting letter to parent Re: Results of hearing |
| 6- 9-04 | .25 | Phone call with father Re: Results of hearing |
| 6- 9-04 | .25 | Phone calls (2) with Ms. Parillo at Hart Re: Evaluations |
| 6- 9-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 6- 9-04 | .5 | Reading/analyzing Vineland and psychological |
| 6-12-04 | .25 | Bi-weekly case status review |
| 6-14-04 | .25 | Drafting letter to parent Re: Foregoing |
| 6-15-04 | .25 | Phone call with parent Re: IEP meeting |
| 6-15-04 | .25 | Reading/calendaring DCPS confirmation notice of IEP meeting |
| 6-15-04 | .25 | Drafting letter to parent Re: Notice of meeting/hearing |
| 6-22-04 | 1. | Reading/analyzing HOD |
| 6-22-04 | .75 | Assembling meeting notebook |
| 6-22-04 | .75 | Preparation for meeting |
| 6-23-04 | 1.5 | BLMDT/IEP meeting/transit/waiting |
| 6-23-04 | .25 | Post-meeting review of meeting notes |
| 6-23-04 | .25 | Drafting letter to parent Re: Results of meeting |
| 6-26-04 | .25 | Bi-weekly case status review |
| 7- 2-04 | .25 | Drafting letter to parent Re: Foregoing HOD |
| 7- 8-04 | .25 | Phone call with parent Re: Status |
| 7- 9-04 | .25 | Bi-weekly case status review |
| 7-15-04 | .25 | Reading/analyzing 5-20-04 SETS |
| 7-23-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student: ████████████████████
D/O/B: ████████████████
September 17, 2004 HOD

| | | |
|---|---|---|
| 8- 7-04 | .25 | Bi-weekly case status review |
| 8- 7-04 | .25 | Phone call with parent |
| | | Re:  Status |
| 8-11-04 | .25 | Phone calls (2) with parent |
| | | Re:  Status |
| 8-13-04 | .25 | Phone call with parent |
| | | Re:  Need for hearing request |
| 8-13-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 8-13-04 | .75 | Drafting hearing request |
| 8-13-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 8-13-04 | .75 | Drafting witness/document list |
| 8-13-04 | .5 | Document review to determine need and grounds for in limine motion |
| 8-13-04 | .25 | Drafting in limine motion |
| 8-13-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 8-13-04 | .25 | Drafting motion to bar or for other relief |
| 8-13-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 8-13-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 8-13-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 8-13-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 8-13-04 | .25 | Drafting letter to SHO |
| | | Re:  Scheduling hearing |
| 8-18-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 8-18-04 | 1.75 | Assembling hearing notebook |
| 8-18-04 | 3. | Preparation for hearing |
| 8-19-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of hearing |
| 8-21-04 | .25 | Bi-weekly case status review |
| 8-31-04 | .25 | Phone call with parent |
| | | Re:  Upcoming hearing |

**TIMESHEETS**
Student: ███████████████████
D/O/B: ███████████████
September 17, 2004 HOD


```
9- 4-04    .25   Bi-weekly case status review
9-10-04    3.5   Preparation for hearing
9-10-04    .5    Document review to determine need/basis
                 to supplement wit/doc list
9-10-04    .25   Drafting letter to parent
                 Re:  Reminder notice of hearing
9-10-04    .25   Reading/analyzing DCPS's 5 days disclosure
9-13-04    .25   Phone call with parent
                 Re:  Issues for hearing
9-16-04    .25   Phone call with Dean Weeks at High Road
                 Re:  Possible placement
9-16-04    .5    Document review to determine need and/or basis
                 for/to determine docs to forward to High Road
                 for review
9-16-04    .25   Drafting fax to High Road
                 Re:  Foregoing
9-16-04    1.75  Preparation for hearing
9-16-04    .25   Phone call with Mr. Emheiser at High Road
                 Re:  Possible placement and issues for hearing
9-16-04    .25   Phone call with parent
                 Re:  Issues for hearing
9-17-04    3.    Hearing/transit/waiting
9-17-04    .25   Post-hearing review of hearing notes
9-17-04    .25   Drafting letter to parent
                 Re:  Results of hearing
9-18-04    .25   Bi-weekly case status review
9-23-04    .25   Phone call with High Road
                 Re:  Status
9-29-04    .5    Reading/analyzing HOD
9-30-04    .25   Phone call with parent and Mr. Emheiser
                 Re:  HOD
9-30-04    .25   Drafting letter to parent
                 Re:  Foregoing HOD
9-30-04    .25   Drafting letter to Mr. Emheiser
                 Re:  Foregoing HOD
9-30-04    .25   Phone call with parent
                 Re:  Transportation to High Road
10- 2-04   .25   Bi-weekly case status review
10-16-04   .25   Bi-weekly case status review
10-28-04   .25   Phone call with parent
                 Re:  Status
10-30-04   .25   Bi-weekly case status review
```

**TIMESHEETS**

Student: ███████████████████████

D/O/B: ███████████████████████

September 17, 2004 HOD

| | | |
|---|---|---|
| 11-13-04 | .25 | Bi-weekly case status review |
| 11-27-04 | .25 | Bi-weekly case status review |
| 11-29-04 | .25 | Phone call with Ms. Squire |
| | | Re:  IEP meeting |
| 11-29-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 12- 1-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 12-11-04 | .25 | Bi-weekly case status review |
| 12-16-04 | .25 | Phone call with Ms. Squire at High Road |
| | | and Ms. Harrison at DCPS |
| | | Re:  Scheduling IEP meeting |
| 12-16-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting |
| 12-21-04 | .75 | Assembling meeting notebook |
| 12-21-04 | .75 | Preparation for meeting |
| 12-22-04 | .25 | Phone call with High Road |
| | | Re:  Postponement of IEP meeting |
| 12-25-04 | .25 | Bi-weekly case status review |
| 1- 8-05 | .25 | Bi-weekly case status review |
| 1-22-05 | .25 | Bi-weekly case status review |
| 2- 5-05 | .25 | Bi-weekly case status review |
| 2-20-05 | .25 | Bi-weekly case status review |
| 3- 5-05 | .25 | Bi-weekly case status review |
| 3-10-05 | .25 | Phone call with parent |
| | | Re:  Rescheduling IEP meeting |
| 3-19-05 | .25 | Bi-weekly case status review |
| 3-30-04 | .25 | Phone call with High Road |
| | | Re:  IEP meeting |
| 3-30-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting |
| 4- 2-05 | .25 | Bi-weekly case status review |
| 4-16-05 | .25 | Bi-weekly case status review |
| 4-27-05 | .25 | Drafting letter to parent |
| | | Re:  Reminder notice of meeting |
| 4-28-05 | .75 | Assembling meeting notebook |
| 4-28-05 | .75 | Preparation for meeting |
| 4-29-05 | 3. | BLMDT/IEP meeting/transit/waiting |
| 4-29-05 | .25 | Post-meeting review of meeting notes |
| 4-29-05 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 4-29-05 | .5 | Reading/analyzing evals received at meeting |
| 4-29-05 | .75 | Reading/analyzing new IEP/BLMDTNotes |
| 4-30-05 | .25 | Bi-weekly case status review |
| 5- 2-05 | 1.5 | Assembling timesheets and bill |

**TIMESHEETS**

Student: ███████████████

D/O/B: ███████████

Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 1-21-04 | $  3.00 | Mileage to parent's home for conference and signing initial documents |
| 1-21-04 | 6.00 | Postage for initial documents |
| 1-21-04 | 15.00 | Copying initial documents |
| 2- 4-04 | 3.00 | Mileage to SHO for hearing |
| 2- 5-04 | 10.00 | Parking at SHO for hearing |
| 6- 8-04 | 3.00 | Mileage to SHO for hearing |
| 6- 8-04 | 10.00 | Parking at SHO for hearing |
| 6-23-04 | 3.00 | Mileage to Hart Middle School for IEP |
| 9-17-04 | 3.00 | Mileage to SHO for hearing |
| 9-17-04 | 14.00 | Parking at SHO for hearing |
| 4-29-05 | 3.00 | Mileage to High Road for IEP meeting |
| 2004-2005 | 40.00 | Copying (miscellaneous) |
| 2004-2005 | 25.00 | Postage (miscellaneous) |

Total:  $138.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

      Law Firm:           Ronald L. Drake Law Office
      Attorney:           Ronald L. Drake, Esquire
      Federal Tax ID No.:   ██████████
      D.C. Bar No.:       338392

2.  **Student Information**

      RE:  Student:          ██████████████████
           D/O/B:           ██████████████████
           SSN:            216 25 0564
           Parent:          Ms. Pamela Michelle Isaacs
           Address:         913 Bellevue St., S.E.
                           Apartment No. 1
                           Washington, D.C. 20032
           Phone No.:       (202) 574-5700 (work)
                           (202) 562-1039 (home)
           Current Placement:  High Road Upper School (interim)
           Neighborhood School:  Ballou High School
           Current Grade:     9th (9-04)
           Retention(s):      4th (6-99)
           Consent to Test:    October 15, 1999 (approx)
           Re-Eval Requested:  September 26, 2003
           IEP:            April 29, 2005
           NOPP:          October 6, 2004
           Disability:        MR
           Program Level:     100%
           DCPS Attorney:
           Prior Hearing(s):   September 17, 2004
                           June 8, 2004
                           February 4, 2004

           SA(s):

3.  **Invoice Information**

      Invoice Number:        No number assigned
      Date Request Submitted:  4- 5-04 to 4-30-05
      Amount of Payment Request:  $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

   All services listed on the enclosed invoices were actually performed;

   The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

   I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  May 1, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

June 15, 2006


<u>STATEMENT SUPPLEMENTING JANUARY 23, 2006 STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:      ████████████████████
          D/O/B:        ███████████
          HOD(s):    September 17, 2004
                     June 8, 2004
                     February 4, 2004
          SA(s):

---

                                        @ $405.00

     September 17, 2004 HOD   10.75 Hours  $ 4353.75
     (credit for DCPS partial
      payment is shown on
      January 23, 2006
      statement)

                                  Costs   $ 18.00



     The time charged herein should be included in the pending <u>AC</u>
<u>v. DC</u> CA NO. 06-439-HHK, in which the foregoing student and
parent are among the named plaintiffs.

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.


cc: Ms. Eden I. Miller, Esquire

**TIMESHEETS**

Student: ███████████
D/O/B: ███████
HOD(s):   September 17, 2004

| Date | Hours | Item |
|---|---|---|
| 5- 2-05 | .25 | Phone call with Ms. Worcell |
| | | Re:  Child's attendance |
| 5- 2-05 | .25 | Phone call with High Road |
| | | Re:  Possible admission |
| 5-14-05 | .25 | Bi-weekly case status review |
| 5-28-05 | .25 | Bi-weekly case status review |
| 6-11-05 | .25 | Bi-weekly case status review |
| 6-25-05 | .25 | Bi-weekly case status review |
| 6-27-05 | .25 | Phone call with DC Tutors for Kids |
| | | Re:  Completion of IE |
| 7- 9-05 | .25 | Bi-weekly case status review |
| 7-14-05 | .75 | Reading/analyzing 7- 1-05 IE |
| | | neuro-psych |
| 7-15-05 | .25 | Drafting letter to parent |
| | | Re:  Foregoing document(s) |
| 7-15-05 | .25 | Drafting letter to Judy Smith at DCPS |
| | | Re:  Foregoing document(s) |
| 7-15-05 | .25 | Drafting letter to High Road |
| | | Re:  Foregoing document(s) |
| 7-23-05 | .25 | Bi-weekly case status review |
| 8- 6-05 | .25 | Bi-weekly case status review |
| 8- 9-05 | .25 | Phone call with parent |
| | | Re:  IEP |
| 8-20-05 | .25 | Bi-weekly case status review |
| 9- 2-05 | .25 | Phone call with parent |
| | | Re:  IEP meeting |
| 9- 3-05 | .25 | Bi-weekly case status review |
| 9- 4-05 | .25 | Phone call with parent |
| | | Re:  IEP meeting |
| 9- 5-05 | .75 | Assembling meeting notebook |
| 9- 5-05 | .75 | Preparation for meeting |
| 9- 6-05 | 2.5 | MDT/IEP meeting/transit/waiting |
| 9- 6-05 | .25 | Post-meeting review of meeting notes |
| 9- 6-05 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 9- 6-05 | .5 | Reading/analyzing new MDT Notes |
| 9-17-05 | .25 | Bi-weekly case status review |
| 10- 1-05 | .25 | Bi-weekly case status review |
| 10-15-05 | .25 | Bi-weekly case status review |
| 10-26-06 | .25 | Phone call with parent |
| | | Re:  Status of eval |
| 6-16-06 | .25 | Assembling timesheets and bill |

**TIMESHEETS**

Student: ████████████████████
D/O/B: ████████████████
HOD(s):   September 17, 2004

### Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 6-15-06 | 3.00 | Mileage to High Road for MDT/IEP meeting |
| 2005-2006 | 10.00 | Copying (miscellaneous) |
| 2005-2006 | 5.00 | Postage (miscellaneous) |

Total:  $ 18.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

        Law Firm:              Ronald L. Drake Law Office
        Attorney:              Ronald L. Drake, Esquire
        Federal Tax ID No.:    █████████
        D.C. Bar No.:          338392

2.  **Student Information**

        RE:  Student:          ████████████████████
             D/O/B:            ████████████████
             SSN:              216 25 0564
             Parent:           Ms. Pamela Michelle Isaacs
             Address:          913 Bellevue St., S.E.
                               Apartment No. 1
                               Washington, D.C. 20032
             Phone No.:        (202) 574-5700 (work)
                               (202) 248-7437 (home)
             Current Placement:     High Road Upper School
             Neighborhood School:   Ballou High School
             Current Grade:         11th (9-06)
             Retention(s):          4th (6-99)
             Consent to Test:       October 15, 1999 (approx)
             Re-Eval Requested:     September 26, 2003
             IEP:                   June 15, 2006
             NOPP:                  October 6, 2004
             Disability:            MD (MMR/OHI)
             Program Level:         100%
             DCPS Attorney:
             Prior Hearing(s):      September 17, 2004
                                    June 8, 2004
                                    February 4, 2004
             SA(s):

3.  **Invoice Information**

        Invoice Number:           No number assigned
        Date Request Submitted:   June 15, 2006
        Date Services Rendered:   5- 2-05 to 9-17-05
        Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  June 15, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

       RE:  Student:  ███████████████
            D/O/B:
            HOD(s):  December 2, 2004

Dear Ms. Pierson;

    On March 2, 2005, I submitted my bill in the foregoing matter.  My current hourly rate has now increased to $405.00. Accordingly, the amount now due in this matter is as follows:

                                @ $405.00
    December 2, 2004 HOD   77.25 Hours  $31286.25

                         Costs   $ 81.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                Very truly yours,

                Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


March 2, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████████
          D/O/B:    ███████████████
          HOD(s):   December 2, 2004

─────────────────────────────────────────────────────

                              @ $390.00

     December 2, 2004 HOD   77.25 Hours  $30127.50


                              Costs   $ 81.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

Student: ▓▓▓▓▓▓▓▓▓
D/O/B: ▓▓▓▓▓▓▓▓
December 2, 2004 HOD


| | | |
|---|---|---|
| 10-14-03 | .75 | Phone call with Jackie Mitchell, guardian |
| | | Re:  Need for representation, and |
| | | initial intake |
| 10-14-03 | 1.25 | Opening file/computer  disk |
| 10-19-03 | .25 | Bi-weekly case status review |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11-16-03 | .25 | Bi-weekly case status review |
| 11-19-03 | .25 | Phone call with parent |
| | | Re:  Need to proceed |
| 11-30-03 | .25 | Bi-weekly case status review |
| 12- 9-03 | .25 | Phone call with parent |
| | | Re:  Social history |
| 12-14-03 | .25 | Bi-weekly case status review |
| 12-18-03 | .25 | Phone call with parent |
| | | Re:  IEP date/time |
| 12-19-03 | .25 | Phone call with parent and West ES |
| | | Re:  IEP meeting |
| 12-19-03 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 12-22-03 | .5 | Reading/analyzing 12-22-03 psychological |
| 12-23-03 | 1. | Reading/analyzing 12-22-03 Sp/L eval, MDTNotes |
| 12-28-03 | .25 | Bi-weekly case status review |
| 1-11-04 | .25 | Bi-weekly case status review |
| 1-25-04 | .25 | Bi-weekly case status review |
| 2- 2-04 | .25 | Phone calls (2) with Ms. Bethea at West |
| | | Re:  Setting date |
| 2- 3-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 2- 4-04 | .25 | Reading/analyzing misc report received |
| | | from DCPS |
| 2- 4-04 | .25 | Phone call with parent |
| | | Re:  Extending due date |
| 2- 4-04 | .25 | Reading/calendaring DCPS notice of extension of |
| | | due date |
| 2- 5-04 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 2- 8-04 | .25 | Bi-weekly case status review |
| 2-10-04 | .25 | Phone call with parent |
| | | Re:  OT-PT ADHD |
| 2-17-04 | .25 | Phone call with parent |
| | | Re:  Child acting out |
| 2-20-04 | .25 | Phone call with Ms. Bethea at West |
| | | Re:  Scheduling IEP |

<u>Timesheets</u>
Student: ████████████
D/O/B: ████████████
December 2, 2004 HOD


| | | |
|---|---|---|
| 2-22-04 | .25 | Bi-weekly case status review |
| 2-23-04 | .25 | Phone call with Ms. Bethea<br>Re:  Scheduling IEP |
| 2-23-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 2-23-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 3- 4-04 | .25 | Phone call with parent<br>Re:  Issues for IEP meeting |
| 3- 7-04 | .25 | Bi-weekly case status review |
| 3-21-04 | .25 | Bi-weekly case status review |
| 3-11-04 | .25 | Phone call with parent<br>Re:  Status |
| 3-19-04 | .25 | Phone call with parent<br>Re:  Status |
| 3-31-04 | .25 | Phone call with parent<br>Re:  Child acting out |
| 4- 1-04 | .25 | Phone call with parent<br>Re:  Admission to hospital |
| 4- 4-04 | .25 | Bi-weekly case status review |
| 4- 5-04 | .25 | Phone call with parent<br>Re:  Hospitalization |
| 4-13-04 | .25 | Phone call with parent<br>Re:  Absenteeism |
| 4-19-04 | .25 | Bi-weekly case status review |
| 4-21-04 | .25 | Phone call with parent<br>Re:  Absenteeism |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5-12-04 | .25 | Phone call with parent<br>Re:  Children's completion of evals |
| 5-14-04 | .25 | Phone call with parent<br>Re:  Eval |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-17-04 | .75 | Reading/analyzing Children's discharge summary |
| 5-21-04 | .25 | Drafting letter to Ms. Bethea<br>Re:  Foregoing document(s) |
| 5-24-04 | .25 | Phone call with Ms. Bethea<br>Re:  Status |
| 5-30-04 | .25 | Bi-weekly case status review |
| 6- 7-04 | .25 | Reading/analyzing Ms. Bethea memo to<br>headquarters |
| 6- 7-04 | .25 | Phone call with Ms. Bethea<br>Re:  Child not permitted back at West |

<u>Timesheets</u>

Student: ████████████

D/O/B: ████████████

December 2, 2004 HOD

| | | |
|---|---|---|
| 6- 8-04 | .25 | Phone call with parent<br>Re:  Status |
| 6-10-04 | .25 | Phone call with Ms. Bethea<br>Re:  Location of files |
| 6-10-04 | .25 | Phone call with parent<br>Re:  Status |
| 6-13-04 | .25 | Bi-weekly case status review |
| 6-16-04 | .25 | Phone calls (2) with parent<br>Re:  Status |
| 6-17-04 | .25 | Phone call with parent<br>Re:  Locating responsible DCPS person |
| 6-18-04 | .25 | Phone call with parent<br>Re:  Continued effort to locate responsible DCPS person |
| 6-18-04 | .25 | Phone call with Jennifer Finch<br>Re:  Referral for psychiatric and psycho-ed |
| 6-27-04 | .25 | Bi-weekly case status review |
| 6-28-04 | .25 | Phone call with parent<br>Re:  Schedule availability |
| 7-10-04 | .25 | Bi-weekly case status review |
| 8- 1-04 | .25 | Bi-weekly case status review |
| 8- 4-04 | .25 | Phone calls (2) with parent<br>Re:  Status |
| 8- 6-04 | .25 | Phone call with Danielle Keemer<br>Re:  IEP schedule |
| 8- 6-04 | .25 | Phone call with parent<br>Re:  IEP schedule |
| 8- 6-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 8- 9-04 | .25 | Bi-weekly case status review |
| 8-10-04 | .25 | Phone call with Ms. Louis Charles<br>Re:  Schedule |
| 8-12-04 | .5 | Reading/analyzing 8-12-04 IEP/Notes/PNOP |
| 8-22-04 | .25 | Bi-weekly case status review |
| 9- 5-04 | .25 | Bi-weekly case status review |
| 9- 7-04 | .25 | Phone call with parent<br>Re:  Lack of services |
| 9-13-04 | .25 | Phone call with parent<br>Re:  Lack of services at Robeson |
| 9-14-04 | .25 | Phone call with parent<br>Re:  Placement |

<u>Timesheets</u>

Student:  ██████████
D/O/B:  ██████████
December 2, 2004 HOD

| | | |
|---|---|---|
| 9-16-04 | .25 | Phone call with parent<br>Re:  Lack of aide |
| 9-19-04 | .25 | Phone call with parent<br>Re:  Lack of packages to possible placements |
| 9-19-04 | .25 | Bi-weekly case status review |
| 9-21-04 | .25 | Phone call with parent<br>Re:  Episcopal possibility |
| 9-28-04 | .5 | Document review to determine need and<br>grounds for filing hearing request |
| 9-28-04 | .75 | Drafting hearing request |
| 9-28-04 | .5 | Document review to determine witnesses<br>and select documents for witness/document<br>list |
| 9-28-04 | .75 | Drafting witness/document list |
| 9-28-04 | .5 | Document review to determine need and grounds<br>for in limine motion |
| 9-28-04 | .25 | Drafting in limine motion |
| 9-28-04 | .5 | Document review to determine need and grounds<br>for motion to bar or for other relief |
| 9-28-04 | .25 | Drafting motion to bar or for other relief |
| 9-28-04 | .5 | Document review to determine need and grounds<br>for filing motion to compel DCPS personnel as<br>witnesses |
| 9-28-04 | .25 | Drafting request to compel DCPS personnel as<br>witnesses |
| 9-28-04 | .5 | Document review to determine need and grounds<br>for filing stay-put demand |
| 9-28-04 | .25 | Completing DCPS Student Hearing Office<br>hearing/mediation form |
| 9-28-04 | .25 | Drafting letter to SHO<br>Re:  Scheduling hearing |
| 9-30-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 9-30-04 | .25 | Drafting letter to parent<br>Re:  Notice of hearing |
| 9-30-04 | 1.75 | Assembling hearing notebook |
| 9-30-04 | 3. | Preparation for hearing |
| 10- 3-04 | .25 | Bi-weekly case status review |
| 10-17-04 | .25 | Bi-weekly case status review |
| 10-19-04 | 1. | Revising notebook |

<u>Timesheets</u>

Student: ███████████
D/O/B: ███████████
December 2, 2004 HOD


| | | |
|---|---|---|
| 10-19-04 | 1.5 | Drafting retainer agreement, authorization for release of medical records, authorization to sign request for mediation/hearing, authorization for release of school records, request for school records, request for emails, request for Medicaid progress notes, request for SETS records, request for independent re-evaluation, letter to case manager, authorization for attorney's signature, authorization for payment of attorney's fees |
| 10-19-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 10-19-04 | .75 | Drafting hearing request |
| 10-19-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 10-19-04 | .75 | Drafting witness/document list |
| 10-19-04 | .5 | Document review to determine need and grounds for in limine motion |
| 10-19-04 | .25 | Drafting in limine motion |
| 10-19-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 10-19-04 | .25 | Drafting motion to bar or for other relief |
| 10-19-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 10-19-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 10-19-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 10-19-04 | .25 | Drafting stay-put demand |
| 10-19-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 10-19-04 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 10-19-04 | .25 | Phone call with parent Re: Scheduling conference |

<u>Timesheets</u>

Student:  ████████████
D/O/B:  ███████████████
December 2, 2004 HOD


| 10-19-04 | 1.75 | Conference with parent and child in parent home, and signing initial documents/transit |
| 10-19-04 | .25 | Post-conference review of conference notes |
| 10-19-04 | .25 | Drafting letter to parent Re:  Results of conference |
| 10-19-03 | .25 | Bi-weekly case status review |
| 10-20-04 | .25 | Phone call with parent Re:  Intake |
| 10-21-04 | .25 | Drafting memo to file Re:  Conference with Ms. Harris-Lindsey, Esq. Re:  Postponement |
| 10-21-04 | .5 | Drafting motion for continuance |
| 10-21-04 | .25 | Phone call with Jane Bender Re:  Intake |
| 10-21-04 | .25 | Phone call with parent Re:  Intake |
| 10-26-04 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 10-26-04 | .25 | Drafting supplemental witness/document list |
| 10-26-04 | .5 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 10-31-04 | .25 | Bi-weekly case status review |
| 11- 1-01 | .25 | Phone call with SHO Re:  Need for continuance |
| 11- 1-04 | .25 | Phone call with parent Re:  Continuance |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11- 3-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 11- 3-04 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 11- 4-04 | .25 | Reading/calendaring SHO notice of continuance |
| 11- 9-04 | .5 | Reading/analyzing 11-8-04 fax from Clark ES Re:  Records |
| 11-10-04 | .25 | Reading/analyzing Episcopal letter Re:  Acceptance |
| 11-10-04 | .25 | Reading/calendaring SHO IHOD Re:  Continuance |

<u>Timesheets</u>

Student: ███████████

D/O/B: ███████████

December 2, 2004 HOD

```
11-10-04    .25   Drafting letter to parent
                  Re:  Foregoing document(s)
11-11-04    .25   Phone call with Episcopal
                  Re:  Acceptance letter
11-14-04    .25   Bi-weekly case status review
11-16-03    .25   Bi-weekly case status review
11-17-04    .25   Reading/analyzing 11- 4-04 DCPS letter
11-20-04   3.5    Preparation for hearing
11-21-04    .5    Document review to determine need/basis
                  to further supplement wit/doc list
11-21-04    .25   Drafting further supplemental
                  witness/document list
11-21-04    .25   Drafting letter to parent
                  Re:  Reminder notice of meeting/hearing
11-21-04    .25   Drafting letter to Episcopal
                  Re:  Reminder notice of hearing
11-28-04   3.5    Preparation for hearing
11-26-04    .25   Bi-weekly case status review
11-30-03    .25   Bi-weekly case status review
12- 1-04    .25   Phone calls (2) with Episcopal
                  Re:  Issues for hearing
12- 1-04   1.75   Preparation for hearing
12- 2-04   2.     Hearing/transit/waiting
12- 2-04    .25   Post-hearing review of hearing notes
12- 2-04    .25   Drafting letter to parent
                  Re:  Results of hearing
12- 3-04    .25   Phone call with parent
                  Re:  Transportation
12- 3-04    .25   Completing Student Transportation Data Form
12- 3-04    .25   Drafting fax to DCPS
                  Re:  Foregoing
12- 5-04    .25   Reading/analyzing HOD
12- 6-04    .25   Drafting letter to parent
                  Re:  Foregoing HOD
12- 6-04    .25   Drafting letter to Episcopal
                  Re:  Foregoing HOD
12-12-04    .25   Bi-weekly case status review
12-14-04    .25   Phone call with parent
                  Re:  Conference at Episcopal
12-14-03    .25   Bi-weekly case status review
12-26-04    .25   Bi-weekly case status review
 1- 9-05    .25   Bi-weekly case status review
 1-23-05    .25   Bi-weekly case status review
```

<u>Timesheets</u>
Student:  ████████████████
D/O/B:  ████████████████
December 2, 2004 HOD


| | | |
|---|---|---|
| 1-24-05 | .25 | Phone call with Kim Matthews at Episcopal Re:  Issues for IEP |
| 1-24-05 | .25 | Drafting fax to Ms. Matthews Re:  IEP |
| 1-14-05 | .25 | Reading/calendaring Episcopal notice of IEP meeting |
| 1-14-05 | .25 | Drafting letter to parent Re:  Notice of meeting/hearing |
| 1-14-05 | .25 | Drafting letter to Ms. Matthews Re:  Confirmation of meeting notice |
| 1-27-05 | .75 | Assembling meeting notebook |
| 1-27-05 | .75 | Preparation for meeting |
| 1-28-05 | 2.75 | BLMDT/IEP meeting/transit/waiting |
| 1-28-05 | .25 | Post-meeting review of meeting notes |
| 1-28-05 | .25 | Drafting letter to parent Re:  Results of meeting |
| 1-31-05 | .25 | Reading/analyzing DCPS signed comp ed plan |
| 1-31-05 | .25 | Drafting letter to parent Re:  Rejecting proposed SA |
| 2- 3-05 | .25 | Phone call with Episcopal Re:  Family sessions |
| 2- 6-05 | .25 | Bi-weekly case status review |
| 3- 2-05 | 1. | Assembling timesheets and bill |

<u>Timesheets</u>

Student:  █████████████████
       D/O/B:  █████████████████
            December 2, 2004 HOD

<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 10-19-04 | 6.00 | Postage for initial documents |
| 10-19-04 | 15.00 | Copying initial documents |
| 12- 2-04 | 3.00 | Mileage to SHO for hearing |
| 12- 2-04 | 12.00 | Parking at SHO for hearing |
| 2004-2005 | 30.00 | Copying (miscellaneous) |
| 2004-2005 | 15.00 | Postage (miscellaneous) |

Total:  $ 81.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:              ████████████
         D/O/B:
         SSN:                  217 43 2631
         Guardian:             Ms. Jackie Rhames Michell
         Address:              1314 Decatur Street, N.W.
                               Washington, D.C. 20011
         Phone No.:            (202) 829-5705 (home)
                               (202) 288-7224 (cell)
         Current Placement:    Episcopal Center for Children
         Neighborhood School:  West Elementary School
         Current Grade:        4th (9-04)
         Retention(s):         None
         Consent to Test:      October 14, 2003
         IEP:                  August 12, 2004
                               (reviewed (1-28-05)
         PNOP:                 December 2, 2004 (HOD placement)
         Disability:           ED
         Program Level:        100%
         DCPS Attorney:        Ms. Harris-Lindsey
         Prior Hearing(s):     December 2, 2004
         SA(s):

3.  **Invoice Information**

    Invoice Number:            No number assigned
    Date Services Rendered:    10-14-03 to 2-3-05
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  March 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

          RE:  Student:  ████████████████
               D/O/B:
               HOD(s):  December 3, 2003
                        April 11, 2003
                        April 8, 2002
                        (5-1-02 reconsideration denied)
          SA(s):

Dear Ms. Pierson;

     On April 2, 2005, I submitted my bill in the foregoing
matter.  My current hourly rate has now increased to $405.00.
Accordingly, the amount now due in this matter is as follows:

                              @ $405.00
     December 3, 2003 HOD   10.75 Hours  $ 4353.75
                              Costs    $ 18.00

     I request that we schedule a meeting on this and other bills
as soon as possible.  Please advise as to your availability.



                    Very truly yours,



                    Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 2, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ███████████████████
          D/O/B:      ███████████
          HOD(s):     December 3, 2003
                      April 11, 2003
                      April 8, 2002
                      (5-1-02 reconsideration denied)
          SA(s):

_____

                              @ $390.00

     December 3, 2003 HOD   10.75 Hours  $ 4192.50

                              Costs   $ 18.00


     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.,</u> CA No.
03cv2139(JDB).


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

## TIMESHEETS

Student: ████████████████

D/O/B: ████████████

December 3, 2003 HOD

| Date | Hours | Item |
|------|-------|------|
| 4-21-04 | .25 | Phone call with Ms. Warcell<br>Re:  Delay of meeting |
| 4-27-04 | .25 | Phone call with Ms. Warcell<br>Re:  Absenteeism |
| 4-27-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 4-27-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 4-30-04 | .25 | Bi-weekly case status review |
| 5- 5-04 | .25 | Phone call with Ms. Warcell<br>Re:  Delay of meeting |
| 5- 6-04 | .25 | Phone call with Ms. Warcell<br>Re:  Schedule for IEP |
| 5- 7-04 | .25 | Reading/calendaring DCPS notice of rescheduled<br>IEP meeting |
| 5- 7-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 5-15-04 | .25 | Bi-weekly case status review |
| 5-24-04 | .75 | Assembling meeting notebook |
| 5-24-04 | .75 | Preparation for meeting |
| 5-25-04 | 2.75 | BLMDT/IEP meeting/transit/waiting |
| 5-25-04 | .25 | Post-meeting review of meeting notes |
| 5-25-04 | .25 | Drafting letter to parent<br>Re:  Results of meeting |
| 5-25-04 | .5 | Reading/analyzing evals received at meeting |
| 5-25-04 | .25 | Reading/analyzing new MDTNotes |
| 5-29-04 | .25 | Bi-weekly case status review |
| 6-12-04 | .25 | Bi-weekly case status review |
| 6-26-04 | .25 | Bi-weekly case status review |
| 7-10-04 | .25 | Bi-weekly case status review |
| 7-24-04 | .25 | Bi-weekly case status review |
| 8- 6-04 | .25 | Bi-weekly case status review |
| 8-21-04 | .25 | Bi-weekly case status review |
| 9- 4-04 | .25 | Bi-weekly case status review |
| 9-10-04 | .25 | Phone call with Ms. Wanda Warcell at Moten<br>Re:  Need for meeting |
| 9-13-04 | .25 | Phone call with Ms. Warcell<br>Re:  Need to proceed for residential |
| 9-18-04 | .25 | Bi-weekly case status review |
| 10- 2-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student: ████████████████████
D/O/B: ████████████████████
December 3, 2003 HOD

```
10- 7-04    .5    Reading/analyzing MAPT form
10- 7-04    .25   Phone call with Ms. Warcell
                  Re:  Attendance issues
10-16-04    .25   Bi-weekly case status review
10-26-04    .25   Phone call with Ms. Warcell
                  Re:  Child not attending school
10-30-04    .25   Bi-weekly case status review
11-13-04    .25   Bi-weekly case status review
11-27-04    .25   Bi-weekly case status review
11-29-04    .25   Phone call with parent
                  Re:  Effort to return child to school
12- 1-04    .25   Phone call with Ms. Warcell
                  Re:  Re-entry
12- 2-04    .25   Phone calls (2) with Ms. Warcell
                  Re:  Transportation
12- 2-04    .25   Phone call with parent
                  Re:  Transportation
12- 2-04    .75   Reading/analyzing Moten misc docs
12-11-04    .25   Bi-weekly case status review
12-16-04    .25   Phone call with Ms. Warcell
                  Re:  Truancy
12-23-04    .25   Bi-weekly case status review
 1- 8-05    .25   Bi-weekly case status review
 1-13-05    .25   Phone calls (2) with Ms. Warcell
                  Re:  IEP
 1-14-05    .25   Reading/analyzing 1-14-05 proposed MDT notes
                  and front page of IEP
 1-22-05    .25   Bi-weekly case status review
 2- 5-05    .25   Bi-weekly case status review
 2-18-05    .25   Bi-weekly case status review
 3- 5-05    .25   Bi-weekly case status review
 3-19-05    .25   Bi-weekly case status review
 4- 2-05    .25   Bi-weekly case status review
 4- 2-05    .5    Assembling timesheets and bill
```

**TIMESHEETS**
Student: ██████████████████
D/O/B: ██████████████
December 3, 2003 HOD


Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 5-25-04 | 3.00 | Mileage to Moten for MDT/IEP meeting |
| 2004 | 10.00 | Copying (miscellaneous) |
| 2004 | 5.00 | Postage (miscellaneous) |

Total:  $ 18.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:                Ronald L. Drake Law Office
    Attorney:                Ronald L. Drake, Esquire
    Federal Tax ID No.:      ███████████
    D.C. Bar No.:            338392

2.  **Student Information**

    RE:  Student:            ████████████████████
         D/O/B:              ████████████████
         SSN:
         Parent:             Ms. Kendra Louise Jenkins
         Address:            1850 Kendall Street, N.E.
                             Apartment No.
                             Washington, D.C. 20002
         Phone No.:          (202) 396-2658 (home)
                             (202) 246-2532 (cell)
         Current Placement:  Moten Center (interim)
         Neighborhood School: Miner Elementary School
         Current Grade:      1st (9-03)
         Retention(s):       None
         Eval Requested:     September 11, 2001
                             August 20, 2001
         Form 6:             January 11, 2002
         IEP:                January 14, 2004
         Placement Meeting:  May 25, 2004
         NOPP:               January 14, 2004 (interim)
         Disability:         ED
         Program Level:      100%
         DCPS Attorney:      Ms. Smalls
         Prior Hearing(s):   December 3, 2003
                             April 11, 2003
                             April 8, 2002
                             (5-1-02 reconsideration denied)
         SA(s):

3.  **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  April 2, 2005
    Date Services Rendered:  4-21-04 5-29-04
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

February 9, 2006


STATEMENT SUPPLEMENTING APRIL 2, 2005 STATEMENT


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:     ████████████████████
          D/O/B:       ████████████
          HOD(s):      December 3, 2003
                       April 11, 2003
                       May 1, 2002 (reconsideration
                       of 4-8-02 denied)
                       April 8, 2002 (did not prevail)
          SA(s):

_____

                                        @ $405.00


     December 3, 2003 HOD      18.25 Hours  $ 7391.00
     (DCPS paid $3918.00 on
     this HOD on bill dated
     4-2-05 by check No.
     6281467 dated 5-4-05)


                                     Costs   $ 18.00



     The time charged herein was incurred subsequent to the
billing included in Adams v. et. al., v. D.C., CA No.
03cv2139(JDB), and subsequent to April 2, 2005 bill)


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ██████████████
D/O/B: █████████████
HOD:  December 3, 2003

| Date | Hours | Item |
|------|-------|------|
| 4-16-05 | .25 | Bi-weekly case status review |
| 4-30-05 | .25 | Bi-weekly case status review |
| 5- 5-05 | .25 | Phone call with Ms. Wanda Worcell at Moten Center Re:  Child's need for residential |
| 5-14-05 | .25 | Bi-weekly case status review |
| 5-28-05 | .25 | Bi-weekly case status review |
| 6-11-05 | .25 | Bi-weekly case status review |
| 6-25-05 | .25 | Bi-weekly case status review |
| 7- 9-05 | .25 | Bi-weekly case status review |
| 7-23-05 | .25 | Bi-weekly case status review |
| 8- 6-05 | .25 | Bi-weekly case status review |
| 8-20-05 | .25 | Bi-weekly case status review |
| 9- 3-05 | .25 | Bi-weekly case status review |
| 9- 8-05 | .25 | Phone call with Ms. Worcell Re:  Child's failure to enroll |
| 9-17-05 | .25 | Bi-weekly case status review |
| 10- 1-05 | .25 | Bi-weekly case status review |
| 10-15-05 | .25 | Bi-weekly case status review |
| 10-29-05 | .25 | Bi-weekly case status review |
| 11- 8-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 11-12-05 | .25 | Bi-weekly case status review |
| 11-14-05 | .25 | Drafting fax to Moten Re:  Notice of meeting/hearing |
| 11-26-05 | .25 | Bi-weekly case status review |
| 12- 6-05 | .25 | Reading/calendaring DCPS letter of invitation to IEP meeting |
| 12- 6-05 | .25 | Drafting letter to parent Re:  Notice of meeting/hearing |
| 12-10-05 | .25 | Bi-weekly case status review |
| 12-20-05 | .25 | Phone call with Ms. Grace Chin at Moten Re:  Need for IEP meeting |
| 12-20-05 | .25 | Phone call with Ms. Chin Re:  Rescheduling IEP meeting |
| 12-21-05 | .25 | Phone call with Ms. Chin Re:  Parent cancellation of meeting |
| 12-22-05 | .25 | Bi-weekly case status review |
| 12-23-05 | .25 | Phone call with Ms. Chin Re:  Delay of IEP meeting |

**TIMESHEETS**

```
        Student: ███████████████████
        D/O/B: ████████████████████
        HOD:  December 3, 2003


1- 7-06      .25   Bi-weekly case status review
1- 9-06      .25   Phone call with Grace Chin
                   Re:  Parent going forward with IEP
                   on 12-23-05
1- 9-06     1.25   Reading/analyzing 12-23-05 IEP/BLMDTNotes/PNOP
1-18-06      .25   Phone call with Mr. Moses at Moten
                   Re:  Compensatory services issue
1-19-06      .25   Phone call with Ms. Chin
                   Re:  Need to convene MDT for comp ed
1-21-06      .25   Bi-weekly case status review
1-23-06      .25   Phone call with David Mason at Moten
                   Re:  Comp ed issues
1-23-06      .25   Drafting fax to Mr. Mason at Moten
                   Re:  HODs requiring team to address
                   comp ed
1-31-06      .25   Reading/calendaring DCPS notice of MDT meeting
1-31-06      .25   Drafting fax to Moten
                   Re:  Acceptance of proposed MDT meeting date
1-31-05      .25   Drafting letter to parent
                   Re:  Notice of meeting
2- 4-06      .25   Bi-weekly case status review
2- 8-06      .25   Reading/calendaring DCPS notice of changed
                   date for MDT meeting
2- 8-06      .75   Assembling meeting notebook
2- 8-06      .75   Preparation for meeting
2- 9-06     3.     MDT meeting/transit/waiting
2- 9-06      .25   Post-meeting review of meeting notes
2- 9-06      .25   Drafting letter to parent
                   Re:  Results of meeting
2- 9-06      .75   Reading/analyzing new IEP/BLMDTNotes
2- 9-06      .25   Phone call with DC Tutors for Kids
                   Re:  Availability for possible tutoring
2- 9-06      .25   Phone call with DC Tutors for Kids
                   Re:  Further discussion of possible tutoring
2- 9-06      .5    Assembling timesheets and bill
```

**TIMESHEETS**

```
Student: ███████████████████████
  D/O/B: ████████████████
   HOD:  December 3, 2003
```

### Costs and Expenses

```
   Date        Amount              Item

  2- 9-06       3.00  Mileage to Moten Center for MDT meeting
 2005-2006     10.00  Copying (miscellaneous)
 2005-2006      5.00  Postage (miscellaneous)
```

                                        Total:  $ 18.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

      Law Firm:               Ronald L. Drake Law Office
      Attorney:               Ronald L. Drake, Esquire
      Federal Tax ID No.:     ██████████
      D.C. Bar No.:          338392

2.  **Student Information**

      RE:   Student:            ██████████████████
           D/O/B:              ███████████████
           SSN:
           Parent:             Ms. Kendra Louise Jenkins
           Address:            1722 West Virginia Avenue, N.E.
                                  Apartment No. 1
                                  Washington D.C. 20002
           Phone No.:          271-9489
           Current Placement:     Moten Center (interim)
           Neighborhood School:   Miner Elementary School
           Current Grade:        3rd (9-05)
           Retention(s):        None
           Eval Requested:      September 11, 2001
                                    August 20, 2001
           Form 6:             January 11, 2002
           NOI:                March 27, 2002
           Initial IEP:          July 19, 2002
           IEP:                December 23, 2005
           NOPP:              January 23, 2005
           Disability:          ED
           Program Level:       98%
           DCPS Attorney:
           Prior Hearing(s):      December 3, 2003
                                    April 11, 2003
                                    May 1, 2002 (reconsideration
                                  of 4-8-02 denied)
                                  April 8, 2002 (did not prevail)
           SA(s):

3.  **Invoice Information**

      Invoice Number:          No number assigned
      Date Request Submitted:   February 9, 2006
      Date Services Rendered:   5- 5-05 to 2- 9-06
      Amount of Payment Request:  $ See attached timesheet

## 4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  February 9, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 23, 2006


<u>STATEMENT</u> <u>FURTHER</u> <u>SUPPLEMENTING</u> <u>APRIL</u> <u>2,</u> <u>2005</u> <u>STATEMENT</u>
<u>SUPPLEMENTED</u> <u>FEBRUARY</u> <u>9,</u> <u>2006</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████████
          D/O/B:    ████████
          HOD(s):   December 3, 2003
                    April 11, 2003
                    May 1, 2002 (reconsideration
                    of 4-8-02 denied)
                    April 8, 2002 (did not prevail)
          SA(s):

_____

                                        @ $405.00


     December 3, 2003 HOD
     (DCPS paid $3918.00 on
      this HOD on bill dated
      4-2-05 by check No.
      6281467 dated 5-4-05)

        Supplemental hours   1.25 Hours  $  506.00

                                 Costs   $    2.00



     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.</u>, CA No.
03cv2139(JDB), and subsequent to April 2, 2005 bill)

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

```
           Student: ███████████████
                D/O/B: ████████████
                HOD:  December 3, 2003


    Date     Hours                 Item

  2- 4-06    .25   Bi-weekly case status review
  2-18-06    .25   Bi-weekly case status review
  2-23-06    .25   Phone call with parent
                   Re:  DCPS re-scheduling transportation
                   to provide after school tutoring
  2-23-06    .25   Drafting letter to parent
                   Re:  Conclusion of case
                   transportation and provide tutoring
  2-23-06    .25   Assembling timesheets and bill
```

## Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 2006 | 2.00 | Copying (miscellaneous) |
| 2006 | -0- | Postage (miscellaneous) |

                                        Total:  $  2.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:              Ronald L. Drake Law Office
   Attorney:              Ronald L. Drake, Esquire
   Federal Tax ID No.:    ██████████
   D.C. Bar No.:          338392

2. **Student Information**

   RE:  Student:
        D/O/B:
        SSN:
        Parent:              Ms. Kendra Louise Jenkins
        Address:             1722 West Virginia Avenue, N.E.
                             Apartment No. 1
                             Washington D.C. 20002
        Phone No.:           271-9489
        Current Placement:   Moten Center (interim)
        Neighborhood School: Miner Elementary School
        Current Grade:       3rd (9-05)
        Retention(s):        None
        Eval Requested:      September 11, 2001
                             August 20, 2001
        Form 6:              January 11, 2002
        NOI:                 March 27, 2002
        Initial IEP:         July 19, 2002
        IEP:                 December 23, 2005
        NOPP:                January 23, 2005
        Disability:          ED
        Program Level:       98%
        DCPS Attorney:
        Prior Hearing(s):    December 3, 2003
                             April 11, 2003
                             May 1, 2002 (reconsideration
                             of 4-8-02 denied)
                             April 8, 2002 (did not prevail)
        SA(s):

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  February 22, 2006
   Date Services Rendered:  2- 4-06 to 2-23-06
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

    All services listed on the enclosed invoices were actually performed;

    The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

    The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

    No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

    I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  February 23, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

          RE:  Student:  ████████████████████
               D/O/B:    ████████
               HOD(s):   March 3/12, 2004
                         October 15, 2003
                         August 8, 2003

Dear Ms. Pierson;

     On April 2, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4210.50.

     My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                  @ $405.00
     March 3/12, 2004 HOD   22.25 Hours  $ 9011.25
                                  Costs  $ 21.00

          Credit for prior DCPS payment: $ 4210.50

     I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.



                    Very truly yours,



                    Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 2, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████████
          D/O/B:
          HOD(s):   March 3/12, 2004
                    October 15, 2003
                    August 8, 2003

_____

                              @ $390.00

     March 3/12, 2004 HOD   22.25 Hours  $ 8677.50

                              Costs  $ 21.00


     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.</u>, CA No.
03cv2139(JDB).


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

# TIMESHEETS

```
                    Student: ███████████████████
                      D/O/B: ███████████████████
                        March 3/12, 2004 HOD
```

| Date | Hours | Item |
|------|-------|------|
| 4- 2-04 | .25 | Phone call with Dean Weeks at High Road |
|  |  | Re:  HOD |
| 4-14-04 | .25 | Phone call with High Road |
|  |  | Re:  Speech/Language eval |
| 4-19-04 | .25 | Bi-weekly case status review |
| 4-21-04 | .75 | Assembling meeting notebook |
| 4-21-04 | .75 | Preparation for meeting |
| 4-22-04 | 4. | BLMDT/IEP meeting/transit/waiting |
| 4-22-04 | .25 | Post-meeting review of meeting notes |
| 4-22-04 | .25 | Drafting letter to parent |
|  |  | Re:  Results of meeting |
| 4-26-04 | 1.25 | Reading/analyzing 4-22-04 IEP/MDT notes |
| 4-27-04 | .25 | Phone call with David Clark at High Road |
|  |  | Re:  Docs |
| 4-27-04 | .25 | Phone call with Ms. Ware at Moten |
|  |  | Re:  MDT notes |
| 4-28-04 | .25 | Drafting letter to parent |
|  |  | Re:  Foregoing document(s) |
| 4-28-04 | .25 | Drafting letter to High Road |
|  |  | Re:  Foregoing document(s) |
| 5- 4-04 | .25 | Phone call with Ms. Ware |
|  |  | Re:  Schedule for IEP |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5- 4-04 | .25 | Phone call with parent |
|  |  | Re:  Schedule for IEP |
| 5-10-04 | .25 | Phone call with parent |
|  |  | Re:  IEP docs |
| 5-11-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-19-04 | .75 | Assembling meeting notebook |
| 5-19-04 | .75 | Preparation for meeting |
| 5-19-04 | .25 | Phone call with parent |
|  |  | Re:  Issues for IEP meeting |
| 5-20-04 | 3. | Placement meeting/transit/waiting |
| 5-20-04 | .25 | Post-meeting review of meeting notes |
| 5-20-04 | .5 | Drafting letter to parent |
|  |  | Re:  Results of meeting |
| 5-20-04 | .5 | Reading/analyzing evals received at meeting |
| 5-20-04 | .5 | Reading/analyzing new BLMDTNotes |
| 5-30-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student: ██████████████████
D/O/B: ██████████████████
March 3/12, 2004 HOD

```
6- 8-04      .25   Phone call with parent
                   Re:  Status
6-10-04      .25   Reading/analyzing DCPS's 5-20-04 PNOP
6-10-04      .25   Reading/analyzing DCPS letter
                   Re:  Placement
6-13-04      .25   Bi-weekly case status review
6-15-04      .25   Drafting letter to DCPS's Ms. Austin
                   Re:  Placement
6-15-04      .25   Drafting letter to parent
                   Re:  PNOP
6-16-04      .25   Drafting correction of letter to Ms. Austin
                   Re:  Placement
6-17-04      .25   Phone call with Dean Weeks at High Road
                   Re:  Stay put
6-18-04      .25   Phone call with former Browne parent
                   Re:  Inappropriateness of Brown
6-20-04      .25   Phone call with parent
                   Re:  Transportation
6-27-04      .25   Bi-weekly case status review
7-10-04      .25   Bi-weekly case status review
7-24-04      .25   Bi-weekly case status review
8- 9-04      .25   Bi-weekly case status review
8-20-04      .25   Phone call with Ms. Smith at High Road
                   Re:  Placement
8-22-04      .25   Bi-weekly case status review
8-24-04      .25   Phone call with DCPS
                   Re:  Transportation
4- 2-05      .75   Assembling timesheets and bill
```

**TIMESHEETS**

Student: ████████████████████

D/O/B: ████████████████

March 3/12, 2004 HOD

<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 4-22-04 | 3.00 | Mileage to Moten for MDT/IEP meeting |
| 5-20-04 | 3.00 | Mileage to Moten for placement meeting |
| 2004 | 10.00 | Copying (miscellaneous) |
| 2004 | 5.00 | Postage (miscellaneous) |

Total: $ 21.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:              Ronald L. Drake Law Office
   Attorney:              Ronald L. Drake, Esquire
   Federal Tax ID No.:    ████████
   D.C. Bar No.:          338392

2. **Student Information**

   RE:  Student:
        D/O/B:
        SSN:
        Parent:             Ms. Carolyn Denise Jenkins
        Address:            5005 Bass Place, S.E.
                            Apartment No. 202
                            Washington, D.C. 20019
        Phone No.:          (202) 289-0721 (work)
                            (202) 584-3472 (home)
                            (202) 329-2547 (cell)
        Current Placement:  High Road Middle School of
                            Washington
        Neighborhood School: Fletcher Johnson Junior High
        Current Grade:      8th (9-04)
        Retention(s):       6th (6-02)
        Form 6:             1996 (approximate)
        IEP:                April 22, 2004
        Re-Eval Meeting:    September 7, 2004
        NOPP:               May 20, 2004 (received 6-10-04)
                            (Brown - rejected)
        Disability:         ED
        Program Level:      100%
        DCPS Attorney:
        Stay-Put:           May 20, 2004 (verbal)
        Prior Hearing(s):   March 3/12, 2004
                            October 15, 2003
                            August 8, 2003
        SA(s):
        Hearing Request:    August 24, 2004
        Hearing Date:       September 24, 2004 (continued
                            to October 18, 2004 - continued
                            to be rescheduled)

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  April 2, 2005
   Date Services Rendered:  4- 2-04 to 8-24-04
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

     All services listed on the enclosed invoices were actually performed;

     The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

     The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

     No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

     I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  April 2, 2005
Ronald L. Drake, Esquire
Signature

k.mt 4

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

      RE:   Student:
            D/O/B:
            HOD(s):  March 3/12, 2004
                      October 15, 2003
                      August 8, 2003
            SA(s):   May 19, 2005

Dear Ms. Pierson;

    On June 28, 2005, I submitted my bill in the foregoing matter.  The amount now due in this matter is as follows:

```
                                    @ $405.00
   *March 3/12, 2004 HOD   10.75 Hours  $ 4353.75
  **May 19, 2005 SA        24    Hours  $ 9720.00
                                Costs   $ 43.00
```

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                   Very truly yours,

                   Ronald L. Drake

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

June 28, 2005

STATEMENT SUPPLEMENTAL TO APRIL 2, 2005 STATEMENT

TO:  Ms. Erika L. Pierson, Esquire
     DCPS Legal Counsel
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:   Student:   ███████████████████
           D/O/B:      ███████████████
           HOD(s):    March 3/12, 2004
                      October 15, 2003
                      August 8, 2003
           SA(s):     May 19, 2005

_____

                                @ $405.00

     *March 3/12, 2004 HOD    10.75 Hours  $ 4353.75

     **May 19, 2005 SA        24   Hours   $ 9720.00

                              Costs   $ 43.00

     The time charged herein was incurred subsequent to the
billing included in Adams v. et. al., v. D.C., CA No.
03cv2139(JDB), and that included in the April 2, 2005 bill.

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

     *The hours charged on the April 2, 2005 invoice to this HOD
were accrued subsequent to submittal of that bill.  The April 2,
2005 and June 28, 2005 entry dates overlap in time but are not
duplicative.

     **This settlement was memorialized in the May 19, 2005 MDT
Notes, the compensatory education plan of that date, and the
agreement to place at High Road for Summer 2005 ESY and 2005-2006

school year.  Based on that settlement of the issues, the August 24, 2004 pending hearing request was dismissed May 23, 2005..pa

**TIMESHEETS**

Student: █████████████████████
D/O/B: ████████████████
March 3/12, 2004 HOD

| Date | Hours | Item |
|------|-------|------|
| 8-25-04 | .25 | Phone call with parent<br>Re:  Transportation to High Road |
| 8-31-04 | .25 | Phone call with Brianna Harrison<br>Re:  MDT meeting |
| 9- 1-04 | .25 | Drafting letter to parent<br>Re:  Notice of MDT meeting |
| 9- 3-04 | .25 | Phone call with parent<br>Re:  Schedule for MDT meeting |
| 9- 3-04 | .25 | Phone call with parent<br>Re:  Logistics for MDT meeting |
| 9- 7-04 | .75 | Assembling meeting notebook |
| 9- 7-04 | .75 | Preparation for MDT meeting |
| 9- 7-04 | 2. | BLMDT/IEP meeting/transit/waiting |
| 9- 7-04 | .25 | Post-meeting review of meeting notes |
| 9- 7-04 | .25 | Drafting letter to parent<br>Re:  Results of meeting |
| 9- 7-04 | .5 | Reading/analyzing MDT notes an consent<br>to evaluate |
| 9- 7-04 | .25 | Phone calls (2) with Brianna Harrison<br>Re:  Follow for re-evaluation meeting |
| 9- 7-04 | .25 | Phone call with Ms. Harrison<br>Re:  Scheduling re-eval meeting |
| 9- 8-04 | .25 | Drafting letter to parent<br>Re:  Re-eval meeting |
| 9-14-04 | .75 | Assembling re-eval meeting notebook |
| 9-14-04 | .75 | Preparation for re-eval meeting |
| 9-15-04 | 1.75 | Re-eval meeting/transit/waiting |
| 9-15-04 | .25 | Post-meeting review of meeting notes |
| 9-15-04 | .25 | Drafting letter to parent<br>Re:  Results of meeting |
| 9-15-04 | .5 | Reading/analyzing MDT notes of re-eval meeting |

**TIMESHEETS**

Student: ████████████████

D/O/B: ████████████████

May 19, 2005 SA

| | | |
|---|---|---|
| 8-24-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 8-24-04 | .75 | Drafting hearing request |
| 8-24-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 8-24-04 | .75 | Drafting witness/document list |
| 8-24-04 | .5 | Document review to determine need and grounds for in limine motion |
| 8-24-04 | .25 | Drafting in limine motion |
| 8-24-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 8-24-04 | .25 | Drafting motion to bar or for other relief |
| 8-24-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 8-24-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 8-24-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 8-24-04 | .25 | Drafting stay-put demand |
| 8-24-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 8-24-04 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 8-27-04 | .25 | Reading/calendaring SHO hearing date notice |
| 8-30-04 | .25 | Drafting letter to parent Re: Notice of meeting/hearing |
| 8-30-04 | 1.75 | Assembling hearing notebook |
| 8-30-04 | 3. | Preparation for hearing |
| 9-13-04 | .25 | Reading/analyzing DCPS motion for continuance |
| 9-13-04 | .25 | Drafting letter to parent Re: Foregoing |
| 9-16-04 | .25 | Phone call with David Clark at High Road Re: Postponement of hearing |
| 9-20-04 | .25 | Reading/calendaring SHO notice of continuance |
| 9-21-04 | .25 | Reading/calendaring SHO hearing date notice |
| 9-21-04 | .25 | Drafting letter to parent Re: Notice of meeting/hearing |
| 9-23-04 | .25 | Phone call with DCPS attorney Re: Postponement of hearing |

# TIMESHEETS

Student: ██████████████████████

D/O/B: ██████████████████

May 19, 2005 SA


| | | |
|---|---|---|
| 9-25-04 | .25 | Drafting letter to SHO<br>Re:  Confirming postponement of hearing |
| 9-25-04 | .25 | Drafting letter to parent<br>Re:  Notice of postponement of hearing |
| 10- 6-04 | .25 | Phone call with Ms. Hall at SHO<br>Re:  Confirmation of postponement of hearing |
| 10-18-04 | .25 | Phone call with parent<br>Re:  Confirmation of postponement of hearing |
| 12-27-04 | .25 | Phone call with parent<br>Re:  DCPS effort to re-evaluate |
| 2-22-05 | .25 | Phone call with High Road<br>Re:  Schedule for IEP meeting |
| 3-16-05 | .25 | Phone call with parent<br>Re:  Schedule for IEP meeting |
| 3-22-05 | .25 | Reading/analyzing High Road letter<br>Re:  Suspension |
| 3-25-05 | .25 | Phone call with parent<br>Re:  Suspension |
| 4-11-05 | .25 | Phone call with High Road<br>Re:  Delay of IEP meeting |
| 4-14-05 | .25 | Phone call with Ms. Harrison<br>Re:  Schedule for IEP |
| 5- 7-05 | .25 | Phone call with High Road<br>Re:  Confirming IEP meeting |
| 5-10-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 5-18-05 | .75 | Assembling meeting notebook |
| 5-18-05 | .75 | Preparation for meeting |
| 5-19-05 | .25 | Reading/analyzing 4-20-05 Howard Summary of eval |
| 5-19-05 | 2.75 | BLMDT/IEP meeting/transit/waiting |
| 5-19-05 | .25 | Post-meeting review of meeting notes |
| 5-19-05 | .75 | Reading/analyzing evals received at meeting |
| 5-23-05 | .25 | Drafting letter to parent<br>Re:  Results of meeting |
| 5-23-05 | 1. | Reading/analyzing new IEP/MDTNotes<br>Re-eval Consent Form and Comp Ed plan |
| 5-23-05 | .25 | Drafting letter to SHO<br>Re:  Withdrawing pending hearing request based on settlement at IEP meeting |
| 6-28-05 | .75 | Assembling timesheets and bill |

**TIMESHEETS**

Student:  ███████████████████
D/O/B:  ████████████████

Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 9-15-04 | 3.00 | Mileage to DCPS headquarters for re-eval meeting |
| 9-15-04 | 10.00 | Parking at DCPS headquarters for re-eval meeting |
| 2004-2005 | 20.00 | Copying (miscellaneous) |
| 2004-2005 | 10.00 | Postage (miscellaneous) |

Total:  $ 43.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

         Law Firm:              Ronald L. Drake Law Office
         Attorney:              Ronald L. Drake, Esquire
         Federal Tax ID No.:    ████████████
         D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:                Ms. Carolyn Denise Jenkins
         Address:               5005 Bass Place, S.E.
                                Apartment No. 202
                                Washington, D.C. 20019
         Phone No.:             (202) 289-0721 (work)
                                (202) 584-3472 (home)
                                (202) 329-2547 (cell)
         Current Placement:     High Road Middle School of
                                Washington
         Neighborhood School:   Fletcher Johnson Junior High
         Current Grade:         8th (9-04)
         Retention(s):          6th (6-02)
         Form 6:                1996 (approximate)
         IEP:                   May 19, 2005
         Re-Eval Meeting:       September 7, 2004
         NOPP:
         Disability:            ED
         Program Level:         100%
         DCPS Attorney:
         Stay-Put:              May 20, 2004 (verbal)
         Prior Hearing(s):      March 3/12, 2004
                                October 15, 2003
                                August 8, 2003
         SA(s):                 May 19, 2005 settlement of
                                placement/comp ed issues
                                by agreement at MDT/IEP meeting

3.  **Invoice Information**

         Invoice Number:           No number assigned
         Date Request Submitted:   June 28, 2005
         Date Services Rendered:   8-24-04 to 5-23-05
         Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

   All services listed on the enclosed invoices were actually performed;

   The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

   I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  June 28, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 15, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student: ███████████████████
          D/O/B:    ████████████
          HOD(s):   June 3, 2004
                    March 23, 2004 (did not prevail)

_____

                              @ $390.00

     June 3, 2004 HOD      53.75 Hours  $13942.50

                              Costs  $ 70.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

Student: ███████████████

D/O/B: ████████████

June 3, 2004 HOD


| | | |
|---|---|---|
| 2-12-04 | .25 | Phone call with grandparent (parent) Re:  Need for representation |
| 2-12-04 | 1.25 | Opening file/computer disk |
| 2-20-04 | .25 | Bi-weekly case status review |
| 2-20-04 | 1. | Phone call with parent Re:  Intake interview |
| 2-21-04 | 1.25 | Drafting retainer agreement, authorization for release of medical records, authorization to sign request for mediation/hearing, authorization for release of school records, request for school records, request for SETS records, request for independent re-evaluation, letter to case manager, authorization for attorney's signature, authorization for payment of attorney's fees, notice re 1983 claims |
| 2-21-04 | .25 | Phone call with parent Re:  Scheduling conference |
| 2-21-04 | 1.5 | Conference with parent and child in parent home, and signing initial documents/ transit |
| 2-21-04 | .25 | Post-conference review of conference notes |
| 2-21-04 | .25 | Drafting letter to parent Re:  Results of conference |
| 4-26-04 | .25 | Phone call with parent Re:  Child acting out |
| 4-26-04 | .25 | Phone call with parent Re:  Child acting out |
| 4-29-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 4-29-04 | .75 | Drafting hearing request |
| 4-29-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 4-29-04 | .75 | Drafting witness/document list |
| 4-29-04 | .5 | Document review to determine need and grounds for in limine motion |

## Timesheets

Student: ███████████████████████
D/O/B: ███████████████████████
June 3, 2004 HOD

```
4-29-04     .25   Drafting in limine motion
4-29-04     .5    Document review to determine need and grounds
                  for motion to bar or for other relief
4-29-04     .25   Drafting motion to bar or for other relief
4-29-04     .5    Document review to determine need and grounds
                  for filing motion to compel DCPS personnel as
                  witnesses
4-29-04     .25   Drafting request to compel DCPS personnel as
                  witnesses
4-29-04     .5    Document review to determine need and grounds
                  for filing stay-put demand
4-29-04     .25   Drafting stay-put demand
4-29-04     .25   Completing DCPS Student Hearing Office
                  hearing/mediation form
4-29-04     .25   Drafting letter to SHO
                  Re:  Scheduling hearing
4-30-04     .25   Bi-weekly case status review
5- 3-04     .25   Reading/calendaring SHO notice of hearing date
5- 3-04     .25   Drafting letter to parent
                  Re:  Notice of hearing
5- 3-04    1.75   Assembling hearing notebook
5- 3-04    3.     Preparation for hearing
5- 6-04     .25   Reading/analyzing SHO notice to appear
5-15-04     .25   Bi-weekly case status review
5-19-04    3.5    Preparation for hearing
5-26-04    1.     Reading/analyzing DCPS's 5 days disclosure
                  with exhibits
5-26-04     .5    Document review to determine need/basis
                  to supplement wit/doc list
5-26-04     .25   Drafting letter to parent
                  Re:  Reminder notice of hearing
5-29-04     .25   Bi-weekly case status review
6- 2-04     .25   Phone call with parent home (cousin)
                  Re:  Reminder of hearing
6- 2-04    1.75   Preparation for hearing
6- 2-04     .25   Phone call with parent
                  Re:  Issues for hearing
6- 3-04    2.75   Hearing/transit/waiting
6- 3-04     .25   Post-hearing review of hearing notes
6- 3-04     .25   Drafting letter to parent
                  Re:  Results of hearing
6- 3-04     .5    Reading/analyzing HOD
```

Timesheets
Student: ███████████████████
D/O/B: ███████████████████
June 3, 2004 HOD


```
6- 4-04     .25   Drafting letter to parent
                  Re:  Foregoing HOD
6-12-04     .25   Bi-weekly case status review
6-14-04     .25   Phone call with parent
                  Re:  Acting out
6-21-04     .5    Reading/analyzing 6- 4-04 psycho-ed
6-21-04     .25   Drafting letter to adult student
                  Re:  Foregoing document(s)
6-21-04     .25   Phone call with Wanda Stewart at Dunbar
                  Re:  Schedule for IEP meeting
6-21-04     .25   Reading/calendaring DCPS notice of IEP meeting
6-22-04     .25   Phone call with Ms. Stewart
                  Re:  ESY
6-24-04     .25   Reading/calendaring DCPS notice of intent to
eval
6-25-04     .25   Phone call with Ms. Stewart
                  Re:  Schedule for eval
6-26-04     .25   Bi-weekly case status review
6-30-04     .25   Reading/calendaring DCPS notice of IEP meeting
6-30-04     .25   Phone call with Ms. Stewart
                  Re:  Schedule for IEP
6-30-04     .25   Phone call with parent
                  Re:  Schedule for IEP
6-30-04     .25   Drafting letter to student
                  Re:  Notice of meeting/hearing
6-30-04     .75   Assembling meeting notebook
6-30-04     .75   Preparation for meeting
6-30-04     .25   Phone call with parent
                  Re:  Issues for IEP meeting
7- 1-04     2.75  BLMDT/IEP meeting/transit/waiting
7- 1-04     .25   Post-meeting review of meeting notes
7- 1-04     .25   Drafting letter to student
                  Re:  Results of meeting
7- 1-04     .75   Reading/analyzing evals received at meeting
7- 1-04     .75   Reading/analyzing new IEP/BLMDTNotes
7- 6-04     .25   Phone call with Dunbar
                  Re:  Availability of school records
9- 8-04     .25   Reading/calendaring DCPS notice of intent
                  to eval
7-13-04     2.5   Reading/analyzing school records
7-15-04     .25   Reading/analyzing 4- 6-04 SETs report
9-29-04     .25   Phone call with parent
                  Re:  Child's return to Dunbar
```

<u>Timesheets</u>

Student: ███████████████████

D/O/B: ███████████████████

June 3, 2004 HOD

```
 7-31-04    .25  Bi-weekly case status review
 8- 6-04    .25  Bi-weekly case status review
 8-21-04    .25  Bi-weekly case status review
 9-18-04    .25  Bi-weekly case status review
1d- 2-04    .25  Bi-weekly case status review
10-16-04    .25  Bi-weekly case status review
10-18-04    .25  Phone call with Wanda Stewart
                 Re:  Reconvened IEP meeting
10-19-04    .25  Phone call with Wanda Stewart
                 Re:  Confirming IEP meeting
10-19-04    .5   Reading/analyzing 9-22-04 clinical
10-19-04    .25  Reading/calendaring DCPS notice of IEP meeting
10-19-04    .25  Drafting letter to student
                 Re:  Clinical
10-19-04    .25  Drafting letter to student
                 Re:  Notice of upcoming reconvened IEP
                 meeting
10-29-04    .25  Phone call with parent
                 Re:  Absenteeism
10-30-04    .25  Bi-weekly case status review
11- 3-04    .75  Assembling meeting notebook
11- 3-04    .75  Preparation for reconvened IEP meeting
11- 3-04   1.5   BLMDT/IEP meeting/transit/waiting
11- 3-04    .25  Post-meeting review of meeting notes
11- 3-04    .25  Drafting letter to student
                 Re:  Results of meeting
11- 4-04    .75  Reading/analyzing evals received at meeting
11- 4-04    .75  Reading/analyzing IEP/BLMDTNotes
 1-15-05    .75  Assembling timesheets and bill
```

<u>Timesheets</u>

Student: ███████████████████

D/O/B: ████████████

<u>Costs and Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2-21-04 | $ 3.00 | Mileage to parent's home for conference and signing initial documents |
| 2-21-04 | 6.00 | Postage for initial documents |
| 2-21-04 | 15.00 | Copying initial documents |
| 6- 3-04 | 3.00 | Mileage to SHO for hearing |
| 6- 3-04 | 12.00 | Parking at SHO for hearing |
| 11- 4-04 | 3.00 | Mileage to Dunbar |
| 2004 | 20.00 | Copying (miscellaneous) |
| 2004 | 10.00 | Postage (miscellaneous) |

Total: $ 72.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:              Ronald L. Drake Law Office
   Attorney:              Ronald L. Drake, Esquire
   Federal Tax ID No.:    ████████
   D.C. Bar No.:          338392

2. **Student Information**

   RE:  Student:
        D/O/B:
        SSN:
        Grandmother:       Ms. Doretha Teresa Jones
        Address:           709 10th Street, N.E.
                           Washington, D.C. 20002
        Grandmother:       Ms. Annie Lewis
        Address:           1545 1st Street, S.W.
                           Apartment No. 1
                           Washington, D.C. 20024
        Phone No.:         (202) 396-7390 (home)
        Current Placement: Dunbar High School
        Neighborhood School: Dunbar High School
        Current Grade:     9th (3-15-04)
        Retention(s):      Unknown
        Consent to Test:   Unknown
        Request for Re-eval: February 21, 2004
        IEP:               July 1, 2004
        NOPP:
        Disability:        ED
        Program Level:     26%
        DCPS Attorney:     Mr. Fisher
        Prior Hearing(s):  June 3, 2004
                           March 23, 2004

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  February 15, 2005
   Date Services Rendered:  2-12-04 to 11-4-04
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  February 15, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.

Washington, D.C. 20024

Phone (202) 682-0223

Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

       RE:  Student: █████████████
             D/O/B:
             HOD(s):  August 2, 2005

Dear Ms. Pierson;

    On August 19, 2005, I submitted my bill in the foregoing matter.  The amount now due in this matter is as follows:

                                    @ $405.00
    August 2, 2005 HOD     30.75 Hours   $12453.75
                                Costs  $ 15.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

                Very truly yours,

                Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

August 19, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:   ████████████████
          D/O/B:     ███████████
          HOD(s):    August 2, 2005

---

                                   @ $405.00

     August 2, 2005 HOD    30.75 Hours  $12453.75

                                   Costs   $ 15.00


     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.</u>, CA No.
03cv2139(JDB).

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████
D/O/B: ████████████
HOD(s):    August 2, 2005

| Date | Hours | Item |
|------|-------|------|
| 6-16-05 | .25 | Phone calls (2) with Ms. Arnetha Reed, at Academy for Ideal Education |
| 6-16-05 | .75 | Assembling meeting notebook |
| 6-16-05 | .75 | Preparation for meeting |
| 6-16-05 | 2.25 | BLMDT/IEP meeting/transit/waiting |
| 6-16-05 | .25 | Post-meeting review of meeting notes |
| 6-16-05 | .25 | Drafting letter to parent Re:  Results of meeting |
| 6-16-05 | .75 | Reading/analyzing evals received at meeting |
| 6-16-05 | 1.25 | Reading/analyzing new IEP/BLMDTNotes |
| 6-16-05 | .5 | Drafting comp ed plan to submit to DCPS |
| 6-25-05 | .25 | Bi-weekly case status review |
| 6-26-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 6-26-05 | .75 | Drafting hearing request |
| 6-26-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 6-26-05 | .75 | Drafting witness/document list |
| 6-26-05 | .5 | Document review to determine need and grounds for in limine motion |
| 6-26-05 | .25 | Drafting in limine motion |
| 6-26-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 6-26-05 | .25 | Drafting motion to bar or for other relief |
| 6-26-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 6-26-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 6-26-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 6-26-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 6-26-05 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 7- 5-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 7- 5-05 | .25 | Drafting letter to parent Re:  Notice of hearing |

**TIMESHEETS**

```
        Student:  ████████████████
         D/O/B:   ████████████████
         HOD(s):   August 2, 2005
```

```
7- 6-05    1.75  Assembling hearing notebook
7- 6-05    3.    Preparation for hearing
7- 9-05     .25  Bi-weekly case status review
7-19-05    3.5   Preparation for hearing
7-23-05     .25  Bi-weekly case status review
7-26-05     .25  Drafting letter to parent
                 Re:  Reminder notice of hearing
7-26-05     .5   Document review to determine need/basis
                 to supplement wit/doc list
7-26-05     .5   Drafting supplemental witness/document list
7-26-05     .25  Reading/analyzing DCPS's 5 days disclosure
7-28-05    1.75  Preparation for hearing
8- 1-05     .5   Phone call with Ms. Dupree at Ideal
                 Re:  Issues for hearing
8- 2-05     .25  Phone calls (2) with Ms. Dupree
                 Re:  Further preparation for hearing
8- 2-05    1.75  Hearing/transit/waiting
8- 2-05     .25  Post-hearing review of hearing notes
8- 2-05     .25  Drafting letter to parent
                 Re:  Results of hearing
8- 2-05     .25  Phone call with Ms. Dupree
                 Re:  Results of hearing
8- 2-05     .5   Reading/analyzing HOD
8- 4-05     .25  Drafting letter to parent
                 Re:  Foregoing HOD
8- 4-05     .25  Drafting letter to Ideal
                 Re:  Foregoing HOD
8- 6-05     .25  Bi-weekly case status review
8-18-05     .75  Assembling timesheets and bill
```

**TIMESHEETS**

Student:  ████████████████████
D/O/B:  ████████████████████
HOD(s):    August 2, 2005

### Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 2005 | 10.00 | Copying (miscellaneous) |
| 2005 | 5.00 | Postage (miscellaneous) |

Total:  $ 15.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.    **Attorney Information**

      Law Firm:            Ronald L. Drake Law Office
      Attorney:            Ronald L. Drake, Esquire
      Federal Tax ID No.:   █████████
      D.C. Bar No.:        338392

2.    **Student Information**

      RE:  Student:
            D/O/B:
            SSN:
            Parent:          Ms. Janeise Tomika Archie
            Address:         1509 Crittenden Street, N.W.
                               Washington, D.C. 20011
            Phone No.:       (703) 379-6400 (work)
                               (202) 726-0704 (home)
            Current Placement:  Academy for Ideal Education
            Neighborhood School: West Elementary School
            Current Grade:     2nd (9-04)
            Retention(s):      1st (6-03)
            Eval Requested:    September 21, 2002 (approx)
            TAT:            January 14/24, 2003
            Consent to Test:   May 12, 2003
            IEP:            June 16, 2005
            NOPP:           To be issued for Ideal (6-16-05)
            Disability:        OHI
            Program Level:     61-100%
            DCPS Attorney:     Ms. Rashida Chapman, Esquire
            Prior Hearing(s):   August 2, 2005
                                March 30, 2004
                                November 3, 2003

            SA(s):

3.    **Invoice Information**

      Invoice Number:       No number assigned
      Date Request Submitted:  August 18, 2005
      Date Services Rendered:  6-16-05 to 8-18-05
      Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  August 18, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 16, 2006

<u>STATEMENT</u> <u>SUPPLEMENTAL</u> <u>TO</u> <u>AUGUST</u> <u>19.</u> <u>2005</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    █████████████
          D/O/B:
          HOD(s):   August 2, 2005

---

                                      @ $405.00

     *August 2, 2005 HOD      10.75 Hours  $ 4353.00

                                 Costs  $ 10.00

     *On February 3, 2006 DCPS paid 4015.00 on the foregoing HOD
billed August 19, 2005.

     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u> <u>v.</u> <u>et.</u> <u>al.,</u> <u>v.</u> <u>D.C.</u>, CA No.
03cv2139(JDB).

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ██████████
D/O/B: ██████████
HOD(s):   August 2, 2005

| Date | Hours | Item |
|------|-------|------|
| 8- 6-05 | .25 | Bi-weekly case status review |
| 8-20-05 | .25 | Bi-weekly case status review |
| 9- 3-05 | .25 | Bi-weekly case status review |
| 9-17-05 | .25 | Bi-weekly case status review |
| 10- 1-05 | .25 | Bi-weekly case status review |
| 10-15-05 | .25 | Bi-weekly case status review |
| 10-29-05 | .25 | Bi-weekly case status review |
| 11-12-05 | .25 | Bi-weekly case status review |
| 11-26-05 | .25 | Bi-weekly case status review |
| 12- 2-05 | .25 | Drafting letter to Academy for Ideal Education Re:  HOD requirement for MDT meeting |
| 12-10-05 | .25 | Bi-weekly case status review |
| 12-22-05 | .25 | Bi-weekly case status review |
| 1- 5-06 | .25 | Phone call with Ms. Dupree at Ideal Re:  HOD requirement for MDT meeting |
| 1- 7-06 | .25 | Bi-weekly case status review |
| 1-11-06 | .25 | Reading/calendaring Ideal notice of MDT meeting |
| 1-11-06 | .25 | Drafting letter to parent Re:  Notice of MDT meeting |
| 1-16-06 | .75 | Assembling meeting notebook |
| 1-16-06 | .75 | Preparation for meeting |
| 1-17-06 | 2.5 | MDT meeting/transit/waiting |
| 1-17-06 | .25 | Post-meeting review of meeting notes |
| 1-17-06 | .25 | Drafting letter to parent Re:  Results of meeting |
| 1-17-06 | .5 | Reading/analyzing new MDTNotes |
| 1-21-06 | .25 | Bi-weekly case status review |
| 1-27-06 | .25 | Phone call with parent Re:  Compensatory services |
| 2- 4-06 | .25 | Bi-weekly case status review |
| 2-16-06 | .25 | Drafting letter to Judy Smith, Esquire Re:  Compensatory services |
| 2-16-06 | .25 | Phone call with DC Tutors for Kids Re:  Foregoing |
| 2-16-06 | .5 | Assembling timesheets and bill |

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
HOD(s):   August 2, 2005

<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2005-2006 | 5.00 | Copying (miscellaneous) |
| 2005-2006 | 2.00 | Postage (miscellaneous) |
| 2-17-06 | 3.00 | Mileage to Ideal for MDT meeting |

Total:  $ 10.00

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ██████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:               Ms. Janeise Tomika Archie
         Address:              1509 Crittenden Street, N.W.
                               Washington, D.C. 20011
         Phone No.:            (703) 379-6400 (work)
                               (202) 726-0704 (home)
         Current Placement:    Academy for Ideal Education
         Neighborhood School:  West Elementary School
         Current Grade:        2nd (9-04)
         Retention(s):         1st (6-03)
         Eval Requested:       September 21, 2002 (approx)
         TAT:                  January 14/24, 2003
         Consent to Test:      May 12, 2003
         IEP:                  June 16, 2005
         NOPP:                 To be issued for Ideal (6-16-05)
         Disability:           OHI
         Program Level:        61-100%
         DCPS Attorney:        Ms. Rashida Chapman, Esquire
         Prior Hearing(s):     August 2, 2005
                               March 30, 2004
                               November 3, 2003

         SA(s):

3.  **Invoice Information**

    Invoice Number:            No number assigned
    Date Request Submitted:    February 16, 2006
    Date Services Rendered:    8- 6-05 to 2-16-06
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____        Date:  February 16, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

        RE:  Student:    ███████████████
             D/O/B:
             HOD(s):   March 30, 2004
                       November 3, 2003

             SA(s):

Dear Ms. Pierson;

     On April 3, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $8117.00.

     My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                @ $405.00
        March 30, 2004 HOD    49.75 Hours  $20148.75
        November 3, 2003 HOD   52  Hours  $21060.00
                                Costs   $132.00

        Credit for prior DCPS payment: $ 8117.00

     I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.



                    Very truly yours,



                    Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 3, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ██████████████
          D/O/B:    ████████████
          HOD(s):   March 30, 2004
                    November 3, 2003
          SA(s):

---

                              @ $390.00

     March 30, 2004 HOD    49.75 Hours  $19402.50

     November 3, 2003 HOD  52   Hours   $20280.00

                           Costs   $132.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for  IEP  meetings  not  ordered  as  the  result  of  a  settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████
D/O/B: ████████████
November 3, 2003 HOD

| Date | Hours | Item |
|------|-------|------|
| 9-26-03 | .25 | Phone call with parent Re:  Need for representation |
| 9-26-03 | .25 | Opening file/compute disk |
| 9-28-03 | 1. | Phone call with parent Re:  Intake interview |
| 9-28-03 | 1.25 | Drafting retainer agreement, authorization for release of medical records, authorization to sign request for mediation/hearing, authorization for release of school records, request for school records, request for SETS records, request for independent re-evaluation, letter to case manager, authorization for attorney's signature, authorization for payment of attorney's fees, notice re 1983 claims |
| 9-28-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 9-28-03 | .75 | Drafting hearing request |
| 9-28-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 9-28-03 | .75 | Drafting witness/document list |
| 9-28-03 | .5 | Document review to determine need and grounds for in limine motion |
| 9-28-03 | .25 | Drafting in limine motion |
| 9-28-03 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 9-28-03 | .25 | Drafting motion to bar or for other relief |
| 9-28-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 9-28-03 | .25 | Drafting request to compel DCPS personnel as witnesses |

**TIMESHEETS**

Student:
D/O/B:
November 3, 2003 HOD

| | | |
|---|---|---|
| 9-28-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 9-28-03 | .25 | Drafting stay-put demand |
| 9-28-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 9-28-03 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 9-28-03 | .25 | Phone call with parent Re:  Scheduling conference |
| 9-28-03 | 1.5 | Conference with parent and child in parent home, and signing initial documents/ transit |
| 9-28-03 | .25 | Post-conference review of conference notes |
| 9-28-03 | .25 | Drafting letter to parent Re:  Results of conference |
| 10- 1-03 | .25 | Reading/analyzing DCPS letter Re:  Social history |
| 10- 1-03 | .25 | Drafting letter to parent Re:  Foregoing |
| 10- 4-03 | 1.75 | Reading/analyzing student's records received from West |
| 10- 5-03 | .25 | Bi-weekly case status review |
| 10- 7-03 | .25 | Reading/calendaring DCPS notice of intent to eval |
| 10- 7-03 | .25 | Drafting letter to parent Re:  Notice of intent to eval |
| 10- 8-03 | .5 | Reading/analyzing 9-29-03 psycho-ed |
| 10-14-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 10-14-03 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 10-14-03 | 1.75 | Assembling hearing notebook |
| 10-14-03 | 3. | Preparation for hearing |
| 10-16-03 | .25 | Reading/calendaring DCPS notice of intent to conduct evals |
| 10-16-03 | .25 | Drafting letter to parent Re:  Foregoing |
| 10-19-03 | .25 | Bi-weekly case status review |
| 10-24-03 | .5 | Reading/analyzing 10-17-03 social history |

**TIMESHEETS**

Student: ████████████

D/O/B: ████████████

November 3, 2003 HOD

| | | |
|---|---|---|
| 10-24-03 | .25 | Drafting letter to parent Re: Foregoing |
| 10-25-03 | 3.5 | Preparation for hearing |
| 10-27-03 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 10-27-03 | .5 | Drafting supplemental witness/document list |
| 10-27-03 | .25 | Reading/analyzing DCPS's 5 days disclosure |
| 10-29-03 | .25 | Reading/analyzing SETs |
| 11- 2-03 | 1.75 | Preparation for hearing |
| 11- 2-03 | .25 | Bi-weekly case status review |
| 11- 3-03 | 2.25 | Hearing/transit/waiting |
| 11- 3-03 | .25 | Post-hearing review of hearing notes |
| 11- 3-03 | .25 | Drafting letter to parent Re: Results of hearing |
| 11- 7-03 | .5 | Reading/analyzing HOD |
| 11-13-03 | .25 | Drafting letter to parent Re: Foregoing HOD |
| 11-13-03 | .25 | Phone call with DC Tutors for Kids Re: Independent evals |
| 11-14-03 | .25 | Phone call with parent Re: IE |
| 11-16-03 | .25 | Bi-weekly case status review |
| 11-30-03 | .25 | Bi-weekly case status review |
| 12- 8-03 | .25 | Phone calls (2) with Kathie Thompson IEP meeting |
| 12- 8-03 | .25 | Phone call with parent and Ms. Thompson Re: Scheduling IEP |
| 12- 9-03 | .25 | Drafting letter to parent Re: Reminder notice of meeting/hearing |
| 12-11-03 | .25 | Phone call with Ms. Thompson Re: IEP issues |
| 12-14-03 | .25 | Bi-weekly case status review |
| 12-15-03 | .75 | Assembling meeting notebook |
| 12-15-03 | .75 | Preparation for meeting |
| 12-16-03 | 4. | BLMDT/IEP meeting/transit/waiting |
| 12-16-03 | .25 | Post-meeting review of meeting notes |
| 12-16-03 | .25 | Drafting letter to parent Re: Results of meeting |
| 12-16-03 | .75 | Reading/analyzing evals received at meeting |
| 12-16-02 | 1.5 | Reading/analyzing new IEP/BLMDTNotes/PNOP/ initial placement |

**TIMESHEETS**

Student: ▮▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮
November 3, 2003 HOD

```
12-18-03    .25   Reading/analyzing omitted social emotional
                  goals to add to IEP
12-18-03    .25   Drafting letter to parent
                  Re:  Foregoing
12-28-03    .25   Bi-weekly case status review
12-31-03    .5    Reading/analyzing IE clinical
12-31-03    .25   Drafting letter to parent
                  Re:  IE clinical
 1- 5-04    .25   Drafting letter to Judy Smith
                  Re:  IE clinical
 1-11-04    .25   Bi-weekly case status review
 1-25-04    .25   Bi-weekly case status review
 2- 8-04    .25   Bi-weekly case status review
```

**TIMESHEETS**

Student: ████████████████████
D/O/B: ████████████████████
March 30, 2004 HOD

| | | |
|---|---|---|
| 2-22-04 | .25 | Bi-weekly case status review |
| 2-23-04 | .25 | Phone call with Ms. Bethea at West Re: Status |
| 3- 1-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 3- 1-04 | .75 | Drafting hearing request |
| 3- 1-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 3- 1-04 | .75 | Drafting witness/document list |
| 3- 1-04 | .5 | Document review to determine need and grounds for in limine motion |
| 3- 1-04 | .25 | Drafting in limine motion |
| 3- 1-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 3- 1-04 | .25 | Drafting motion to bar or for other relief |
| 3- 1-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 3- 1-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 3- 1-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 3- 1-04 | .25 | Drafting stay-put demand |
| 3- 1-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 3- 1-04 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 3- 1-04 | 1.75 | Reading/analyzing student records |
| 3- 2-04 | .25 | Phone call with Ms. Bethea at West Re: Hearing request |
| 3- 3-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 3- 3-04 | .25 | Drafting motion for continuance |
| 3- 3-04 | 1.75 | Assembling hearing notebook |
| 3- 3-04 | 3. | Preparation for hearing |
| 3- 5-04 | .25 | Drafting letter to parent Re: Notice of hearing |
| 3- 7-04 | .25 | Bi-weekly case status review |
| 3-10-04 | 3.5 | Preparation for hearing |
| 3-21-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**
Student:
D/O/B:
March 30, 2004 HOD

| | | |
|---|---|---|
| 3-22-04 | .25 | Drafting letter to parent<br>Re:  Reminder notice of hearing |
| 3-22-04 | .5 | Document review to determine need/basis<br>to supplement wit/doc list |
| 3-22-04 | .5 | Drafting supplemental witness/document list |
| 3-23-04 | .5 | Reading/analyzing DCPS's 5 days disclosure |
| 3-29-04 | 1.75 | Preparation for hearing |
| 3-29-04 | .25 | Phone call with parent<br>Re:  Issues for hearing |
| 3-29-04 | .25 | Phone call with IDEAL<br>Re:  Issues for hearing |
| 3-30-04 | .25 | Phone call with IDEAL<br>Re:  Need to testify at hearing |
| 3-30-04 | .25 | Phone call with Arnethia Reed at IDEAL<br>Re:  Issues for hearing |
| 3-30-04 | 3. | Hearing/transit/waiting |
| 3-30-04 | .25 | Post-hearing review of hearing notes |
| 3-30-04 | .25 | Drafting letter to parent<br>Re:  Results of hearing |
| 3-31-04 | .25 | Phone call with parent<br>Re:  Results of hearing |
| 4- 1-04 | .75 | Reading/analyzing DCPS case citation |
| 4- 4-04 | .25 | Bi-weekly case status review |
| 4-14-04 | .75 | Reading/analyzing HOD |
| 4-16-04 | .25 | Drafting letter to parent<br>Re:  Foregoing HOD |
| 4-16-04 | .25 | Drafting letter to IDEAL<br>Re:  Foregoing HOD |
| 4-16-04 | .25 | Phone call with parent<br>Re:  Effect of HOD |
| 4-19-04 | .25 | Bi-weekly case status review |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5-10-04 | .25 | Phone call with parent<br>Re:  IE |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-19-04 | .5 | Reading/calendaring DCPS notice of IEP meeting<br>with attached memo |
| 5-24-04 | .25 | Phone call with Ms. Bethea at West<br>Re:  IEP meeting date |
| 5-25-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 5-28-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |

**TIMESHEETS**

Student: ▮▮▮▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮▮▮
March 30, 2004 HOD

| | | |
|---|---|---|
| 5-30-04 | .25 | Bi-weekly case status review |
| 6- 1-04 | .25 | Phone call with parent |
| | | Re:  ESY |
| 6- 7-04 | .25 | Reading/analyzing DCPS's memo |
| | | Re:  IEP meeting |
| 6-13-04 | .25 | Bi-weekly case status review |
| 6-14-04 | .75 | Reading/analyzing memo from Ms. Bethea to |
| | | Ms. Owens with attachments |
| 6-14-04 | .25 | Drafting letter to parent |
| | | Re:  Foregoing |
| 6-16-04 | .75 | Assembling meeting notebook |
| 6-16-04 | .75 | Preparation for meeting |
| 6-17-04 | 2.25 | BLMDT/IEP meeting/transit/waiting |
| | | (adjourned to reconvene) |
| 6-17-04 | .25 | Post-meeting review of meeting notes |
| 6-17-04 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 6-17-04 | .25 | Reading/analyzing 6017094 MDT notes with |
| | | attachments |
| 6-18-04 | .25 | Reading/analyzing DCPS letter |
| | | Re:  Possible IEP dates |
| 6-18-04 | .25 | Phone call with parent |
| | | Re:  Schedule for IEP |
| 6-21-04 | .25 | Phone call with Ms. West |
| | | Re:  Case refer to summer team |
| 6-27-04 | .25 | Bi-weekly case status review |
| 7-10-04 | .25 | Bi-weekly case status review |
| 7-24-04 | .25 | Bi-weekly case status review |
| 8- 9-04 | .25 | Bi-weekly case status review |
| 8-22-04 | .25 | Bi-weekly case status review |
| 9- 5-04 | .25 | Bi-weekly case status review |
| 9-19-04 | .25 | Bi-weekly case status review |
| 10- 3-04 | .25 | Bi-weekly case status review |
| 10-17-04 | .25 | Bi-weekly case status review |
| 10-31-04 | .25 | Bi-weekly case status review |
| 11-14-04 | .25 | Bi-weekly case status review |
| 11-28-04 | .25 | Bi-weekly case status review |
| 12-12-04 | .25 | Bi-weekly case status review |
| 12-26-04 | .25 | Bi-weekly case status review |
| 1- 7-05 | .25 | Reading/calendaring IDEAL notice of IEP meeting |

**TIMESHEETS**

Student: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
March 30, 2004 HOD

| | | |
|---|---|---|
| 1- 7-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 1- 9-05 | .25 | Bi-weekly case status review |
| 1-23-05 | .25 | Bi-weekly case status review |
| 1-28-05 | .25 | Phone call with IDEAL |
| | | Re:  Scheduling IEP |
| 1-28-05 | .25 | Phone call with parent |
| | | Re:  Schedule for IEP |
| 2- 1-05 | .25 | Phone call with IDEAL |
| | | Re:  New date for IEP |
| 2- 1-05 | .25 | Reading/calendaring IDEAL notice of IEP meeting |
| 2- 1-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 2- 4-05 | .25 | Phone calls (2) with Alice Coleman |
| 2- 4-05 | .25 | Phone call with parent |
| | | Re:  Reschedule for IEP |
| 2- 4-05 | .25 | Reading/calendaring IDEAL Confirmation of meeting notice |
| 2- 5-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 2- 6-05 | .25 | Bi-weekly case status review |
| 2-10-05 | .75 | Assembling meeting notebook |
| 2-10-05 | .75 | Preparation for meeting |
| 2-11-05 | 2. | BLMDT/IEP meeting/transit/waiting |
| 2-11-05 | .25 | Post-meeting review of meeting notes |
| 2-11-05 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 2-11-05 | .75 | Reading/analyzing new MDTNotes |
| 2-21-05 | .25 | Bi-weekly case status review |
| 3- 6-05 | .25 | Bi-weekly case status review |
| 3-20-05 | .25 | Bi-weekly case status review |
| 4- 3-05 | .25 | Bi-weekly case status review |
| 4- 3-05 | 1. | Assembling timesheets and bill |

**TIMESHEETS**

Student:  ████████████████████
D/O/B:    ████████████████████
March 30, 2004 HOD

Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 9-28-03 | $  3.00 | Mileage to parent's home for conference and signing initial documents |
| 9-28-03 | 6.00 | Postage for initial documents |
| 9-28-03 | 15.00 | Copying initial documents |
| 11- 3-03 | 3.00 | Mileage to SHO for hearing |
| 11- 3-03 | 12.00 | Parking at SHO for hearing |
| 12-16-03 | 5.00 | Mileage to West for IEP |
| 6-17-04 | 5.00 | Mileage to West for IEP |
| 2-11-05 | 5.00 | Mileage to IDEAL for IEP meeting |
| 3-30-04 | 3.00 | Mileage to SHO for hearing |
| 3-30-04 | 10.00 | Parking at SHO for hearing |
| 2003-2005 | 40.00 | Copying (miscellaneous) |
| 2003-2005 | 25.00 | Postage (miscellaneous) |

Total:  $132.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:                Ronald L. Drake Law Office
    Attorney:                Ronald L. Drake, Esquire
    Federal Tax ID No.:      ███████
    D.C. Bar No.:            338392

2.  **Student Information**

    RE:

3.  **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  April 3, 2005
    Date Services Rendered:  9-26-03 to 4- 3-05
    Amount of Payment Request:  $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  April 3, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

       RE:  Student:  ██████████████
            D/O/B:
            HOD(s):  [September 13/October 13/November
                    15/December 16, 2004]
                    September 4, 2001
                    October 11/25, 2001 (modified 11-6-01)
            SA(s):

Dear Ms. Pierson;

    On April 6, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4129.00.

    My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

|  | @ $405.00 |  |
|---|---|---|
| [September 13/October 13/ HOD | 129.75 Hours | $52548.75 |
| November 15/December 16, 2004] |  |  |
|  | Costs | $129.00 |

       Credit for prior DCPS payment: $ 4129.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

Very truly yours,

Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 6, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:     ▬▬▬▬▬▬▬▬▬▬
          D/O/B:
          HOD(s):   [September 13/October 13/November
                    15/December 16, 2004]
                    September 4, 2001
                    October 11/25, 2001 (modified 11-6-01)
          SA(s):

---

                                      @ $390.00

     [September 13/October 13/ HOD 129.75 Hours  $50602.50
     November 15/December 16, 2004]

                              Costs   $129.00


     The  time  charged  herein  was  incurred  subsequent  to  the
billing  included  in  <u>Adams</u>  <u>v.</u>  <u>et.</u>  <u>al.,</u>  <u>v.</u>  <u>D.C.</u>,  CA  No.
03cv2139(JDB).


     Plaintiffs' counsel requests DCPS to delete any time entries
for  IEP  meetings  not  ordered  as  the  result  of  a  settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
September 13/October 13/November 15/December 16, 2004 HOD


| Date | Hours | Item |
|------|-------|------|
| 4-25-03 | .25 | Phone call with parent Re: DCPS intent to move child |
| 4-28-03 | .25 | Phone call with parent Re: Comp ed |
| 5- 4-03 | .25 | Bi-weekly case status review |
| 5- 8-03 | .25 | Phone call with parent Re: Schedule for IEP |
| 5-14-03 | .25 | Phone call with parent Re: DCPS intent to move child |
| 5-15-03 | 1.5 | Reading/analyzing current evals and IEP |
| 5-19-03 | .25 | Bi-weekly case status review |
| 6- 1-03 | .25 | Bi-weekly case status review |
| 6- 2-03 | .25 | Phone call with Lourie Re: IEP scheduling |
| 6- 3-03 | .25 | Reading/analyzing parent's 6- 4-03 letter to DCPS Martin Cherry |
| 6- 5-03 | .25 | Phone call with parent Re: IEP date |
| 6-10-03 | .25 | Phone call with parent Re: Status of IEP scheduled date |
| 6-15-03 | .25 | Bi-weekly case status review |
| 6-17-03 | .25 | Phone call with parent Re: Issues for IEP meeting |
| 6-18-03 | .25 | Phone call with parent Re: Results of IEP meeting |
| 6-18-03 | 1.75 | Reading/analyzing new IEP/BLMDTNotes/PNOP |
| 6-18-03 | .25 | Phone call with Joe Tolman Re: Status |
| 6-22-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 6-22-03 | .75 | Drafting hearing request |
| 6-22-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 6-22-03 | .75 | Drafting witness/document list |
| 6-22-03 | .5 | Document review to determine need and grounds for in limine motion |
| 6-22-03 | .25 | Drafting in limine motion |

**TIMESHEETS**
Student:
D/O/B:
September 13/October 13/November 15/December 16, 2004 HOD

| | | |
|---|---|---|
| 6-22-03 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 6-22-03 | .25 | Drafting motion to bar or for other relief |
| 6-22-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 6-22-03 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 6-22-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 6-22-03 | .25 | Drafting stay-put demand |
| 6-22-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 6-22-03 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 6-25-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 6-25-03 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 6-27-03 | 1.75 | Assembling hearing notebook |
| 6-27-03 | 3. | Preparation for hearing |
| 6-29-03 | .25 | Bi-weekly case status review |
| 7- 2-03 | .25 | Phone call with Ms. Gill at SHO Re:  Changed hearing schedule |
| 7- 2-03 | .25 | Reading/calendaring SHO notice of changed date for hearing |
| 7- 2-03 | .25 | Drafting letter to parent Re:  Notice of changed schedule for hearing |
| 7- 2-03 | .25 | Drafting letter to SHO Re:  Waiving 45 days timeline |
| 7- 3-03 | .5 | Reading/analyzing parent's custody order |
| 7- 5-03 | 3.5 | Preparation for hearing |
| 7- 5-03 | .25 | Reading/analyzing 6-30-03 SETS |
| 7- 5-03 | .25 | Phone call with parent Re:  Rescheduled date for hearing |
| 7-13-03 | .5 | Document review to determine need and/or basis for/to revise notice to compel |
| 7-13-03 | .25 | Drafting revised notice to compel |
| 7-13-03 | .25 | Bi-weekly case status review |
| 7-14-03 | .25 | Reading/analyzing SHO notice to appear |
| 7-15-03 | .25 | Reading/analyzing DCPS 7-15-03 letter Re:  Directed to SHO |

**TIMESHEETS**

Student:
D/O/B:
September 13/October 13/November 15/December 16, 2004 HOD

| | | |
|---|---|---|
| 7-16-03 | .5 | Reading/analyzing DCPS motion to quash notice to appear |
| 7-16-03 | .25 | Reading/analyzing DCPS letter to SHO Re:  Hearing date |
| 7-18-03 | 1.25 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 7-21-03 | .25 | Reading/analyzing Lourie notes of IEP meeting |
| 7-23-05 | .25 | Phone call with Joe Tulman Re:  Status of similar Lourie case |
| 7-23-03 | .5 | Document review to determine need and/or basis for/to supplement wit/doc list |
| 7-23-03 | .25 | Phone call with Ms. Hall at SHO Re:  Schedule for hearing |
| 7-24-03 | .25 | Phone call with parent Re:  Need for continuance |
| 7-24-03 | .25 | Reading/analyzing 7-23-03 IHOD Re:  Motion to quash |
| 7-24-03 | .5 | Document review to determine need and/or basis for/to motion to continue |
| 7-24-05 | .25 | Drafting motion to continue |
| 7-25-03 | .25 | Phone call with Lourie Re:  Issues for hearing |
| 7-27-03 | .25 | Bi-weekly case status review |
| 7-28-03 | .5 | Reading/analyzing Lourie's 7-25-03 Rationale for continued placement at Lourie |
| 7-29-03 | .25 | Phone call with OGC Re:  Case assignment |
| 7-29-03 | .25 | Phone call with Rose Gill at SHO Re:  Status of motion to continue |
| 7-29-03 | .25 | Phone call with parent Re:  Case delay |
| 7-29-03 | .25 | Drafting letter to parent Re:  Lourie doc |
| 7-29-03 | .25 | Drafting letter to Ruth Blake Re:  Lourie doc |
| 7-29-03 | .25 | Reading/calendaring SHO notice of continued date for hearing |
| 7-29-03 | .25 | Drafting letter to parent Re:  IHOD and notice of hearing date |
| 7-31-03 | .25 | Phone call with parent Re:  Status of hearing |

**TIMESHEETS**
                    Student:
                    D/O/B: ████████████████
   September 13/October 13/November 15/December 16, 2004 HOD


8- 5-03      .25   Reading/analyzing Lourie 7-31-03 letter
                   Re:  To parent
8-10-03      .25   Bi-weekly case status review
8-18-03      .25   Reading/analyzing Lourie 8-18-03 letter
                   to parent
                   Re:  ESY progress notes
8-24-03      .25   Bi-weekly case status review
8-28-03      .25   Reading/analyzing Lourie's 8-21-03 letter
                   Re:  Status and Lourie brochure about
                   program
9- 4-03      .25   Phone call with parent
                   Re:  Transportation problem
9- 7-03      .25   Bi-weekly case status review
9- 9-03      .5    Document review to determine need and/or basis
                   for/to supplement wit/doc list
9- 9-05      .25   Drafting supplement to wit/doc list
9-10-03      .5    Document review to determine need and/or basis
                   for/to motion for continuance
9-10-03      .25   Drafting motion for continuance
9-10-03      .25   Phone call with parent
                   Re:  Motion for continuance
9-15-03      .25   Phone call with parent
                   Re:  Continuance
9-16-03      .25   Phone call with Lourie
                   Re:  DCPS pattern of change of placements
9-17-03      .25   Reading/calendaring SHO hearing date notice
9-17-03      .25   Drafting letter to parent
                   Re:  Notice of meeting/hearing
9-18-03      .25   Reading/analyzing 9-18-03 IHOD continuing case
9-18-03      .25   Drafting letter to parent
                   Re:  Foregoing document(s)
9-21-03      .25   Bi-weekly case status review
9-23-03      .25   Phone call with parent
                   Re:  Parent problem visiting Meyer
10- 5-03     .25   Bi-weekly case status review
10- 8-03     .5    Document review to determine need and/or basis
                   for/to supplement wit/doc list
10-14-03     .25   Phone call with Lourie
                   Re:  Status
10-14-03     .25   Phone call with parent
                   Re:  Need to attempt mediation
10-14-03     .25   Drafting motion for referral to mediation

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
September 13/October 13/November 15/December 16, 2004 HOD

```
10-14-03   1.75   Preparation for hearing
10-14-03    .25   Phone call with Lourie
                  Re:  Status of hearing
10-15-03   1.5    Hearing/transit/waiting (hearing continued
                  on record)
10-15-03    .25   Post-hearing review of hearing notes
10-15-03    .25   Drafting letter to parent
                  Re:  Results of hearing
10-15-03    .25   Phone call with Lourie
                  Re:  Case continuance
10-15-03    .25   Reading/calendaring/analyzing 10-15-03 IHOD
10-16-03    .25   Drafting letter to parent
                  Re:  Foregoing IHOD
10-15-03    .25   Phone call with parent
                  Re:  Continuance of case
10-19-03    .25   Bi-weekly case status review
10-27-03    .25   Phone call with DCPS's James Brooks
                  Re:  Need to file request for mediation
11- 2-03    .25   Bi-weekly case status review
11- 5-03    .25   Drafting letter to SHO
                  Re:  Waiving 45 days timeline
11-12-03    .25   Drafting letter to parent
                  Re:  DCPS refusal to mediate
11-16-03    .25   Bi-weekly case status review
11-30-03    .25   Bi-weekly case status review
12-14-03    .25   Bi-weekly case status review
12-28-03    .25   Bi-weekly case status review
 1-11-04    .25   Bi-weekly case status review
 1-25-04    .25   Bi-weekly case status review
 2- 8-04    .25   Bi-weekly case status review
 2-11-04    .25   Reading/calendaring Lourie IEP meeting notice
 2-11-04    .25   Drafting letter to parent
                  Re:  Notice of meeting/hearing
 2-11-04    .25   Reading/calendaring Lourie notice
                  of IEP meeting
 2-11-04    .25   Drafting letter to parent
                  Re:  Notice of meeting
 2-22-04    .25   Bi-weekly case status review
 3- 7-04    .25   Bi-weekly case status review
 3- 8-04    .25   Reading/calendaring DCPS confirmation
                  of meeting notice
```

**TIMESHEETS**

Student:
D/O/B:
September 13/October 13/November 15/December 16, 2004 HOD

```
3-12-04      .25   Drafting letter to parent
                   Re:  Reminder notice of meeting/hearing
3- 8-04      .25   Reading/calendaring Lourie confirmation
                   of meeting notice
3-12-04      .25   Drafting letter to parent
                   Re:  Reminder notice of meeting
3-21-04      .25   Bi-weekly case status review
3-24-04      .25   Phone call with Lourie
                   Re:  IEP meeting
3-25-04      .25   Phone call with parent
                   Re:  Issues for IEP meeting
3-29-04      .25   Phone call with parent
                   Re:  Various possible placement
3-30-04      1.    Reading/analyzing new IEP/BLMDTNotes
3-31-04      .25   Drafting letter to parent
                   Re:  Foregoing document(s)
3- 8-04      .25   Phone call with parent
                   Re:  IEP date
4- 4-04      .25   Bi-weekly case status review
4-18-04      .25   Bi-weekly case status review
4-29-04      .25   Phone call with Lourie
                   Re:  Status
4-30-04      .25   Bi-weekly case status review
5- 6-04      .25   Phone call with parent
                   Re:  Transportation issues
5-15-04      .25   Bi-weekly case status review
5-29-04      .25   Bi-weekly case status review
6- 9-04      .25   Phone call with parent
                   Re:  Status
6-10-04      .25   Phone calls (2) with parent
                   Re:  ESY
6-12-04      .25   Bi-weekly case status review
6-26-04      .25   Bi-weekly case status review
7-10-04      .25   Bi-weekly case status review
7-14-04      .25   Phone call with parent
                   Re:  IEP meeting
7-20-04      .25   Phone call with parent
                   Re:  Status
7-21-04      .25   Phone call with Lourie
                   Re:  IEP meeting
7-22-04      .25   Phone call with parent
                   Re:  IEP meeting
```

**TIMESHEETS**

Student: ██████████████

D/O/B: ██████████████

September 13/October 13/November 15/December 16, 2004 HOD

| | | |
|---|---|---|
| 7-24-04 | .25 | Bi-weekly case status review |
| 7-25-04 | .25 | Phone call with parent<br>Re:  Issues for hearing |
| 7-29-04 | .25 | Phone call with parent<br>Re:  Issues for meeting |
| 7-30-04 | .5 | Reading/analyzing recent evals |
| 7-30-04 | .75 | Reading/analyzing BLMDTNotes/PNOP |
| 8- 1-04 | .5 | Document review to determine need and/or basis<br>for/to amend pending hearing request |
| 8- 1-04 | .75 | Drafting amended hearing request |
| 8- 6-04 | .25 | Bi-weekly case status review |
| 8-18-04 | .25 | Phone call with SHO<br>Re:  Request for hearing date |
| 8-18-04 | .25 | Reading/calendaring SHO hearing date notice |
| 8-19-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 8-20-04 | 1.75 | Assembling new hearing notebook |
| 8-20-04 | 3. | Re-preparation for hearing |
| 8-21-04 | .25 | Bi-weekly case status review |
| 9- 2-04 | 3.5 | Further re-preparation for hearing |
| 9- 3-04 | .5 | Document review to determine need/basis<br>to supplement wit/doc list |
| 9- 3-04 | .5 | Drafting supplemental witness/document list |
| 9- 3-04 | .5 | Reading/analyzing DCPS's 5 days disclosure<br>with exhibits |
| 9- 3-04 | .25 | Drafting letter to parent<br>Re:  Reminder notice of hearing |
| 9- 7-04 | .25 | Phone call with parent<br>Re:  Child not enrolled in school |
| 9-10-04 | .25 | Phone call with SHO<br>Re:  Schedule for hearing |
| 9-12-04 | .5 | Phone call with Dr. Richard Gontang<br>Re:  Issues for hearing |
| 9-12-04 | 1.75 | Preparation for hearing |
| 9-12-04 | .25 | Phone call with Dr. Gontang<br>Re:  Further issues for hearing |
| 9-13-04 | .25 | Phone call with Lourie<br>Re:  Issues for hearing |
| 9-13-04 | 2. | Hearing/transit/waiting |
| 9-13-04 | .25 | Post-hearing review of hearing notes |
| 9-13-04 | .25 | Drafting letter to parent<br>Re:  Results of hearing |

**TIMESHEETS**

Student:
D/O/B:
September 13/October 13/November 15/December 16, 2004 HOD

| | | |
|---|---|---|
| 9-13-04 | .25 | Phone call with Lourie<br>Re:  Results of hearing |
| 9-13-04 | .25 | Drafting letter to parent<br>Re:  Notice of continued date for hearing |
| 9-14-04 | .5 | Reading/analyzing IHOD |
| 9-14-04 | .25 | Drafting letter to parent<br>Re:  Foregoing IHOD |
| 9-18-04 | .25 | Bi-weekly case status review |
| 9-23-04 | .25 | Reading/analyzing revised IHOD |
| 9-23-04 | .25 | Phone call with parent<br>Re:  Witnesses for hearing |
| 9-24-04 | .25 | Drafting letter to parent<br>Re:  Foregoing document(s) |
| 10- 2-04 | .25 | Bi-weekly case status review |
| 10- 5-04 | .25 | Phone call with parent<br>Re:  Status |
| 10- 5-04 | .25 | Reading/analyzing DCPS's 5 days disclosure |
| 10- 5-04 | .5 | Document review to determine need and/or basis<br>for/to supplement wit/doc list |
| 10- 5-04 | .5 | Drafting supplement to wit/doc list |
| 10- 5-04 | .25 | Drafting letter to parent<br>Re:  Reminder notice of hearing |
| 10- 6-04 | .25 | Reading/analyzing Kennedy-Krieger acceptance<br>letter |
| 10- 6-04 | .25 | Drafting further supplement to wit/doc list |
| 10-12-04 | .25 | Phone call with Eileen Barnett<br>Re:  Issues for hearing |
| 10-12-04 | .25 | Phone call with Kennedy-Krieger<br>Re:  Issues for hearing |
| 10-12-04 | .25 | Phone call with Kennedy-Krieger<br>Re:  Unavailability to testify |
| 10-12-04 | .25 | Phone call with parent<br>Re:  Alternative witnesses |
| 10-12-04 | .5 | Reading/analyzing Kennedy-Krieger description<br>of program |
| 10-12-04 | 2. | Preparation for hearing |
| 10-13-04 | .25 | Phone call with Eileen Barnett<br>Re:  Schedule for hearing |
| 10-13-04 | 3. | Hearing/transit/waiting/post hearing<br>conference with parent |
| 10-13-04 | .25 | Post-hearing review of hearing notes |

**TIMESHEETS**

```
                      Student:  ████████████████████
                      D/O/B:    ████████████████████
       September 13/October 13/November 15/December 16, 2004 HOD


10-13-04     .25   Drafting letter to parent
                   Re:  Results of hearing
10-13-04     .25   Drafting letter to parent
                   Re:  Notice of continued date for hearing
10-13-04     .25   Phone call with Eileen Barnett
                   Re:  Date for further hearing
10-15-04     .25   Reading/analyzing 10-3-04 IHOD
10-16-04     .25   Bi-weekly case status review
10-18-04     .5    Research re Asberger's Syndrome
10-18-04     .25   Drafting letter to parent
                   Re:  IHOD
10-20-04     .25   Bi-weekly case status review
10-26-04     .25   Phone call with Dr. Gontang
                   Re:  Placement issues
11- 1-04     .25   Phone call with parent
                   Re:  Status
11- 4-04     .25   Drafting letter to parent
                   Re:  Reminder notice of meeting/hearing
11- 4-04     .5    Document review to determine need and/or basis
                   for/to supplement wit/doc list
11- 4-04     .5    Drafting supplemental wit/doc list
11- 8-04     .25   Phone call with parent
                   Re:  Phillips rejection
11-12-04     .25   Phone call with SHO
                   Re:  Schedule for hearing
11-13-04     .25   Bi-weekly case status review
11-14-04     2.    Preparation for hearing
11-15-04     3.25  Hearing/transit/waiting
11-15-04     .5    Post-hearing review of hearing notes
11-15-04     .5    Drafting letter to parent
                   Re:  Results of hearing
11-17-04     .25   Phone call with SHO
                   Re:  Setting hearing date
11-27-04     .25   Bi-weekly case status review
11-30-04     .25   Phone call with parent
                   Re:  Hearing date
11-30-04     .25   Reading/analyzing 11-15-04 IHOD
11-30-04     .25   Drafting letter to parent
                   Re:  IHOD
11-30-04     .25   Reading/calendaring SHO notice of hearing date
12- 1-04     .25   Drafting letter to parent
                   Re:  Notice of hearing
```

**TIMESHEETS**

Student:
D/O/B:
September 13/October 13/November 15/December 16, 2004 HOD

```
12- 8-04     .25   Phone call with parent
                   Re:  Schedule for hearing
12-11-04     .25   Bi-weekly case status review
12-15-04     2.    Preparation for hearing
12-15-04     .25   Phone call with parent
                   Re:  Issues for hearing
12-16-04     6.    Hearing/transit/waiting
12-16-04     .25   Post-hearing review of hearing notes
12-16-04     .25   Drafting letter to parent
                   Re:  Results of hearing
12-23-04     .25   Phone call with parent
                   Re:  Status
12-23-04     .25   Bi-weekly case status review
12-30-04     .75   Reading/analyzing HOD
12-30-04     .25   Drafting letter to parent
                   Re:  Foregoing HOD
12-31-04     .25   Phone call with parent
                   Re:  HOD
 1- 1-05     .25   Phone call with parent
                   Re:  Possible placement
 1- 3-05     .25   Phone call with parent
                   Re:  Dr. Gontang's available meeting
                   dates for IEP
 1- 4-05     .25   Phone call with parent
                   Re:  Teacher not in classroom
 1- 7-05     .25   Phone call with parent
                   Re:  No services
 1- 8-05     .25   Bi-weekly case status review
 1-11-05     .25   Phone call with parent
                   Re:  Child problems at school
 1-14-05     .25   Reading/calendaring DCPS notice of IEP meeting
 1-14-05     .25   Drafting letter to parent
 1-18-05     .25   Phone call with parent
                   Re:  Terry Scott at Kennedy-Krieger
                   attending IEP meeting
 1-21-05     .25   Phone call with Terry Scott at Kennedy-Krieger
                   Re:  Attending IEP meeting
 1-22-05     .25   Bi-weekly case status review
 1-23-05     .75   Assembling meeting notebook
 1-23-05     .75   Preparation for meeting
 1-24-05     .25   Phone call with Mr. Carter at Meyer
                   Re:  Delay of IEP meeting
```

**TIMESHEETS**
                        Student:
                        D/O/B:
        September 13/October 13/November 15/December 16, 2004 HOD


| | | |
|---|---|---|
| 1-24-05 | .25 | Phone call with parent |
| | | Re:  Delay of IEP meeting |
| 1-27-05 | .25 | Phone call with parent |
| | | Re:  Child suicidal ideation |
| 1-28-05 | .25 | Phone call with parent |
| | | Re:  Scheduling IEP |
| 1-28-05 | .25 | Phone call with parent |
| | | Re:  New date for IEP meeting |
| 1-28-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 2- 4-05 | .25 | Reading/calendaring DCPS further change |
| | | of IEP meeting date |
| 2- 4-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of further change of IEP meeting |
| 2- 5-05 | .25 | Bi-weekly case status review |
| 2-14-05 | .75 | Assembling meeting notebook |
| 2-14-05 | .75 | Preparation for meeting |
| 2-15-05 | 3. | BLMDT/IEP meeting/transit/waiting |
| 2-15-05 | .5 | Post-meeting review of meeting notes |
| 2-15-05 | .5 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 2-15-05 | .75 | Reading/analyzing new MDTNotes |
| 2-16-05 | .25 | Phone call with Mr. Carter at Meyer |
| | | Re:  PNOP and attached MDT notes |
| 2-18-05 | .25 | Bi-weekly case status review |
| 2-23-05 | .25 | Phone call with parent |
| | | Re:  Need for outside eval |
| 3- 5-05 | .25 | Bi-weekly case status review |
| 3- 9-05 | .25 | Phone call with Ms. Greenman |
| | | Re:  Special summer camp |
| 3- 9-05 | .25 | Phone call with parent |
| | | Re:  Foregoing |
| 3- 6-05 | .25 | Phone call with parent |
| | | Re:  Need for neuro-psych |
| 3-19-05 | .25 | Bi-weekly case status review |
| 3-20-05 | .25 | Phone call with parent |
| | | Re:  Delay of hearing request until after |
| | | outside eval |
| 3-24-05 | .25 | Phone call with parent |
| | | Re:  Problems with Meyer front office |
| 4- 2-05 | .25 | Bi-weekly case status review |
| 4- 6-05 | 1.5 | Assembling timesheets and bill |

**TIMESHEETS**

Student: ██████████████████████
D/O/B: ██████████████████████

September 13/October 13/November 15/December 16, 2004 HOD

### Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 9-13-04 | 3.00 | Mileage to SHO for hearing |
| 9-13-04 | 12.00 | Parking at SHO for hearing |
| 10-13-04 | 3.00 | Mileage to SHO for hearing |
| 10-13-04 | 10.00 | Parking at SHO for hearing |
| 11-15-04 | 3.00 | Mileage to SHO for hearing |
| 11-15-04 | 15.00 | Parking at SHO for hearing |
| 12-16-04 | 3.00 | Mileage to SHO for he ring |
| 12-16-04 | 15.00 | Parking at SHO for hearing |
| 2003-2005 | 40.00 | Copying (miscellaneous) |
| 2003-2005 | 25.00 | Postage (miscellaneous) |

Total:  $129.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:          ████████████████
         D/O/B:            ████████████████
         SSN:
         Parent:           Ms. Polly Diana Davis
         Address:          829 50th Place, N.E.
                           Washington, D.C. 20019
         Phone No.:        (202) 250-6092 (home)
         Current Placement: None
         Neighborhood School: Merit Elementary
         Grade Level:      Ungraded
         Retention(s):     None
         Disability:       Autism (Asbergers)
         Program Level:    100%
         Eval Requested:   September, 2000
                           Summer, 1999

         Form 6:
         IEP:              March 25, 2004
         MDT:              February 15, 2005
         PNOP:             July 29, 2004
         DCPS Attorney:    Mr. Levy
         Prior Hearing(s): [September 13/October 13/November
                           15/December 16, 2004]
                           September 4, 2001
                           October 11/25, 2001
                           (modified 11-6-01)

         SA(s):

3.  **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  April 6, 2005
    Date Services Rendered:  4-25-03 to 4- 2-05
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  April 6, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

        RE:  Student:  ████████████████
             D/O/B:    ████████
             HOD(s):   April 2, 2004
             SA(s):

Dear Ms. Pierson;

    On February 15, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4071.00.

    My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                        @ $405.00
        April 2, 2004 HOD      42.75 Hours  $17313.75
                                        Costs   $ 71.00

        Credit for prior DCPS payment: $ 4071.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


                        Very truly yours,



                        Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 15, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ██████████████████
          D/O/B:    ████████████████
          HOD(s):   April 2, 2004
          SA(s):

_____

                              @ $390.00

April 2, 2004 HOD      42.75 Hours  $16672.50


                            Costs   $ 71.00



     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

```
              Student:   ████████████
                D/O/B:   ███████████
               HOD(s):   April 2, 2004


2-23-04      .25   Phone call with parent
                   Re:  Need for representation
2-23-04     1.25   Opening file/computer disk
2-24-04     1.     Phone call with parent
                   Re:  Intake interview
2-25-04      .25   Phone calls (2) with parent
                   Re:  Schedule meeting
2-25-04     1.5    Drafting retainer agreement,
                   authorization for release of
                   medical records, authorization to
                   sign request for mediation/hearing,
                   authorization for release of
                   school records, request for
                   school records, request for
                   emails, request for Medicaid progress
                   notes, request for SETS records, request
                   for independent evaluation,
                   letter to case manager, authorization
                   for attorney's signature, authorization
                   for payment of attorney's fees,
                   notice re 1983 claims
2-25-04      .5    Document review to determine need and
                   grounds for filing hearing request
2-25-04      .75   Drafting hearing request
2-25-04      .5    Document review to determine witnesses
                   and select documents for witness/document
                   list
2-25-04      .75   Drafting witness/document list
2-25-04      .5    Document review to determine need and grounds
                   for in limine motion
2-25-04      .25   Drafting in limine motion
2-25-04      .5    Document review to determine need and grounds
                   for motion to bar or for other relief
2-25-04      .25   Drafting motion to bar or for other relief
2-25-04      .5    Document review to determine need and grounds
                   for filing motion to compel DCPS personnel as
                   witnesses
2-25-04      .25   Drafting request to compel DCPS personnel as
                   witnesses
2-25-04      .5    Document review to determine need and grounds
                   for filing stay-put demand
2-25-04      .25   Drafting stay-put demand
```

.pa

<u>Timesheets</u>
```
                    Student: ██████████████████
                      D/O/B: ██████████████████
                     HOD(s):   April 2, 2004
```

```
2-25-04       .25    Completing DCPS Student Hearing Office
                     hearing/mediation form
2-25-04       .25    Drafting letter to SHO
                     Re:  Scheduling hearing
2-25-04       .25    Phone call with parent
                     Re:  Scheduling conference
2-25-04      1.5     Conference with parent
                     and child in parent home,
                     and signing initial documents/
                     transit
2-25-04       .25    Post-conference review of conference
                     notes
2-25-04       .25    Drafting letter to parent
                     Re:  Results of conference
2-25-04      1.25    Reading/analyzing documents provided
                     by parent
3- 3-04       .25    Reading/calendaring SHO notice of hearing date
3- 3-04       .25    Drafting letter to parent
                     Re:  Notice of hearing
3- 3-04      1.75    Assembling hearing notebook
3- 3-04      3.      Preparation for hearing
3- 5-04       .25    Reading/calendaring SHO notice of revised
                     hearing date
3- 5-04       .25    Drafting letter to parent
                     Re:  Notice of revised hearing date
3- 7-04       .25    Bi-weekly case status review
3-11-04      3.5     Preparation for hearing
3-11-04       .25    Phone call with parent
                     Re:  Completion of ADHD eval
3-12-04      1.      Reading/analyzing student's records from DCPS
3-12-04       .25    Phone call with parent
                     Re:  Docs received from DCPS
3-15-04       .25    Drafting letter to parent
                     Re:  Foregoing records
3-21-04       .25    Bi-weekly case status review
3-24-04       .25    Phone call with Mr. Carter at school
                     Re:  Dr. Taylor-Davis review of medical records
3-26-04       .5     Document review to determine need/basis
                     to supplement wit/doc list
3-26-04       .25    Drafting letter to parent
                     Re:  Reminder notice of hearing
```

.pa

<u>Timesheets</u>

Student: █████████████
D/O/B: █████████████
HOD(s):   April 2, 2004

```
3-26-04     .25    Drafting supplemental witness/document list
3-26-04    1.      Reading/analyzing DCPS's 5 days disclosure
                   with exhibits
3-30-04     .25    Phone call with DCPS's Ms. Hamilton
                   Re:   Records
4- 1-04    1.75    Preparation for hearing
4- 2-04    2.25    Hearing/transit/waiting
4- 2-04     .25    Post-hearing review of hearing notes
4- 2-04     .25    Drafting letter to parent
                   Re:   Results of hearing
4- 4-04     .25    Bi-weekly case status review
4- 6-04     .5     Reading/analyzing HOD
4- 6-04     .25    Drafting letter to parent
                   Re:   Foregoing HOD
4-19-04     .25    Bi-weekly case status review
4-20-04     .25    Phone call with parent
                   Re:   Social history
4-21-04     .25    Reading/analyzing SETs rejection of
                   request for docs
4-23-04     .25    Phone call with parent
                   Re:   Update on social history
4-27-04     .25    Phone call with parent and Ms. King
                   Re:   Scheduling IEP meeting date
4-29-04     .25    Reading/calendaring DCPS notice of IEP meeting
4-29-01     .25    Drafting letter to parent
                   Re:   Notice of meeting/hearing
5- 4-04     .25    Bi-weekly case status review
5- 5-04     .75    Assembling meeting notebook
5- 5-04     .75    Preparation for meeting
5- 6-04    3.      BLMDT/IEP meeting/transit/waiting
5- 6-04     .25    Post-meeting review of meeting notes
5- 6-04     .25    Drafting letter to parent
                   Re:   Results of meeting
5- 6-04     .75    Reading/analyzing evals received at meeting
5- 6-04    1.      Reading/analyzing new IEP/BLMDTNotes/PNOP
1-15-05     .75    Assembling timesheets and bill
```

<u>Timesheets</u>

Student: ██████████████████
D/O/B: ██████████████████
HOD(s):   April 2, 2004


<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2-25-04 | $   3.00 | Mileage to parent's home for conference and signing initial documents |
| 2-25-04 | 6.00 | Postage for initial documents |
| 2-25-04 | 15.00 | Copying initial documents |
| 5- 6-04 | 3.00 | Mileage to School for BLMDT/IEP meeting |
| 4- 2-04 | 3.00 | Mileage to SHO for hearing |
| 4- 2-04 | 11.00 | Parking at SHO for hearing |
| 2004 | 20.00 | Copying (miscellaneous) |
| 2004 | 10.00 | Postage (miscellaneous) |

Total:  $ 71.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:                Ronald L. Drake Law Office
   Attorney:                Ronald L. Drake, Esquire
   Federal Tax ID No.:      ███████████
   D.C. Bar No.:            338392

2. **Student Information**

   RE:   Student:
         D/O/B:
         SSN:
         Parent:            Ms. Bernadette Snead
         Address:           3224 E Street, S.E.
                            Apartment No. 3
                            Washington, D.C. 20019
         Phone No.:         (202) 707-6404 (work)
                            (202) 544-8021 (home)
         Current Placement: Watkins Elementary School
                            (as of 9-1-04)
         Neighborhood School: Kimball Elementary School
         Current Grade:     K (9-03)
         Retention(s):      None
         Consent to Test:   September 23, 2003
         IEP:               May 6, 2004
         NOPP:              May 6, 2004
         NOI:               February 18, 2004
         Disability:        OHI (ADHD)
         Program Level:     21-60%
         DCPS Attorney:     Ms. Lindsey
         Prior Hearing(s):  April 2, 2004
         SA(s):

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  February 15, 2005
   Date Services Rendered:  February 23, 2004 to May 6, 2004
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.

_____     Date:  February 15, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

                 RE:  Student:  ███████████████
                      D/O/B:    ███████████
                      HOD(s):   April 2, 2004
                                May 13, 2003

Dear Ms. Pierson;

        On April 2, 2005, I submitted my bill in the foregoing
matter.  Thereafter, DCPS paid $4018.00.

        My current hourly rate has now increased to $405.00.
Accordingly, the amount now remaining due in this matter is as
follows:

                                      @ $405.00
        April 2, 2004 HOD      16.25 Hours  $ 6581.25
                                      Costs    $ 18.00

              Credit for prior DCPS payment: $ 4018.00

        I request that we schedule a meeting on this and other bills
as soon as possible.  Please advise as to your availability.

                              Very truly yours,

                              Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 2, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████
          D/O/B:
          HOD(s):  April 2, 2004
                   May 13, 2003

---

                              @ $390.00

     April 2, 2004 HOD     16.25 Hours  $ 6337.50

                              Costs    $ 18.00


     The time charged herein was incurred subsequent to the
billing included in <u>Adams</u>  <u>v.</u>  <u>et.</u>  <u>al.,</u>  <u>v.</u>  <u>D.C.</u>, CA No.
03cv2139(JDB).


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████

D/O/B: ████████████

April 2, 2004 HOD

| Date | Hours | Item |
|------|-------|------|
| 4- 6-04 | .25 | Drafting letter to SAIL<br>Re:  HOD |
| 4-14-04 | .25 | Phone call with parent<br>Re:  Placement at SAIL |
| 4-15-04 | .25 | Phone call with SAIL<br>Re:  Transportation |
| 4-19-04 | .25 | Bi-weekly case status review |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-30-04 | .25 | Bi-weekly case status review |
| 6-13-04 | .25 | Bi-weekly case status review |
| 6-27-04 | .25 | Bi-weekly case status review |
| 7-10-04 | .25 | Bi-weekly case status review |
| 7-24-04 | .25 | Bi-weekly case status review |
| 8- 4-04 | .25 | Phone call with SAIL<br>Re:  Logistics |
| 8- 9-04 | .25 | Bi-weekly case status review |
| 8-22-04 | .25 | Bi-weekly case status review |
| 9- 5-04 | .25 | Bi-weekly case status review |
| 9- 7-04 | .25 | Phone call with parent<br>Re:  SAIL IEP |
| 9- 9-04 | .25 | Phone call with SAIL<br>Re:  IEP meeting |
| 9- 9-04 | .25 | Reading/calendaring SAIL notice of IEP meeting |
| 9-14-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 9-19-04 | .25 | Bi-weekly case status review |
| 9-22-04 | .75 | Assembling meeting notebook |
| 9-22-04 | .75 | Preparation for meeting |
| 9-23-04 | 2.75 | BLMDT/IEP meeting/transit/waiting |
| 9-23-04 | .25 | Post-meeting review of meeting notes |
| 9-23-04 | .25 | Drafting letter to parent<br>Re:  Results of meeting |
| 9-23-04 | .25 | Drafting letter to Judy Smith<br>Re:  IE |
| 9-23-04 | .5 | Reading/analyzing evals received at meeting |
| 9-23-04 | .75 | Reading/analyzing new IEP/BLMDTNotes |
| 10- 3-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student: ████████████████████████
D/O/B: ████████████████████
April 2, 2004 HOD

```
10-17-04    .25   Bi-weekly case status review
10-18-04    .25   Phone call with SAIL
                  Re:  Child acting out
10-20-04    .25   Phone calls (2) with SAIL
                  Re:  Child acting out
10-31-04    .25   Bi-weekly case status review
11-14-04    .25   Bi-weekly case status review
11-18-04    .25   Phone call with SAIL
                  Re:  Child acting out
11-28-04    .25   Bi-weekly case status review
12-12-04    .25   Bi-weekly case status review
12-21-04    .5    Reading/analyzing SAIL 12-21-04 progress report
12-26-04    .25   Bi-weekly case status review
 1- 9-05    .25   Bi-weekly case status review
 1-23-05    .25   Bi-weekly case status review
 2- 6-05    .25   Bi-weekly case status review
 2-21-05    .25   Bi-weekly case status review
 2-22-05    .25   Drafting letter to Judy Smith
                  Re:  Parent intent to obtain IE neuropsych
 4- 2-05    .5    Assembling timesheets and bill
```

**TIMESHEETS**

Student: ████████████
D/O/B: ██████████████████
April 2, 2004 HOD


<u>Costs</u> <u>and</u> <u>Expenses</u>

   Date      Amount              Item

 9-23-04    3.    Mileage to SAIL for MDT/IEP meeting
2004-2005  10.00  Copying (miscellaneous)
2004-2005   5.00  Postage (miscellaneous)


Total:  $ 18.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:               Ms. Dalonda Marchell Stevens
         Address:              2705 Robinson Place, S.E.
                               Apartment No. 401
                               Washington, D.C. 20020
         Phone No.:            (202) 248-8776 (home)
                               (202) 445-5490 (cell)
         Current Placement:    School for Arts in Learning
         Neighborhood School:  Webb Elementary School
         Current Grade:        K (9-03)
         Retention(s):         K (6-04)
         Form 6:               December 4, 2002
         IEP:                  September 23, 2004
         NOPP:                 October 27, 2003
         Disability:           MD (DD/SLI)
         Program Level:        61-100%
         DCPS Attorney:
         Prior Hearing(s):     April 2, 2004
                               May 13, 2003

         SA(s):

3.  **Invoice Information**

    Invoice Number:           No number assigned
    Date Request Submitted:   April 5, 2005
    Date Services Rendered:   4- 6-04 to 2-22-05
    Amount of Payment Request:  $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

   All services listed on the enclosed invoices were actually performed;

   The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

   The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

   No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

   I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  April 5, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

June 1, 2006

SUPPLEMENTAL STATEMENT SUPPLEMENTING
APRIL 2, 2005/JANUARY 23, 2006 STATEMENT

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ███████████████████
          D/O/B:      ████████████
          HOD(s):     August 2, 2005 (did not prevail)
                      April 2, 2004
                      May 13, 2003
          SA(s):
          Case:       AC v. DC, CA NO. 06-439-HHK

---

                                    @ $405.00

     April 2, 2004    HOD    26    Hours   $10530.00
     (supplemental hours)

                                    Costs  $  23.00


     DCPS made a $4018.00 partial payment on the April 2, 2005
statement for this April 2, 2004 HOD.

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

cc: Ms. Eden I. Miller, Esquire

**TIMESHEETS**

Student: ███████████
D/O/B: ███████████
HOD(s): April 2, 2004

| Date | Hours | Item |
|------|-------|------|
| 3- 6-05 | .25 | Bi-weekly case status review |
| 3-20-05 | .25 | Bi-weekly case status review |
| 4- 3-05 | .25 | Bi-weekly case status review |
| 4-17-05 | .25 | Bi-weekly case status review |
| 5- 1-05 | .25 | Bi-weekly case status review |
| 5-15-05 | .25 | Bi-weekly case status review |
| 5-29-05 | .25 | Bi-weekly case status review |
| 6-12-05 | .25 | Bi-weekly case status review |
| 6-26-05 | .25 | Bi-weekly case status review |
| 7-10-05 | .25 | Bi-weekly case status review |
| 7-24-05 | .25 | Bi-weekly case status review |
| 8- 7-05 | .25 | Bi-weekly case status review |
| 8-21-05 | .25 | Bi-weekly case status review |
| 9- 4-05 | .25 | Bi-weekly case status review |
| 9-13-05 | .25 | Phone call with SAIL<br>Re:  Status of IEP |
| 9-18-05 | .25 | Bi-weekly case status review |
| 9-21-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Status of IE |
| 9-23-05 | .25 | Phone call with SAIL<br>Re:  Status of IE |
| 10- 2-05 | .25 | Bi-weekly case status review |
| 10- 3-05 | .25 | Phone call with Ms. Ann Elder, current<br>Court appointed foster parent<br>Re:  Child's current placement |
| 10-16-05 | .25 | Bi-weekly case status review |
| 10-21-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Status of IE |
| 10-21-05 | .25 | Phone call with parent<br>Re:  Authorization for IE |
| 10-21-05 | .25 | Phone call with Dr. Olarinde<br>Re:  Status of IE |
| 10-21-05 | .25 | Phone call with DC Tutors for Kids |
| 10-24-05 | .25 | Phone call with SAIL<br>Re:  Need for consent for IE |
| 10-25-05 | .25 | Phone call with Dr. Olarinde<br>Re:  IE |
| 10-25-05 | .25 | Phone call with Ms. Elder<br>Re:  Status of IE |
| 10-27-05 | .25 | Phone call with SAIL<br>Re:  Dr. Olarinde conducting IE |

**TIMESHEETS**

Student: ████████████████

D/O/B: ████████████████

HOD(s):  April 2, 2004

| | | |
|---|---|---|
| 10-30-05 | .25 | Bi-weekly case status review |
| 11- 2-05 | .25 | Phone call with Ms. Elder |
| | | Re:  Status of IE |
| 11-13-05 | .25 | Bi-weekly case status review |
| 11-23-05 | .25 | Phone call with Dr. Olarinde |
| | | Re:  Consent for IE |
| 11-27-05 | .25 | Bi-weekly case status review |
| 11-28-05 | .25 | Phone call with Ms. Elder |
| | | Re:  Child's performance |
| 12-11-05 | .25 | Bi-weekly case status review |
| 12-20-05 | .25 | Phone call with Ms. Elder |
| | | Re:  Child's suspension |
| 12-20-05 | .25 | Phone call with SAIL |
| | | Re:  Child's suspension |
| 12-23-05 | .25 | Bi-weekly case status review |
| 1- 8-06 | .25 | Bi-weekly case status review |
| 1-13-06 | .25 | Phone call with SAIL |
| | | Re:  Effort to complete IE |
| 1-22-06 | .25 | Bi-weekly case status review |
| 2- 5-06 | .25 | Bi-weekly case status review |
| 2-15-06 | .25 | Phone call with DC Tutors for Kids |
| | | Re:  Status of IE |
| 2-18-06 | .25 | Phone call with Ms. Elder |
| | | Re:  Status of IE |
| 2-19-06 | .25 | Bi-weekly case status review |
| 2-21-06 | .25 | Phone call with Ms. Elder |
| | | Re:  IE |
| 2-22-06 | .25 | Phone call with DC Tutors for Kids |
| | | Re:  IE |
| 3- 2-06 | .25 | Phone call with SAIL |
| | | Re:  IE |
| 3- 5-06 | .25 | Bi-weekly case status review |
| 3-19-06 | .25 | Bi-weekly case status review |
| 3-29-06 | .25 | Phone calls (2) with DC Tutors for Kids |
| | | Re:  IE |
| 4- 2-06 | .25 | Bi-weekly case status review |
| 4- 7-06 | .25 | Phone call with DC Tutors for Kids |
| | | Re:  IE |

**TIMESHEETS**

```
        Student:  ████████████████████
          D/O/B:  ████████████████
        HOD(s):   April 2, 2004
```

```
4-16-06      .25   Bi-weekly case status review
4-27-06      .25   Phone call with DC Tutors for Kids
                   Re:  IE
4-29-06      .25   Phone call with DC Tutors for Kids
                   Re:  IE
4-30-06      .25   Bi-weekly case status review
5- 1-06      .25   Phone call with DC Tutors for Kids
                   Re:  IE
5- 1-06     1.25   Reading/analyzing 3-10-06 clinical
                   psychological and 4-1-06 clinical
                   neuropsychological just received
5- 1-06      .25   Drafting letter to Ms. Judy Smith at DCPS
                   Re:  Completion of IEs
5- 1-06      .25   Drafting letter to Ms. Elder
                   Re:  IE results
5-10-06      .25   Phone call with Ms. Elder
                   Re:  IE results
5-14-06      .25   Bi-weekly case status review
5-22-06      .25   Phone call with Ms. Elder
                   Re:  Scheduling MDT/IEP meeting
5-23-06      .25   Phone call with parent
                   Re:  Placement issues
5-24-06      .25   Reading/calendaring SAIL notice of IEP meeting
5-26-06      .25   Drafting letter to parent and Ms. Elder
                   Re:  Notice of MDT/IEP meeting required by
                   prior HOD
5-28-06      .25   Bi-weekly case status review
5-29-06      .25   Phone call with parent
                   Re:  Notice of MDT/IEP meeting
5-30-06      .75   Preparation for MDT/IEP meeting
5-30-06      .75   Assembling MDT/IEP meeting notebook
5-31-06     3.75   MDT/IEP meeting/waiting/transit/post
                   meeting conference with Ms. Elder
5-31-06      .25   Post meeting review of meeting notes
5-31-06      .25   Drafting letter to parent and Ms. Elder
                   Re:  Results of meeting
5-31-06     1.25   Reading/analyzing 5-31-06 IEP/MDT Notes and
                   Compensatory Education Plan
6- 1-06      .5    Assembling timesheets and bill
```

**TIMESHEETS**

```
Student: ████████████████████
   D/O/B: ████████████████████
  HOD(s):  April 2, 2004
```

### Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 5-31-06 | 3.00 | Mileage to SAIL for MDT/IEP meeting |
| 5-31-06 | 5.00 | Parking at SHO for hearing |
| 2005-2006 | 10.00 | Copying (miscellaneous) |
| 2005-2006 | 5.00 | Postage (miscellaneous) |

Total:  $ 23.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:               Ms. Dalonda Marchell Stevens
         Address:              2705 Robinson Place, S.E.
                               Apartment No. 401
                               Washington, D.C. 20020
         Phone No.:            (202) 678-5103 (home)
                               (202) 445-5490 (cell)
         Caregiver:            Ms. Ann Elder
         Address:              18201 Barney Drive
                               Accokek, MD 20607
         Phone No.:            (301) 283-0747
                               (301) 509-1567
         Current Placement:    School for Arts in Learning
         Neighborhood School:  Not known
         Current Grade:        2 (9-06)
         Retention(s):         K (6-04)
         Form 6:               December 4, 2002
         IEP:                  May 31, 2006
         NOPP:                 October 27, 2003
         Disability:           MD (OHI/SLI/ED)
         Program Level:        92%
         DCPS Attorney:
         Prior Hearing(s):     August 2, 2005 (did not prevail)
                               April 2, 2004
                               May 13, 2003
         SA(s):

3.  **Invoice Information**

    Invoice Number:            No number assigned
    Date Request Submitted:    June 1, 2006
    Date Services Rendered:    March 6, 2005 to June 1, 2006
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  June 1, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

        RE:  Student: ███████████████
             D/O/B: ████████
             HOD(s):  August 4, 2005

Dear Ms. Pierson;

      On August 17, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4020.00.  The amount now remaining due in this matter is as follows:

|  |  | @ $405.00 |
|---|---|---|
| August 4, 2005 HOD | 55.5 Hours | $22477.50 |
|  |  | Costs  $ 20.00 |

      Credit for prior DCPS payment: $ 4020.00

      I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


        Very truly yours,


        Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

August 17, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

        RE:  Student:  ███████████████████
             D/O/B:    ████████████
             HOD(s):   August 4, 2005

_____

                                   @ $405.00

        August 4, 2005 HOD     55.50 Hours  $22477.50

                                   Costs   $ 20.00


        The time charged herein was incurred subsequent to the
billing included in <u>Abraham, et. al., v. D.C.</u>, CA No.
01cv00027(RMC).


        Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

## TIMESHEETS

Student: ████████████████████

D/O/B: ████████████

August 4, 2005 HOD

| Date | Hours | Item |
|------|-------|------|
| 1- 5-05 | .25 | Reading/analyzing parent's 1-5-05 letter Re:  Child's poor academic performance |
| 1- 9-05 | .25 | Bi-weekly case status review |
| 1-11-05 | .25 | Phone call with parent Re:  Child's need for additional services |
| 1-14-05 | .25 | Reading/analyzing parent's 1-14-05 letter Re:  Need for re-evaluation |
| 1-14-05 | .25 | Drafting letter to parent Re:  Response for foregoing letter |
| 1-23-05 | .25 | Bi-weekly case status review |
| 1-25-05 | .25 | Phone call with parent Re:  Scheduling IEP meeting |
| 1-27-05 | .25 | Drafting letter to parent Re:  Notice of meeting |
| 1-31-05 | .25 | Phone call with parent Re:  Child admission to Children's psychiatric unit |
| 2- 6-05 | .25 | Bi-weekly case status review |
| 2- 7-05 | .25 | Phone call with parent Re:  Child's discharge from hospital |
| 2-11-05 | .75 | Reading/analyzing 2-22-05 IEP/MDT Notes |
| 2-11-05 | .5 | Reading/analyzing DCPS reports on child's progress |
| 2-21-05 | .25 | Bi-weekly case status review |
| 3- 6-05 | .25 | Bi-weekly case status review |
| 3- 7-05 | .25 | Phone call with parent Re:  Child's failure to attend class |
| 3-10-05 | .25 | Phone call with parent Re:  Child not receiving special ed services |
| 3-20-05 | .25 | Bi-weekly case status review |
| 4- 3-05 | .25 | Bi-weekly case status review |
| 4- 6-05 | .25 | Phone call with parent Re:  Need for new placement |
| 4-11-05 | .25 | Reading/analyzing DCPS's Wanda Stewart letter to parent Re:  Response to parent request for IEP meeting |

**TIMESHEETS**

Student: ███████████████████████

D/O/B: ███████████████████
August 4, 2005 HOD

| | | |
|---|---|---|
| 4-12-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 4-12-05 | .75 | Drafting hearing request |
| 4-12-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 4-12-05 | .75 | Drafting witness/document list |
| 4-12-05 | .5 | Document review to determine need and grounds for in limine motion |
| 4-12-05 | .25 | Drafting in limine motion |
| 4-12-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 4-12-05 | .25 | Drafting motion to bar or for other relief |
| 4-12-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 4-12-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 4-12-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 4-12-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 4-12-05 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 4-17-05 | .25 | Bi-weekly case status review |
| 5- 1-05 | .25 | Bi-weekly case status review |
| 5-15-05 | .25 | Bi-weekly case status review |
| 5-17-05 | .25 | Phone call with SHO Re: SHO cannot locate file |
| 5-17-05 | .25 | Drafting fax of hearing request to SHO |
| 5-18-05 | .25 | Phone calls (2) with SHO Re: Receipt of copy of hearing request |
| 5-18-05 | .25 | Phone call with parent Re: Schedule for IEP meeting |
| 5-23-05 | .25 | Phone call with parent Re: Status of reconvening IEP meeting |
| 5-26-05 | .25 | Phone call with parent Re: Effort to reconvene IEP meeting |

**TIMESHEETS**

Student: ███████████████████

D/O/B: ███████████████

August 4, 2005 HOD

| | | |
|---|---|---|
| 5-27-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 5-27-05 | 1.75 | Assembling hearing notebook |
| 5-27-05 | 3. | Preparation for hearing |
| 5-29-05 | .25 | Bi-weekly case status review |
| 5-31-05 | .25 | Drafting letter to parent<br>Re: Notice of hearing |
| 6- 2-05 | 1. | Reading/analyzing DCPS's evaluations |
| 6- 2-05 | .75 | Reading/analyzing 6- 2-05 MDT/IEP Notes |
| 6- 2-05 | .5 | Document review to determine need and<br>grounds for filing amended hearing request |
| 6- 2-05 | .75 | Drafting amended hearing request |
| 6- 2-05 | .5 | Document review to determine need to amend<br>witness/document list |
| 6- 2-05 | .75 | Drafting amended witness/document list |
| 6- 2-05 | .5 | Document review to determine need and grounds<br>for filing motion reconfirming request to<br>compel DCPS personnel as witnesses |
| 6- 2-05 | .25 | Drafting reconfirmed request to compel DCPS<br>personnel as witnesses |
| 6- 2-05 | .5 | Document review to determine need and grounds<br>for filing stay-put demand |
| 6- 2-05 | .25 | Drafting stay-put demand |
| 6- 2-05 | .25 | Completing amended DCPS Student Hearing Office<br>hearing/mediation form |
| 6- 2-05 | .25 | Drafting letter to SHO<br>Re: Scheduling hearing |
| 6- 7-05 | .25 | Phone calls (2) with parent<br>Re: Outside evals |
| 6- 9-05 | 1.5 | Reading/analyzing DCPS's 5 days disclosure<br>with attached exhibits |
| 6- 9-05 | 3. | Preparation for hearing |
| 6-10-05 | .25 | Phone call with parent<br>Re: Outside evals and witnesses |
| 6-10-05 | .5 | Document review to determine need/basis<br>to supplement wit/doc list |
| 6-10-05 | .75 | Drafting supplemental witness/document list |
| 6-10-05 | .25 | Drafting letter to parent<br>Re: Reminder notice of hearing |
| 6-10-05 | .25 | Reading/analyzing note from parent<br>Re: Witnesses for hearing |

**TIMESHEETS**

Student: ████████████████

D/O/B: ████████████████

August 4, 2005 HOD


| | | |
|---|---|---|
| 6-10-05 | .25 | Phone call with Dr. Randolph Re: Evaluations |
| 6-10-05 | .25 | Reading/analyzing Dr. Randolph's eval |
| 6-10-05 | .25 | Drafting revised supplemental witness/document list |
| 6-12-05 | .25 | Bi-weekly case status review |
| 6-15-05 | .25 | Phone call with parent Re: Status of reports from witnesses for hearing |
| 6-15-05 | .25 | Phone call with parent Re: Agreement to continue |
| 6-15-05 | .5 | Drafting motion for continuance |
| 6-15-05 | .25 | Phone call with DCPS attorney Ms. Rodi Re: Continuance |
| 6-15-05 | .25 | Phone call with parent Re: Status of request for continuance |
| 6-15-05 | .25 | Phone call with SHO Re: Status of request for continuance |
| 6-16-05 | 1.75 | Preparation for hearing |
| 6-17-05 | .25 | Phone call with parent Re: Status of request for continuance |
| 6-17-05 | .25 | Phone call with SHO Re: Status of request for continuance |
| 6-17-05 | .25 | Phone call Office of General Counsel Re: Ms. Rodi's availability |
| 6-17-05 | 1.75 | Preparation for hearing |
| 6-17-05 | .25 | Phone call with SHO Re: Case continued |
| 6-17-05 | .25 | Phone call with parent Re: Case continued |
| 6-17-05 | .25 | Reading/analyzing IHOD continuing case |
| 6-17-05 | .25 | Drafting letter to parent Re: Foregoing document |
| 6-25-05 | .25 | Reading/analyzing second IHOD Re: Granting continuance |
| 6-25-05 | .25 | Reading/calendaring SHO notice of rescheduled hearing |
| 6-25-05 | .25 | Drafting letter to parent Re: Notice of rescheduled hearing |
| 6-26-05 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student:

D/O/B:
August 4, 2005 HOD

| | | |
|---|---|---|
| 6-28-05 | .25 | Phone call with parent Re:  Status of psychiatric report by Dr. Jarrett |
| 6-28-05 | .25 | Phone call with Ms. Rodi Re:  Need for further continence |
| 6-28-05 | .5 | Drafting motion for further continuance |
| 7- 5-05 | .25 | Phone call with SHO Re:   Request for continuance |
| 7- 6-05 | .25 | Phone call with SHO Re:   Status of motion for continuance |
| 7- 7-05 | .25 | Phone call with parent Re:   Postponement of hearing |
| 7- 7-05 | .25 | Reading/calendaring SHO notice of rescheduled hearing |
| 7- 7-05 | .25 | Drafting letter to parent Re:   Notice of rescheduled hearing |
| 7-10-05 | .25 | Bi-weekly case status review |
| 7-10-05 | .25 | Reading/calendaring SHO notice of further continuance |
| 7-19-05 | 3.5 | Preparation for hearing |
| 7-24-05 | .25 | Bi-weekly case status review |
| 7-26-05 | .25 | Phone call with parent Re:  Missing psychiatric report |
| 7-27-05 | .25 | Drafting letter to parent Re:   Reminder notice of re-scheduled hearing |
| 7-27-05 | .5 | Document review to determine need/basis to further supplement wit/doc list |
| 7-27-05 | .25 | Drafting second supplemental witness/document list |
| 8- 3-05 | 1.75 | Preparation for hearing |
| 8- 3-05 | .25 | Phone call with Ms. Rodi Re:   Possible resolution of case |
| 8- 4-05 | .25 | Phone call with parent Re:   Possible resolution of case |
| 8- 4-05 | 1.25 | Hearing/transit/waiting |
| 8- 4-05 | .25 | Post-hearing review of hearing notes |
| 8- 4-05 | .25 | Drafting letter to parent Re:   Results of hearing |
| 8- 4-05 | .5 | Reading/analyzing HOD |
| 8- 4-05 | .25 | Drafting letter to parent Re:   Foregoing HOD and conclusion of case |
| 8- 7-05 | .25 | Bi-weekly case status review |
| 8-21-05 | .25 | Bi-weekly case status review |
| 8-17-05 | 1. | Assembling timesheets and bill |

**TIMESHEETS**

Student:  ████████████████████████

D/O/B: ████████████████
August 4, 2005 HOD

## Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 8- 4-05 | 3.00 | Mileage to SHO for hearing |
| 8- 4-05 | 2.00 | Parking at SHO for hearing |
| 2005 | 10.00 | Copying (miscellaneous) |
| 2005 | 5.00 | Postage (miscellaneous) |

Total:  $ 20.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:               Ms. Susan Penelope Thompson
         Address:              712 4th Street, N.E.
                               Washington, D.C. 20002
         Phone No.:            (202) 543-8375 (home)
                               (202) 277-8375 (cell)
         Neighborhood School:  Dunbar Senior High School
         Grade Level:          9th (as of 9/04)
         Retention(s):         None
         Disability:           LD
         Program Level:        25%
         Form 6:               December, 1997
         IEP:                  February 11, 2005
         MDT (exit):           June 2, 2005 (parent rejected)
         NOPP:                 February 19, 2004
         DCPS Attorney:        Ms. Kathy Rodi, Esquire
         Prior Hearing(s):     August 4, 2005
                               May 30, 2003
                               September 16, 1999

         SA(s):

3.  **Invoice Information**

    Invoice Number:            No number assigned
    Date Request Submitted:    August 17, 2005
    Date Services Rendered:    1- 5-05 to 8-17-05
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  August 17, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

       RE:  Student: ███████████████
           D/O/B: ██████████████
       HOD(s):  March 22, 2004
                August 28, 2003
                July 9, 2003

Dear Ms. Pierson;

    On February 13, 2005, I submitted my bill in the foregoing matter.  My current hourly rate has now increased to $405.00. Accordingly, the amount now due in this matter is as follows:

|  |  | @ $405.00 |
|---|---|---|
| March 22, 2004 HOD | 28.25 Hours | $11441.25 |
| August 28, 2003 HOD | 49.25 Hours | $19946.25 |
| July 9, 2003 HOD | 31.25 Hours | $12656.25 |
|  | Costs | $111.00 |

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.

Very truly yours,

Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

February 13, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

              Student: ███████████████
              D/O/B: ████████████
       HOD(s):  March 22, 2004
                August 28, 2003
                July 9, 2003

_____

                              @ $390.00

     March 22, 2004 HOD    28.25 Hours  $11017.50

     August 28, 2003 HOD   49.25 Hours  $19207.50

     July 9, 2003 HOD      31.25 Hours  $12187.50

                              Costs   $111.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

```
              Student: ███████████████
                D/O/B: ███████████████
                       July 9, 2003 HOD
```

```
6- 5-03     .5    Phone call with parent
                  Re:  Need for representation
6- 5-03    1.25   Opening file/computer disk
6- 6-03    1.     Phone call with parent
                  Re:  Intake interview
7-22-03     .25   Phone call with parent
                  Re:  Need to proceed
6- 7-03    1.25   Drafting retainer agreement,
                  authorization for release of
                  medical records, authorization to
                  sign request for mediation/hearing,
                  authorization for release of
                  school records, request for
                  school records, request for
                  SETS records, request for
                  independent evaluation,
                  letter to case manager, authorization
                  for attorney's signature, authorization
                  for payment of attorney's fees,
                  notice re 1983 claims
6- 7-03     .5    Document review to determine need and
                  grounds for filing hearing request
6- 7-03     .75   Drafting hearing request
6- 7-03     .5    Document review to determine witnesses
                  and select documents for witness/document
                  list
6- 7-03     .75   Drafting witness/document list
6- 7-03     .5    Document review to determine need and grounds
                  for in limine motion
6- 7-03     .25   Drafting in limine motion
6- 7-03     .5    Document review to determine need and grounds
                  for motion to bar or for other relief
6- 7-03     .25   Drafting motion to bar or for other relief
6- 7-03     .5    Document review to determine need and grounds
                  for filing motion to compel DCPS personnel as
                  witnesses
6- 7-03     .25   Drafting request to compel DCPS personnel as
                  witnesses
6- 7-03     .5    Document review to determine need and grounds
                  for filing stay-put demand
6- 7-03     .25   Completing DCPS Student Hearing Office
                  hearing/mediation form
```

<u>Timesheets</u>
Student: ███████████████
D/O/B: ███████████████
July 9, 2003 HOD


| Date | Hours | Description |
|---|---|---|
| 6- 7-03 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 6- 7-03 | .25 | Phone call with parent Re:  Scheduling conference |
| 6- 7-03 | 1.75 | Conference with parent and child in parent home, and signing initial documents/ transit |
| 6- 7-03 | .25 | Post-conference review of conference notes |
| 6- 7-03 | .25 | Drafting letter to parent Re:  Results of conference |
| 6- 7-03 | 1.5 | Reading/analyzing documents provided by parent |
| 6-12-03 | .25 | Phone call with parent Re:  Consent to test |
| 6-12-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 6-13-03 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 6-13-03 | 1.75 | Assembling hearing notebook |
| 6-13-03 | 3. | Preparation for hearing |
| 6-15-03 | .25 | Bi-weekly case status review |
| 6-17-03 | .25 | Phone call with parent Re:  Teacher wanting child out of school |
| 6-20-03 | 3.5 | Preparation for hearing |
| 6-29-03 | .25 | Bi-weekly case status review |
| 7- 1-03 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 7- 1-03 | .75 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 7- 8-03 | .25 | Phone call with parent Re:  Parent's new location |
| 7- 8-03 | 1.75 | Preparation for hearing |
| 7- 8-03 | .25 | Phone call with parent Re:  Issues for hearing |
| 7- 9-03 | 2. | Hearing/transit/waiting **NOTE  Parent obtained some relief but no finding of denial of FAPE** |
| 7- 9-03 | .25 | Post-hearing review of hearing notes |
| 7- 9-03 | .25 | Drafting letter to parent Re:  Results of hearing |
| 7-13-03 | .25 | Bi-weekly case status review |

<u>Timesheets</u>

Student: ████████████████████

D/O/B: ██████████████

July 9, 2003 HOD

| | | |
|---|---|---|
| 7-14-03 | .25 | Phone call with parent<br>Re:  DCPS intent to test |
| 7-17-03 | .5 | Reading/analyzing HOD |
| 7-18-03 | .25 | Drafting letter to parent<br>Re:  Foregoing HOD |

<u>Timesheets</u>

Student: ████████████████

D/O/B: ████████████████

August 28, 2003 HOD

| | | |
|---|---|---|
| 7-26-03 | .5 | Document review to determine need and grounds for filing hearing request |
| 7-26-03 | .75 | Drafting hearing request |
| 7-26-03 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 7-26-03 | .75 | Drafting witness/document list |
| 7-26-03 | .5 | Document review to determine need and grounds for in limine motion |
| 7-26-03 | .25 | Drafting in limine motion |
| 7-26-03 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 7-26-03 | .25 | Drafting motion to bar or for other relief |
| 7-26-03 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 7-26-03 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 7-26-03 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 7-26-03 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 7-26-03 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 7-27-03 | .25 | Bi-weekly case status review |
| 8- 1-03 | .25 | Reading/calendaring SHO notice of hearing date |
| 8- 1-03 | .25 | Drafting letter to parent Re: Notice of hearing |
| 8- 1-03 | 1.75 | Assembling hearing notebook |
| 8- 1-03 | 3. | Preparation for hearing |
| 8-10-03 | .25 | Bi-weekly case status review |
| 8-15-03 | 3.5 | Preparation for hearing |
| 8-21-03 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 8-21-03 | 1.75 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 8-26-03 | .25 | Phone call with parent Re: Status of placement |
| 8-27-03 | .25 | Phone call with parent Re: Issues for hearing |

<u>Timesheets</u>

Student: ████████████████

D/O/B: ████████████████

August 28, 2003 HOD

| | | |
|---|---|---|
| 8-28-03 | .25 | Phone call with parent<br>Re:  Schedule for hearing |
| 8-28-03 | 1.75 | Preparation for hearing |
| 8-28-03 | 2.5 | Hearing/transit/waiting |
| 8-28-03 | .25 | Post-hearing review of hearing notes |
| 8-28-03 | .25 | Drafting letter to parent<br>Re:  Results of hearing |
| 8-28-03 | .5 | Research of DCMR<br>Re:  Monitoring rule |
| 8-28-03 | .25 | Drafting letter to SHO (for hearing<br>officer) and to DCPS counsel<br>Re:  Monitoring rule |
| 9- 3-03 | .5 | Reading/analyzing HOD<br>**NOTE   Parent obtained some relief but**<br>**no finding of denial of FAPE** |
| 9- 3-03 | .25 | Drafting letter to parent<br>Re:  Foregoing HOD |
| 9- 5-03 | 1.5 | Research at Office of Secretary of the District<br>Re:  Current status of Retention/Monitoring<br>Rules |
| 9- 6-03 | .5 | Document review to determine need and/or basis<br>for/to draft motion to reconsider HOD |
| 9- 6-03 | 1.75 | Drafting motion to reconsider HOD |
| 9- 4-03 | 1.5 | Library research |
| 9- 4-03 | .25 | Phone call with DC Board Ed<br>Re:  Current version of 5 DCMR |
| 8-24-03 | .25 | Bi-weekly case status review |
| 9- 7-03 | .25 | Bi-weekly case status review |
| 9-10-03 | .25 | Reading/analyzing 9-10-03 SETs report |
| 9-21-03 | .25 | Bi-weekly case status review |
| 10- 5-03 | .25 | Bi-weekly case status review |
| 10- 8-03 | .25 | Reading/considering DCPS notice of IEP meeting |
| 10- 9-03 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 10- 9-03 | .25 | Phone call with Ms. Richardson at Rudolph<br>Re:  Behavior issues |
| 10-10-03 | .25 | Phone calls (2) with Mr. Nickolic at Rudolph<br>Re:  Scheduling IEP |
| 10-10-03 | .25 | Reading/calendaring DCPS revised notice of<br>IEP meeting |
| 10-10-03 | .25 | Drafting fax to Mr. Nickolic<br>Re:  Changed IEP date |
| 10-10-03 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |

<u>Timesheets</u>

Student: 

D/O/B:

August 28, 2003 HOD

```
10-19-03    .25   Bi-weekly case status review
10-21-03    .75   Assembling meeting notebook
10-21-03    .75   Preparation for meeting
10-22-03    3.    BLMDT/IEP meeting/transit/waiting
10-22-03    .25   Post-meeting review of meeting notes
10-22-03    .25   Drafting letter to parent
                  Re:  Results of meeting
10-22-03    .75   Reading/analyzing evals received at meeting
10-22-03    .75   Reading/analyzing new IEP/BLMDTNotes
10-22-03    .75   Conference with parent
                  Re:  Results of IEP meeting
11- 2-03    .25   Bi-weekly case status review
11-16-03    .25   Bi-weekly case status review
11-30-03    .25   Bi-weekly case status review
12-14-03    .25   Bi-weekly case status review
12-22-03    .5    Reading/analyzing 11-17-03 OT eval
12-22-03    .25   Phone call with Mr. Nickolic
                  Re:  IEP meeting
12-22-03    .25   Reading/calendaring DCPS notice of IEP meeting
12-22-03    .25   Drafting letter to parent
                  Re:  Notice of meeting/hearing
12-28-03    .25   Bi-weekly case status review
 1-11-04    .25   Bi-weekly case status review
 1-13-04    .25   Phone call with parent
                  Re:  Issues for IEP meeting
 1-13-04    .75   Assembling meeting notebook
 1-13-04    .75   Preparation for meeting
 1-14-04    2.75  BLMDT/IEP meeting/transit/waiting
 1-14-04    .25   Post-meeting review of meeting notes
 1-14-04    .25   Drafting letter to parent
                  Re:  Results of meeting
 1-14-04    .5    Reading/analyzing evals received at meeting
 1-14-04    .5    Reading/analyzing BLMDTNotes
 1-25-04    .25   Bi-weekly case status review
```

<u>Timesheets</u>
                    Student:  ██████████████
                    D/O/B:  ██████████████
                    March 22, 2004 HOD


2- 5-04    .25   Phone call with parent
                 Re:  Status
2- 8-04    .25   Bi-weekly case status review
2-22-04    .25   Bi-weekly case status review
2-23-04    .5    Document review to determine need and
                 grounds for filing hearing request
2-23-04    .75   Drafting hearing request
2-23-04    .5    Document review to determine witnesses
                 and select documents for witness/document
                 list
2-23-04    .75   Drafting witness/document list
2-23-04    .5    Document review to determine need and grounds
                 for in limine motion
2-23-04    .25   Drafting in limine motion
2-23-04    .5    Document review to determine need and grounds
                 for motion to bar or for other relief
2-23-04    .25   Drafting motion to bar or for other relief
2-23-04    .5    Document review to determine need and grounds
                 for filing motion to compel DCPS personnel as
                 witnesses
2-23-04    .25   Drafting request to compel DCPS personnel as
                 witnesses
2-23-04    .5    Document review to determine need and grounds
                 for filing stay-put demand
2-23-04    .25   Drafting stay-put demand
2-23-04    .25   Completing DCPS Student Hearing Office
                 hearing/mediation form
2-23-04    .25   Drafting letter to SHO
                 Re:  Scheduling hearing
2-27-04    .25   Reading/calendaring SHO notice of hearing date
2-28-04    1.75  Assembling hearing notebook
2-28-04    3.    Preparation for hearing
3- 1-04    .25   Drafting letter to parent
                 Re:  Notice of hearing
3- 7-04    .25   Bi-weekly case status review
3- 8-04    3.5   Preparation for hearing
3-12-04    .5    Reading/analyzing 3-12-04 Children's Hospital
                 Re:  diagnostic instructions
3-15-04    .5    Document review to determine need/basis
                 to supplement wit/doc list
3-15-04    1.5   Reading/analyzing DCPS's 5 days disclosure
                 with exhibits

<u>Timesheets</u>
Student: ██████████████
D/O/B: ██████████████
March 22, 2004 HOD


```
3-15-04    .25    Drafting letter to parent
                  Re:  Reminder notice of hearing
3-19-00    .25    Phone call with parent
                  Re:  Unavailability for hearing
3-19-04    .25    Phone call with DCPS attorney Ms. Russell
                  and SHO
                  Re:  Need for continuance
3-20-04   1.75    Preparation for hearing
3-20-04    .25    Phone call with parent
                  Re:  Issues for hearing
3-21-04   2.      Hearing/transit/waiting
3-21-04    .25    Post-hearing review of hearing notes
3-21-04    .25    Bi-weekly case status review
3-21-04    .25    Drafting letter to parent
                  Re:  Results of hearing
3-21-04    .5     Document review to select docs for High Road
3-21-04    .25    Drafting fax to High Road
                  Re:  Docs to review
3-25-04    .25    Reading/analyzing High Road 2-24-04 letter
                  Re:  Acceptance
3-25-04    .25    Drafting letter to SHO and Ms. Russell
                  Re:  High Road acceptance letter
3-31-04    .5    5   Reading/analyzing HOD
4- 1-04    .25    Drafting letter to parent
                  Re:  Foregoing HOD
4- 1-04    .25    Drafting letter to High Road
                  Re:  Foregoing HOD
3-12-04    .25    Phone call with parent
                  Re:  Altercation at school
3-15-04    .25    Phone calls (2) with parent
                  Re:  Need for new placement
3-20-04    .25    Phone call with Ms. Lafinghouse at Rudolph
                  Re:  Child deteriorating
3-24-04    .25    Phone call with David Clark at High Road
                  Re:  Evals and placement
3-26-04    .25    Reading/analyzing 3- 9-04 SETs report
2-13-05   1.      Assembling timesheets and bill
```

Timesheets

```
Student:  ██████████████
  D/O/B:  ██████████████
```

Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 6- 7-03 | $  3.00 | Mileage to parent's home for conference and signing initial documents |
| 6- 7-03 | 6.00 | Postage for initial documents |
| 6- 7-03 | 15.00 | Copying initial documents |
| 7- 9-03 | 3.00 | Mileage to SHO for hearing |
| 7- 9-03 | 14.00 | Parking at SHO for hearing |
| 8-28-03 | 3.00 | Mileage to SHO for hearing |
| 8-28-03 | 12.00 | Parking at SHO for hearing |
| 1-14-04 | 3.00 | Mileage to Rudolph for IEP meeting |
| 3-22-04 | 3.00 | Mileage to SHO for hearing |
| 3-23-04 | 14.00 | Parking at SHO for hearing |
| 2003-2004 | 30.00 | Copying (miscellaneous) |
| 2003-2004 | 15.00 | Postage (miscellaneous) |

Total:  $111.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:            ████████████████
         D/O/B:
         SSN:
         Parent:             Ms. Utopia Sherdel Ward
         Address:            154 36th Street, N.E.
                             Apartment No. 4
                             Washington, D.C. 20019
         Phone No.:          (202) 722-7900 (work)
                             (202) 722-4584 (home)
                             (202) 398-6196 (home)
                             (202) 497-0955 (cell)
         Current Placement:  High Road School
         Neighborhood School: Barnard Elementary School
         Current Grade:      1st (9-03)
         Retention(s):       1st (6-03)
         Consent to Test:    June 12, 2003
         IEP:                January 11, 2005
         NOPP:               To be issued for High Road
                             (approx. 3-26-04)
         Disability:         MD (ED/LD)
         Program Level:      100%
         DCPS Attorney:      Ms. Russell
         Prior Hearing(s):   March 22, 2004
                             August 28, 2003
                             July 9, 2003
         SA(s):

3.  **Invoice Information**

    Invoice Number:            No number assigned
    Date Request Submitted:    February 14, 2005
    Date Services Rendered:    6-5-03 to 3-26-04
    Amount of Payment Request: $ See attached timesheet

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.

_____     Date:  February 13, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

        RE:  Student:  ████████████████
             D/O/B:    ████████████
             HOD(s):   April 7, 2005
                       September 17, 2004
                       March 23, 2004

             SA(s):

Dear Ms. Pierson;

     On April 20, 2005, I submitted my bill in the foregoing
matter.  My current hourly rate has now increased to $405.00.
Accordingly, the amount now due in this matter is as follows:

                                    @ $405.00
        April 7, 2005 HOD       43.25 Hours  $17516.25
        September 17, 2004 HOD  38.75 Hours  $15693.75
        March 23, 2004 HOD      93.25 Hours  $37766.25
                                    Costs    $138.00

     I request that we schedule a meeting on this and other bills
as soon as possible.  Please advise as to your availability.



                    Very truly yours,



                    Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


April 20, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student: █████████████████
          D/O/B:   ██████████████
          HOD(s):  April 7, 2005
                   September 17, 2004
                   March 23, 2004
          SA(s):

---

                              @ $390.00

     April 7, 2005 HOD      43.25 Hours  $16867.50

     September 17, 2004 HOD 38.75 Hours  $15112.50

     March 23, 2004 HOD     93.25 Hours  $36367.50

                              Costs   $138.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
March 23, 2004 HOD

| Date | Hours | Item |
|------|-------|------|
| 2-20-04 | .25 | Phone call with parent Re:  Need for representation |
| 2-20-04 | 1.25 | Opening file/computer disk |
| 2-20-04 | 1. | Phone call with parent Re:  Intake interview |
| 2-21-04 | .25 | Phone call with parent Re:  Schedule for conference |
| 2-21-04 | 1.25 | Drafting retainer agreement, authorization for release of medical records, authorization to sign request for mediation/hearing, authorization for release of school records, request for school records, request for SETS records, request for evaluation, letter to case manager, authorization for attorney's signature, authorization for payment of attorney's fees, notice re 1983 claims |
| 2-21-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 2-21-04 | .75 | Drafting hearing request |
| 2-21-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 2-21-04 | .75 | Drafting witness/document list |
| 2-21-04 | .5 | Document review to determine need and grounds for in limine motion |
| 2-21-04 | .25 | Drafting in limine motion |
| 2-21-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 2-21-04 | .25 | Drafting motion to bar or for other relief |
| 2-21-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 2-21-04 | .25 | Drafting request to compel DCPS personnel as witnesses |

**TIMESHEETS**

Student: ████████████████

D/O/B: ████████████████

March 23, 2004 HOD

| | | |
|---|---|---|
| 2-21-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 2-21-04 | .25 | Drafting stay-put demand |
| 2-21-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 2-21-04 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 2-21-04 | .25 | Phone call with parent Re: Scheduling conference |
| 2-21-04 | 1.5 | Conference with parent and child in parent home, and signing initial documents/ transit |
| 2-21-04 | .25 | Post-conference review of conference notes |
| 2-21-04 | .25 | Drafting letter to parent Re: Results of conference |
| 2-22-04 | .25 | Bi-weekly case status review |
| 2-24-04 | .25 | Phone call with parent Re: Request to clinic to eval |
| 2-27-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 2-27-04 | 1.75 | Assembling hearing notebook |
| 2-27-04 | 3. | Preparation for hearing |
| 3- 1-04 | .25 | Drafting letter to parent Re: Notice of hearing |
| 3- 7-04 | .25 | Bi-weekly case status review |
| 3-21-04 | .25 | Bi-weekly case status review |
| 3- 9-04 | 3.5 | Preparation for hearing |
| 3-11-04 | .25 | Phone call with parent Re: Issues for hearing |
| 3-12-04 | .25 | Phone call with parent Re: SEP meeting |
| 3-12-04 | .25 | Phone call with DCPS Valerie Green Re: Schedule for SEP |
| 3-12-04 | .25 | Reading/calendaring DCPS notice of SEP meeting |
| 3-12-04 | .25 | Drafting letter to parent Re: Notice of SEP meeting |
| 3-16-04 | 1.25 | Reading/analyzing DCPS docs |
| 3-16-04 | .75 | Reading/analyzing DCPS's 5 days disclosure with exhibits |

**TIMESHEETS**

```
Student: ████████████████████
  D/O/B: ████████████████████
        March 23, 2004 HOD
```

```
3-16-04    .25   Drafting letter to parent
                 Re:  Reminder notice of hearing
3-16-04    .5    Document review to determine need/basis
                 to supplement wit/doc list
3-16-04    .5    Drafting supplemental witness/document list
3-19-04    .25   Phone call with parent
                 Re:  Child's suspension
3-21-04    .25   Phone call with parent
                 Re:  Further problem with suspension
3-22-04   1.75   Preparation for hearing
3-22-04   2.     Research/drafting brief on Retention Rule
3-23-04   2.75   Hearing/transit/waiting
3-23-04    .25   Post-hearing review of hearing notes
3-23-04    .25   Drafting letter to parent
                 Re:  Results of hearing
3-23-04    .5    Reading/analyzing HOD
3-23-04    .25   Drafting letter to parent
                 Re:  Foregoing HOD
3-31-04   3.5    Law library research
3-31-04   2.     Reading/analyzing cases
4- 1-04   2.5    Drafting brief on Retention Rule
4- 3-04   4.     Law library research
4- 4-04   2.5    Drafting/revising brief
4- 4-04   2.     Reading/analyzing cases
4- 4-04    .25   Bi-weekly case status review
4- 5-04   6.5    Drafting/revising brief
4- 5-04    .25   Phone call with Office of Secretary of DC
                 Re:  Control Board records
4- 5-04   1.     Reading/analyzing cases
4- 6-04    .25   Phone calls (2) with Office of DC Archivist
                 Re:  Location of Control Board records
4- 6-04   1.5    Law library research
4- 6-04   1.     Reading/analyzing cases
4- 6-04   2.     Editing brief
4- 7-04   2.     Editing/revising brief
4- 8-04   2.5    Editing/revising brief
4- 9-04   3.     Research at DC Archives of Control Board
                 records
4- 9-04   4.     Editing/revising brief
4-10-04   1.     Library research
```

**TIMESHEETS**
Student:  ████████████████████
D/O/B:  ████████████████
March 23, 2004 HOD


| | | |
|---|---|---|
| 4-10-04 | 3. | Editing/revising brief |
| 4-11-04 | 3. | Editing/revising brief |
| 4-12-04 | .5 | Filing/serving brief |
| 4-13-04 | .5 | Reading/analyzing DCPS's brief on Retention Rule |
| 4-13-04 | .25 | Phone call with Ms. Ramjohn Re:  DCPS brief |
| 4-13-04 | .25 | Phone call with Stephanie Ramjohn Re:  Issues |
| 4-16-04 | 2. | Drafting reply brief |
| 4-19-04 | .25 | Bi-weekly case status review |
| 4-23-04 | .25 | Phone call with Ms. Ramjohn Re:   Reply brief |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5- 6-04 | .25 | Phone call with parent Re:  Status |
| 5-10-04 | .25 | Phone call with parent Re:  Status of HOD |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-17-04 | .5 | Reading/analyzing HOD for 3-23-03 hearing just received |
| 5-17-04 | .25 | Drafting letter to SHO Re:  Request to correct scriveners' error in HOD |
| 5-30-04 | .25 | Bi-weekly case status review |
| 6- 1-04 | .25 | Phone call with parent Re:  Status of HOD |
| 6- 1-04 | .25 | Phone call with parent Re:  Summer school |
| 6- 3-04 | .25 | Reading/analyzing corrected HOD |
| 6- 3-04 | .25 | Drafting letter to parent Re:  Foregoing HOD |
| 6-10-04 | .25 | Phone call with parent Re:  Summer school |
| 6-13-04 | .25 | Bi-weekly case status review |
| 6-27-04 | .25 | Bi-weekly case status review |
| 7-10-04 | .25 | Bi-weekly case status review |
| 7-15-04 | .25 | Phone calls (2) with parent Re:  Status |
| 7-19-04 | .25 | Phone call with parent Re:  Status |

**TIMESHEETS**

Student: ███████████
D/O/B: ███████████
March 23, 2004 HOD


| | | |
|---|---|---|
| 7-24-04 | .25 | Bi-weekly case status review |
| 7-29-04 | .25 | Phone call with parent |
| | | Re:  Social worker interview |
| 8- 5-04 | 1.25 | Reading/analyzing 7-13-04 psycho-ed, |
| | | speech/language, and social history |
| 8- 5-04 | .25 | Drafting letter to parent |
| | | Re:  Foregoing |
| 8- 8-04 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
September 17, 2004 HOD

| | | |
|---|---|---|
| 8-10-04 | .25 | Phone call with parent<br>Re:  Status |
| 8-13-04 | .5 | Document review to determine need and<br>grounds for filing hearing request |
| 8-13-04 | .75 | Drafting hearing request |
| 8-13-04 | .5 | Document review to determine witnesses<br>and select documents for witness/document<br>list |
| 8-13-04 | .75 | Drafting witness/document list |
| 8-13-04 | .5 | Document review to determine need and grounds<br>for in limine motion |
| 8-13-04 | .25 | Drafting in limine motion |
| 8-13-04 | .5 | Document review to determine need and grounds<br>for motion to bar or for other relief |
| 8-13-04 | .25 | Drafting motion to bar or for other relief |
| 8-13-04 | .5 | Document review to determine need and grounds<br>for filing motion to compel DCPS personnel as<br>witnesses |
| 8-13-04 | .25 | Drafting request to compel DCPS personnel as<br>witnesses |
| 8-13-04 | .5 | Document review to determine need and grounds<br>for filing stay-put demand |
| 8-13-04 | .25 | Drafting stay-put demand |
| 8-13-04 | .25 | Completing DCPS Student Hearing Office<br>hearing/mediation form |
| 8-13-04 | .25 | Drafting letter to SHO<br>Re:  Scheduling hearing |
| 8-18-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 8-18-04 | 1.75 | Assembling hearing notebook |
| 8-18-04 | 3. | Preparation for hearing |
| 8-19-04 | .25 | Drafting letter to parent<br>Re:  Notice of hearing |
| 8-22-04 | .25 | Phone call with parent<br>Re:  DCPS plan to convene meeting |
| 8-22-04 | .25 | Bi-weekly case status review |
| 9- 2-04 | .25 | Phone call with Ms. V. Green at Ryland<br>Highlands<br>Re:  Setting meeting date |
| 9- 2-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |

**TIMESHEETS**

Student:  ███████████████
D/O/B:    ███████████████
September 17, 2004 HOD


```
9- 3-04    .25   Phone call with parent
                 Re:  Confirming meeting date
9- 3-04    .25   Drafting letter to parent
                 Re:  Notice of meeting
9- 5-04    3.5   Preparation for hearing
9- 5-04    .25   Bi-weekly case status review
9-10-05    .5    Document review to determine need/basis
                 to supplement wit/doc list
9-10-05    .25   Drafting letter to parent
                 Re:  Reminder notice of hearing
9-10-05    .25   Reading/analyzing DCPS's 5 days disclosure
9-13-04    .25   Phone call with parent
                 Re:  Hearing issues
9-14-04    .25   Phone call with Ms. V. Green
                 Re:  Canceling IEP meeting
9-14-04    .25   Drafting letter to parent
                 Re:  Notice of cancellation of IEP meeting
9-16-04    .5    Document review to determine need and/or basis
                 for/to send to High Road for intake
9-16-04    .25   Drafting fax to High Road
                 Re:  Foregoing document(s)
9-16-04    1.75  Preparation for hearing
9-17-04    1.75  Hearing/transit/waiting
9-17-04    .25   Post-hearing review of hearing notes
9-17-04    .25   Drafting letter to parent
                 Re:  Results of hearing
9-17-04    .25   Phone call with Michelle Young at High Road
                 Re:  Possible placement
9-19-04    .25   Bi-weekly case status review
9-20-04    .25   Reading/calendaring DCPS notice of IEP meeting
9-20-04    .25   Drafting letter to parent
                 Re:  Notice of meeting/hearing
9-27-04    .25   Phone call with Ms. Green at Randle Highlands
                 Re:  Rescheduled meeting
9-27-04    .25   Phone call with parent
                 Re:  Rescheduled meeting
9-29-04    .25   Drafting letter to parent
                 Re:  Notice of rescheduled meeting
9-29-04    .75   Reading/analyzing 9-17-04 HOD
```

**TIMESHEETS**

Student: ██████████████
D/O/B: ██████████████
September 17, 2004 HOD

| | | |
|---|---|---|
| 9-30-04 | .25 | Drafting letter to parent<br>Re:  Foregoing HOD |
| 10- 3-04 | .25 | Bi-weekly case status review |
| 10-11-04 | .25 | Phone call with parent<br>Re:  Issues for IEP meeting |
| 10-11-04 | .75 | Assembling meeting notebook |
| 10-11-04 | .75 | Preparation for meeting |
| 10-12-04 | 3.75 | BLMDT/IEP meeting/transit/waiting |
| 10-12-04 | .5 | Post-meeting review of meeting notes |
| 10-12-04 | .5 | Drafting letter to parent<br>Re:  Results of meeting |
| 10-12-04 | .75 | Reading/analyzing evals received at meeting |
| 10-12-04 | .75 | Reading/analyzing new IEP/BLMDTNotes |
| 10-17-04 | .25 | Bi-weekly case status review |
| 10-29-04 | .25 | Phone call with parent<br>Re:  Physical abuse of child by teacher |
| 10-31-04 | .25 | Bi-weekly case status review |
| 11- 4-04 | .25 | Phone call with High Road<br>Re:  Arranging intake |
| 11-13-04 | .5 | Reading/analyzing medical report on<br>asthmatic condition |
| 11-14-04 | .25 | Bi-weekly case status review |
| 11-16-04 | .25 | Drafting letter to Ms. Green<br>Re:  Foregoing document(s) |
| 11-20-04 | .25 | Phone call with High Road<br>Re:  Effort to arrange intake with parent |
| 11-20-04 | .25 | Phone call with parent<br>Re:  Docs sent to DCPS |
| 11-22-04 | .25 | Phone call with Ms. Green at Randle Highland<br>Re:  DCPS refusal to provide special ed<br>services due to parent non-approval of IEP |
| 11-28-04 | .25 | Bi-weekly case status review |
| 12- 3-04 | .25 | Reading/analyzing High Road fax<br>Re:  Effort to do intake |
| 12- 2-04 | .25 | Phone call with parent<br>Re:  Status |
| 12- 6-04 | .25 | Phone call with High Road<br>Re:  Continued effort to do intake |
| 12-12-04 | .25 | Bi-weekly case status review |
| 12-26-04 | .25 | Bi-weekly case status review |
| 1- 9-05 | .25 | Bi-weekly case status review |

**TIMESHEETS**

Student: ███████████████████
D/O/B: ███████████████████

April 7, 2005 HOD

| | | |
|---|---|---|
| 1-13-05 | .25 | Phone call with parent<br>Re:  DCPS delay |
| 1-16-05 | .25 | Phone call with parent<br>Re:  Effort to resolve |
| 1-23-05 | .25 | Bi-weekly case status review |
| 1-26-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 1-26-05 | .75 | Drafting hearing request |
| 1-26-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 1-26-05 | .75 | Drafting witness/document list |
| 1-26-05 | .5 | Document review to determine need and grounds for in limine motion |
| 1-26-05 | .25 | Drafting in limine motion |
| 1-26-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 1-26-05 | .25 | Drafting motion to bar or for other relief |
| 1-26-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 1-26-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 1-26-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 1-26-05 | .25 | Drafting letter to SHO<br>Re:  Scheduling hearing |
| 1-26-05 | .25 | Phone call with parent<br>Re:  Need to file hearing request |
| 2- 1-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 2- 1-05 | .25 | Drafting letter to parent<br>Re:  Notice of hearing |
| 2- 1-05 | 1.75 | Assembling hearing notebook |
| 2- 1-05 | 3. | Preparation for hearing |
| 2- 6-05 | .25 | Reading/calendaring Randle Highlands letter of invitation |
| 2- 6-05 | .25 | Phone call with parent<br>Re:  Date for IEP |
| 2- 6-05 | .25 | Bi-weekly case status review |
| 2- 8-05 | .25 | Phone call with Ms. Green<br>Re:  IEP meeting date |

**TIMESHEETS**

Student: ██████████████████
D/O/B: ██████████████████
April 7, 2005 HOD

```
2- 8-05     .25   Reading/calendaring DCPS notice of IEP meeting
2- 8-05     .25   Drafting letter to parent
                  Re:  Notice of meeting/hearing
2-16-05     .25   Phone call with parent
                  Re:  Issues for IEP meeting
2-16-05     .75   Assembling meeting notebook
2-16-05     .75   Preparation for meeting
2-17-05    2.75   BLMDT/IEP meeting/transit/waiting
2-17-05     .5    Post-meeting review of meeting notes
2-17-05     .5    Drafting letter to parent
                  Re:  Results of meeting
2-17-05     .5    Reading/analyzing new MDTNotes
2-17-05     .5    Document review to determine need and
                  grounds for filing amended hearing request
2-17-05     .75   Drafting hearing request
2-17-05     .5    Document review to determine witnesses
                  and select documents for amended
                  witness/document list
2-17-05     .75   Drafting amended witness/document list
2-21-05     .25   Bi-weekly case status review
2-22-05     .25   Reading/analyzing Nurse Hines addition to
                  MDT meeting notes
2-22-05     .25   Drafting letter to parent
                  Re:  Foregoing document(s)
2-23-05     .5    Document review to determine need/basis
                  to supplement wit/doc list
2-23-05     .75   Drafting supplemental witness/document list
2-23-05     .25   Phone call with David Clark at High Road
                  Re:  Effort to do intake
2-23-05     .5    Reading/analyzing DCPS's 5 days disclosure
                  with exhibits
2-24-05     .25   Drafting fax to High Road
                  Re:  IEP
2-24-05    3.5    Preparation for hearing
2-28-05     .25   Phone call with DCPS attorney
                  Re:  Possible need for continuance
3- 1-05     .25   Phone call with DCPS attorney
                  Re:  Need for continuance
3- 1-05     .25   Phone call with parent
                  Re:  Continuance
```

**TIMESHEETS**

Student:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
D/O/B:  ▮▮▮▮▮▮▮▮▮▮▮▮▮
April 7, 2005 HOD

| | | |
|---|---|---|
| 3- 1-05 | .25 | Phone call with David Clark<br>Re:  Continuance |
| 3- 1-05 | .25 | Reading/analyzing DCPS letter to SHO<br>Re:  Request for continuance |
| 3- 3-05 | .25 | Reading/calendaring SHO notice of<br>continued hearing date notice |
| 3- 3-05 | .25 | Drafting letter to parent<br>Re:  Notice of continued hearing date |
| 3- 3-05 | .25 | Reading/analyzing IHOD granting continuance |
| 3- 3-05 | .25 | Drafting letter to parent<br>Re:  Foregoing IHOD |
| 3- 3-05 | .25 | Phone call with parent<br>Re:  High Road intake |
| 3- 6-05 | .25 | Bi-weekly case status review |
| 3-20-05 | .25 | Bi-weekly case status review |
| 3-31-05 | .5 | Document review to determine need/basis<br>to further supplement wit/doc list |
| 3-31-05 | .5 | Drafting second supplemental witness/document<br>list |
| 3-31-05 | .25 | Reading/analyzing DCPS's 5 days disclosure<br>with exhibits |
| 3-31-05 | .25 | Drafting letter to parent<br>Re:  Reminder notice of hearing |
| 4- 3-05 | .25 | Bi-weekly case status review |
| 4- 4-05 | .25 | Phone call with David Clark<br>Re:  Upcoming hearing |
| 4- 5-05 | .25 | Phone call with David Clark<br>Re:  Issues for hearing |
| 4- 6-05 | .25 | Phone call with parent<br>Re:  Issues for hearing |
| 4- 6-05 | 1.75 | Preparation for hearing |
| 4- 7-05 | .25 | Phone call with David Clark<br>Re:  Further prep for upcoming hearing |
| 4- 7-05 | 3.75 | Hearing/transit/waiting |
| 4- 7-05 | .25 | Post-hearing review of hearing notes |
| 4- 7-05 | .25 | Drafting letter to parent<br>Re:  Results of hearing |
| 4- 7-05 | .25 | Phone call with David Clark at High Road<br>Re:  Results of hearing |

**TIMESHEETS**

Student: ██████████████████
D/O/B: ██████████████
April 7, 2005 HOD

| | | |
|---|---|---|
| 4- 8-05 | .25 | Phone call with parent<br>Re:  Completion of IE clinical and<br>request for asthma treatment plan<br>from Dr. Castro |
| 4-17-05 | .25 | Bi-weekly case status review |
| 4-19-05 | .75 | Reading/analyzing HOD |
| 4-19-05 | .5 | Drafting letter to parent<br>Re:  Foregoing HOD |
| 4-20-05 | 1.5 | Assembling timesheets and bill |

**TIMESHEETS**

Student: 
D/O/B:

<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2-21-04 | $  3.00 | Mileage to parent's home for conference and signing initial documents |
| 2-21-04 | 6.00 | Postage for initial documents |
| 2-21-04 | 15.00 | Copying initial documents |
| 3-31-04 | 25.00 | Copies of cases at law library |
| 4- 3-04 | 10.00 | Copies of cases at law library |
| 4- 6-04 | 10.00 | Copies of cases at law library |
| 10-12-04 | 3.00 | Mileage to Randle Highlands for IEP |
| 2-17-05 | 3.00 | Mileage to Randle Highlands for IEP |
| 4- 7-05 | 3.00 | Mileage to SHO for hearing |
| 4- 7-05 | 15.00 | Parking at SHO for hearing |
| 2004-2005 | 30.00 | Copying (miscellaneous) |
| 2004-2005 | 15.00 | Postage (miscellaneous) |

Total:  $138.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ██████████
    D.C. Bar No.:          338392

2. **Student Information**

    RE: Student:
        D/O/B:
        SSN:
        Parent:            Ms. Janet Anita Graves
        Address:           1525 28th Street, S.E.
                           Apartment No. 202
                           Washington, D.C. 20020
        Phone No.:         (202) 686-5271 (work)
                           (202) 581-4466 (home)
                           (202) 285-1617 (cell)
        Current Placement:     Randle Highlands Elementary
        Neighborhood School:   Randle Highlands Elementary
        Current Grade:         3rd (9-04)
        Retention(s):          1st (6-02)
        Eval Requested:        June 2003 (by DCPS)
        Consent to Test:       March 16, 2004
        IEP:                   October 12, 2004
        MDT:                   February 17, 2005
        NOPP:                  October 12, 2004 (rejected)
        Disability:            LD
        Program Level:         49%
        DCPS Attorney:         Ms. Chapman
        Prior Hearing(s):      April 7, 2005
                               September 17, 2004
                               March 23, 2004
        SA(s):

3. **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  April 20, 2005
    Date Services Rendered:  2-20-04 to 4-19-05
    Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____      Date:  April 20, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


February 1, 2006


<u>SECOND CORRECTED STATEMENT CORRECTING JANUARY 25, 2006 STATEMENT
SUPPLEMENTING APRIL 20, 2005 STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:    ███████████████████
          D/O/B:      ███████████████
          HOD(s):     April 7, 2005
                      September 17, 2004
                      March 23, 2004

---

                                  @ $405.00

     April 7, 2005    HOD   45.75 Hours  $18528.75

                                Costs   $ 33.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ███████████████

D/O/B: ███████████████

HOD(s): April 7, 2005

| Date | Hours | Item |
|------|-------|------|
| 4-18-05 | .25 | Phone call with parent<br>Re: Status |
| 5- 1-05 | .25 | Bi-weekly case status review |
| 5- 5-05 | .25 | Reading/analyzing parent's completed health form for child |
| 5- 5-05 | .25 | Drafting letter to Ms. Green<br>Re: Foregoing |
| 5-15-05 | .25 | Bi-weekly case status review |
| 5-18-05 | .25 | Phone call with parent<br>Re: Status |
| 5-29-05 | .25 | Bi-weekly case status review |
| 6-12-05 | .25 | Bi-weekly case status review |
| 6-14-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Independent eval |
| 6-26-05 | .25 | Bi-weekly case status review |
| 7-10-05 | .25 | Bi-weekly case status review |
| 7-11-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Independent eval |
| 7-14-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Independent eval |
| 7-15-05 | .25 | Phone call with parent<br>Re: Independent eval |
| 7-18-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Independent eval |
| 7-19-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Independent eval |
| 7-24-05 | .25 | Bi-weekly case status review |
| 8- 2-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Independent eval |
| 8- 5-05 | .25 | Drafting letter to parent<br>Re: Foregoing |
| 8- 5-05 | .25 | Drafting letter to Ms. Green |
| 8- 5-05 | .75 | Reading/analyzing 7-23-05 clinical psychological |
| 8- 5-05 | .25 | Drafting letter to parent<br>Re: Foregoing |
| 8- 5-05 | .25 | Drafting letter to Valerie Green and Judy Smith<br>Re: Foregoing |

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
HOD(s):  April 7, 2005


| Date | Hours | Description |
|---|---|---|
| 8- 7-05 | .25 | Bi-weekly case status review |
| 8- 9-05 | .25 | Phone call with parent<br>Re:  Independent eval |
| 8-21-05 | .25 | Bi-weekly case status review |
| 8-22-05 | .25 | Phone call with parent<br>Re:  Status |
| 8-22-05 | .25 | Drafting letter to Ms. Green<br>Re:  Request for MDT/IEP meeting |
| 8-30-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 9- 1-05 | .25 | Phone call with parent<br>Re:  Notice of MDT/IEP meeting |
| 9- 1-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 9- 1-05 | .25 | Drafting fax to Valerie Green<br>Re:  Acceptance of IEP meeting date |
| 9- 2-05 | .25 | Drafting fax to High Road<br>Re:  Notice of IEP meeting |
| 9- 2-05 | .25 | Phone call with Ms. Young at High Road<br>Re:  Schedule for IEP meeting |
| 9- 4-05 | .25 | Bi-weekly case status review |
| 9- 9-05 | .25 | Phone call with David Clark at High Road<br>Re:  IEP meeting |
| 9-11-05 | .75 | Assembling meeting notebook |
| 9-11-05 | .75 | Preparation for meeting |
| 9-11-05 | .25 | Phone call with parent<br>Re:  Issues/Logistics for IEP meeting |
| 9-12-05 | 1.75 | MDT/IEP meeting/transit/waiting |
| 9-12-05 | .25 | Post-meeting review of meeting notes |
| 9-12-05 | .25 | Drafting letter to parent<br>Re:  Results of meeting |
| 9-12-05 | .25 | Reading/analyzing MDT Notes |
| 9-25-05 | .25 | Phone call with Ms. Green<br>Re:  Need for Dr. Olarinde's report |
| 9-25-05 | .25 | Phone calls (3) with DC Tutors for Kids<br>Re:  Dr. Olarinde report |
| 9-18-05 | .25 | Bi-weekly case status review |
| 10- 2-05 | .25 | Bi-weekly case status review |
| 10- 2-05 | .25 | Phone call with parent's daughter<br>Re:  Schedule for IEP meeting |
| 10- 2-05 | .25 | Phone call with parent<br>Re:  Schedule for IEP meeting |

**TIMESHEETS**

```
Student:
D/O/B:
HOD(s):  April 7, 2005
```

```
10- 3-05    .25   Phone call with parent
                  Re:  Delay of IEP meeting
10- 3-05    .25   Phone call with Ms. Green
                  Re:  Postponement of meeting
10- 3-05    .25   Phone call with High Road
                  Re:  Postponement of meeting
10- 3-05    .25   Phone call with parent
                  Re:  Postponement of meeting
10- 3-05    .25   Drafting letter to parent
                  Re:  Foregoing
10-12-05    .25   Phone calls (2) with DC Tutors for Kids
                  Re:  Need for independent evaluation
10-13-05    .25   Phone call with DC Tutors for Kids
                  Re:  Completion date for independent evaluation
10-13-05    .25   Phone call with Ms. Valerie Green
                  Re:  Status of independent evaluation
10-16-05    .25   Bi-weekly case status review
10-17-05    .5    Reading/analyzing 10-14-05 addendum
                  to clinical
10-17-05    .25   Drafting letter to parent
                  Re:  Foregoing document(s)
10-17-05    .25   Drafting letter to Ms. Green
                  Re:  Foregoing document(s)
10-19-05    .25   Drafting fax to Ms. Green
                  Re:  Addendum
10-24-05    .25   Phone call with Ms. Green
                  Re:  Independent eval
10-24-05    .25   Phone call with parent
                  Re:  Child not receiving special ed
10-25-05    .25   Drafting fax to High Road
                  Re:  IEP meeting
10-26-05    .25   Reading/calendaring DCPS notice of IEP meeting
10-26-05    .25   Phone call with parent
                  Re:  IEP meeting
10-27-05    .25   Phone call with parent
                  Re:  IEP meeting
10-30-05    .25   Bi-weekly case status review
11- 2-05    .25   Phone call with parent
                  Re:  Status of IEP meeting
11- 4-05    .25   Drafting letter to parent
                  Re:  Notice of meeting/hearing
11- 7-05    .25   Drafting fax to High Road
                  Re:  Addendum
11- 7-05    .75   Assembling meeting notebook
11- 7-05    .75   Preparation for meeting
11- 8-05    .25   Reading/analyzing corrected addendum
```

**TIMESHEETS**

Student: ███████████
D/O/B: ███████████
HOD(s):  April 7, 2005

| | | |
|---|---|---|
| 11- 7-05 | .25 | Phone call with DC Tutors for Kids Re:  Corrected addendum |
| 11- 7-05 | .25 | Phone call with Dr. Olarinde Re:  Corrected addendum |
| 11- 8-05 | .25 | Phone call with Dr. Olarinde Re:  Further discussion of corrected addendum |
| 11- 8-05 | 1. | MDT/IEP meeting/waiting/transit (meeting concluded without proceeding due to absence of necessary DCPS witness |
| 11- 8-05 | .25 | Post-meeting review of meeting notes |
| 11- 8-05 | .25 | Drafting letter to parent Re:  Results of meeting |
| 11- 8-05 | .25 | Phone call with Ms. Green Re:  New meeting date |
| 11- 8-05 | .25 | Drafting letter to Judy Smith Re:  Independent eval |
| 11- 8-05 | .25 | Reading/calendaring DCPS notice of reconvened IEP meeting |
| 11-13-05 | .25 | Bi-weekly case status review |
| 11-14-05 | .25 | Drafting letter to parent Re:  Notice of meeting |
| 11-14-05 | .25 | Drafting fax to High Road Re:  Notice of meeting |
| 11-14-05 | .25 | Drafting fax to Dr. Olarinde Re:  Notice of meeting |
| 11-15-05 | .25 | Phone call with parent Re:  Child acting out |
| 11-20-05 | .25 | Phone call with A. Reed, tutor Re:  Notice of meeting |
| 11-27-05 | .25 | Bi-weekly case status review |
| 11-30-05 | .25 | Phone call with Ms. Green Re:  IEP meetings |
| 12- 2-05 | .25 | Reading/analyzing 11- 8-05 MDT notes |
| 12- 2-05 | .25 | Drafting letter to parent Re:  Foregoing document(s) |
| 12- 3-05 | .25 | Phone call with parent Re:  Issues for IEP meeting |
| 12- 4-05 | .75 | Assembling meeting notebook |
| 12- 4-05 | .75 | Preparation for meeting |
| 12- 5-05 | 5. | BLMDT/IEP meeting/transit/waiting |
| 12- 5-05 | .25 | Post-meeting review of meeting notes |

**TIMESHEETS**

Student:
D/O/B:
HOD(s):  April 7, 2005

```
12- 5-05    .25   Drafting letter to parent
                  Re:  Results of meeting
12- 5-05    .75   Reading/analyzing 12- 5-05 IEP/BLMDTNotes
12- 8-05   1.5    Reading/analyzing DCPS addendum to
                  MDT notes, initial placement, PNOP
                  and proposed comp ed plan
12- 8-05    .25   Drafting fax to Ms. Green
                  Re:  Foregoing document(s)
12- 9-05    .25   Reading/analyzing DCPS 12- 9-05 comp ed
                  plan
12- 9-05    .25   Drafting letter to parent
                  Re:  Foregoing document(s)
12- 9-05    .25   Drafting letter to parent
                  Re:  Approval of comp ed plan
12-11-05    .25   Bi-weekly case status review
12-12-05    .25   Reading/analyzing DCPS second amendment
                  to MDT notes
12-13-05    .25   Reading/analyzing DCPS 12-13-05 letter
                  Re:  Status of placement
12-15-05    .25   Reading/analyzing completed comp ed plan
12-15-05    .25   Drafting letter to Ms. Green
                  Re:  Completed comp ed plan
12-15-05    .25   Drafting letter to parent
                  Re:  DCPS amendment of MDT notes
12-15-05    .25   Drafting letter to Ms. Green
                  Re:  Comp ed plan
12-15-05    .25   Phone call with parent
                  Re:  Comp ed plan and placement
12-16-05    .25   Drafting letter to Ms. Green
                  Re:  Placement
12-16-05    .25   Drafting letter to Judy Smith
                  Re:  Placement
12-19-05    .25   Reading/analyzing DCPS 12-19-05 letter
                  Re:  Placement
12-20-05    .25   Drafting letter to Judy Smith
                  Re:  Foregoing DCPS letter
12-20-05    .25   Drafting letter to parent
                  Re:  Foregoing letters
12-23-05    .25   Bi-weekly case status review
```

**TIMESHEETS**

Student:  ████████████████
D/O/B:   ████████████████
HOD(s):  April 7, 2005

| | | |
|---|---|---|
| 12-29-05 | .25 | Phone call with parent<br>Re:  Proposed Prospect placement |
| 1- 8-06 | .25 | Bi-weekly case status review |
| 1-11-06 | .25 | Phone call with Judy Smith<br>Re:  Placement |
| 1-11-06 | .25 | Phone call with parent<br>Re:  Placement |
| 1-22-06 | .25 | Bi-weekly case status review |
| 1-24-06 | .25 | Phone call with Judy Smith<br>Re:  Placement |
| 1-25-06 | .25 | Phone call with parent<br>Re:  Parent's agreement to place at Prospect<br>with child already attending there |
| 1-25-06 | .25 | Phone call with High Road<br>Re:  Parent's decision to place at Prospect |
| 1-25-06 | .25 | Drafting letter to parent<br>Re:  Placement at Prospect, status of comp ed<br>and conclusion of case |
| 1-25-05 | 1. | Assembling timesheets and bill |

**TIMESHEETS**

```
Student:  ██████████████████
 D/O/B:  ██████████████████
HOD(s):  April 7, 2005
```

<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 12- 5-05 | $  3.00 | Mileage to Ryland Highlands Elementary School for BLMDT/IEP meeting |
| 2005-2006 | 20.00 | Copying (miscellaneous) |
| 2005-2006 | 10.00 | Postage (miscellaneous) |

Total:  $ 33.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ██████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:
         D/O/B:
         SSN:
         Parent:           Ms. Janet Anita Graves
         Address:          1525 28th Street, S.E.
                           Apartment No. 202
                           Washington, D.C. 20020
         Phone No.:        (202) 686-5271 (work)
                           (202) 581-4466 (home)
                           (202) 285-1617 (cell)
         Current Placement:    Prospect Learning Center
         Neighborhood School:  Randle Highlands Elementary
         Current Grade:        4th (9-05)
         Retention(s):         1st (6-02)
         Eval Requested:       June 2003 (by DCPS)
         Consent to Test:      March 16, 2004
         IEP:                  December 5, 2005
         NOPP:                 December 6, 2005
         Disability:           LD
         Program Level:        100%
         DCPS Attorney:
         Prior Hearing(s):     April 7, 2005
                               September 17, 2004
                               March 23, 2004

         SA(s):

3.  **Invoice Information**

         Invoice Number:          No number assigned
         Date Request Submitted:  February 1, 2006 (second
                                  correction)
         Date Services Rendered:  April 18, 2005 to
                                  January 25, 2006
         Amount of Payment Request:  $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  February 1, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


January 26, 2006


<u>CORRECTED STATEMENT CORRECTING JANUARY 25, 2006 STATEMENT</u>
<u>SUPPLEMENTING APRIL 20, 2005 STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:   █████████████████████
          D/O/B:     █████████████████
          HOD(s):    April 7, 2005
                     September 17, 2004
                     March 23, 2004

---

                                    @ $405.00

     April 7, 2005    HOD   45.5  Hours  $18427.50

                                    Costs  $ 33.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

## TIMESHEETS

Student: ███████████
D/O/B: ███████████
HOD(s):  April 7, 2005

| Date | Hours | Item |
|------|-------|------|
| 4-18-05 | .25 | Phone call with parent<br>Re:  Status |
| 5- 1-05 | .25 | Bi-weekly case status review |
| 5- 5-05 | .25 | Reading/analyzing parent's completed health form for child |
| 5- 5-05 | .25 | Drafting letter to Ms. Green<br>Re:  Foregoing |
| 5-15-05 | .25 | Bi-weekly case status review |
| 5-18-05 | .25 | Phone call with parent<br>Re:  Status |
| 5-29-05 | .25 | Bi-weekly case status review |
| 6-12-05 | .25 | Bi-weekly case status review |
| 6-14-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 6-26-05 | .25 | Bi-weekly case status review |
| 7-10-05 | .25 | Bi-weekly case status review |
| 7-11-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-14-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-15-05 | .25 | Phone call with parent<br>Re:  Independent eval |
| 7-18-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-19-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-24-05 | .25 | Bi-weekly case status review |
| 8- 2-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 8- 5-05 | .25 | Drafting letter to parent<br>Re:  Foregoing |
| 8- 5-05 | .25 | Drafting letter to Ms. Green |
| 8- 5-05 | .75 | Reading/analyzing 7-23-05 clinical psychological |
| 8- 5-05 | .25 | Drafting letter to parent<br>Re:  Foregoing |
| 8- 5-05 | .25 | Drafting letter to Valerie Green and Judy Smith<br>Re:  Foregoing |

**TIMESHEETS**

Student:  ▉▉▉▉▉▉▉▉▉▉▉▉
D/O/B:  ▉▉▉▉▉▉▉▉▉▉▉▉
HOD(s):  April 7, 2005


```
8- 7-05     .25    Bi-weekly case status review
8- 9-05     .25    Phone call with parent
                   Re:   Independent eval
8-21-05     .25    Bi-weekly case status review
8-22-05     .25    Phone call with parent
                   Re:   Status
8-22-05     .25    Drafting letter to Ms. Green
                   Re:   Request for MDT/IEP meeting
8-30-05     .25    Reading/calendaring DCPS notice of IEP meeting
9- 1-05     .25    Phone call with parent
                   Re:   Notice of MDT/IEP meeting
9- 1-05     .25    Drafting letter to parent
                   Re:   Notice of meeting/hearing
9- 1-05     .25    Drafting fax to Valerie Green
                   Re:   Acceptance of IEP meeting date
9- 2-05     .25    Drafting fax to High Road
                   Re:   Notice of IEP meeting
9- 2-05     .25    Phone call with Ms. Young at High Road
                   Re:   Schedule for IEP meeting
9- 4-05     .25    Bi-weekly case status review
9- 9-05     .25    Phone call with David Clark at High Road
                   Re:   IEP meeting
9-11-05     .75    Assembling meeting notebook
9-11-05     .75    Preparation for meeting
9-11-05     .25    Phone call with parent
                   Re:   Issues/Logistics for IEP meeting
9-12-05    1.75    MDT/IEP meeting/transit/waiting
9-12-05     .25    Post-meeting review of meeting notes
9-12-05     .25    Drafting letter to parent
                   Re:   Results of meeting
9-12-05     .25    Reading/analyzing MDT Notes
9-25-05     .25    Phone call with Ms. Green
                   Re:   Need for Dr. Olarinde's report
9-25-05     .25    Phone calls (3) with DC Tutors for Kids
                   Re:   Dr. Olarinde report
9-18-05     .25    Bi-weekly case status review
10- 2-05    .25    Bi-weekly case status review
10- 2-05    .25    Phone call with parent's daughter
                   Re:   Schedule for IEP meeting
10- 2-05    .25    Phone call with parent
                   Re:   Schedule for IEP meeting
```

**TIMESHEETS**

Student:
D/O/B:
HOD(s):  April 7, 2005

| | | |
|---|---|---|
| 10- 3-05 | .25 | Phone call with parent<br>Re:  Delay of IEP meeting |
| 10- 3-05 | .25 | Phone call with Ms. Green<br>Re:  Postponement of meeting |
| 10- 3-05 | .25 | Phone call with High Road<br>Re:  Postponement of meeting |
| 10- 3-05 | .25 | Phone call with parent<br>Re:  Postponement of meeting |
| 10- 3-05 | .25 | Drafting letter to parent<br>Re:  Foregoing |
| 10-12-05 | .25 | Phone calls (2) with DC Tutors for Kids<br>Re:  Need for independent evaluation |
| 10-13-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Completion date for independent evaluation |
| 10-13-05 | .25 | Phone call with Ms. Valerie Green<br>Re:  Status of independent evaluation |
| 10-16-05 | .25 | Bi-weekly case status review |
| 10-17-05 | .5 | Reading/analyzing 10-14-05 addendum<br>to clinical |
| 10-17-05 | .25 | Drafting letter to parent<br>Re:  Foregoing document(s) |
| 10-17-05 | .25 | Drafting letter to Ms. Green<br>Re:  Foregoing document(s) |
| 10-19-05 | .25 | Drafting fax to Ms. Green<br>Re:  Addendum |
| 10-24-05 | .25 | Phone call with Ms. Green<br>Re:  Independent eval |
| 10-24-05 | .25 | Phone call with parent<br>Re:  Child not receiving special ed |
| 10-25-05 | .25 | Drafting fax to High Road<br>Re:  IEP meeting |
| 10-26-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 10-26-05 | .25 | Phone call with parent<br>Re:  IEP meeting |
| 10-27-05 | .25 | Phone call with parent<br>Re:  IEP meeting |
| 10-30-05 | .25 | Bi-weekly case status review |
| 11- 2-05 | .25 | Phone call with parent<br>Re:  Status of IEP meeting |
| 11- 4-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 11- 7-05 | .25 | Drafting fax to High Road<br>Re:  Addendum |
| 11- 7-05 | .75 | Assembling meeting notebook |
| 11- 7-05 | .75 | Preparation for meeting |
| 11- 8-05 | .25 | Reading/analyzing corrected addendum |

**TIMESHEETS**

```
          Student: ████████████████
          D/O/B:   ████████████████
          HOD(s):  April 7, 2005
```

| Date | Hours | Description |
|---|---|---|
| 11- 7-05 | .25 | Phone call with DC Tutors for Kids<br>Re: Corrected addendum |
| 11- 7-05 | .25 | Phone call with Dr. Olarinde<br>Re: Corrected addendum |
| 11- 8-05 | .25 | Phone call with Dr. Olarinde<br>Re: Further discussion of corrected addendum |
| 11- 8-05 | 1. | MDT/IEP meeting/waiting/transit (meeting concluded without proceeding due to absence of necessary DCPS witness |
| 11- 8-05 | .25 | Post-meeting review of meeting notes |
| 11- 8-05 | .25 | Drafting letter to parent<br>Re: Results of meeting |
| 11- 8-05 | .25 | Phone call with Ms. Green<br>Re: New meeting date |
| 11- 8-05 | .25 | Drafting letter to Judy Smith<br>Re: Independent eval |
| 11- 8-05 | .25 | Reading/calendaring DCPS notice of reconvened IEP meeting |
| 11-13-05 | .25 | Bi-weekly case status review |
| 11-14-05 | .25 | Drafting letter to parent<br>Re: Notice of meeting |
| 11-14-05 | .25 | Drafting fax to High Road<br>Re: Notice of meeting |
| 11-14-05 | .25 | Drafting fax to Dr. Olarinde<br>Re: Notice of meeting |
| 11-15-05 | .25 | Phone call with parent<br>Re: Child acting out |
| 11-20-05 | .25 | Phone call with A. Reed, tutor<br>Re: Notice of meeting |
| 11-27-05 | .25 | Bi-weekly case status review |
| 11-30-05 | .25 | Phone call with Ms. Green<br>Re: IEP meetings |
| 12- 2-05 | .25 | Reading/analyzing 11- 8-05 MDT notes |
| 12- 2-05 | .25 | Drafting letter to parent<br>Re: Foregoing document(s) |
| 12- 3-05 | .25 | Phone call with parent<br>Re: Issues for IEP meeting |
| 12- 4-05 | .75 | Assembling meeting notebook |
| 12- 4-05 | .75 | Preparation for meeting |
| 12- 5-05 | 5. | BLMDT/IEP meeting/transit/waiting |
| 12- 5-05 | .25 | Post-meeting review of meeting notes |

**TIMESHEETS**

Student:
D/O/B:
HOD(s):  April 7, 2005

```
12- 5-05      .25   Drafting letter to parent
                    Re:  Results of meeting
12- 5-05      .75   Reading/analyzing 12- 5-05 IEP/BLMDTNotes
12- 8-05     1.5    Reading/analyzing DCPS addendum to
                    MDT notes, initial placement, PNOP
                    and proposed comp ed plan
12- 8-05      .25   Drafting fax to Ms. Green
                    Re:  Foregoing document(s)
12- 9-05      .25   Reading/analyzing DCPS 12- 9-05 comp ed
                    plan
12- 9-05      .25   Drafting letter to parent
                    Re:  Foregoing document(s)
12- 9-05      .25   Drafting letter to parent
                    Re:  Approval of comp ed plan
12-11-05      .25   Bi-weekly case status review
12-12-05      .25   Reading/analyzing DCPS second amendment
                    to MDT notes
12-13-05      .25   Reading/analyzing DCPS 12-13-05 letter
                    Re:  Status of placement
12-15-05      .25   Reading/analyzing completed comp ed plan
12-15-05      .25   Drafting letter to Ms. Green
                    Re:  Completed comp ed plan
12-15-05      .25   Drafting letter to parent
                    Re:  DCPS amendment of MDT notes
12-15-05      .25   Drafting letter to Ms. Green
                    Re:  Comp ed plan
12-15-05      .25   Phone call with parent
                    Re:  Comp ed plan and placement
12-16-05      .25   Drafting letter to Ms. Green
                    Re:  Placement
12-16-05      .25   Drafting letter to Judy Smith
                    Re:  Placement
12-19-05      .25   Reading/analyzing DCPS 12-19-05 letter
                    Re:  Placement
12-20-05      .25   Drafting letter to Judy Smith
                    Re:  Foregoing DCPS letter
12-20-05      .25   Drafting letter to parent
                    Re:  Foregoing letters
12-23-05      .25   Bi-weekly case status review
```

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
HOD(s):  April 7, 2005


| | | |
|---|---|---|
| 12-29-05 | .25 | Phone call with parent |
| | | Re:  Proposed Prospect placement |
| 1- 8-06 | .25 | Bi-weekly case status review |
| 1-11-06 | .25 | Phone call with Judy Smith |
| | | Re:  Placement |
| 1-22-06 | .25 | Bi-weekly case status review |
| 1-24-06 | .25 | Phone call with Judy Smith |
| | | Re:  Placement |
| 1-25-06 | .25 | Phone call with parent |
| | | Re:  Parent's agreement to place at Prospect with child already attending there |
| 1-25-06 | .25 | Phone call with High Road |
| | | Re:  Parent's decision to place at Prospect |
| 1-25-06 | .25 | Drafting letter to parent |
| | | Re:  Placement at Prospect, status of comp ed and conclusion of case |
| 1-25-05 | 1. | Assembling timesheets and bill |

**TIMESHEETS**

```
       Student: ███████████████████
        D/O/B: ███████████████████
       HOD(s):  April 7, 2005
```

## Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 12- 5-05 | $   3.00 | Mileage to Ryland Highlands Elementary School for BLMDT/IEP meeting |
| 2005-2006 | 20.00 | Copying (miscellaneous) |
| 2005-2006 | 10.00 | Postage (miscellaneous) |

                                    Total:  $ 33.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

        Law Firm:              Ronald L. Drake Law Office
        Attorney:              Ronald L. Drake, Esquire
        Federal Tax ID No.:    ████████████
        D.C. Bar No.:          338392

2.  **Student Information**

        RE:  Student:
             D/O/B:            ███████████████████
             SSN:
             Parent:           Ms. Janet Anita Graves
             Address:          1525 28th Street, S.E.
                               Apartment No. 202
                               Washington, D.C. 20020
             Phone No.:        (202) 686-5271 (work)
                               (202) 581-4466 (home)
                               (202) 285-1617 (cell)
             Current Placement:    Prospect Learning Center
             Neighborhood School:  Randle Highlands Elementary
             Current Grade:        4th (9-05)
             Retention(s):         1st (6-02)
             Eval Requested:       June 2003 (by DCPS)
             Consent to Test:      March 16, 2004
             IEP:                  December 5, 2005
             NOPP:                 December 6, 2005
             Disability:           LD
             Program Level:        100%
             DCPS Attorney:
             Prior Hearing(s):     April 7, 2005
                                   September 17, 2004
                                   March 23, 2004

             SA(s):

3.  **Invoice Information**

        Invoice Number:          No number assigned
        Date Request Submitted:  January 26, 2006 (corrected)
        Date Services Rendered:  April 18, 2005 to
                                 January 25, 2006
        Amount of Payment Request:  $ See attached timesheet

## 4. Certification (must be signed by principal attorney)

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.

_____     Date:  January 26, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 25 2006


STATEMENT SUPPLEMENTING APRIL 20, 2005 STATEMENT


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:      ████████████████████
          D/O/B:        ███████████████
          HOD(s):       April 7, 2005
                        September 17, 2004
                        March 23, 2004

_____

                                    @ $405.00

     April 7, 2005    HOD   44.75 Hours  $18123.75

                                    Costs   $ 33.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for  IEP  meetings  not  ordered  as  the  result  of  a  settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ███████████████
D/O/B: ███████████████
HOD(s):  April 7, 2005

| Date | Hours | Item |
|------|-------|------|
| 4-18-05 | .25 | Phone call with parent<br>Re:  Status |
| 5- 1-05 | .25 | Bi-weekly case status review |
| 5- 5-05 | .25 | Reading/analyzing parent's completed health form for child |
| 5- 5-05 | .25 | Drafting letter to Ms. Green<br>Re:  Foregoing |
| 5-15-05 | .25 | Bi-weekly case status review |
| 5-18-05 | .25 | Phone call with parent<br>Re:  Status |
| 5-29-05 | .25 | Bi-weekly case status review |
| 6-12-05 | .25 | Bi-weekly case status review |
| 6-14-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 6-26-05 | .25 | Bi-weekly case status review |
| 7-10-05 | .25 | Bi-weekly case status review |
| 7-11-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-14-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-15-05 | .25 | Phone call with parent<br>Re:  Independent eval |
| 7-18-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-19-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 7-24-05 | .25 | Bi-weekly case status review |
| 8- 2-05 | .25 | Phone call with DC Tutors for Kids<br>Re:  Independent eval |
| 8- 5-05 | .25 | Drafting letter to parent<br>Re:  Foregoing |
| 8- 5-05 | .25 | Drafting letter to Ms. Green |
| 8- 5-05 | .75 | Reading/analyzing 7-23-05 clinical psychological |
| 8- 5-05 | .25 | Drafting letter to parent<br>Re:  Foregoing |
| 8- 5-05 | .25 | Drafting letter to Valerie Green and Judy Smith<br>Re:  Foregoing |

**TIMESHEETS**

Student:  ███████████████
D/O/B:  ███████████████
HOD(s):  April 7, 2005


| Date | Hours | Description |
|---|---|---|
| 8- 7-05 | .25 | Bi-weekly case status review |
| 8- 9-05 | .25 | Phone call with parent |
| | | Re:  Independent eval |
| 8-21-05 | .25 | Bi-weekly case status review |
| 8-22-05 | .25 | Phone call with parent |
| | | Re:  Status |
| 8-22-05 | .25 | Drafting letter to Ms. Green |
| | | Re:  Request for MDT/IEP meeting |
| 8-30-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 9- 1-05 | .25 | Phone call with parent |
| | | Re:  Notice of MDT/IEP meeting |
| 9- 1-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting/hearing |
| 9- 1-05 | .25 | Drafting fax to Valerie Green |
| | | Re:  Acceptance of IEP meeting date |
| 9- 2-05 | .25 | Drafting fax to High Road |
| | | Re:  Notice of IEP meeting |
| 9- 2-05 | .25 | Phone call with Ms. Young at High Road |
| | | Re:  Schedule for IEP meeting |
| 9- 4-05 | .25 | Bi-weekly case status review |
| 9- 9-05 | .25 | Phone call with David Clark at High Road |
| | | Re:  IEP meeting |
| 9-11-05 | .75 | Assembling meeting notebook |
| 9-11-05 | .75 | Preparation for meeting |
| 9-11-05 | .25 | Phone call with parent |
| | | Re:  Issues/Logistics for IEP meeting |
| 9-12-05 | 1.75 | MDT/IEP meeting/transit/waiting |
| 9-12-05 | .25 | Post-meeting review of meeting notes |
| 9-12-05 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 9-12-05 | .25 | Reading/analyzing MDT Notes |
| 9-25-05 | .25 | Phone call with Ms. Green |
| | | Re:  Need for Dr. Olarinde's report |
| 9-25-05 | .25 | Phone calls (3) with DC Tutors for Kids |
| | | Re:  Dr. Olarinde report |
| 9-18-05 | .25 | Bi-weekly case status review |
| 10- 2-05 | .25 | Bi-weekly case status review |
| 10- 2-05 | .25 | Phone call with parent's daughter |
| | | Re:  Schedule for IEP meeting |
| 10- 2-05 | .25 | Phone call with parent |
| | | Re:  Schedule for IEP meeting |

**TIMESHEETS**
Student:
D/O/B:
HOD(s):   April 7, 2005

| Date | Hours | Description |
|---|---|---|
| 10- 3-05 | .25 | Phone call with parent<br>Re:  Delay of IEP meeting |
| 10- 3-05 | .25 | Phone call with Ms. Green<br>Re:  Postponement of meeting |
| 10- 3-05 | .25 | Phone call with High Road<br>Re:  Postponement of meeting |
| 10- 3-05 | .25 | Phone call with parent<br>Re:  Postponement of meeting |
| 10- 3-05 | .25 | Drafting letter to parent<br>Re:  Foregoing |
| 10-16-05 | .25 | Bi-weekly case status review |
| 10-17-05 | .5 | Reading/analyzing 10-14-05 addendum<br>to clinical |
| 10-17-05 | .25 | Drafting letter to parent<br>Re:  Foregoing document(s) |
| 10-17-05 | .25 | Drafting letter to Ms. Green<br>Re:  Foregoing document(s) |
| 10-19-05 | .25 | Drafting fax to Ms. Green<br>Re:  Addendum |
| 10-24-05 | .25 | Phone call with Ms. Green<br>Re:  Independent eval |
| 10-24-05 | .25 | Phone call with parent<br>Re:  Child not receiving special ed |
| 10-25-05 | .25 | Drafting fax to High Road<br>Re:  IEP meeting |
| 10-26-05 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 10-26-05 | .25 | Phone call with parent<br>Re:  IEP meeting |
| 10-27-05 | .25 | Phone call with parent<br>Re:  IEP meeting |
| 10-30-05 | .25 | Bi-weekly case status review |
| 11- 2-05 | .25 | Phone call with parent<br>Re:  Status of IEP meeting |
| 11- 4-05 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 11- 7-05 | .25 | Drafting fax to High Road<br>Re:  Addendum |
| 11- 7-05 | .75 | Assembling meeting notebook |
| 11- 7-05 | .75 | Preparation for meeting |
| 11- 8-05 | .25 | Reading/analyzing corrected addendum |

**TIMESHEETS**

Student: ███████████
D/O/B: ███████████
HOD(s):  April 7, 2005

| | | |
|---|---|---|
| 11- 7-05 | .25 | Phone call with DC Tutors for Kids |
| | | Re:  Corrected addendum |
| 11- 7-05 | .25 | Phone call with Dr. Olarinde |
| | | Re:  Corrected addendum |
| 11- 8-05 | .25 | Phone call with Dr. Olarinde |
| | | Re:  Further discussion of corrected addendum |
| 11- 8-05 | 1. | MDT/IEP meeting/waiting/transit (meeting concluded without proceeding due to absence of necessary DCPS witness |
| 11- 8-05 | .25 | Post-meeting review of meeting notes |
| 11- 8-05 | .25 | Drafting letter to parent |
| | | Re:  Results of meeting |
| 11- 8-05 | .25 | Phone call with Ms. Green |
| | | Re:  New meeting date |
| 11- 8-05 | .25 | Drafting letter to Judy Smith |
| | | Re:  Independent eval |
| 11- 8-05 | .25 | Reading/calendaring DCPS notice of reconvened IEP meeting |
| 11-13-05 | .25 | Bi-weekly case status review |
| 11-14-05 | .25 | Drafting letter to parent |
| | | Re:  Notice of meeting |
| 11-14-05 | .25 | Drafting fax to High Road |
| | | Re:  Notice of meeting |
| 11-14-05 | .25 | Drafting fax to Dr. Olarinde |
| | | Re:  Notice of meeting |
| 11-15-05 | .25 | Phone call with parent |
| | | Re:  Child acting out |
| 11-20-05 | .25 | Phone call with A. Reed, tutor |
| | | Re:  Notice of meeting |
| 11-27-05 | .25 | Bi-weekly case status review |
| 11-30-05 | .25 | Phone call with Ms. Green |
| | | Re:  IEP meetings |
| 12- 2-05 | .25 | Reading/analyzing 11- 8-05 MDT notes |
| 12- 2-05 | .25 | Drafting letter to parent |
| | | Re:  Foregoing document(s) |
| 12- 3-05 | .25 | Phone call with parent |
| | | Re:  Issues for IEP meeting |
| 12- 4-05 | .75 | Assembling meeting notebook |
| 12- 4-05 | .75 | Preparation for meeting |
| 12- 5-05 | 5. | BLMDT/IEP meeting/transit/waiting |
| 12- 5-05 | .25 | Post-meeting review of meeting notes |

**TIMESHEETS**

Student:
D/O/B:
HOD(s):  April 7, 2005

```
12- 5-05     .25   Drafting letter to parent
                   Re:  Results of meeting
12- 5-05     .75   Reading/analyzing 12- 5-05 IEP/BLMDTNotes
12- 8-05    1.5    Reading/analyzing DCPS addendum to
                   MDT notes, initial placement, PNOP
                   and proposed comp ed plan
12- 8-05     .25   Drafting fax to Ms. Green
                   Re:  Foregoing document(s)
12- 9-05     .25   Reading/analyzing DCPS 12- 9-05 comp ed
                   plan
12- 9-05     .25   Drafting letter to parent
                   Re:  Foregoing document(s)
12- 9-05     .25   Drafting letter to parent
                   Re:  Approval of comp ed plan
12-11-05     .25   Bi-weekly case status review
12-12-05     .25   Reading/analyzing DCPS second amendment
                   to MDT notes
12-13-05     .25   Reading/analyzing DCPS 12-13-05 letter
                   Re:  Status of placement
12-15-05     .25   Reading/analyzing completed comp ed plan
12-15-05     .25   Drafting letter to Ms. Green
                   Re:  Completed comp ed plan
12-15-05     .25   Drafting letter to parent
                   Re:  DCPS amendment of MDT notes
12-15-05     .25   Drafting letter to Ms. Green
                   Re:  Comp ed plan
12-15-05     .25   Phone call with parent
                   Re:  Comp ed plan and placement
12-16-05     .25   Drafting letter to Ms. Green
                   Re:  Placement
12-16-05     .25   Drafting letter to Judy Smith
                   Re:  Placement
12-19-05     .25   Reading/analyzing DCPS 12-19-05 letter
                   Re:  Placement
12-20-05     .25   Drafting letter to Judy Smith
                   Re:  Foregoing DCPS letter
12-20-05     .25   Drafting letter to parent
                   Re:  Foregoing letters
12-23-05     .25   Bi-weekly case status review
```

**TIMESHEETS**

Student: ███████████████
D/O/B: ███████████████
HOD(s):  April 7, 2005

| | | |
|---|---|---|
| 12-29-05 | .25 | Phone call with parent |
| | | Re:  Proposed Prospect placement |
| 1- 8-06 | .25 | Bi-weekly case status review |
| 1-11-06 | .25 | Phone call with Judy Smith |
| | | Re:  Placement |
| 1-22-06 | .25 | Bi-weekly case status review |
| 1-24-06 | .25 | Phone call with Judy Smith |
| | | Re:  Placement |
| 1-25-06 | .25 | Phone call with parent |
| | | Re:  Parent's agreement to place at Prospect with child already attending there |
| 1-25-06 | .25 | Phone call with High Road |
| | | Re:  Parent's decision to place at Prospect |
| 1-25-06 | .25 | Drafting letter to parent |
| | | Re:  Placement at Prospect, status of comp ed and conclusion of case |
| 1-25-05 | 1. | Assembling timesheets and bill |

**TIMESHEETS**

Student: ███████████████

D/O/B: ███████████████

HOD(s):  April 7, 2005

## Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 12- 5-05 | $  3.00 | Mileage to Ryland Highlands Elementary School for BLMDT/IEP meeting |
| 2005-2006 | 20.00 | Copying (miscellaneous) |
| 2005-2006 | 10.00 | Postage (miscellaneous) |

Total:  $ 33.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

   Law Firm:                Ronald L. Drake Law Office
   Attorney:                Ronald L. Drake, Esquire
   Federal Tax ID No.:      ████████
   D.C. Bar No.:            338392

2. **Student Information**

   RE:  Student:
        D/O/B:
        SSN:
        Parent:             Ms. Janet Anita Graves
        Address:            1525 28th Street, S.E.
                            Apartment No. 202
                            Washington, D.C. 20020
        Phone No.:          (202) 686-5271 (work)
                            (202) 581-4466 (home)
                            (202) 285-1617 (cell)
        Current Placement:  Prospect Learning Center
        Neighborhood School: Randle Highlands Elementary
        Current Grade:      4th (9-05)
        Retention(s):       1st (6-02)
        Eval Requested:     June 2003 (by DCPS)
        Consent to Test:    March 16, 2004
        IEP:                December 5, 2005
        NOPP:               December 6, 2005
        Disability:         LD
        Program Level:      100%
        DCPS Attorney:
        Prior Hearing(s):   April 7, 2005
                            September 17, 2004
                            March 23, 2004

        SA(s):

3. **Invoice Information**

   Invoice Number:          No number assigned
   Date Request Submitted:  January 25, 2006
   Date Services Rendered:  April 18, 2005 to
                            January 25, 2006
   Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  January 25, 2006
Ronald L. Drake, Esquire
Signature

**RONALD L.**

**ATTORNEY AT LAW**
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006


Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

       RE:  Student: ████████████████████
            D/O/B: █████████████
            March 23, 2005 HOD

Dear Ms. Pierson;

    On March 29, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4015.00.

    My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

|  |  | | @ $405.00 |
|---|---|---|---|
| March 23, 2005 HOD | 21. | Hours | $ 8505.00 |
|  |  | Costs | $ 15.00 |

       Credit for prior DCPS payment: $ 4015.00

    I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


               Very truly yours,


               Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

March 29, 2005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student: ███████████████████
          D/O/B: ████████████████
          March 23, 2005 HOD

---

                          @ $390.00

          21.   Hours  $ 8190.00

               Costs      $ 15.00

               TOTAL      $8205.00

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**TIMESHEETS**

Student: ████████████████

D/O/B: ██████████████

March 23, 2005 HOD

| Date | Hours | Item |
|------|-------|------|
| 2-18-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 2-18-05 | .75 | Drafting hearing request |
| 2-18-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 2-18-05 | .75 | Drafting witness/document list |
| 2-18-05 | .5 | Document review to determine need and grounds for in limine motion |
| 2-18-05 | .25 | Drafting in limine motion |
| 2-18-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 2-18-05 | .25 | Drafting motion to bar or for other relief |
| 2-18-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 2-18-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 2-18-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 2-18-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 2-18-05 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 2-21-05 | .25 | Bi-weekly case status review |
| 2-25-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 2-25-05 | .25 | Drafting letter to parent Re: Notice of hearing |
| 2-25-05 | 1.75 | Assembling hearing notebook |
| 2-25-05 | 3. | Preparation for hearing |
| 3- 6-05 | .25 | Bi-weekly case status review |
| 3-10-05 | .5 | Reading/analyzing 6-17-03 and 3-2-05 MDT notes |
| 3-11-05 | 3.5 | Preparation for hearing |
| 3-13-05 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 3-13-05 | .5 | Drafting supplemental witness/document list |
| 3-13-05 | .25 | Drafting letter to parent Re: Reminder notice of hearing |
| 3-15-05 | .5 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 3-20-05 | .25 | Bi-weekly case status review |

.pa

**TIMESHEETS**

Student: ██████████████████

D/O/B: ██████████████

March 23, 2005 HOD

```
3-23-05    .25   Phone call with parent
                 Re:  Issues for hearing
3-23-05   1.75   Preparation for hearing
3-23-05    .5    Hearing
3-23-05    .25   Post-hearing review of hearing notes
2-23-05    .25   Drafting letter to parent
                 Re:  Results of hearing
3-28-05    .5    Reading/analyzing HOD
3-28-05    .25   Drafting letter to parent
                 Re:  Foregoing HOD
3-29-05    .75   Assembling timesheets and bill
```

**TIMESHEETS**

Student: ████████████████

D/O/B: ████████████████

March 23, 2005 HOD

## Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 2005 | 10.00 | Copying (miscellaneous) |
| 2005 | 5.00 | Postage (miscellaneous) |

Total:  $ 15.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS**
**PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2. **Student Information**

    RE:  Student:          ████████████████
         D/O/B:            ████████████
         SSN:
         Parent:           Ms. Ernestine Randolph
         Address:          619 Columbia Road, N.W.
                           Washington, D.C. 20001
         Phone No.:        (202) 722-5022 (home)
         Current Placement: Academy for IDEAL Education
         Neighborhood School: Park View Elementary School
         Grade Level:      6th (9-04)
         Retention(s):     1st (6-99)
         Disability:       LD
         Program Level:    100%
         Eval Requested:
         Form 6:
         IEP:              March 2, 2005
         NOPP:             February 4, 2002 (HOD placement)
         DCPS Attorney:    Mr. Schreibman
         Prior Hearing(s): March 23, 2005
                           January 30, 2002
                           September 24, 2001
         SA(s):

3. **Invoice Information**

    Invoice Number:          No number assigned
    Date Request Submitted:  March 29, 2005
    Date Services Rendered:  2-18-05 to 3-28-05
    Amount of Payment Request: $ See attached Statement

**4.  Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.

_____    Date:  March 29, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

         RE:  Student: ███████████████████
              D/O/B: ████████████████
              March 23, 2005 HOD

Dear Ms. Pierson;

     On March 29, 2005, I submitted my bill in the foregoing matter.  Thereafter, DCPS paid $4030.00.

     My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                    @ $405.00
         March 23, 2005   HOD   25.25 Hours  $10226.25
                                 Costs        $ 30.00

         Credit for prior DCPS payment: $ 4030.00

     I request that we schedule a meeting on this and other bills as soon as possible.  Please advise as to your availability.


                         Very truly yours,


                         Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313


March 29, 2005


<u>STATEMENT</u>


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student: ███████████████
          D/O/B: ████████████
          March 23, 2005 HOD

---

                              @ $390.00

              25.25 Hours  $ 9847.50

                 Costs        $ 30.00

                 TOTAL        $9877.50

     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

## TIMESHEETS

```
                Student: ████████████████
                D/O/B:   ████████████████
                       March 23, 2005 HOD
```

| Date | Hours | Item |
|------|-------|------|
| 2-18-05 | .5 | Document review to determine need and grounds for filing hearing request |
| 2-18-05 | .75 | Drafting hearing request |
| 2-18-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 2-18-05 | .75 | Drafting witness/document list |
| 2-18-05 | .5 | Document review to determine need and grounds for in limine motion |
| 2-18-05 | .25 | Drafting in limine motion |
| 2-18-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 2-18-05 | .25 | Drafting motion to bar or for other relief |
| 2-18-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 2-18-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 2-18-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 2-18-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 2-18-05 | .25 | Drafting letter to SHO |
| 2-21-05 | .25 | Bi-weekly case status review Re:  Scheduling hearing |
| 2-25-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 2-25-05 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 2-26-05 | 1.75 | Assembling hearing notebook |
| 2-26-05 | 3. | Preparation for hearing |
| 3- 2-05 | .25 | Phone call with Alice Coleman Re:  MDT notes |
| 3- 2-05 | .25 | Phone call with parent Re:  Results of IEP meeting |
| 3- 6-05 | .25 | Bi-weekly case status review |
| 3-10-05 | .5 | Reading/analyzing 6-17-03 and 3-2-05 MDT notes |
| 3-11-05 | 3.5 | Preparation for hearing |
| 3-13-05 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 3-13-05 | .25 | Drafting supplemental witness/document list |
| 3-20-05 | .25 | Bi-weekly case status review |

.pa

**TIMESHEETS**

                Student: ████████████████
                  D/O/B: ████████████
                   March 23, 2005 HOD


3-13-05     .25   Drafting letter to parent
                  Re:  Reminder notice of hearing
3-14-05     .25   Phone call with DCPS counsel
                  Re:  5 day notice
3-15-05     .5    Reading/analyzing DCPS's 5 days disclosure
                  with exhibits
3-22-05    1.75   Preparation for hearing
3-23-05    3.5    Hearing/transit/waiting
3-23-05     .25   Post-hearing review of hearing notes
3-23-05     .25   Drafting letter to parent
                  Re:  Results of hearing
3-28-05     .5    Reading/analyzing HOD
3-28-05     .25   Drafting letter to parent
                  Re:  Foregoing HOD
3-29-05     .75   Assembling timesheets and bill

**TIMESHEETS**

Student: ████████████████
D/O/B: ████████████████
March 23, 2005 HOD

### Costs and Expenses

| Date | Amount | Item |
|------|--------|------|
| 3-23-05 | 3.00 | Mileage to SHO for hearing |
| 3-23-05 | 12.00 | Parking at SHO for hearing |
| 2005 | 10.00 | Copying (miscellaneous) |
| 2005 | 5.00 | Postage (miscellaneous) |

Total: $ 30.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.  **Attorney Information**

    Law Firm:              Ronald L. Drake Law Office
    Attorney:              Ronald L. Drake, Esquire
    Federal Tax ID No.:    ███████████
    D.C. Bar No.:          338392

2.  **Student Information**

    RE:  Student:               ███████████████████
         D/O/B:                 ██████████████
         SSN:
         Parent:                Ms. Ernestine Randolph
         Address:               619 Columbia Road, N.W.
                                Washington, D.C. 20001
         Phone No.:             (202) 722-5022 (home)
         Current Placement:     Academy for IDEAL Education
         Neighborhood School:   Park View Elementary School
         Grade Level:           5th (9-04)
         Retention(s):          1st (6-00)
         Disability:            LD
         Program Level:         100%
         Eval Requested:
         Form 6:
         IEP:                   March 2, 2005
         NOPP:                  February 4, 2002 (HOD placement)
         DCPS Attorney:         Mr. Schreiban
         Prior Hearing(s):      March 23, 2005
                                 January 30, 2002
                                September 24, 2001
                                (corrected 11-8-01)
         SA(s):

3.  **Invoice Information**

    Invoice Number:            No number assigned
    Date Request Submitted:    March 29, 2005
    Date Services Rendered:    2-18-05 to 3-28-05
    Amount of Payment Request: $ See attached timesheet

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____    Date:  March 29, 2005
Ronald L. Drake, Esquire
Signature

**RONALD L.**

ATTORNEY AT LAW

5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

January 23, 2006

Ms. Erika L. Pierson, Esquire
DCPS Legal Counsel
D.C. Public Schools
9th Floor
825 North Capitol Street, N.E.
Washington, D.C. 20002

      RE:  Student:  █████████████████
            D/O/B:
            HOD(s):  August 17, 2004
                     August 5, 2003
                     May 7, 2003

Dear Ms. Pierson;

On February 14, 2005, corrected February 16, 2005, I submitted my bill in the foregoing matter. Thereafter, DCPS paid $4684.50.

My current hourly rate has now increased to $405.00. Accordingly, the amount now remaining due in this matter is as follows:

                                     @ $405.00
August 17, 2004 HOD    45.5 Hours  $18427.50
                    Total Costs  $684.50

       Credit for prior DCPS payment: $ 4684.50

I request that we schedule a meeting on this and other bills as soon as possible. Please advise as to your availability.

Very truly yours,

Ronald L. Drake

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 16, 2005
(Correcting February 14, 2005 Statement)


**CORRECTED**
STATEMENT
(cover page only)


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student: ██████████████
          D/O/B: ████████
          HOD(s):  August 17, 2004
                   August 5, 2003
                   May 7, 2003

---

                                    @ $390.00

August 17, 2004 HOD     45.5 Hours  $17745.00


     Costs              $ 47.00


     Omitted Costs       637.50
     (Alice Coleman -
     expert witness)

        Total Costs    $684.50



     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax  (202) 554-3313

February 14, 2005


STATEMENT


TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

     RE:  Student:  ███████████████
          D/O/B:    ██████████
          HOD(s):   August 17, 2004
                    August 5, 2003
                    May 7, 2003

---

                              @ $390.00

     August 17, 2004 HOD     45.5 Hours  $17745.00

                              Costs   $ 47.00


     Plaintiffs' counsel requests DCPS to delete any time entries
for IEP meetings not ordered as the result of a settlement
agreement or hearing officer's determination.

<u>Timesheets</u>

Student: ████████████████

D/O/B: ████████████████

August 17, 2004 HOD

| | | |
|---|---|---|
| 4- 1-04 | .25 | Phone call with Evander Jackson at Episcopal<br>Re:  Scheduling |
| 4- 4-04 | .25 | Bi-weekly case status review |
| 4-16-04 | .25 | Phone call with Evander Jackson<br>Re:  Intake interview |
| 4-19-04 | .25 | Bi-weekly case status review |
| 4-29-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 5- 4-04 | .25 | Bi-weekly case status review |
| 5-10-04 | .25 | Phone call with Dr. Camp at Thomson<br>Re:  IEP date |
| 5-12-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 5-16-04 | .25 | Bi-weekly case status review |
| 5-21-04 | .25 | Drafting letter to parent<br>Re:  Notice of meeting/hearing |
| 5-21-04 | .25 | Phone call with Evander Jackson<br>Re:  Status of case |
| 5-25-04 | .25 | Phone call with Cynthia Jackson at Thomson<br>Re:  ESY |
| 5-27-04 | .25 | Phone call with Evander Jackson<br>Re:  Acceptance at Episcopal |
| 5-30-04 | .25 | Bi-weekly case status review |
| 5-31-04 | .75 | Assembling meeting notebook |
| 5-31-04 | .75 | Preparation for meeting |
| 6- 1-04 | .25 | Phone calls (2) with Evander Jackson<br>Re:  Issuance of acceptance letter |
| 6- 1-04 | .25 | Reading/analyzing 6-1-04 Episcopal letter<br>Re:  Acceptance |
| 6- 1-04 | .25 | Drafting letter to parent<br>Re:  Foregoing document(s) |
| 6- 1-04 | 3.75 | BLMDT/IEP meeting/transit/waiting |
| 6- 1-04 | .5 | Post-meeting review of meeting notes |
| 6- 1-04 | .5 | Drafting letter to parent<br>Re:  Results of meeting |
| 6- 1-04 | .5 | Reading/analyzing evals received at meeting |
| 6- 1-04 | 1.25 | Reading/analyzing new IEP/BLMDTNotes/PNOP |
| 6- 3-04 | .25 | Phone call with Evander Jackson<br>Re:  Status |
| 6-13-04 | .25 | Bi-weekly case status review |
| 6-25 04 | .25 | Phone call with Evander Jackson<br>Re:  Status |
| 6-27-04 | .25 | Bi-weekly case status review |

<u>Timesheets</u>
Student:  ███████████████
D/O/B:    ███████████████
August 17, 2004 HOD

| | | |
|---|---|---|
| 7-10-04 | .25 | Bi-weekly case status review |
| 7-11-04 | .5 | Document review to determine need and grounds for filing hearing request |
| 7-11-04 | .75 | Drafting hearing request |
| 7-11-04 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 7-11-04 | .75 | Drafting witness/document list |
| 7-11-04 | .5 | Document review to determine need and grounds for in limine motion |
| 7-11-04 | .25 | Drafting in limine motion |
| 7-11-04 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 7-11-04 | .25 | Drafting motion to bar or for other relief |
| 7-11-04 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 7-11-04 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 7-11-04 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 7-11-04 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 7-11-04 | .25 | Drafting letter to SHO Re:  Scheduling hearing |
| 7-14-04 | .25 | Reading/calendaring SHO notice of hearing date |
| 7-19-04 | .25 | Phone call with DCPS counsel Re:  Need for continuance |
| 7-21-04 | .25 | Reading/analyzing DCPS motion for continuance |
| 7-26-04 | .25 | Reading/calendaring SHO revised notice of hearing date |
| 7-28-04 | .25 | Reading/calendaring SHO HOID |
| 8- 1-04 | 1.75 | Assembling hearing notebook |
| 8- 1-04 | .25 | Bi-weekly case status review |
| 8- 1-04 | 3. | Preparation for hearing |
| 8- 4-04 | .25 | Phone call with DCPS counsel Re:  Schedule |
| 8- 4-04 | .25 | Drafting letter to parent Re:  Notice of hearing |
| 8- 5-04 | .25 | Reading/analyzing 7-23-04 SETs report |
| 8- 9-04 | 3.5 | Preparation for hearing |
| 8- 9-04 | .25 | Bi-weekly case status review |

<u>Timesheets</u>

Student: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
D/O/B: ▮▮▮▮▮▮▮▮▮▮
August 17, 2004 HOD

| | | |
|---|---|---|
| 8-10-04 | .5 | Reading/analyzing DCPS's 5 days disclosure with exhibits |
| 8-10-04 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 8-10-04 | .25 | Drafting supplemental witness/document list |
| 8-10-04 | .25 | Drafting letter to parent Re:  Reminder notice of hearing |
| 8-16-04 | 1.75 | Preparation for hearing |
| 8-17-04 | .25 | Phone call with parent Re:  Availability for hearing |
| 8-17-01 | .25 | Phone call with Alan Korz Re:  Results of hearing |
| 8-17-04 | 2.75 | Hearing/transit/waiting |
| 8-17-04 | .25 | Post-hearing review of hearing notes |
| 8-17-04 | .25 | Drafting letter to parent Re:  Results of hearing |
| 8-17-04 | .25 | Phone calls (2) with Sandra Presbury at Episcopal Re:  Hearing and results |
| 8-18-04 | .25 | Phone call with Alan Korz at Episcopal Re:  Results of hearing |
| 8-22-04 | .25 | Bi-weekly case status review |
| 8-31-04 | .75 | Reading/analyzing HOD |
| 8-31-04 | .25 | Drafting letter to parent |
| 8-31-04 | .25 | Drafting letter to parent Re:  Foregoing HOD |
| 8-31-04 | .25 | Drafting letter to Alan Korz at Episcopal Re:  Foregoing HOD |
| 9- 2-04 | .25 | Completing Student Transportation Data Form |
| 9- 2-04 | .25 | Drafting fax to DCPS Re:  HOD and Student Transportation Data Form |
| 9- 5-04 | .25 | Bi-weekly case status review |
| 9- 7-04 | .25 | Phone call with Episcopal Re:  Need for parent's docs |
| 9- 9-04 | .25 | Phone call with parent Re:  Transportation problem |
| 9-19-04 | .25 | Bi-weekly case status review |
| 9-20-04 | .25 | Reading/analyzing DCPS purported notice of IEP meeting |
| 9-21-04 | .25 | Phone call with Alan Korz Re:  Status of placement |

<u>Timesheets</u>
Student: ████████████████
D/O/B: ████████████████
August 17, 2004 HOD


| Date | Hours | Description |
|------|-------|-------------|
| 9-22-04 | .25 | Drafting letter to Dr. Camp Re: Status of placement and IEP meeting |
| 9-22-04 | .25 | Phone call with parent Re: Grandparent objection to placement |
| 9-24-04 | .25 | Phone calls (3) with Episcopal Re: Status of admission |
| 9-24-04 | .25 | Reading/analyzing DCPS further notice of IEP meeting |
| 9-25-04 | .25 | Drafting letter to Ms. Camp at Thomson Re: IEP meeting schedule |
| 9-29-04 | .25 | Phone calls (20 with Ms. Bissell at Episcopal Re: Status of enrollment |
| 9-30-04 | .25 | Phone call with Episcopal Re: Possible delay of meeting |
| 9-29-04 | .25 | Reading/calendaring DCPS notice of IEP meeting |
| 10- 3-04 | .25 | Bi-weekly case status review |
| 10- 6-04 | .25 | Phone call with Episcopal Re: Status of enrollment |
| 10- 6-04 | .25 | Drafting letter to Dr. Camp Re: Jurisdiction to hold IEP meeting |
| 10-12-04 | .25 | Phone calls (20 with Jane Bender at Episcopal Re: Enrollment |
| 10-12-04 | .25 | Phone call with parent Re: Status of enrolling child at Episcopal |
| 1-14-05 | 1. | Assembling timesheets and bill |

<u>Timesheets</u>

Student: ██████████████
D/O/B: ████████████

<u>Costs and Expenses</u>

| Date | Amount | Item |
|---|---|---|
| 8-17-04 | 3.00 | Mileage to SHO for hearing |
| 8-17-04 | 14.00 | Parking at SHO for hearing |
| 2004 | 20.00 | Copying (miscellaneous) |
| 2004 | 10.00 | Postage (miscellaneous) |

Total:  $ 47.00

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1.    **Attorney Information**

      Law Firm:               Ronald L. Drake Law Office
      Attorney:               Ronald L. Drake, Esquire
      Federal Tax ID No.:     ████████
      D.C. Bar No.:        338392

2.    **Student Information**

      RE:  Student:          ████████████
           D/O/B:
           SSN:
           Parent:          Ms. Keisha Latoya Wright
           Address:         1209 7th Street, N.W.
                                 Apartment No. 302
                                 Washington, D.C. 20001
           Phone No.:       (202) 216-0134 (home)
           Current Placement:  Episcopal Center for Children
           Neighborhood School: Thomson Elementary School
           Current Grade:    1st (9-04)
           Retention(s):     None
           TAT:              September 17, 2002
                                 March 4, 2002
           IEP:              June 1, 2004
           NOPP:            Placed by 8-17-04 HOD
                                 (issued 8-31-04)
           Disability:      ED
           Program Level:    100%
           DCPS Attorney:
           Prior Hearing(s):   August 17, 2004
                                   August 5, 2003
                                 May 7, 2003
           SA(s):

3.    **Invoice Information**

      Invoice Number:        No number assigned
      Date Request Submitted: February 14, 2005
      Date Services Rendered: 4-1-04 to 10-12-04
      Amount of Payment Request: $ See attached timesheet

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

All services listed on the enclosed invoices were actually performed;

The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;

The District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;

No attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any of the monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;

I understand that the making a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code, Sec. 22-2405.


_____     Date:  February 14, 2005
Ronald L. Drake, Esquire
Signature

**ATTACHMENT TWO**

SUPPLEMENTAL TIMESHEETS
AC v. DC.


| 8- 1-06 | .25 | Reading/analyzing defendant's counsel's email<br>Re:  Need for extension of time to file dispositive motion |
|---------|-----|---|
| 8- 1-06 | .25 | Reading/analyzing 7-29-06 Court Order<br>Re:  Granting extension of time and setting motion/briefing schedule |
| 8- 1-06 | .25 | Phone call with defendant's counsel<br>Re:  Review of records, possible resolution, and updated Laffey Matrix |
| 8- 2-06 | 1.  | Revising/editing motion for summary judgment |
| 8-15-06 | .25 | Reading/analyzing defendant's fax<br>Re:  Possible resolution |
| 8-16-06 | 1.  | Reviewing timesheets to formulate counter-proposal for resolution |
| 8-16-06 | .25 | Drafting fax to defendant's counsel<br>Re:  Counter-proposal |
| 8-24-06 | .25 | Reading/analyzing opposing counsel's two faxes<br>Re:  Response to counter-proposal |
| 8-24-06 | .5  | Reading/analyzing defendant's opposition to plaintiffs' motion for summary judgment |
| 8-25-06 | 1.5 | Assembling timesheets and invoices for submittal to Court |
| 8-25-06 | 2.5 | Drafting reply brief |
| 8-26-06 | 2.  | Editing/revising reply brief |
| 8-26-06 | .25 | Assembling timesheets and bill |

Total Hours:  10.25 x $425.00 per hour

ADDITIONAL BALANCE DUE FOR JUDICIAL PROCEEDING:   $4356.25