UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK,[1] Parent and next friend of A.C., a minor, *et al.,*<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA, A municipal corporation,<br><br>　　　　Defendant. | Civil Action No. 06-0439 (HHK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO FILE ITS OPPOSITION TO PLAINTIFFS'
AMENDED SUMMARY JUDGMENT MOTION**

Defendant District of Columbia, through counsel, and pursuant to Fed. R. Civ. Pro. 6(b)(1), respectfully requests an enlargement of time to September 18, 2006, to file its response to the plaintiffs' August 26, 2006, reply to the defendant's opposition to the plaintiffs' Motion for Summary Judgment.

A memorandum of points and authorities and a proposed order are here attached.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　Attorney General of the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　**/s/ Edward P. Taptich**
　　　　　　　　　　　　　　　　EDWARD P. TAPTICH [#012914]
　　　　　　　　　　　　　　　　Chief, Equity Section 2

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.

                                      **/s/ Eden I. Miller**
                                      EDEN I. MILLER [#483802]
                                      Assistant Attorney General
                                      441 Fourth Street, N.W., Sixth Floor South
                                      Washington, D.C. 20001
                                      (202) 724-6614
                                      (202) 727-3625 (fax)
August 31, 2006                      Eden.Miller@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEBORAH CLARK,<br>Parent and next friend of<br>A.C., a minor, *et al.,*<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>    Defendant. | Civil Action No. 06-0439 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT**
**OF TIME TO FILE ITS OPPOSITION TO PLAINTIFFS'**
**AMENDED SUMMARY JUDGMENT MOTION**

On August 3, 2006, the plaintiffs filed their Motion for Summary Judgment ("Plaintiffs' Motion"), seeking attorneys' fees and costs for administrative level litigation for each plaintiff. On August 17, 2006, the defendant opposed that Motion, arguing, among other things, that Plaintiffs' Motion was patently insufficient because the plaintiffs did not submit any supporting documentation, and did not make a claim-by-claim showing that each of the plaintiffs is entitled to attorneys' fees and costs. On August 26, 2006, the plaintiffs replied with a submission that included hundreds of pages of new documents.

While the plaintiffs have entitled their most recent pleading "Plaintiffs' Reply to Defendant's Opposition," the filing effectively amended their Motion for Summary Judgment. Thus, under the normal time tables provided in the Court's rules, the

3

defendants would have until September 11, 2006, to file their response pursuant to LCvR 7(b). However, because of the volume of documents and data that must now be responded to, the defendant respectfully requests that this Court enlarge that deadline to September 18, 2006, which would give the defendant 20 days to respond to the plaintiffs' amended Motion. This deadline would be consistent with the deadline in the parties' original, joint proposed scheduling order in which the parties agreed to allow 21 days to respond to dispositive motions.

While it is true that the plaintiffs did provide some documents to the defendant, the defendant had no way of knowing which documents the plaintiffs would be submitting to the Court for consideration, and in support of their Motion for Summary Judgment. Given that the plaintiffs have the burden of demonstrating the reasonableness of their fee request, that there is no issue of material fact, and that they should prevail as a matter of law (see Plaintiffs' Motion, at 16-18), the *plaintiffs* have the responsibility of showing that reasonableness with documentation, not the defendant. Thus, the defendant should be given ample time (twenty days) to respond to the amended Motion for Summary Judgment. The plaintiffs will not be prejudiced by the granting of this Motion.

Prior to filing this Motion and pursuant to LCvR 7(m), the undersigned counsel sought, but did not receive, consent from plaintiffs' counsel for this enlargement of time to file a response.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

|  |  |
|---|---|
|  | **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section 2 |
|  | **/s/ Eden I. Miller**<br>EDEN I. MILLER [#483802]<br>Assistant Attorney General<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C. 20001 |
| August 31, 2006 | (202) 724-6614 |

5