UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEBORAH CLARK,[1] Parent and next friend of A.C., a minor, *et al.,* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0439 (HHK) |
| DISTRICT OF COLUMBIA, A municipal corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Defendant's August 31, 2006, Motion for Enlargement of Time, any opposition and reply thereto, and the record herein, it is, on this _____ day of September, 2006**:**

1. **ORDERED** that the defendant's motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that the defendant shall have to and including September 18, 2006, to file its response to the plaintiffs' August 26, 2006, filing.

 

Henry H. Kennedy
UNITED STATES DISTRICT JUDGE

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.