UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH CLARK,[1] Parent and next friend of A.C., a minor, *et al.,*<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA, A municipal corporation,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0439 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S AMENDED MOTION FOR ENLARGEMENT
OF TIME FOR RESPONSE TO PLAINTIFFS' REPLY**

　　Defendant District of Columbia, through counsel, and pursuant to Fed. R. Civ. Pro. 6(b)(1), respectfully requests an enlargement of the proposed deadline – from September 18, 2006, to September 21, 2006 – to file its response to the Plaintiffs' August 26, 2006, Reply to the Defendant's Opposition to the Plaintiffs' Motion for Summary Judgment.

　　A memorandum of points and authorities and a proposed order are here attached.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　Attorney General of the District of Columbia

　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　Civil Litigation Division

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.

                                         **/s/ Edward P. Taptich**
                                         EDWARD P. TAPTICH [#012914]
                                         Chief, Equity Section 2

                                         **/s/ Eden I. Miller**
                                         EDEN I. MILLER [#483802]
                                         Assistant Attorney General
                                         441 Fourth Street, N.W., Sixth Floor South
                                         Washington, D.C. 20001
                                         (202) 724-6614
                                         (202) 727-3625 (fax)
September 14, 2006                   Eden.Miller@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEBORAH CLARK, ) | |
| Parent and next friend of ) | |
| A.C., a minor, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0439 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT'S AMENDED MOTION FOR ENLARGEMENT**
**OF TIME FOR RESPONSE TO PLAINTIFFS' REPLY**

On August 31, 2006, the Defendant filed its Motion for Enlargement of Time to File Its Opposition to Plaintiffs' Amended Summary Judgment Motion (incorporated here by reference). At that time, the Defendant proposed a deadline of Monday, September 18, 2006. As that deadline fast approaches, the Defendant realizes that it will not be able to meet its self-proposed deadline, and thus seeks an additional three days – to Thursday, September 21, 2006.

While the bulk of the Defendant's response has been completed, the undersigned counsel has not yet been able to complete the detailed critique of the hundreds of pages submitted by the Plaintiffs in their Reply – a tabulation to be appended to, and supporting, the Defendant's pleading. Moreover, unanticipated and extensive demands of a class action for which the undersigned is responsible have interfered with counsel's ability to devote herself fully to completion of the filing to be made herein. Further, the

3

undersigned counsel has long-standing commitments out of the office the first two days of next week.

The Defendant is unaware of any harm to the Plaintiffs if this request for three additional days is granted.

The Defendant seeks this relief pursuant to Fed. R. Civ. Pro. 6(b)(1), the record herein, and the inherent powers of this Court.

To the extent that this Court deems the Defendant's response a sur-reply, rather than an opposition to an amended complaint, for reasons explained in its August 31, 2006, Motion for Enlargement of Time to File Its Opposition to the Plaintiffs' Amended Motion for Summary Judgment, the Defendant also requests that this Court grant the Defendant leave to file its response.

Pursuant to LCvR 7(m), the undersigned counsel called Plaintiffs' counsel to see if he would consent to the relief requested in this motion, but has not yet heard back from him. Thus, the undersigned counsel assumes he does not consent.

                                      Respectfully submitted,

                                      ROBERT J. SPAGNOLETTI
                                      Attorney General of the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      **/s/ Edward P. Taptich**
                                      EDWARD P. TAPTICH [#012914]
                                      Chief, Equity Section 2

|  |  |
|---|---|
|  | **/s/ Eden I. Miller**<br>EDEN I. MILLER [#483802]<br>Assistant Attorney General<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6614<br>(202) 727-3625 (fax) |
| September 14, 2006 | Eden.Miller@dc.gov |