**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEBORAH CLARK,[1]<br>Parent and next friend of<br>A.C., a minor, *et al.,*<br><br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 06-0439 (HHK) |

**ORDER**

     Upon consideration of Defendant's September 14, 2006, Amended Motion for

Enlargement of Time for Response to Plaintiffs' Reply, any opposition and reply thereto,

and the record herein, it is, on this _____ day of September, 2006:

    1.    **ORDERED** that the defendant's motion is **GRANTED**; and it is

    2.    **FURTHER ORDERED** that the defendant shall have to and including

        September 21, 2006, to file its response to the plaintiffs' August 26, 2006,

        filing.

                                 _____
                                 Henry H. Kennedy
                                 UNITED STATES DISTRICT JUDGE

---

[1] Minors lack the legal capacity to bring and maintain the present case; thus, the proper plaintiff is A.C.'s parent, Deborah Clark, not A.C.