IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AC, ET AL. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CA NO. 1:06-CV-439-HHK |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant | ) |

PLAINTIFFS' OPPOSITION TO DEFENDANT'S AMENDED MOTION FOR ENLARGEMENT OF TIME FOR RESPONSE TO PLAINTIFFS' REPLY

   Plaintiffs oppose Defendant's Amended Motion for Enlargement of Time for Response to Plaintiffs' Reply.  As their opposition thereto, plaintiffs adopt and incorporate herein their Plaintiffs' Opposition to Defendant's Motion for Enlargement of Time to File its Opposition to Plaintiffs' Amended Summary Judgment Motion.

   In the event the Court does grant defendant leave to file a sur-opposition, plaintiffs, who are the moving parties on the underlying motion for summary judgment, request that the Court permit plaintiffs to file a sur-reply to defendant's sur-opposition.

WHEREFORE, plaintiffs urge the Court to deny defendant's motion and for the Court to then grant plaintiffs' motion for summary judgment.

Respectfully submitted;

_____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law
5 P Street, S.W.
Washington, D.C. 20024
(202) 682-0223

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AC, ET AL.                             )
                                       )
        Plaintiffs                     )
                                       )
        v.                             ) CA NO. 1:06-CV-439-HHK
                                       )
DISTRICT OF COLUMBIA,                  )
                                       )
        Defendant                      )

### ORDER

This matter comes before this Court on Defendant's Amended Motion for Enlargement of Time for Response to Plaintiffs' Reply, and plaintiffs' opposition thereto. The Court, being duly advised in the premises, NOW FINDS that defendant's motion should be denied. It is therefore, this ____ day of _____, 2006,

ORDERED, that Defendant's Amended Motion for Enlargement of Time for Response to Plaintiffs' Reply is DENIED.

SO ORDERED.

_____
Henry H. Kennedy, Jr.
United States District Judge

Copies to:
    Mr. Ronald L. Drake, Esquire
    5 P Street, S.W.
    Washington, D.C. 20024

    Edin I. Miller
    Assistant Attorney General
    441 4th Street, N.W.,
    Sixth Floor South
    Washington, D.C. 20001