Exhibit 1

# THE DEFENDANT'S DISPUTE SHEETS FOR EACH PLAINTIFF

## T.B. (Plaintiffs' Reply, at 10-19)

### A) HOD INFORMATION[1]

11/19/04 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

| | |
|---|---|
| 50.25 Hours | |
| Original Fee Request: 2/14/05 | $390.00 per hr ($19,597.50) |
| Costs | $58.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $58.00 |
| Revised Fee Request: 1/23/06 | $405.00 per hr ($20,351.25) |
| Second Revised Request: 8/3/06 | $425.00 per hr ($21,356.25) |

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Objection: Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $ 1,758.75

**2.      Objection: Entries are remote in time and are unrelated to the hearing.**

a.      Mr. Drake states that his services in this matter date from September 16, 2003 through January 14, 2005.  However, entries after November 27, 2004 are for matters that relate to a hearing on January 21, 2005, in which Mr. Drake did not prevail.  (See Plaintiff's Reply, pp. 10, 15 and 16.)

Amount to be deducted (4 hrs @ $425[2]): $1,700.00.

b.      Services relating to the November 19, 2004 HOD preceding October 1, 2004 are remote in time and this time should be deducted.

---

[1] No HODs were submitted to the Court for any of the claims in this case.  HOD dates identified in these objection sheets are taken from "Attachment 1" of Plaintiffs' Motion for Summary Judgment ("PMSJ"), filed 8/3/06.  In Mr. Drake's invoices, however, it appears that the dates identified as "HOD" in the PMSJ Attachment 1 may in fact be hearing dates and not the date of the decisions relied on.

[2] For calculation purposes in these objection sheets, the $425/hr rate most recently demanded by Plaintiffs is used.  The Defendants do not, however, believe that to be the proper hourly rate, for reasons set forth in the pleading to which this attachment is appended.

Amount to be deducted (17 hrs @ $425.00): $ 7,225.00

Total amount (a+b) to be deducted (21 hrs @ $425): $8,925.00

**3.    Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Thirty one .25 hour entries appear as follows:

| 9/20/03 | 10/4/03 | 10/18/03 | 11/1/03 | 11/15/03 |
|---------|---------|----------|---------|----------|
| 11/29/03 | 12/13/03 | 12/27/03 | 1/10/04 | 1/24/04 |
| 2/7/04 | 2/20/04 | 3/6/04 | 3/20/04 | 4/3/04 |
| 4/18/04 | 4/30/04 | 5/15/04 | 5/29/04 | 6/12/04 |
| 6/26/04 | 7/31/04 | 8/6/04 | 8/21/04 | 9/18/04 |
| 10/2/04 | 10/16/04 | 10/30/04 | 11/13/04 | 11/27/04 |
| 12/11/04 | | | | |

Amount to be deducted (7.75 hrs @ $425): $ 3,293.75

**4.    Objection: Clerical and non-professional services are not compensable.**

10/12/14 Assembling school visit notebook .75 hrs
10/21/04 Assembling hearing notebook 1.75 hrs
1/14/05 Assembling time sheets and bill 1.0 hrs

Amount to be deducted (3.5 hrs @ $425): $ 1,487.50

**5.    Objection: Entries for travel time and waiting are not compensable.**

10/13/04 Transit/waiting during a school visit. 1.75 hrs
1/19/04 Hearing/transit/waiting 2.0 hrs

Amount to be deducted (3.75 hrs @ $425): $ 1,593.75

**6.    Objection: Entries are vague and lack specificity.**

10/12/04 Preparation for school visit .75 hrs
10/21/04 Preparation for hearing 3.0 hrs
11/11/04 Preparation for hearing 3.5 hrs
11/18/04 Preparation for hearing 2.0 hrs

Amount to be deducted (9.25 hrs @ $425): $3,931.25

# J.B. (Plaintiffs' Reply, at 20-25)

## A) HOD INFORMATION

5/5/03 HOD

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

6.75 hours
Original Fee Request 5/5/03            $390.00 per hour ($2,632.00)
Costs                                  $18.00
Fees Paid by DCPS                      $0.00
Costs Paid by DCPS                     $0.00
Revised Fee Request  1/23/06           $2,733.75
Second Revised Fee Request 8/3/06      $2,868.75

## C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $236.75

**2.      Objection: Entries are remote in time and are unrelated to the hearing.**

While the HOD is said to have been issued on May 5, 2003 invoiced services begin on April 13, 2004; thus, all services should be disallowed as unrelated to the HOD relied on. (See Plaintiff's Reply pp. 20-25)

Amount of reduction (6.75 hrs @ $425): $ 2,868.75

# C.B. (Plaintiffs' Reply, at 26-32)

## A) HOD INFORMATION

6/02/04 HOD

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

36.25 hours
Original Fee Request: 2/13/05              $390.00 per hr ($14,137.50)
Costs                                      $45.00
Fee Paid by DCPS:                          $4,000.00
Costs Paid by DCPS:                        $45.00
Revised Fee Request: 1/23/06               $405.00 per hr ($14,681.25)
Second Revised Request: 8/3/06             $425.00 per hr ($15,406.25)

## C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $1,268.75

**2.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Four .25 entries were billed, on 4/30/04, 5/15/04, 5/29/04 and 6/12/04.

Amount of reduction (1 hr @ $425): $425.00.

**3.      Objection: Clerical and non-professional services are not compensable.**

5/06/04 Assembling hearing notebook 1.75 hrs
1/13/05 Assembling timesheets and bill .75hrs

Amount of reduction (2.5 hrs @ $425): $1,062.50

**4.      Objection: Entries for travel time and waiting are not compensable**

6/2/04  Hearing transit and waiting 3.0 hrs

Amount of reduction (3 hrs @ $425): $1,275.00

4

**5**.        **Objection: Entries are vague and lack specificity.**

5/6/04 Preparation for hearing 3.0 hrs
5/21/04 Preparation for hearing 3.5 hrs
6/1/04 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @ $425): $ 3,506.25

## J.M.B.[3] (Plaintiffs' Reply, at 33-38)

A) **HOD INFORMATION**

4/8/03 HOD

B) **ATTORNEY FEE INFORMATION**

**Explanation of Fee Request:**

| | |
|---|---|
| 7 hours | |
| Original Fee Request: 2/13/05 | $390.00 per hr ($2,730.00) |
| Costs | $20.00 |
| Fee Paid by DCPS: | $1,950.00 |
| Costs Paid by DCPS: | $20.00 |
| Revised Fee Request: 1/23/06 | $405.00 per hr ($2,835.00) |
| Second Revised Request: 8/3/06 | $425.00 per hr ($2,975.00) |

C) **EXPLANATION OF DISPUTED ENTRIES:**

1. **Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $ 245.00

2. **Objection: Entries are remote in time and are unrelated to the hearing.**

While the HOD is said to have been issued on April 8, 2003, invoiced services are from April 22, 2004 through April 2, 2005; dates that are seemingly unrelated to, or justified by, the HOD referred to. (See Plaintiff's Reply, pp. 35-36)

Amount deducted (7 hrs @ 425.00) $2,975.00

---

[3] Because there are two Plaintiffs with the intials "J.B.," one will be referred to as "J.B" and the other will be "J.M.B."

# A.C. (Plaintiffs' Reply, at 39-60)
# Part 1[4]

## A) HOD INFORMATION

8/1/05 HOD
1/13/06 HOD

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

27.75 hours
Original Fee Request: 8/17/05              $405.00 per hr ($11,238.75)
Costs                                      $33.00
Fee Paid by DCPS:                          $4,000.00
Costs Paid by DCPS:                        $33.00
Revised Request: 8/3/06                    $425.00 per hr ($11,793.75)

### Supplemental Fee Request:

On 1/27/06, Mr. Drake submitted a second invoice, adding an additional 19.25 hours and
$15.00 in costs for an additional HOD on 1/13/06, for services rendered 9/7/05 through
1/27/06.

Supplemental Fee request 1/27/06          $405.00 per hr ($ 7,796.25)
Costs                                     $15.00
Revised request                           $425.00 per hr ($8,181.25)

## C) EXPLANATION OF DISPUTED ENTRIES:

1.    **Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00.
Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00,
the rate at the time of services.

Amount of reduction: $ 940.00

---

[4] For organization purposes, because of this Plaintiff has four HODs that need to be addressed, the
Defendant has divided this summary sheet into two parts, each addressing two HODs.

2.      **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Three billing entries of .25 hours are shown, for 7/9/05, 7/23/05 and 8/6/05.

**Supplemental bi-weekly reviews:**

Twelve .25 hour entries appear as follows:

| 8/20/05* | 9/3/05* | 9/17/05 | 10/1/05 | 10/15/05 |
|----------|---------|---------|---------|----------|
| 10/29/05 | 11/12/05 | 11/26/05 | 12/10/05 | 12/22/05 |
| 1/7/06 | 1/21/06 | | | |

  *  Dates precede the period which the invoice specifies for reimbursement of
     services. (Plaintiff's Reply, p. 59, Invoice Information "Date Services Rendered")

Amount of reduction (3.75 hrs @ $425): $ 1,593.75

3.      **Objection: Clerical and non-professional services are not compensable.**

8/17/05 Assembling timesheets and bill .75 hrs

        **Supplemental Invoice**

1/11/06 Assembling hearing notebook 1.75 hrs
1/27/06 Assembling time sheets and bill .5 hrs

Amount of reduction (3.0 hrs @ $425): $ 1,275.00

 4.      **Objection: Entries for travel time and waiting are not compensable**

8/1/05 Hearing transit and waiting 3.0 hrs

Amount of reduction (3.0 hrs @ $425): $ 1,275.00

5.      **Objection: Entries are vague and lack specificity.**

7/5/05 Preparation for hearing 3.0 hrs
7/18/05 Preparation for hearing 3.5 hrs
7/28/05 Preparation for hearing 1.75 hrs

**Supplemental Invoice**

1/11/06 Preparation for hearing 3.5 hrs
1/12/06 Preparation for hearing 1.75 hrs

Amount of reduction (13.5 hrs @ $425.00): $5,737.50

8

# A.C. (Plaintiffs' Reply, at 39-60)

# Part 2

## A) HOD INFORMATION

9/21/04 HOD
3/22/05 HOD

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

### September 21, 2004 HOD

| | |
|---|---|
| 49 hours | |
| Original Fee Request: 4/2/05 | $390.00 per hr ($19,110.00) |
| Costs | $103.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $103.00 |
| First revised request 1/23/06 | $405.00 (19,845.00) |
| Revised Request: 8/3/06 | $425.00 per hr ($20,825.00) |

### March 22, 2005 HOD

| | |
|---|---|
| 23.75 | |
| Original Fee Request: 4/2/05 | $390.00 per hr ($9,262.50) |
| Costs | $103.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $---- |
| First revised request 1/23/06 | $405.00 (7,796.25) |
| Revised Request: 8/3/06 | $425.00 per hr ($10,093.75) |

## C) EXPLANATION OF DISPUTED ENTRIES:

1.      **Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.


Amount of reduction: $ 2,546.25

2.    **Objection: Entries are remote in time and are unrelated to the hearing.**

**September 21, 2004 HOD**

Mr. Drake states his services from date April 18, 2004 through February
2, 2005.  The services relating to the HOD preceding August 18, 2004 are too remote
in time and this time should be deducted. (Plaintiff's Reply, p. 48)

Amount of reduction (3.75 hrs @ 425.00): $ 1593.75

3.    **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Twenty five .25 entries appear as follows:

| 4/18/04 | 4/30/04 | 5/15/04 | 5/29/04 | 6/12/04 |
|---------|---------|---------|---------|---------|
| 6/26/04 | 7/10/04 | 7/24/04 | 8/6/04 | 8/21/04 |
| 9/18/04 | 10/2/04 | 10/16/04 | 10/30/04 | 11/13/04 |
| 11/27/04 | 12/11/04 | 12/23/04 | 1/8/05 | 1/22/05 |
| 2/5/05 | 2/18/05 | 3/5/05 | 3/19/05 | 4/2/05 |

Amount of reduction (6.25 hrs @ $425): $ 2,656.25

4.    **Objection: Clerical and non-professional services are not compensable.**

8/23/04 Assembling hearing notebook 1.75 hrs
10/5/04 Assembling meeting notebook .75 hrs
11/16/04 Assembling meeting notebook .75 hrs
2/1/05  Assembling meeting notebook .75 hrs
2/25/05Assembling hearing notebook 1.75 hrs
4/2/05  Assembling timesheets and bill 1.0 hrs

Amount of reduction (6.75 hrs @ $425): $ 2,868.75

5.    **Objection: Entries for travel time and waiting are not compensable.**

9/21/04  Hearing transit and waiting 2.75 hrs
3/22/05  Hearing transit and waiting 2.75 hrs

Amount of reduction (5.50 hrs @ $425): $ 2,337.50

6.    **Objection: Entries are vague and lack specificity.**

8/23/04 Preparation for hearing 3.0 hrs
9/20/04 Preparation for hearing 1.75 hrs

Amount of reduction (4.75 hrs @ $425): $ 2018.75

**7.     Objection: Compensation for IEP meetings is barred by IDEIA.**

10/6/04  Meeting transit and waiting 2.5 hrs
11/17/04  Meeting transit and waiting 3.0 hrs
2/2/05  Meeting transit and waiting 2.75 hrs
10/5/04 Preparation for meeting .75 hrs
11/16/04 Preparation for meeting .75 hrs
2/1/05 Preparation for meeting .75 hrs

Amount of reduction (10.5 hrs @ $425): $ 4,462.50

# J.D. (Plaintiffs' Reply, at 61-69)

**A) HOD INFORMATION**

8/2/05 HOD

**B) ATTORNEY FEE INFORMATION**

**Explanation of Fee Request:**

| | |
|---|---|
| 45.25 hours | |
| Original Fee Request: 8/19/05 | $405.00 per hr ($18,326.25) |
| Costs | $53.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $53.00 |
| Revised Fee Request: 8/3/06 | $425.00 per hr ($19,231.25) |

**Supplemental Fee Request:**

Attachment 1, p. 2 shows a ("supplemental") fee request for an additional 13.5 hours @ $425.00 per hour and $15.00 in costs.  There is no invoice in the record explaining the basis for or details concerning this supplemental request. (Plaintiff's Reply, pp.61-69)

**C) EXPLANATION OF DISPUTED ENTRIES:**

**1.       Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate at the time of services.

Amount of reduction: $ 905.00

**2.       Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Twenty one .25 entries appear as follows:

| 11/13/04 | 11/27/04 | 12/11/04 | 12/25/04 | 1/8/05 |
|---|---|---|---|---|
| 1/22/05 | 2/5/05 | 2/20/05 | 3/5/05 | 3/19/05 |
| 4/2/04 | 4/16/05 | 4/30/05 | 5/14/05 | 5/28/05 |
| 6/11/05 | 6/25/05 | 7/9/05 | 7/23/05 | 8/6/05 |
| 8/20/05 | | | | |

Amount of reduction (5.25 hrs @ $425): $2231.25

**3.      Objection: Clerical and non-professional services are not compensable.**

2/11/05 Reading/calendaring .25 hrs
2/22/05 Reading/calendaring .25 hrs
3/1/05 Reading/ calendaring .25 hrs
3/2/05 Reading/ calendaring .25 hrs
3/3/05 Reading/calendaring .25 hrs
3/4/05 Reading/calendaring .25 hrs
4/8/05 Reading/calendaring .25 hrs
7/5/05 Assembling hearing notebook 1.75 hrs
7/27/05 Assembling documents .5 hrs
8/19/05 Assembling timesheets and bill .75 hrs

Amount of reduction (4.75 hrs @ $425): $ 2,018.75

**4.      Objection: Entries for travel time and waiting are not compensable.**

8/2/05 Hearing transit and waiting 3.0 hrs

Amount of reduction (3 hrs @ $425): $1,275.00

**5**.      **Objection: Entries are vague and lack specificity.**

7/5/05 Preparation for hearing 3.0 hrs
7/29/05 Preparation for hearing 1.75 hrs

Amount of reduction (4.75 hrs @ $425): $2,018.75

# M.E. (Plaintiffs' Reply, at 70-86)

## A) HOD INFORMATION

10/15/04 HOD (continued from September 20, 2004)

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

| | |
|---|---|
| 133.25 hours | |
| Original corrected Fee Request: 2/23/05 | $390.00 per hr ($51,967.50) |
| Costs | $151.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $139.00 |
| Revised Fee Request 1/23/06 | $405.00 ($53,966.25) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($56,631.25) |

## C) EXPLANATION OF DISPUTED ENTRIES:

**1.     Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $ 4,663.75

**2.     Objection: Entries are remote in time and are unrelated to the hearing.**

　　a.     While services invoiced date from 5/7/02 through 1/15/05, services subsequent to 11/3/04 are unrelated to the HOD in this matter.  Thus, 13.75 hours should be eliminated. (Plaintiff's Reply, pp. 82-83)

　　b.     Services relating to the October 15, 2004 HOD earlier than November 19, 2003 are too remote in time should be eliminated.  Thus, 70.25 hours should be deducted. (Plaintiff's Reply, pp. 72-82)

Amount of reduction (84 hrs @ $425.00): $ 35,700.00

3.     **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Sixty nine .25 hour entries appear as follows:

| | | | | |
|---|---|---|---|---|
| 5/5/02 | 5/15/02 | 6/2/02 | 6/16/02 | 6/30/02 |
| 7/15/02 | 7/28/02 | 8/11/02 | 8/24/02 | 9/9/02 |
| 9/22/02 | 10/6/02 | 10/21/02 | 11/4/02 | 11/19/02 |
| 12/2/02 | 12/16/02 | 12/30/02 | 1/13/03 | 1/27/03 |
| 2/10/03 | 2/24/03 | 3/9/03 | 3/23/03 | 4/6/03 |
| 4/20/03 | 5/4/03 | 5/19/03 | 6/1/03 | 6/29/03 |
| 7/13/03 | 7/27/03 | 8/10/03 | 8/24/03 | 9/7/03 |
| 9/21/03 | 10/5/03 | 10/19/03 | 11/2/03 | 11/16/03 |
| 11/30/03 | 12/14/03 | 12/28/03 | 1/11/04 | 1/25/04 |
| 2/8/04 | 2/22/04 | 3/7/04 | 3/21/04 | 4/4/04 |
| 4/19/4 | 5/4/04 | 5/16/04 | 5/30/04 | 6/13/04 |
| 6/27/04 | 7/10/04 | 7/24/04 | 8/9/04 | 8/22/04 |
| 9/5/04 | 9/19/04 | 10/3/04 | 10/31/04 | 11/14/04 |
| 11/28/04 | 12/12/04 | 1/9/05 | 1/23/05 | |

Amount of reduction (17.25 hrs @ $425): $7,331.25

4.     **Objection: Clerical and non-professional services are not compensable.**

5/7/02 Opening file/computer disk 1.25 hrs
3/17/03 Assembling hearing notebook 1.75 hrs
10/20/03 Reading/calendaring .25 hrs
10/22/03 Reading/calendaring .25 hrs
8/20/04 Reading/calendaring .25 hrs
8/20/04 Updated assembly of hearing notebook 1.5 hrs
10/12/04 Reading/calendaring .25 hrs
1/15/05 Assembling time sheets and bill 1.5 hrs

Amount of reduction (7.0 hrs @ $425): $ 2,975.00

5.     **Objection: Entries for travel time and waiting are not compensable.**

5/29/03 Hearing/transit/waiting 1.75 hrs
9/20/04 Hearing/transit/waiting 3.75 hrs
10/15/04 Hearing/transit/waiting 3.50 hrs

Amount of reduction (9 hrs @ $425): $3825.00

15

**6**.      **Objection: Entries are vague and lack specificity.**

3/17/03 Preparation for hearing 3.0 hrs
3/24/03 Preparation for hearing 3.5 hrs
5/26/03 Preparation for hearing 4.0 hrs
5/29/03 Preparation for hearing 1.5 hrs
8/20/04 Preparation for hearing 3.0 hrs
9/16/04 Preparation for school visit .75 hrs
9/19/04 Preparation for hearing 1.75 hrs
9/30/04 Preparation for telephone conference .75 hrs
1/24/05 Preparation for meeting .75 hrs

Amount of reduction (19 hrs @ $425): $ 8,075.00

## C.G. (Plaintiffs' Reply, at 87-103)

### A) HOD INFORMATION

4/25/03 HOD
10/5/04 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

**4/25/03 HOD (104 hours)**

| | |
|---|---|
| Original Fee Request: 3/1/05 | $390.00 per hr ($40,560.00) |
| Costs | $308.00 |
| Fee Paid by DCPS: | $0 |
| Costs Paid by DCPS: | $0 |
| Revised Fee Request 1/23/06 | $405.00 per hr ($42,120.00) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($44,200.00) |

**10/5/04 HOD (44.25 Hours)**

| | |
|---|---|
| Original Fee Request: 3/1/05 | $390.00 per hr ($17,257.50) |
| Costs | $308.00 |
| Fee Paid by DCPS: | $0 |
| Costs Paid by DCPS: | $0 |
| Revised Fee Request 1/23/06 | $405.00 per hr ($17,921.25) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($18,806.25) |

### C) EXPLANATION OF DISPUTED ENTRIES:

1.     **Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $ 5,188.75

2.     **Objection: Entries are remote in time and are unrelated to the hearing.**

**4/25/03 HOD**

While invoiced services date from 4/1/03 through 6/15/03, those later than 4/29/03 should be eliminated because they are too remote in time from the HOD relied on. Therefore, 23.50 hours should be eliminated. (Plaintiff's Reply, pp. 90-91)

**10/5/04 HOD**

Sixty four hours of services relating to the 10/5/04 HOD preceding 7/11/04, are too remote in time from the HOD relied on and this time should be deducted. (Plaintiff's Reply pp. 92-97) An additional 13.25 hours should also be omitted for 10/30/04 through 3/1/05 because these hours relate to matters subsequent, and unrelated to the hearing. (Plaintiff's Reply pp. 99-100)

Thus, 100.75 hours should be subtracted from his total of 148.25 hours for both hearings.

Amount of reduction (100.75 hrs @ $425.00): $ 42,818.75

**3.    Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Forty eight .25 entries appear as follows:

| 4/6/03 | 4/20/03 | 5/4/03 | 5/19/03 | 6/1/03 |
|---|---|---|---|---|
| 6/15/03 | 6/29/03 | 7/13/03 | 7/27/03 | 8/10/03 |
| 8/24/03 | 9/7/03 | 10/5/03 | 10/19/03 | 11/2/03 |
| 11/16/03 | 11/30/03 | 12/14/03 | 12/28/03 | 1/11/04 |
| 1/25/04 | 2/8/04 | 2/22/04 | 3/7/04 | 3/21/04 |
| 4/4/04 | 4/18/04 | 4/30/04 | 5/15/04 | 5/29/04 |
| 6/12/04 | 6/26/04 | 7/31/04 | 8/6/04 | 8/21/04 |
| 9/4/04 | 9/18/04 | 10/2/04 | 10/16/04 | 10/30/04 |
| 11/13/04 | 11/27/04 | 12/11/04 | 12/23/04 | 1/8/05 |
| 1/22/05 | 2/5/05 | 9/21/03 | | |

Amount of reduction (12 hrs @ $425): $5,100.00.

**4.    Objection: Clerical and non-professional services are not compensable.**

4/9/03 Assembling hearing notebook 1.75 hrs
6/4/03 Reading/calendaring .25 hrs
6/8/03 Assembling meeting notebook .75 hrs
7/6/03 Assembling hearing notebook 1.75 hrs
8/21/03 Assembling documents 1.25 hrs
12/4/03 Assembling meeting notebook .75 hrs
8/5/04 Assembling hearing notebook 1.75 hrs
2/8/05 Assembling hearing notebook .75 hrs
2/16/05 Phone call about expert payment. .25 hrs
3/1/05 Assembling time sheets and bill 1.5 hrs

Amount of reduction (10.75 hrs @ $425): $ 4568.75

18

**5.     Objection: Entries for travel time and waiting are not compensable.**

4/25/03 Hearing/transit/waiting 2.75 hrs
8/26/03 Hearing/transit/waiting 3.00 hrs
9/8/04 Hearing/transit/waiting 2.50 hrs
10/5/04 Hearing/transit/waiting 2.75 hrs

 Amount of reduction (11 hrs @425.00): $4675.00

**6**.     **Objection: Entries are vague and lack specificity.**

4/9/03 Preparation for hearing 3.0 hrs
4/15/03 Preparation for hearing 3.5 hrs
4/24/03 Preparation for hearing 1.75 hrs
7/6/03 Preparation for hearing 3.0 hrs
7/21/03 Preparation for hearing 3.5 hrs
8/5/04 Preparation for hearing 3.0 hrs
9/7/04 Preparation for hearing 1.75 hrs
10/4/04 Preparation for hearing 2.0 hrs

 Amount of reduction (21.5 hrs @425.00): $8,925.00

**7.     Expert fees are not allowed in IDEIA matters.**

Alex Coleman **expert witness** costs $150.00 (See Plaintiff's Reply, p. 101)

**8.     Objection: Compensation for IEP meetings is barred by IDEIA.**

5/19/03 BLMDT/IEP/transit/waiting 3.00 hrs
6/9/03 BLMDT/IEP/transit/waiting 3.00 hrs
12/5/03 BLMDT/IEP/transit/waiting 3.5 hrs
2/9/05 BLMDT/IEP/transit/waiting 3.75 hrs
5/18/03 Preparation for meeting .75 hrs
6/8/03 Preparation for meeting .75 hrs
2/8/05 Preparation for meeting .75 hrs
12/4/03 Preparation for meeting .75 hrs

Amount of reduction (16.25 hrs @425.00): $6,906.25

## R.G. (Plaintiffs' Reply, at 104-123)

### A) HOD INFORMATION

3/25/05 HOD

### B) ATTORNEY FEE INFORMATION

#### Explanation of Fee Request:

| | |
|---|---|
| 64.5 hours | |
| Original Fee Request: 4/2/05 | $390.00 per hr ($25,155.00) |
| Costs | $65.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $65.00 |
| Revised Fee Request 1/23/06 | $405.00 per hr ($26,122.25) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($27,412.50) |

### C) EXPLANATION OF DISPUTED ENTRIES:

1.      **Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $2,257.50

2.      **Objection: Entries are remote in time and are unrelated to the hearing.**

The invoice for this matter begins on 9/1/03, almost two years before the actual hearing. The permissible time period in this matter should begin not earlier than 1/11/05, since that is when the events began to occur involving this matter.  Thus, 35 hours should be reduced from the total billed. (Plaintiff's Reply, pp. 106-110)

Amount of reduction (35 hrs @$425): $14,875.00

3.      **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Forty two .25 hour entries appear as follows:

| 9/21/03 | 10/5/03 | 10/19/03 | 11/2/03 | 11/16/03 |
|---|---|---|---|---|
| 11/30/03 | 12/14/03 | 12/28/03 | 1/11/04 | 1/25/04 |
| 2/8/04 | 2/22/04 | 3/7/04 | 3/21/04 | 4/4/4 |
| 4/18/04 | 4/30/04 | 5/15/04 | 5/29/04 | 6/12/04 |

| 6/26/04 | 7/10/04 | 7/24/04 | 8/6/04 | 8/21/04 |
| 9/4/04 | 9/18/04 | 10/2/04 | 10/16/04 | 10/30/04 |
| 11/13/04 | 11/27/04 | 12/11/04 | 12/23/04 | 1/8/05 |
| 1/11/05 | 1/22/05 | 2/5/05 | 2/18/05 | 3/5/05 |
| 3/19/05 | 4/2/05 | | | |

Amount of reduction (10.50 hrs @ $425): $4,462.50

**4.      Objection: Clerical and non-professional services are non compensable.**

9/17/03 Assembling hearing notebook 1.75 hrs
2/23/03 Reading/calendaring .25 hrs
3/9/04 Assembling meeting notebook .75 hrs
12/2/04 Reading/calendaring .25 hrs
3/2/05 Reading/calendaring .25 hrs
3/2/05 Re-Assembling hearing notebook 1.75 hrs
4/2/05 Assembling time sheets 1.0 hrs

Amount of reduction (6 hrs @ $425): $ 2,550.00

**5.      Objection: Entries for travel time and waiting are not compensable.**

3/25/05 Hearing/transit/waiting 1.5 hrs

Amount of reduction (1.5 hrs @ $425): $ 637.50

**6**.      **Objection: Entries are vague and lack specificity.**

9/17/03 Preparation for hearing 3.0 hrs
9/24/03 Preparation for hearing 3.5 hrs
3/24/05 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @ $425): $ 3,506.25

**7. Objection:  Compensation for IEP meetings is barred by IDEIA.**

3/9/04 Preparation for meeting .75 hrs
3/10/04 BLMDT/IEP meeting/transit/waiting 2.75 hrs

Amount of reduction (3.5 hrs @ $425): $ 1,4875.00

## J.I. (Plaintiffs' Reply, at 124-134)

### A) HOD INFORMATION

3/25/05 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

| | |
|---|---|
| 70.25 Hours | |
| Original Fee Request: 4/1/05 | $390.00 per hr ($27,397.50) |
| Costs | $40.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $40.00 |
| Revised Fee Request 1/23/06 | $405.00 per hr ($28,451.25) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($29,856.25) |

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $ 2,458.75

**2.      Objection: Entries are remote in time and are unrelated to the hearing.**

Invoice entries for this matter begin 5/18/02, almost three years before the actual hearing on 3/25/05. The allowable time period in this matter should begin not earlier than 2/16/05, since this is when the events began to occur involving this matter. Thus, 44 hours preceding 2/16/05 should be eliminated. (Plaintiff's Reply, pp. 126-129)

Amount of reduction (44 hrs @ 425.00): $ 18,700.00

**3.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Eighty three .25 hour entries appear as follows:

| | | | | |
|---|---|---|---|---|
| 5/18/02 | 6/1/02 | 6/15/02 | 6/29/02 | 7/14/02 |
| 7/27/02 | 8/10/02 | 8/23/02 | 9/8/02 | 9/22/02 |
| 10/5/02 | 10/20/02 | 11/3/02 | 11/17/02 | 12/1/02 |
| 12/15/02 | 12/29/02 | 1/12/03 | 1/26/03 | 2/9/03 |
| 2/23/03 | 3/8/03* | 3/9/03* | 4/5/03* | 4/6/03* |

| 4/19/03* | 4/20/03* | 5/3/04* | 5/4/03* | 5/18/03* |
|----------|----------|---------|---------|----------|
| 5/19/03* | 5/31/03* | 6/1/03* | 6/14/03* | 6/15/03* |
| 6/28/03* | 6/29/03* | 7/12/03 | 7/26/03 | 8/9/03 |
| 8/23/03 | 9/6/03 | 9/20/03 | 10/4/03 | 10/18/03 |
| 11/1/03 | 11/15/03 | 11/29/03 | 12/13/03 | 12/27/03 |
| 1/10/04 | 1/24/04 | 2/7/04 | 2/20/04 | 3/6/04 |
| 3/20/04 | 4/3/04 | 4/18/04 | 4/30/04 | 5/15/04 |
| 5/29/04 | 6/12/04 | 6/26/04 | 7/10/04 | 7/31/04 |
| 8/6/04 | 8/21/04 | 9/4/04 | 9/18/04 | 10/2/04 |
| 10/16/04 | 10/30/04 | 11/13/04 | 11/27/04 | 12/11/04 |
| 12/23/04 | 1/8/05 | 1/22/05 | 2/5/05 | 2/18/05 |
| 3/5/05 | 3/19/05 | 4/2/05 | | |

* These dates show bi-weekly reviews that occurred *twice* every two weeks rather than once every two weeks. (Plaintiff's Reply, pp. 127-128)

Amount of reduction (20.75 hrs @ $425): $ 8,818.75

**4.      Objection: Clerical and non-professional services are not compensable.**

3/3/03  Assembling hearing notebook 1.75 hrs
6/2/03  Assembling meeting notebook .25 hrs
2/28/05 Assembling hearing notebook 1.75 hrs
4/2/05  Assembling time sheets/bill 1.0 hrs

Amount of reduction (4.75 hrs @ $425): $2,018.75

**5.      Objection: Compensation for IEP meetings is barred by IDEIA.**

6/2/03 Preparation for meeting .75 hrs
6/3/03 BLMDT/IEP meeting 1.5 hrs

Amount of reduction (2.25 hrs @425.00): $637.50

**6**.      **Objection: Entries are vague and lack specificity.**

3/3/03 Preparation for hearing 3.0 hrs
3/12/03 Preparation for hearing 3.5 hrs
2/28/05 Preparation for hearing 3.0 hrs
3/12/05 Preparation for hearing 3.5 hrs
3/24/05 Preparation for hearing 1.75 hrs

Amount of reduction (14.75 hrs @ $425): $ 6,268.75

## A.I. (Plaintiffs' Reply, at 135-153)

### A) HOD INFORMATION

HOD September 17, 2004
HOD June 8, 2004
HOD February 4, 2004

### B) ATTORNEY FEE INFORMATION

**-May 1, 2005 Fee statement: $390.00 hr**

| | | |
|---|---|---|
| HOD September 17, 2004 | 42.25 hours | $16,477.50 ($4,000.00 DCPS payment) |
| HOD June 8, 2004 | 30 hours | $11,700.00 ($4,000.00 DCPS Payment) |
| HOD February 4, 2004 | 42 hours | $16,380.00 ($4,000.00 DCPS Payment) |

**-January 23, 2006 Fee statement: $405.00 hr**

| | | |
|---|---|---|
| HOD September 17, 2004 | 42.25 hours | $17,111.25 |
| HOD June 8, 2004 | 30 hours | $12,150.00 |
| HOD February 4, 2004 | 42 hours | $17,010.00 |

**-June 15, 2006 Supplemental Statement of the January 23, 2006 statement.**

HOD September 17, 2004     42.25 hours     $17,111.25 add 10.75 hours and 18.00 costs

**-August 3, 2006 Fee Statement: $425.00 hr**

| | | |
|---|---|---|
| HOD September 17, 2004 | 42.25 hours | $17,956.25 |
| HOD June 8, 2004 | 30 hours | $12,750.00 |
| HOD February 4, 2004 | 42 hours | $17,850.00 |

-Costs $138.00
-Total Fees Paid by DCPS: $12,000.00 Total Costs Paid by DCPS: $138.00

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00.
Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00,
the rate at the time of services.

Amount of reduction: $ 3,998.75

2.      **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Forty eight .25 hour entries appear as follows:

| FEBRUARY 4, 2004 HOD | | | | |
|---|---|---|---|---|
| 1/10/04 | 1/24/04 | 2/7/04 | 2/21/04 | 3/6/04 |
| 3/20/04 | 4/3/04 | 4/18/04 | 5/3/04 | |
| **JUNE 8, 2004 HOD** | | | | |
| 5/15/04 | 5/29/04 | 6/12/04 | 6/26/04 | 7/9/04 |
| 7/23/04 | | | | |
| **SEPTEMBER 17, 2004 HOD** | | | | |
| 8/7/04 | 8/21/04 | 9/4/04 | 9/18/04 | 10/2/04 |
| 10/16/04 | 10/30/04 | 11/13/04 | 11/27/04 | 12/11/04 |
| 12/25/04 | 1/8/05 | 1/22/05 | 2/5/05 | 2/20/05 |
| 3/5/05 | 3/10/05 | 3/19/05 | 4/2/05 | 4/16/05 |
| 4/30/05 | | | | |
| **SEPTEMBER 17, 2004 HOD supplemental statement** | | | | |
| 5/14/05 | 5/28/05 | 6/11/05 | 6/25/05 | 7/9/05 |
| 7/23/05 | 8/20/05 | 9/3/05 | 9/17/05 | 10/1/05 |
| 10/15/05 | 8/6/05 | | | |

Amount of reduction (12 hrs @ 425.00): $5,100.00

3.      **Objection: Clerical and non-professional services are not compensable.**

**February 4, 2004 HOD**

1/5/04 Opening file/computer disk 1.25 hrs
1/23/04 Reading/calendaring .25 hrs
1/24/04 Assembling hearing notebook 1.75 hrs

**June 8, 2004 HOD**

5/13/04 Assembling hearing notebook 1.75 hrs
6/22/04 Assembling meeting notebook .75 hrs

**September 17, 2004**

8/18/04 Reading/calendaring .25 hrs
11/29/04 Reading/calendaring .25 hrs

25

12/21/04 Assembling meeting notebook .75 hrs
4/28/05 Assembling meeting notebook .75 hrs
5/2/05 Assembling timesheets and bill 1.5 hrs

**September 17, 2004 HOD supplemental statement**

9/5/05 Assembling meeting notebook .75 hrs
6/16/6 Assembling timesheets .25 hrs

Total Amount of Reduction (10.25 hrs @ 425.00): $4,356.25

**4.     Objection: Entries for travel time and waiting are not compensable.**

**February 4, 2004 HOD**

2/4/04 Hearing/transit/waiting 1.5 hrs
3/2/04 BLMDT/IEP/transit/waiting 2.5 hrs

**June 8, 2004 HOD**

6/23/04 BLMDT/IEP/transit/waiting 1.5 hrs

**September 17, 2004 HOD**

9/17/04 Hearing/transit/waiting 3.0 hrs
4/29/05 BLMDT/IEP/transit/waiting 3.0 hrs

**September 17, 2004 HOD supplemental statement**

9/6/05 MDT/IEP/waiting/transit 2.5 hrs

Total Amount of Reduction (14 hrs @ $425.00): $5,950.00

**5.     Objection: Entries are vague and lack specificity.**

**February 4, 2004 HOD**

1/24/04 Preparation for hearing 3.0 hrs
1/28/04 Preparation for hearing 3.5 hrs
2/3/04 Preparation for hearing 1.75 hrs
3/1/04 Preparation for meeting .75 hrs

**June 8, 2004 HOD**

5/13/04 Preparation for hearing 3.0 hrs

5/20/04 Preparation for hearing 3.5 hrs
6/7/04 Preparation for hearing 1.75 hrs
6/22/04 Preparation for meeting .75 hrs

**September 17, 2004**

8/18/04 Preparation for hearing 3.0 hrs
9/10/04 Preparation for hearing 3.5 hrs
9/16/04 Preparation for hearing 1.75 hrs
12/21/04 Preparation for meeting .75 hrs
4/28/05 Preparation for meeting .75 hrs

**September 17, 2004 HOD supplemental statement**

9/5/05 Preparation for meeting .75 hrs

Total Amount of Reduction (28.50 hrs @ $425.00): $12,112.50

## N.J. (Plaintiffs' Reply, at 154-167)

### A) HOD INFORMATION

12/2/04 HOD

### B) ATTORNEY FEE INFORMATION

#### Explanation of Fee Request:

| | |
|---|---|
| 77.25 hours | |
| Original Fee Request: 3/2/05 | $390.00 per hr ($30,127.50) |
| Costs | $18.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $18.00 |
| Revised Fee Request 1/23/06 | $405.00 per hr ($31,286.25) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($32,831.25) |

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.        Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of Reduction: $2,703.75

**2.        Objection: Entries are remote in time and are unrelated to the hearing.**

Services relating to the 12/2/04 HOD preceding October 19, 2004 are too remote in time should be eliminated.  Thus, 30 hours of billing should be deducted.

Amount of Reduction (30 hrs @ $425.00): $12,750.00

**3.        Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Thirty nine .25 entries appear as follows:

| | | | | |
|---|---|---|---|---|
| 10/19/03 | 11/2/03 | 11/16/03 | 11/30/03 | 12/14/03 |
| 12/28/03 | 1/11/04 | 1/25/04 | 2/8/04 | 2/22/04 |
| 3/7/04 | 3/21/04 | 4/4/04 | 4/19/04 | 5/4/04 |
| 5/16/04 | 5/30/04 | 6/13/04 | 6/27/04 | 7/10/4 |
| 8/1/04 | 8/9/04 | 8/22/04 | 9/5/4 | 9/19/04 |

| 10/3/04 | 10/17/04 | 10/19/03 | 10/31/04 | 11/2/03 |
| 11/14/04 | 11/16/03 or 04? | 11/26/04 | 11/30/03 04? | 12/14/03 |
| 12/26/04 | 1/9/05 | 1/23/05 | 2/6/05 | |

Amount of reduction (9.75 hrs @ 425.00): $ 4,143.75

**4.    Objection: Clerical and non-professional services are not compensable.**

10/14/03 Opening a file 1.25 hrs
2/3/04  Reading/calendaring .25 hrs
2/4/04  Reading/calendaring .25 hrs
2/23/04 Reading/calendaring .25 hrs
9/30/04 Reading/calendaring .25 hrs
9/30/04 Assembling hearing notebook 1.75 hrs
10/19/04 Revising notebook 1.0 hrs
11/3/04 Reading/calendaring .25 hrs
11/4/04 Reading/calendaring .25 hrs
1/14/05 Reading/calendaring .25 hrs
1/27/05 Assembling meeting notebook .75 hrs
3/2/05 Assembling time sheets and bill 1.0 hrs

Amount of Reduction (7.5 hrs @ $425.00): $3,187.50

**5.    Objection: Entries for travel time and waiting are not compensable.**

12/2/04 Hearing/transit/waiting 2.0 hrs

Amount of Reduction (2.0 hrs @ $425.00): $850.00

**6**.    **Objection: Entries are vague and lack specificity.**

9/30/04 Preparation for hearing 3.0 hrs
11/28/04 Preparation for hearing 3.5 hrs
12/1/04 Preparation for hearing 1.75 hrs

Amount of Reduction (8.25 hrs @ $425.00): $3,506.25

**7.    Objection: Compensation for IEP meeting is barred by IDEIA.**

1/28/05 BLMDT/IEP meeting/transit/waiting 2.75 hrs

Amount of Reduction (2.75 hrs @ $425.00): $1168.75

## K.J. (Plaintiffs' Reply, at 168-186)

### A) HOD INFORMATION

12/3/03 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

| | |
|---|---|
| 10.75 hours | |
| Original Fee Request: 4/2/05 | $390.00 per hr ($4,192.50) |
| Costs | $18.00 |
| Fee Paid by DCPS: | $3,900.00 |
| Costs Paid by DCPS: | $18.00 |
| Revised Fee Request 1/23/06 | $405.00 per hr ($4,353.75) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($4,568.75) |

**Supplemental Fee Statement:**

-First Supplemental Statement dated 2/9/06 adds 18.25 hours of services @405.00 per hour and revised rate submitted on 8/3/06 @425.00 an hour. (Plaintiff's Reply, pp. 175-180)

-Second Supplemental Statement dated 2/23/06 adds 1.25 hours of service @ 405.00 per hour and revised rate submitted on 8/3/6 @ 425.00 an hour. (Plaintiff's Reply, pp. 182-186)

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.    Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of Reduction: $376.25

**2.    Objection: Entries are too remote in time and are unrelated to the hearing.**

The hearing took place on 12/3/03. However, the invoices in the record show services subsequent to the HOD from 4/21/04 through 2/23/06.  These services are subsequent and seemingly remote to the HOD and 1.5 hours should be reduced.

Amount of reduction (30.25 hrs @425.00): $12,856.25

3.    **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Twenty seven .25 hours appear as follows:

| 4/30/04 | 5/15/04 | 5/29/04 | 6/12/04 | 6/26/04 |
|---------|---------|---------|---------|---------|
| 7/10/04 | 7/24/04 | 8/6/04 | 8/21/04 | 9/4/04 |
| 9/18/04 | 10/2/04 | 10/16/04 | 10/30/04 | 11/13/04 |
| 11/27/04 | 12/11/04 | 12/23/04 | 1/8/05 | 1/22/05 |
| 2/5/05 | 2/18/05 | 3/5/05 | 3/19/05 | 4/2/05 |
| 2/4/06 | 2/18/06 | | | |

Amount of reduction (6.75 hrs @ $425.00): $ 2,868.75.

4.    **Objection: Clerical and non-professional services are not compensable.**

4/27/04 Reading/calendaring .25 hrs
5/7/04  Reading/calendaring .25 hrs
5/24/04 Assembling meeting notebook .75 hrs
4/2/05 Assembling time sheets and bill .50 hrs
12/6/05 Reading/calendaring .25 hrs
1/31/06 Reading/calendaring .25 hrs
2/8/06 Assembling meeting notebook .75 hrs
2/8/06 Reading/calendaring .25 hrs
2/9/06 Assembling time sheets and bill .5 hrs
2/23/06 Assembling time sheets and bill .25 hrs

Amount of reduction (4 hrs @ $425.00): $1,700.00

5.    **Objection: Compensation for IEP meetings is barred by IDEIA.**

5/24/04 Preparation for meeting 3.0 hrs
5/25/04 BLMDT/IEP meeting/transit/waiting 2.75 hrs
2/8/06 Preparation for meeting .75 hrs
2/9/06 MDT meeting/transit/waiting 3.0 hrs

Amount of reduction (9.5 hrs @ $425.00): $4,037.50

## <u>M.J. (Plaintiffs' Reply, at 187-202)</u>

### A) <u>HOD INFORMATION</u>

3/12/04 HOD

### B) <u>ATTORNEY FEE INFORMATION</u>

**<u>Explanation of Fee Request:</u>**

On April 2, 2005, Mr. Drake submitted a fee request to DCPS for services from April 2, 2004 through June 28, 2005, regarding a hearing on March 12, 2004. He stated a $390.00 hourly fee for 22.25 hours of service totaling $8,677.50 and $21.00 in costs. He increased his rate on 1/23/06 to $405.00 an hour for these services.

On January 23, 2006, in another fee request he added 24 hours of service at $405.00 for a settlement agreement on May 19, 2005, totaling $9,720.00 and $43.00 in costs.

**<u>Supplemental Fee Request:</u>**

On January 23, 2006, Mr. Drake also submitted a fee request adding 10.75 additional hours to the original HOD invoice at an increased rate of $405.00 per hour totaling $4,353.75. (Plaintiff's Reply, p. 195)

On August 3, 2006, Mr. Drake submitted a second supplemental fee request, this time billing at $425.00 an hour, totaling:

> $4568.75 for 10.75 supplemental hours arising from the March 12, 2004 HOD
> $9456.25 for 22.25 hours arising from the March 12, 2004 HOD
> $10200.00 for 24 hours relating to a settlement agreement on May 19, 2005

DCPS paid $4210.50 for fees and costs in this case. (Plaintiff's Reply, p. 187)

### C) <u>EXPLANATION OF DISPUTED ENTRIES:</u>

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $1,995.00

32

**2.      Objection: Entries are remote in time and are unrelated to the hearing.**

The HOD was issued on March 12, 2004.  Invoiced services begin on April 21, 2004 through February 23, 2006; they are subsequent and seemingly unrelated to the HOD relied on. (Plaintiff's Reply, p. 189)

Amount of reduction (33 hrs @ $425.00) $14,025.00

**3.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Ten .25 entries appear as follows:

| 4/19/04 | 5/4/04 | 5/16/04 | 5/30/04 | 6/13/04 |
|---------|--------|---------|---------|---------|
| 6/27/04 | 7/10/04 | 7/14/04 | 8/9/04 | 8/22/04 |

Amount of reduction (2.5 @ $425.00): $1,062.50

**4.      Objection: Clerical and non-professional services are not compensable.**

4/21/04 Assembling meeting notebook .75 hrs
5/19/04 Assembling meeting notebook .75 hrs
8/27/04 reading/calendaring .25 hrs
8/30/04 Assembling hearing notebook 1.75 hrs
9/7/04 Assembling meeting notebook .75 hrs
9/14/04 Assembling re-eval meeting notebook .75 hrs
9/20/04 reading/calendaring .25 hrs
9/21/04 reading/calendaring .25 hrs
4/2/05 Assembling time sheets and bill .75 hrs
5/10/05 reading/calendaring .25 hrs
5/18/05 Assembling meeting notebook .75 hrs
6/28/05 Assembling time sheets and bill .75 hrs

Amount of reduction (8 hrs @ $425.00): $ 3,400.00

**5.      Objection: Compensation for IEP meetings is barred by IDEIA.**

4/22/04 BLMDT/IEP/transit/waiting 4.0 hrs
5/20/04 Placement meeting/transit/waiting 3.0 hrs
9/7/04 BLMDT/IEP/transit/waiting 2.0 hrs
5/19/05 BLMDT/IEP/transit/waiting 2.75
4/21/04 Preparation for meeting .75 hrs
5/19/04 Preparation for meeting .75 hrs
9/7/04 Preparation for MDT meeting .75 hrs
5/18/05 Preparation for meeting .75 hrs

Amount of reduction (14.75 hrs @ 425.00): $6268.75

**6**.      **Objection: Entries are vague and lack specificity.**

8/30/04 Preparation for hearing 3.0 hrs

Amount of reduction (3 hrs @ $425.00): $1,275.00

**7.      Objection: Fees are not allowed for settlement agreements.**

There are 24 hours billed for services regarding a May 19, 2005 settlement agreement.
On its face, these fees are not compensable pursuant to <u>Buckhannon.</u>

Amount of reduction (24 hrs @ $425.00): $10,200.00

# C.J. (Plaintiffs' Reply, at 203-210)

## A) HOD INFORMATION

6/3/04 HOD

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

| | |
|---|---|
| 53.75 hours | |
| Original Fee Request: 2/15/05 | $390.00 per hr ($20,962.50) |
| Costs | $70.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $70.00 |
| Revised Fee Request  1/23/06 | $405.00 per hr ($21,768.75) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($22,843.75) |

## C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00.
Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00,
the rate at the time of services.

Amount of reduction: $ 1,881.25

**2.      Objection: Entries are too remote in time and are unrelated to the hearing.**

The HOD was issued on June 3, 2004.  Invoiced services are from February 12, 2004
through January 15, 2005.  Services subsequent to June 4, 2004 are remote in time and
seemingly unrelated to the HOD relied on. (See Plaintiff's Reply pp. 206-207)
Therefore, 13.75 hours should be deducted.

Amount of reduction (13.75 hrs @ 425.00): $5,843.75

**3.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Eleven .25 hours of entries appear as follows:

| 2/20/04 | 4/30/04 | 6/12/04 | 6/26/04 | 7/31/04 |
|---------|---------|---------|---------|---------|
| 8/6/04 | 8/21/04 | 9/18/04 | 10/2/04 | 10/16/04 |
| 10/30/04 | | | | |

Amount of reduction (2.75 hrs @ 425.00): $ 1,168.75

**4.    Objection: Clerical and non-professional services are not compensable.**

2/12/04 Opening Case file 1.25 hrs
5/3/04 Reading/calendaring .25 hrs
5/3/04 Assembling hearing notebook 1.75 hrs
6/24/04 Reading/calendaring .25 hrs
6/30/04 Assembling meeting notebook .75 hrs
11/3/04 Assembling meeting notebook .75 hrs
1/15/05 Assembling time sheets and bill .75 hrs

Amount of reduction (5.75 hrs @ 425.00): $2,443.75

**5.    Objection: Compensation for IEP meetings is barred by IDEIA.**

7/1/04 BLMDT/IEP meeting/ transit/waiting 2.75 hrs
11/3/04 BLMDT/IEP meeting/transit/waiting 1.5 hrs
6/30/04 Preparation for meeting .75 hrs
11/3/04 Preparation for reconvened IEP meeting .75 hrs

Amount of reduction (5.75 hrs @ 425.00): $2443.75

6.    **Objection: Entries are vague and lack specificity.**

5/3/04 Preparation for hearing 3.0 hrs
5/19/04 preparation for hearing 3.5 hrs
6/2/04 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @ 425.00): $3506.25

**7.    Objection: Entries for travel time and waiting are not compensable.**

6/3/04 Hearing/transit/waiting 2.75 hrs

Amount of reduction (2.75 hrs @ 425.00): $1168.75

## M.L. (Plaintiffs' Reply, at 211-222)

### PART 1

**A) HOD INFORMATION**

8/2/05 HOD

**B) ATTORNEY FEE INFORMATION**

**Explanation of Fee Request:**

| | |
|---|---|
| 30.75 hours | |
| Original Fee Request: 8/19/05 | $405.00 ($12,453.75) |
| Costs | $15.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $15.00 |
| Revised Fee Request 8/3/06 | $425.00 per hr ($13,068.75) |

**Supplemental Fee statement:**

On 2/16/06 Mr. Drake submitted a supplemental fee request for an additional 10.75 hours to be added to the original HOD invoice.

| | |
|---|---|
| 2/16/06 | 10.75 hours @ $405.00 |
| 8/3/06 | fee increase to $425.00 |

**C) EXPLANATION OF DISPUTED ENTRIES:**

**1.     Submission of revised fee request and second revised request are invalid.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate at the time of services.

Amount of reduction: $ 615.00

**2.     Objection: Entries are too remote in time and are unrelated to the hearing.**

Services relating to the August 2, 2005 HOD preceding June 26, 2005 are remote in time and this time should be deducted.  Thus, 7.25 hours should be deducted. (Plaintiff's Reply, pp. 213-214)

Amount of reduction (7.25 hrs @ $425.00): $3,081.25

3.	**Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Seventeen .25 hours of entries appear as follows:

| 6/25/05 | 7/9/05 | 8/6/05 | | |
|---------|--------|--------|--|--|
| **Supplemental Hours** | | | | |
| 8/6/05 | 8/20/05 | 9/3/05 | 9/17/05 | 10/1/05 |
| 10/15/05 | 10/29/05 | 11/12/05 | 11/26/05 | 12/10/05 |
| 12/22/05 | 1/7/06 | 1/21/06 | 2/4/06 | |

Amount of reduction (4.25 hrs @ $425.00): $1,806.25

4.	**Objection: Clerical and non-professional services are not compensable.**

6/16/05 Assembling meeting notebook .75 hrs
7/5/05 Reading/calendaring .25 hrs
7/6/05 Assembling hearing notebook 1.75 hrs
8/18/05 Assembling time sheets and bill .75 hrs
1/11/06 Reading/calendaring .25 hrs
1/16/06 Assembling meeting notebook .75 hrs
2/16/06 Assembling time sheets and bill .5 hrs

Amount of reduction (5 hours @ $425.00): $2,125.00

5.	**Objection: Entries for travel time and waiting are not compensable.**

1/17/06 MDT meeting/transit/waiting 2.5 hrs

Amount of reduction (2.5 hrs @ $425.00): $1062.50

6.	**Objection: Entries are vague and lack specificity.**

7/6/05 Preparation for hearing 3.0 hrs
7/19/05 Preparation for hearing 3.5 hrs
7/28/05 Preparation for hearing 1.75 hrs
1/16/06 Preparation for meeting .75 hrs

Amount of reduction (9 @$425.00): $ 3,825.00

7.	**Objection: Compensation for IEP meetings is barred by IDEIA.**

6/16/05 BLMDT/IEP/transit/waiting 2.25 hrs
6/16/05 Preparation for meeting .75 hrs
Amount of reduction (4 @$425.00): $ 1,275.00

<u>**M.L. (Plaintiffs' Reply, at 223-235)**</u>

**PART 2**

**A)** <u>**HOD INFORMATION**</u>

3/30/04 HOD
11/3/03 HOD

**B)** <u>**ATTORNEY FEE INFORMATION**</u>

**-April 3, 2005 Fee statement: $390.00 hr**

| | | |
|---|---|---|
| HOD March 30, 2004 | 49.75 hours | $19,402.50 ($4,000.00 DCPS payment) |
| HOD November 3, 2003 | 52 hours | $20,280.00 ($4,000.00 DCPS Payment) |

**-January 23, 2006 Fee Increase statement: $405.00**

| | | |
|---|---|---|
| HOD March 30, 2004 | 49.75 hours | $20,148.75 |
| HOD November 3, 2003 | 52 hours | $21,060.00 |

**-August 3, 2006 Fee Information: $425.00**

| | | |
|---|---|---|
| HOD March 30, 2004 | 49.75 hours | $21,143.75 |
| HOD November 3, 2003 | 52 hours | $22,100.00 |

-Costs $132.00
-Total Fees Paid by DCPS $8117.00

**C)** <u>**EXPLANATION OF DISPUTED ENTRIES:**</u>

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00.
Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00,
the rate at the time of services.

Amount of reduction: $ 3,561.25

**2.      Objection: Entries are too remote in time and are unrelated to the hearing.**

**November 3, 2003**

The first HOD was issued on November 3, 2003.  Invoiced services are from September
26, 2003 through February 8, 2004.  Services subsequent to November 13, 2003 are

remote in time and seemingly unrelated to the HOD relied on. (See Plaintiff's Reply, pp. 227-228) Thus, 12.75 hours should be deducted.

**March 30, 2004**

While the second hearing is identified as March 30, 2004, billings continued through April 3, 2005. Services subsequent to April 16, 2004, are remote in time and seemingly unrelated to the HOD relied on.  Thus, 23.25 hours should be deducted.  (See Plaintiff's Reply, pp. 227-228)

Total Amount of reductions: (36 hrs @ $425.00) $ 15,300.00

**3.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Forty .25 hours of entries appear as follows:

| 10/5/ 03 | 10/19/03 | 11/2/03 | 11/16/03 | 11/30/03 |
|----------|----------|---------|----------|----------|
| 12/14/03 | 12/28/03 | 1/11/04 | 1/25/04 | 2/8/04 |
| **March 30, 2004 HOD** | | | | |
| 2/22/04 | 3/7/04 | 3/21/04 | 4/4/04 | 4/19/04 |
| 5/4/04 | 5/16/04 | 5/30/04 | 6/13/04 | 6/27/04 |
| 7/10/04 | 7/24/04 | 8/9/04 | 8/22/04 | 9/5/04 |
| 9/19/04 | 10/3/04 | 10/17/04 | 10/31/04 | 11/14/04 |
| 11/28/04 | 12/12/04 | 12/26/04 | 1/9/05 | 1/23/05 |
| 2/6/05 | 2/21/05 | 3/6/05 | 3/20/05 | 4/3/05 |

Total amount of reductions: (10 hrs @ 425.00): $4,250.00

**4.      Objection: Clerical and non-professional services are not compensable.**

**November 3, 2003 HOD**

9/26/03 Opening file/computer disk .25 hrs
10/14/03 Assembling hearing notebook 1.75 hrs
10/16/03 Reading/calendaring .25 hrs
12/15/03 Assembling meeting notebook .75 hrs

**March 30, 2004 HOD**

3/3/04 Assembling hearing notebook 1.75 hrs
5/25/04 Reading/calendaring .25 hrs
6/16/04 Assembling meeting notebook .75 hrs
1/7/05 Reading/calendaring .25 hrs
2/10/05 Assembling meeting notebook .75 hrs
4/3/05 Assembling timesheets/bill 1.0 hrs

Total Amount of reductions: (7.75 hrs @ $425.00): $3,293.75

**5.      Objection: Entries for travel time and waiting are not compensable.**

**November 3, 2003 HOD**

11/3/03 Hearing/transit/waiting 2.25 hrs

**March 30, 2004 HOD**

3/30/04 Hearing/transit/waiting 3.0 hrs

Total Amount of reductions: (5.25 hrs @ $425.00): $ 2,231.25

**6**.      **Objection: Entries are vague and lack specificity.**

**November 3, 2003 HOD**

10/14/03 Preparation for hearing 3.0 hrs
10/25/03 Preparation for hearing 3.5 hrs
11/2/03 Preparation for hearing 1.75 hrs

**March 30, 2004 HOD**

3/3/04 Preparation for hearing 3.0 hrs
3/10/04 Preparation for hearing 3.5 hrs
3/29/04 Preparation for hearing 1.75 hrs

Total Amount of reductions: (16.5 hrs @ $425.00): $ 7012.5

**7.      Objection: Compensation for IEP meetings is barred by IDEIA.**

**November 3, 2003 HOD**

12/16/03 BLMDT/IEP meeting/transit/waiting 4.0 hrs

**March 30, 2004 HOD**

6/17/04 BLMDT/IEP/transit/waiting 2.25 hrs
2/11/05 BLMDT/IEP meeting/transit/waiting 2.0 hrs

**November 3, 2003 HOD**

12/15/03 Preparation for meeting .75 hrs

41

**March 30, 2004 HOD**

6/16/04 Preparation for meeting .75 hrs
2/10/05 Preparation for meeting .75 hrs

Total Amount of reductions: (10.5 hrs @ $425.00): $ 4462.50

## P.N. (Plaintiffs' Reply, at 236-251)

### A) HOD INFORMATION

9/13/04   HOD
10/13/04 HOD
11/15/04 HOD
12/16/04 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

129.75 hours
Original Fee Request: 3/1/05                    $390.00 per hr ($50,602.50)
Costs                                           $129.00
Fee Paid by DCPS:                               $4,000.00
Costs Paid by DCPS:                             $129.00
Revised Fee Request  1/23/06                    $405.00 per hr ($52,548.75)
Second Revised Fee Request: 8/3/06              $425.00 per hr ($55,143.75)

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00.
Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00,
the rate at the time of services.

Amount of reduction: $ 4,541.25

**2.      Objection: Entries are remote in time and are unrelated to the hearing.**

A total of 129.75 hours was billed for the four HODs. The billing entries include the first
three hearings where no final HODs were issued because the hearings were continued.
Only a final HOD was issued involving the fourth hearing on December 16, 2004.  Thus,
services preceding July 25, 2004 are remote in time and 70 hours should be deducted
from the invoice. (Plaintiff's Reply pp. 238-248)

Amount of reduction (70 hrs @ $425.00): $29,750.00

3.      **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Fifty .25 hour entries appear as follows:

| 5/4/03 | 5/19/03 | 6/1/03 | 6/15/03 | 6/29/03 |
|---|---|---|---|---|
| 7/13/03 | 7/27/03 | 8/10/03 | 8/24/03 | 9/7/03 |
| 9/21/03 | 10/5/03 | 10/19/03 | 11/2/03 | 11/16/03 |
| 11/30/03 | 12/14/03 | 12/28/03 | 1/11/04 | 1/25/04 |
| 2/8/04 | 2/22/04 | 3/7/04 | 3/21/04 | 4/4/04 |
| 4/18/04 | 4/30/04 | 5/15/04 | 5/29/04 | 6/12/04 |
| 6/26/04 | 7/10/04 | 7/24/04 | 8/6/04 | 8/21/04 |
| 9/18/04 | 10/2/04 | 10/16/04 | 10/20/04 | 11/13/04 |
| 11/27/04 | 12/11/04 | 12/23/04 | 1/8/05 | 1/22/05 |
| 2/5/05 | 2/18/05 | 3/5/05 | 3/19/05 | 4/2/05 |

Amount of reduction (12.50 hrs @ $425.00): $5,312.50

4.      **Objection: Clerical and non-professional services are not compensable.**

6/25/03 Reading/calendaring .25 hrs
6/27/03 Assembling hearing notebook 1.75 hrs
7/2/03 Reading/calendaring .25 hrs
9/17/03 Reading/calendaring .25 hrs
10/15/03 Reading/calendaring .25 hrs
2/11/04 Reading/calendaring .25 hrs
2/22/04 Reading/calendaring .25 hrs
3/8/04 Reading/calendaring .25 hrs
3/8/04 Reading/calendaring .25 hrs
8/18/04 Reading/calendaring .25 hrs
8/20/04 Assembling new hearing notebook 1.75 hrs
11/30/04 Reading/calendaring .25 hrs
1/14/05 Reading/calendaring .25 hrs
1/23/05 Assembling meeting notebook .75 hrs
2/4/05 Reading/calendaring .25 hrs
2/14/05 Assembling meeting notebook .75 hrs
4/6/05 Assembling time sheets/bill 1.5 hrs

Amount of reduction (9.5 hrs @ $425.00): $4,037.50

5.      **Objection: Entries for travel time and waiting are not compensable.**

10/15/03 Hearing/transit/waiting 1.5 hrs
9/13/04 Hearing/transit/waiting 2.0 hrs
10/13/04 Hearing/transit/waiting 3.0 hrs
11/15/04 Hearing/transit/waiting 3.25 hrs
12/16/04 Hearing/transit/waiting 6.0 hrs

Amount of reduction (15.75 hrs @ $425.00): $6,693.75

**6**.     **Objection: Entries are vague and lack specificity.**

6/27/03 Preparation for hearing 3.0 hrs
7/5/03 Preparation for hearing 3.5 hrs
10/14/03 Preparation for hearing 1.75 hrs
8/20/04 Re-preparation for hearing 3.0 hrs
9/2/04 Further re-preparation for hearing 3.5 hrs
9/12/04 Preparation for hearing 1.75 hrs
10/12/04 Preparation for hearing 2.0 hrs
11/14/04 Preparation for hearing 2.0 hrs
12/15/04 Preparation for hearing 2.0 hrs

Amount of reduction (23.25 hrs @ $425.00): $9,881.25

**7.     Objection:     Compensation for IEP meetings is barred by IDEIA.**

1/23/05 preparation for meeting .75 hrs
2/14/05 Preparation for meeting .75 hrs
12/15/05 BLMDT/IEP/transit/waiting 3.0 hrs

Amount of reduction (3.75 hrs @ $425.00): $1,593.75

## M.R. (Plaintiffs' Reply, No Submissions)[5]

### A) HOD INFORMATION

11/20/03 HOD
6/16/03 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

As reflected only in the summary figures contained in Plaintiff's Motion for Summary Judgment, Attachment 1, p. 5, 70.25 hours totaling $29856.25 for an HOD dated November 20, 2003 and 11.5 hours totaling $4887.50 for a June 16, 2003 HOD are the fees claimed. $139.00 in costs is also claimed for these HODs. There are no invoices or fee requests of record in this matter. (See PMSJ Attachment 1, p. 5)

---

[5] Plaintiffs' Motion, at 9 summarizes M.R.'s claim. The Defendant used that information to prepare this summary.

## C.S. (Plaintiffs' Reply, at 252-259)

### A) HOD INFORMATION

4/2/04 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

42.75 hours
Original Fee Request: 3/1/05                    $390.00 per hr ($16,672.50)
Costs                                           $71.00
Fee Paid by DCPS:                               $4,000.00
Costs Paid by DCPS:                             $71.00
Revised Fee Request 1/23/06                     $405.00 per hr ($17,313.75)
Second Revised Fee Request: 8/3/06              $425.00 per hr ($18,168.75)

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.     Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $1,496.25

**2.     Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Five .25 entries appear as follows:

| 3/7/04 | 3/21/04 | 4/4/04 | 4/19/04 | 5/4/04 |
|--------|---------|--------|---------|--------|

Amount of reduction (1.25 hrs @ $425.00): $531.25

**3.     Objection: Clerical and non-professional services are not compensable.**

2/23/04 Opening file/computer disk 1.25 hrs
3/3/04 Reading/calendaring .25 hrs
3/3/04 Assembling hearing notebook 1.75 hrs
3/3/04 Reading/calendaring .25 hrs
4/29/04 Reading/calendaring .25 hrs
5/5/04 Assembling meeting notebook .75 hrs
1/1505 Assembling time sheets/bill .75hrs

Amount of reduction (5.25 hrs @ $425.00): $2,231.25

**4.    Objection: Entries for travel time and waiting are not compensable.**

2/25/04 Waiting/conference with parent 1.5 hrs
4/2/04 Hearing/transit/waiting 2.25 hrs

Amount of reduction (3.75 hrs @ $425.00): $1,593.75

**5**.    **Objection: Entries are vague and lack specificity.**

3/3/04 Preparation for hearing 3.0 hrs
3/11/04 Preparation for hearing 3.5 hrs
4/1/04 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @ $425.00): $3,506.25

**6.    Objection: Compensation for IEP meetings is barred by IDEIA.**

5/5/04 Preparation for meeting .75 hrs
5/6/04 BLMDT/IEP meeting/ transit/waiting 3.0 hrs

Amount of reduction (3.75 hrs @ $425.00): $1,593.75

## <u>T.S. (Plaintiffs' Reply, at 260-273)</u>

### A) <u>HOD INFORMATION</u>

4/2/04 HOD

### B) <u>ATTORNEY FEE INFORMATION</u>

**Explanation of Fee Request:**

On April 2, 2005, Mr. Drake submitted a fee request to DCPS for services dated April 6, 2004 through April 2, 2005, regarding a hearing on April 2, 2004 and an IEP ordered in the 4/2/04 HOD.

42.25 hours
| | |
|---|---|
| Original Fee Request: 3/1/05 | $390.00 per hr ($6337.50) |
| Costs | $18.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS: | $18.00 |
| Revised Fee Request  1/23/06 | $405.00 per hr ($6851.25) |
| Second Revised Fee Request: 8/3/06 | $425.00 per hr ($6906.25) |

**Supplemental Fee Request:**

On June 1, 2006 Mr. Drake added 26 supplemental hours at $405.00 per hour, and increased the rate to $425.00 an hour on August 3, 2006, for an additional total of $11,050.00 in fees and $23.00 in costs.  (Plaintiff's Reply, p. 267) DCPS also paid the $23.00 in supplemental costs. (Attachment 1, p. 5)

### C) <u>EXPLANATION OF DISPUTED ENTRIES:</u>

1.     **Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $390.00 to $405.00 to $425.00. Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00, the rate at the time of services.

Amount of reduction: $1,478.75

**2.    Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Fifty seven .25 entries appear as follows:

| | | | | |
|---|---|---|---|---|
| 4/19/04 | 5/4/04 | 5/16/04 | 5/30/04 | 6/13/04 |
| 6/27/04 | 7/10/04 | 7/24/04 | 8/9/04 | 8/22/04 |
| 9/5/04 | 9/19/04 | 10/3/04 | 10/17/04 | 10/31/04 |
| 11/14/04 | 11/28/04 | 12/12/04 | 12/26/04 | 1/9/05 |
| 1/23/05 | 2/6/05 | 2/21/05 | | |
| **Supplemental Statement** | | | | |
| 3/6/05 | 3/20/05 | 4/3/05 | 4/17/05 | 5/1/05 |
| 5/15/055/29/05 | 6/12/05 | 6/26/05 | 7/10/05 | 7/24/05 |
| 8/7/05 | 8/21/05 | 9/4/05 | 9/18/05 | 10/2/05 |
| 10/16/05 | 10/30/05 | 11/13/05 | 11/27/05 | 12/11/05 |
| 12/23/05 | 1/8/06 | 1/22/06 | 2/5/06 | 2/19/06 |
| 3/5/06 | 3/19/06 | 3/5/06 | 3/19/06 | 4/2/06 |
| 4/16/06 | 4/30/06 | 5/14/06 | 5/28/06 | |

Amount of reduction (14.25 hrs @ $425.00): $6,056.25

**3.    Objection: Clerical and non-professional services are not compensable.**

9/9/04 Reading/calendaring .25 hrs
9/22/04 Assembling meeting notebook .75 hrs
4/2/05 Assembling timesheets and bill .5 hrs

**Supplemental Statement**

5/24/06 Reading/calendaring .25 hrs
5/30/06 Assembling MDT/IEP meeting notebook .75 hrs
(It is believed that this meeting was ordered pursuant to an HOD.)
6/1/06 Assembling timesheets/bill .5 hrs

Amount of reduction (3 hrs @ $425.00): $1,275.00

**4.    Objection: Entries for travel time and waiting are not compensable.**

9/23/04 IEP meeting/transit/waiting 2.75 hrs

Amount of reduction (2.75 hrs @ $425.00): $1,168.75

**5**.    **Objection: Entries are vague and lack specificity.**

9/22/04 Preparation for meeting .75 hrs

Amount of reduction (.75 hrs @ $425.00): $318.75

**6.    Objection: Compensation for IEP meetings is barred by IDEIA.**

**Supplemental Statement**

5/30/06 Preparation for MDT/IEP meeting .75 hrs
5/31/06 MDT/IEP meeting/waiting/transit/post meeting conference 3.75 hrs

Amount of reduction (4.5 hrs @ $425.00): $1,912.50

# T.T. (Plaintiffs' Reply, at 274-283)

## A) HOD INFORMATION

8/4/05 HOD

## B) ATTORNEY FEE INFORMATION

### Explanation of Fee Request:

| | |
|---|---|
| 55.5 | |
| Original Fee Request: 3/1/05 | $405.00 per hr ($22477.50) |
| Costs | $20.00 |
| Fee Paid by DCPS: | $4,000.00 |
| Costs Paid by DCPS:  1/23/06 | $20.00 |
| Revised Fee Request: 8/3/06 | $425.00 per hr ($23587.50) |

## C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate at the time of services.

Amount of reduction: $1,110.00

**2.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Sixteen .25 hours of entries appear as follows:

| 1/9/05 | 1/23/05 | 2/6/05 | 2/21/053/6/05 | 3/20/05 |
|--------|---------|--------|---------------|---------|
| 4/3/05 | 4/17/05 | 5/1/05 | 5/15/05 | 5/29/05 |
| 6/12/05 | 6/26/05 | 7/10/05 | 7/24/05 | 8/7/05 |
| 8/21/05 | | | | |

Amount of reduction (4 hrs @ $425.00): $1,700.00

**3.      Objection: Clerical and non-professional services are not compensable.**

5/27/05 Reading/calendaring .25 hrs
5/27/05 Assembling hearing notebook 1.75 hrs
7/7/05 Reading/calendaring .25 hrs
7/10/05 Reading/calendaring .25 hrs

Amount of reduction (2.5 hrs @ $425.00): $1,062.50

**4.      Objection: Entries for travel time and waiting are not compensable.**

8/4/05 Hearing/transit/waiting 1.25 hrs

Amount of reduction (1.25 hrs @ $425.00): $531.25

**5**.      **Objection: Entries are vague and lack specificity.**

5/27/05 Preparation for hearing 3.0 hrs
6/9/05 Preparation for hearing 3.0 hrs
6/16/05 Preparation for hearing 1.75 hrs
6/17/05 Preparation for hearing 1.75 hrs

Amount of reduction (9.5 hrs @ $425.00): $4,037.50

## <u>R.W. (Plaintiffs' Reply, at 284-296)</u>

**A) <u>HOD INFORMATION</u>**

3/22/04 HOD
8/28/03 HOD
7/9/03 HOD

**B) <u>ATTORNEY FEE INFORMATION</u>**

<u>Explanation of Fee Request:</u>

**March 22, 2004 HOD: 28.25 hours**

$390.00/hr totaling $11017.50 Original fee request-February 13, 2005
$405.00/hr totaling $11441.25 Fee request with fee increase-January 23, 2006
$425.00/hr totaling $12006.25 Fee request with second fee increase-August 3, 2006

**August 28, 2003 HOD: 49.25 hours**

$390.00/hr totaling $ 19207.50 Original fee request-February 13, 2005
$405.00/hr totaling $19946.25 Fee request with fee increase-January 23, 2006
$425.00/hr totaling $ 20931.25Fee request with second fee increase-August 3, 2006

**JULY 9, 2003 HOD: 31.25 hours**

$390.00/hr totaling $ 12187.50 Original fee request-February 13, 2005
$405.00/hr totaling $12656.25 Fee request with fee increase-January 23, 2006
$425.00/hr totaling $ 13281.25 request with second fee increase-August 3, 2006

**Dates of services:** From 6/5/03 through 2/13/05

Fee Paid by DCPS:                          $4,000.00
Costs paid by DCPS                         $111.00

**C) <u>Explanation of Disputed Entries:</u>**

**1.        Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate at the time of services.

Amount of reduction: $3,806.25

54

2.    **Objection: Entries are remote in time and are unrelated to the hearing.**

**August 28, 2003 HOD**

Services relating to the HOD after September 3, 2003, are remote
in time and seemingly unrelated to this HOD.  Thus 17.75 hours should be deducted.

Amount of reduction (17.75 hrs @ $425.00): $ 7,543.75

3.    **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Twenty one .25 hour entries appear as follows:

| JULY 9, 2003 HEARING | | | | |
|---|---|---|---|---|
| 6/15/03 | 6/29/03 | 7/13/03 | | |
| **AUGUST 27, 2003 HEARING** | | | | |
| 7/27/03 | 8/10/03 | 8/24/03 | 9/7/03 | 9/21/03 |
| 10/5/03 | 10/19/03 | 11/2/03 | 11/16/03 | 11/30/03 |
| 12/14/03 | 12/28/03 | 1/11/04 | 1/25/04 | |
| **March 22, 2004** | | | | |
| 2/8/04 | 2/22/04 | 3/7/04 | 3/21/04 | |

Amount of reduction (5.25 hrs @ $425.00): $ 2,231.25

4.    **Objection: Clerical and non-professional services are not compensable.**

**July 9, 2003 HOD**

6/12/03 Reading/calendaring .25 hrs
6/13/03 Assembling hearing notebook 1.75 hrs

**August 28, 2003 HOD**

8/1/03 Assembling hearing notebook 1.75 hrs
10/10/03 Reading/calendaring .25 hrs
10/21/03 Assembling meeting notebook .75 hrs
12/22/03 Reading/calendaring .25 hrs
1/13/04 Assembling meeting notebook .75 hrs

**March  22, 2004 HOD**

2/28/04 Assembling hearing notebook 1.75 hrs
2/13/05 Assembling time sheets and bill 1.0 hrs

Amount of reduction (8.5 hrs @ $425.00): $ 3,612.5

**5.      Objection: Entries for travel time and waiting are not compensable.**

**July 9, 2003 HOD**

6/7/03 Transit/conference with parent 1.75 hrs
7/9/03 Hearing/transit/waiting 2.0 hrs

**August 28, 2003 HOD**

8/28/03 Hearing/transit/waiting 2.5 hrs

**March  22, 2004 HOD**

3/21/04 Hearing/transit/waiting 2.0 hrs

Amount of reduction (8.25 hrs @ $425.00): $ 3,506.25

**6. Objection: Entries are vague and lack specificity.**

**July 9, 2003 HOD**

6/13/03 Preparation for hearing 3.0 hrs
6/20/03 Preparation for hearing 3.5 hrs
7/8/03 Preparation for hearing 1.75 hrs

**August 28, 2003 HOD**

8/1/03 Preparation for hearing 3.0 hrs
8/15/03 Preparation for hearing 3.5 hrs
8/28/03 Preparation for hearing 1.75 hrs
10/21/03 Preparation for meeting .75 hrs
1/13/04 Preparation for meeting .75 hrs

**March 22, 2004 HOD**

2/28/04 Preparation for hearing 3.0 hrs
3/8/04  Preparation for hearing 3.5 hrs
3/20/04 Preparation for hearing 1.75 hrs

Amount of reduction (24.75 hrs @ $425.00): $ 10,518.75

**7.     Objection: Compensation for IEP meetings is barred by IDEIA.**

**August 28, 2003 HOD**

10/21/03 Preparation for meeting .75 hrs
1/13/04 Preparation for meeting .75 hrs
10/22/03 BLMDT/IEP meeting/transit/waiting 3.0 hrs
1/14/04 BLMDT meeting/transit/waiting 2.75 hrs

Amount of reduction (7.25 hrs @ $425.00): $3,081.25

## <u>M.W. (Plaintiffs' Reply, at 297-343)</u>

### A) <u>HOD INFORMATION</u>

4/7/05 HOD
9/17/04 HOD
3/23/04 HOD

### B) <u>ATTORNEY FEE INFORMATION</u>

**<u>Explanation of Fee Request:</u>**

**April 7, 2005 HOD: 43.25 hours**

Fee request: April 20, 2005 43.25 hours @ $390.00 totaling $16,867.50
Revised fee request: January 23, 2006 @ $ 405.00 per hour totaling $17,516.25
First corrected statement totaling (45.50) hours @ $405.00 totaling $18,427.50
Second corrected statement totaling (45.75) hours @ $405.00 18,528.75
Second revised fee request totaling 45.75 August 3, 2006 @ $425.00
per hour totaling $ 19,443.75

**September 17, 2004 HOD: 38.75 hours**

Fee request: April 20, 2005 @ $390.00 totaling $15,112.50
Revised fee request $ 405.00 per hour totaling $15,693.75
Second revised fee request August 3, 2006 $425.00 per hour totaling $ 18,381.25

**March 23, 2004 HOD: 93.25 hours**

Fee request: April 20, 2005 93.25 hours @ 390.00 totaling $36,367.50
Revised fee request:  @ 405.00 totaling $37766.25
Second revised fee request August 3, 2006 $425.00 per hour totaling $ 39,631.25

Total Fees Paid by DCPS: $12,000.00
Total Costs Paid by DCPS $138.00

### C) <u>EXPLANATION OF DISPUTED ENTRIES:</u>

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in these matters from $390.00 to $405.00 to $425.00.
Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $390.00,
the rate at the time of services.

Amount of reduction: $9,108.75

58

2.      **Objection: Entries are remote in time and are unrelated to the hearing.**

The invoice services for the March 23, 3004 HOD continued through August 8, 2004. Entries subsequent to June 3, 2004 are seemingly remote and unrelated.  Thus, 4 hours of time should be deducted from the invoice.

The invoice services for the September 17, 2004 HOD continued through January 9, 2005.  Entries subsequent to September 30, 2004 are seemingly remote and unrelated. Thus 12.75 hours should be deducted from the invoice.

The invoice services for the April 7, 2005 HOD shows billing that began on January 13, 2005.  Entries preceding February 17, 2005 are too remote and unrelated.  Therefore, 17.5 hours of time should be deducted from the total billing hours.

Amount of reduction (34.25 hrs @ $425.00): $14,556.25

3.      **Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Thirty one .25 entries appear as follows:

| March 23, 2004 HOD | | | | |
|---|---|---|---|---|
| 2/22/04 | 3/7/04 | 3/21/04 | 4/4/04 | 4/19/04 |
| 5/4/04 | 5/16/04 | 5/30/04 | 6/13/04 | 6/27/04 |
| 7/10/04 | 7/24/04 | 8/8/04 | | |
| September 17, 2004 HOD | | | | |
| 8/22/04 | 9/5/04 | 9/19/04 | 10/3/04 | 10/17/04 |
| 10/31/04 | 11/14/04 | 11/28/04 | 12/12/04 | 12/26/04 |
| 1/9/05 | | | | |
| April 7, 2005 HOD | | | | |
| 1/23/05 | 2/6/05 | 2/21/05 | 3/6/05 | 3/20/05 |
| 4/3/05 | 4/17/05 | | | |
| | | | | |

Amount of reduction (7.75 hrs @ $425.00): $3,293.75

4.      **Objection: Clerical and non-professional services are not compensable.**

**March 23, 2004 HOD**

2/20/04 Opening file/disk 1.25 hrs
2/27/04 Reading/calendaring .25 hrs
2/2704 Assembling hearing notebook 1.75 hrs
3/12/04 Reading/calendaring .25 hrs

**September 17, 2004 HOD**

8/18/04 Reading/calendaring .25 hrs
8/18/04 Assembling hearing notebook 1.75 hrs
9/2/04 Reading/calendaring .25 hrs
9/20/04 Reading/calendaring .25 hrs
10/11/04 Assembling meeting notebook .75 hrs

**April 7, 2005 HOD**

2/1/05 Reading/calendaring .25 hrs
2/1/05 Assembling hearing notebook 1.75 hrs
2/6/5 Reading/calendaring .25 hrs
2/8/05 Reading/calendaring .25 hrs
2/16/05 Assembling meeting notebook .75 hrs
3/3/05 Reading/calendaring .25 hrs
4/20/05 Assembling time sheets/bill 1.5 hrs

Amount of reduction (11.75 hrs @ $425.00): $4,993.75

5.      **Objection: Entries for travel time and waiting are not compensable.**

**March 23, 2004 HOD**

2/21/04 Conference/transit 1.5 hrs
3/23/04 Hearing/transit/waiting 2.75 hrs

**September 17, 2004 HOD**

9/17/04 Hearing/transit/waiting 1.75 hrs

**April 7, 2005 HOD**

4/7/05 hearing/transit/waiting 3.75 hrs

Amount of reduction (9.75 hrs @ $425.00): $4,143.75

6.      **Objection: Entries are vague and lack specificity.**

**March 23, 2004 HOD**

2/27/04 Preparation for hearing 3.0 hrs
3/9/04 Preparation for hearing 3.5 hrs
3/22/04 Preparation for hearing 1.75 hrs

**September 17, 2004 HOD**

8/18/04 Preparation for hearing 3.0 hrs
9/5/04 Preparation for hearing 3.5 hrs
9/16/04 Preparation for hearing 1.75 hrs

**April 7, 2005 HOD**

2/1/05 Preparation for hearing 3.0 hrs
2/24/05 Preparation for hearing 3.5 hrs
4/6/05 Preparation for hearing 1.75 hrs

Amount of reduction (24.75 hrs @ $425.00): $10,518.75

**7.      Objection: Compensation for IEP meetings is barred by IDEIA.**

**September 17, 2004 HOD**

10/11/04 Preparation for meeting .75 hrs
10/12/04 BLMDT Meeting/transit/waiting 3.75 hrs

**April 7, 2005 HOD**

2/16/05 Preparation for meeting .75 hrs
2/17/05 BLMDT/IEP meeting/transit/waiting 2.75 hrs

Amount of reduction (8 hrs @ $425.00): $3,400.00

## J.W. (Plaintiffs' Reply, at 344-350)

### A) HOD INFORMATION

3/23/05 HOD

### B) ATTORNEY FEE INFORMATION

**Explanation of Fee Request:**

21 HOURS
Original Fee Request: 3/29/05                         $390.00 per hr ($8,190.00)
Costs                                                $15.00
Fee Paid by DCPS:                                    $4,000.00
Costs Paid by DCPS:                                  $15.00
Revised Fee Request: 1/23/06                          $405.00 per hr ($8,505.00)
Second Revised Request: 8/3/06                        $425.00 per hr ($8,925.00)

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even
assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate
at the time of services.

Amount of reduction: $735.00

**2.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Three billing entries of .25 hours are shown, for 2/21/05, 3/6/05 and 3/20/05.

Amount of reduction (.75 hrs @ 425.00) $3,18.75

**3.      Objection: Clerical and non-professional services are not compensable.**

2/25/05 Reading/calendaring .25 hrs
2/16/05 Assembling hearing notebook 1.75 hrs
3/29/05 Assembling timesheets and bill .75 hrs

Amount of reduction (2.75 hrs @ 425.00) $1,168.75

4.      **Objection: Entries are vague and lack specificity.**

2/26/05 Preparation for hearing 3.0 hrs
3/11/05 Preparation for hearing 3.5 hrs
3/22/05 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @ 425.00) $3,506.25

## S.W. (Plaintiffs' Reply, at 351-357)

**A) HOD INFORMATION**

3/23/05 HOD

**B) ATTORNEY FEE INFORMATION**

**Explanation of Fee Request:**

25.25 HOURS
Original Fee Request: 3/29/05               $390.00 per hr ($9,847.50)
Costs                                       $30.00
Fee Paid by DCPS:                           $4,000.00
Costs Paid by DCPS:                         $30.00
Revised Fee Request: 1/23/06                $405.00 per hr ($10,226.25)
Second Revised Request: 8/3/06              $425.00 per hr ($10,731.25)

**C) EXPLANATION OF DISPUTED ENTRIES:**

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even
assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate
at the time of services.

Amount of reduction: $735.00

**2.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Three billing entries of .25 hours are shown, for 2/21/05, 3/6/05 and 3/20/05.

Amount of reduction (.75 hrs @ 425.00) $318.75

**3.      Objection: Clerical and non-professional services are not compensable.**

2/25/05 Reading/calendaring .25 hrs
2/16/05 Assembling hearing notebook 1.75 hrs
3/29/05 Assembling timesheets and bill .75 hrs

Amount of reduction (2.75 hrs @ 425.00): $1,168.75

**4.        Objection: Entries for travel time and waiting are not compensable.**

3/23/05 Hearing/transit/waiting 3.5 hrs

Amount of reduction (3.5 hrs @ 425.00) $1,487.50

**5.        Objection: Entries are vague and lack specificity.**

2/26/05 Preparation for hearing 3.0 hrs
3/11/05 Preparation for hearing 3.5 hrs
3/22/05 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @ 425.00) $3,506.25

## K.W. (Plaintiffs' Reply, at 358-367)

### A) HOD INFORMATION

8/17/2004 HOD

### B) ATTORNEY FEE INFORMATION

45.5 hours
Fee Request: 2/16/05                    $390.00 per hr ($17745.00)
Total Costs:                            $47.00
Fee Paid by DCPS:                       $4,000.00
Costs Paid by DCPS:                     $47.00
* Total paid by DCPS 4684.50
Revised Fee Request: 1/23/06            $405.00 per hr ($18427.50)
Second Revised Request: 8/3/06          $425.00 ($19337.50)

### C) EXPLANATION OF DISPUTED ENTRIES:

**1.      Approval of revised hourly rate is improper.**

Mr. Drake increased his hourly rate in this matter from $405.00 to $425.00.  Even assuming the Laffey Matrix applies, the hourly rate in dispute should be $405.00, the rate at the time of services.

Amount of reduction: $1,592.50

**2.      Objection: Entries are remote in time and are unrelated to the hearing.**

Services relating to the August 17, 2004 HOD preceding July 11, 2004 are too remote in time, and thus 13 hours should be deducted.

Amount of reduction (13 @$425.00): $5,525.00

**3.      Objection: "Bi-Weekly Case Reviews" are unexplained and unjustified.**

Thirteen .25 entries appear as follows:

| 4/4/04 | 4/19/04 | 5/16/04 | 5/30/04 | 6/13/04 |
|--------|---------|---------|---------|---------|
| 6/27/04 | 7/10/04 | 8/1/04 | 8/9/04 | 8/22/04 |
| 9/5/04 | 9/19/04 | 10/3/04 | | |

Amount of reduction (3.25 hrs @ $425.00): $1,381.25

**4.      Objection: Clerical and non-professional services are not compensable.**

4/29/04 Reading/calendaring .25 hrs
5/12/04 Reading/calendaring .25 hrs
5/31/04 Assembling meeting notebook .75 hrs
7/14/04 Reading/calendaring .25 hrs
7/26/04 Reading/calendaring .25 hrs
7/28/04 Reading/calendaring .25 hrs
8/1/04 Assembling hearing notebook 1.75 hrs
9/29/04 Reading/calendaring .25 hrs
1/14/05 Assembling timesheets/bill .75 hrs

Amount of reduction (4.75 hrs @$425.00): $2,018.75

**5.      Objection: Entries for travel time and waiting are not compensable.**

8/17/04 Hearing/transit/waiting 2.75 hrs

Amount of reduction (2.75 hrs @ $425.00): $1,168.75

**6.      Objection: Entries are vague and lack specificity.**

8/1/04 Preparation for hearing 3.0 hrs
8/9/04 Preparation for hearing 3.5 hrs
8/16/04 Preparation for hearing 1.75 hrs

Amount of reduction (8.25 hrs @$425.00): $3506.25

**7.      Objection: Compensation for IEP meetings is barred by IDEIA.**

5/31/04 Preparation for meeting .75 hrs
6/1/04 BLMDT/IEP/transit/waiting 3.75 hrs

Amount of reduction (4.5 hrs @$425.00): $1,912.50