Exhibit 2

# SUMMARY CHART OF THE DEFENDANT'S DISPUTE SHEETS FOR EACH PLAINTIFF

| Student | Ps' Fees | Ps' Hours | Ps' Costs | Bi-Weeklies | Clerical and Non-Professional Services | Remote in Time or Unrelated to Hearing | Vague and Lacks Specificity | Traveling and Waiting | Other | IEP Meetings and Preparation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. T.B. | 21356.25 | 50.25 | 58 | 7.75 | 3.5 | 21 | 9.25 | 3.75 | 0 | 0 |
| 2. J.B. | 2868.75 | 6.75 | 18 | 0 | 0 | 6.75 | 0 | 0 | 0 | 0 |
| 3. C.B. | 15406.25 | 36.25 | 45 | 1 | 2.5 | 0 | 8.25 | 3 | 0 | 0 |
| 4. J.B.M. | 2975 | 7 | 20 | 0 | 0 | 7 | 0 | 0 | 0 | 0 |
| 5. A.C. | 50893.75 | 119.75 | 151 | 10 | 7.5 | 3.75 | 18.25 | 8.5 | 0 | 10.5 |
| 6. J.D. | 24968.75 | 58.75 | 68 | 5.25 | 4.75 | 0 | 4.75 | 3 | 0 | 0 |
| 7. M.E. | 56631.25 | 133.25 | 151 | 17.25 | 7 | 84 | 19 | 9 | 0 | 0 |
| 8. C.G. | 63006.25 | 148.25 | 308 | 12 | 10.75 | 100.75 | 21.5 | 11 | 0 | 16.25 |
| 9. R.G. | 27412.5 | 64.5 | 65 | 10.5 | 6 | 35 | 8.25 | 1.5 | 0 | 3.5 |
| 10. J.I.. | 29856.25 | 70.25 | 40 | 20.75 | 4.75 | 44 | 14.75 | 0 | 0 | 2.25 |
| 11. A.I. | 53125 | 125 | 156 | 12 | 10.25 | 0 | 28.5 | 14 | 0 | 0 |
| 12. N.J. | 32831.25 | 77.25 | 81 | 9.75 | 7.5 | 30 | 8.25 | 2 | 0 | 2.75 |
| 13. K.J. | 12856.25 | 30.25 | 38 | 6.75 | 4 | 30.25 | 0 | 0 | 0 | 9.5 |
| 14. M.J.* | 24225 | 57 | 64 | 2.5 | 8 | 33 | 3 | 0 | 24 | 14.75 |
| 15. C.J. | 22843.75 | 53.75 | 70 | 2.75 | 5.75 | 13.75 | 8.25 | 2.75 | 0 | 5.75 |
| 16. M.L. | 60881.25 | 143.25 | 157 | 14.25 | 12.75 | 43.25 | 25.5 | 7.75 | 0 | 14.5 |
| 17. P.N. | 55143.75 | 129.75 | 129 | 12.5 | 9.5 | 70 | 23.25 | 15.75 | 0 | 3.75 |
| 18. M.R.** | 34743.75 | 81.75 | 139 | 0 | 0 | 0 | 0 | 0 | 81.75 | 0 |
| 19. C.S. | 18168.75 | 42.75 | 71 | 1.25 | 5.25 | 0 | 8.25 | 3.75 | 0 | 3.75 |
| 20. T.S. | 17956.25 | 42.25 | 41 | 14.25 | 3 | 0 | 0.75 | 2.75 | 0 | 4.5 |
| 21. T.T. | 23587.5 | 55.5 | 20 | 4 | 2.5 | 0 | 9.5 | 1.25 | 0 | 0 |
| 22. R.W. | 46218.75 | 108.75 | 111 | 5.25 | 8.5 | 17.75 | 24.75 | 8.25 | 0 | 7.25 |
| 23. M.W. | 93925 | 221 | 171 | 7.75 | 11.75 | 34.25 | 24.75 | 9.75 | 0 | 8 |
| 24. J.W. | 8925 | 21 | 15 | 0.75 | 2.75 | 0 | 8.25 | 3.5 | 0 | 0 |
| 25. S.W. | 10731.25 | 25.25 | 30 | 0.75 | 2.75 | 0 | 8.25 | 1.75 | 0 | 0 |
| 26. K.W.** | 19337.5 | 45.5 | 47 | 3.25 | 4.75 | 13 | 8.25 | 2.75 | 0 | 4.5 |
| Totals | $830,875 | 1955 hours | $2,264 | 182.25 | 145.75 | 587.5 | 293.5 | 115.75 | 105.75 | 111.5 |
|  |  |  |  | $77,456.25 | $61,943.75 | $249,687.50 | $124,737.50 | $49,193.75 | $44,943.75 | $47,387.50 |

*The 24 hours in the "Other" column for M.J.are for work on a settlement agreement and are not compensable.

**M.R. did not submit any documention (HOD or invoice), thus, none of these hours are compensable.

***Ps' Motion appears to mistakenly list the costs for K.W. as $684.50; however, the invoice lists the cost at $47.