UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, Parent and next friend of A.C., a minor, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, A municipal corporation,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0439 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE
TO PLAINTIFFS' SEPTEMBER 25, 2006, SUR-REPLY**

Defendant respectfully moves this Court to permit its response, attached hereto, to the new matters presented in the Plaintiffs' Sur-Reply in Support of Plaintiffs' Motion for Summary Judgment, filed September 25, 2006 ("Plaintiffs' Sur-Reply").[1]

Pursuant to LCvR 7(m), the undersigned counsel asked Plaintiffs' counsel for consent to file a response to the Plaintiffs' Sur-Reply. Plaintiffs' counsel did not consent, and asked that the undersigned counsel inform the Court that Plaintiffs' counsel will be out of town from October 14, 2006, through October 26, 2006.

Defendant here notes that it did not oppose the filing of Plaintiffs' Sur-Reply, although Plaintiffs filed that pleading without leave of this Court and pursuant to no Court rule. Consistent with this position, the Defendant does not intend to oppose the filing of a reply to its Response, should the Plaintiffs deem such a reply necessary.

---

[1] Defendant did not submit this filing earlier because the parties were actively pursuing settlement negotiations over the last few weeks. Unfortunately, negotiations broke down last week, and the Defendant again focused its attention on defending this litigation.

Given that the Plaintiffs' Sur-Reply presents new information and argument, Defendant should have the opportunity to respond, and asks that this Court grant its motion in the interest of fairness, and pursuant to the inherent powers of this Court.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    **/s/ Edward P. Taptich**
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section 2

    **/s/ Eden I. Miller**
    EDEN I. MILLER [#483802]
    Assistant Attorney General
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6614
    (202) 727-3625 (fax)

October 24, 2006    Eden.Miller@dc.gov