UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, )<br>Parent and next friend of )<br>A.C., a minor, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>A municipal corporation, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0439 (HHK) |

**ORDER**

Upon consideration of Defendant's October 24, 2006, Motion for Leave to File Response to Plaintiffs' September 25, 2006, Sur-Reply, any oppositions and replies thereto, and the record herein, it is on this _____ day of _____, 2006,

**ORDERED,** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that Defendant's response is accepted into the record of this proceeding.

Henry H. Kennedy
UNITED STATES DISTRICT JUDGE