IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
AC, ET AL.                          )
                                    )
        Plaintiffs                  )
                                    )
        v.                          ) CA NO. 1:06-CV-439-HHK
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
        Defendant                   )
```

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE
TO FILE RESPONSE TO PLAINTIFFS' SEPTEMBER 25, 2006 SUR-REPLY

Plaintiffs oppose defendant's October 24, 2006 Motion for Leave to File Response to Plaintiffs' September 25, 2006 Sur-Reply.

In support of their opposition, plaintiffs adopt and incorporate herein the facts asserted and arguments presented by plaintiffs in their August 31, 2006 PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO PLAINTIFFS' AMENDED SUMMARY JUDGMENT MOTION. Plaintiffs also adopt and incorporate herein the facts asserted and arguments presented by plaintiffs in their September 16, 2006 PLAINTIFFS' OPPOSITION TO DEFENDANT'S AMENDED MOTION FOR ENLARGEMENT OF TIME FOR RESPONSE TO PLAINTIFFS' REPLY.

In the event the Court does grant defendant's motion, then plaintiffs request that the Court also include therein leave for plaintiffs to file and deem filed plaintiffs sur-sur-reply thereto, also submitted this date.

                                            Respectfully submitted;

                                            _____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law
5 P Street, S.W.
Washington, D.C. 20024
(202) 682-0223

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AC, ET AL. | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) CA NO. 1:06-CV-439-HHK |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant | ) |

### ORDER

This matter comes before this Court on Defendant's Motion for Leave to File Response to Plaintiffs' September 25, 2006 Sur-Reply, and plaintiffs' opposition thereto. The Court, being duly advised in the premises, NOW FINDS that defendant's motion should be denied. It is therefore, this ____ day of _____, 2006,

ORDERED, that Defendant's Motion for Leave to File Response to Plaintiffs' September 25, 2006 Sur-Reply is DENIED.

SO ORDERED.

_____
Henry H. Kennedy, Jr.
United States District Judge

Copies To:

Ronald L. Drake  
Attorney at Law  
5 P Street, S.W.  
Washington, D.C. 20024

Ms. Eden I. Miller, Esquire  
Assistant Attorney General  
441 4th Street, N.W., 6th Floor North  
Washington, D.C. 20001