IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
AC, ET AL.                          )
                                    )
        Plaintiffs                  )
                                    )
        v.                          ) CA NO. 1:06-CV-439-HHK
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
        Defendant                   )
```

PRAECIPE

The Clerk will please note on the record that plaintiffs' counsel expects to be away from the office from October 30, 2006, through November 7, 2006, and from November 20, 2006, to December 11, 2006. Further, internet and land-line telephone access during the second time period is expected to be problematic.

Respectfully submitted;

/s/_____
Ronald L. Drake
D.C. Bar No. 338392
Attorney at Law
5 P Street, S.W.
Washington, D.C. 20024
(202) 682-0223

Counsel for Plaintiffs