IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A..C., et. al.    ) | |
|                   ) | |
|     Plaintiffs    ) | |
|                   ) | |
|   -v-             ) | C.A. No. 06-439-HHK |
|                   ) | |
| District of Columbia ) | |
|                   ) | |
|     Defendant     ) | |

PRAECIPE NOTICE OF UNAVAILABILITY

The Clerk will please note on the record and inform the Court that plaintiffs' counsel will be away from the office and unavailable, depending on internet access availability from problematic locations, from November 27, 2006, until December 19, 2006. More information regarding this matter may be found at www.journeyofremembrance.com.

/s/ _____
Ronald L. Drake
Attorney at Law
D.C. Bar No. 338392
5 P St., S.W.
Washington, D.C. 20024
(202) 682-0223
Attorney for Plaintiffs