UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH CLARK, ) | |
| Parent and next friend of ) | |
| A.C., a minor, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0439 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant District of Columbia, through counsel, respectfully notifies this Court of a recent decision in Thomas v. District of Columbia, Civil Action No. 03-1791 (D.D.C.), a case which the Defendant referenced in its pleadings. The Thomas case involves claims for reimbursement of attorney's fees and costs by the same counsel as in the present case.

On November 6, 2006, Judge Kollar-Kotelly issued a Memorandum Opinion and Order in Thomas, and referred the "matter to Magistrate Judge Kay for a Report and Recommendation regarding the disposition of Plaintiff's Motion for Payment of Attorney's Fees and Costs, in light of both Plaintiff's limited success and Defendant's arguments concerning the reasonableness of Plaintiff's fee request." That decision is attached hereto.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General

for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
December 6, 2006                              E-mail: Eden.Miller@dc.gov