UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A. C. et al.,**<br><br>          **Plaintiffs,**<br><br>               v.<br><br>**DISTRICT OF COLUMBIA**<br><br>          **Defendant.** | Civil Action 06-00439  (HHK) |

**ORDER REFERRING MOTION TO**
**UNITED STATES MAGISTRATE JUDGE ALAN KAY**

It is this 19th day of February, 2007, hereby

**ORDERED** that plaintiffs' motion for summary judgment [#11] is hereby referred to United States Magistrate Judge Alan Kay for his Report and Recommendation pursuant to LCvR 72.3.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge