UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH CLARK,<br>Parent and next friend of<br>A.C., a minor, *et al.,*<br><br>      Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0439 (HHK) (AK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE OF SUBSEQUENT AUTHORITY IN
SUPPORT OF ITS AUGUST 17, 2006, OPPOSITION TO THE
PLAINTIFFS' AUGUST 3, 2006, MOTION FOR SUMMARY JUDGMENT**

The Defendant, through counsel, respectfully notifies this Court of subsequent authority regarding the application of the attorneys' fees rates in the "District of Columbia Public Schools Guidelines for the Payment of Attorneys Fees in Individuals with Disabilities Education Act Matters," rather than the *Laffey* Matrix rates. Attached as Attachment A, is a recent Memorandum Opinion by Judge Collier in *Agapito v. District of Columbia*, Civil Action No. 05-1935 (D.D.C. November 30, 2007).

The District specifically addressed this matter in its September 21, 2006, Response to the Plaintiffs' Newly Submitted Evidence and in its October 24, 2006, Response to the Plaintiffs' Sur-Reply—both pleadings pertained to the District's August 17, 2006, Opposition to the Plaintiffs' Motion for Summary Judgment.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General
                                        for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
December 10, 2007        E-mail: Eden.Miller@dc.gov