# Defendant's Attachment 1

**RONALD L. DRAKE**
ATTORNEY AT LAW
5 P Street, S.W.
Washington, D.C. 20024
Phone (202) 682-0223
Fax   (202) 554-3313

April 1, 3005

<u>STATEMENT</u>

TO:  Ms. Erika L. Pierson, Esquire
     Supervisory Attorney Advisor
     D.C. Public Schools
     9th Floor
     825 North Capitol Street, N.E.
     Washington, D.C. 20002

RE:  Student:   James Ingram
     D/O/B:     December 1, 1994
     HOD(s):    March 25, 2005
                November 29, 2001
                August 10, 2001
     SA(s):     November 13, 2000

---

                                               @ $390.00

March 25, 2005 HOD     70.25 Hours   $27397.50

                                     Costs   $ 40.00


     Plaintiffs' counsel requests DCPS to delete any time entries for IEP meetings not ordered as the result of a settlement agreement or hearing officer's determination.

Timesheets

Student: James Ingram
D/O/B: December 1, 1994
March 25, 2005 HOD

| Date | Hours | Description |
|---|---|---|
| 5-18-02 | .25 | Bi-weekly case status review |
| 6- 1-02 | .25 | Bi-weekly case status review |
| 6-15-02 | .25 | Bi-weekly case status review |
| 6-29-02 | .25 | Bi-weekly case status review |
| 7-14-02 | .25 | Bi-weekly case status review |
| 7-27-02 | .25 | Bi-weekly case status review |
| 8-10-02 | .25 | Bi-weekly case status review |
| 8-23-02 | .25 | Bi-weekly case status review |
| 9- 8-02 | .25 | Bi-weekly case status review |
| 9-22-02 | .25 | Bi-weekly case status review |
| 10- 5-02 | .25 | Bi-weekly case status review |
| 10-20-02 | .25 | Bi-weekly case status review |
| 10-21-02 | .5 | Document review to determine need and grounds for filing hearing request |
| 10-21-02 | .75 | Drafting hearing request |
| 10-21-02 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 10-21-02 | .75 | Drafting witness/document list |
| 10-21-02 | .5 | Document review to determine need and grounds for in limine motion |
| 10-21-02 | .25 | Drafting in limine motion |
| 10-21-02 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 10-21-02 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 10-21-02 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 10-21-02 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 10-21-02 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 11- 3-02 | .25 | Bi-weekly case status review |
| 11-17-02 | .25 | Bi-weekly case status review |
| 12- 1-02 | .25 | Bi-weekly case status review |
| 12-15-02 | .25 | Bi-weekly case status review |
| 12-29-02 | .25 | Bi-weekly case status review |
| 1-12-03 | .25 | Bi-weekly case status review |
| 1-26-03 | .25 | Bi-weekly case status review |
| 2- 9-03 | .25 | Bi-weekly case status review |

<u>Timesheets</u>
Student:  James Ingram
D/O/B:  December 1, 1994
March 25, 2005 HOD

```
2-23-03      .25     Bi-weekly case status review
2-27-03      .25     Drafting letter to parent
                     Re:  Notice of hearing
2-27-03      -0-     Phone call with SHO
                     Re:  Notice of hearing date
3- 3-03     1.75     Assembling hearing notebook
3- 3-03      3.      Preparation for hearing
3- 8-03      .25     Bi-weekly case status review
3- 9-03      .25     Bi-weekly case status review
3-12-03      3.5     Preparation for hearing
3-22-03      .25     Bi-weekly case status review
3-23-03      .25     Bi-weekly case status review
3-24-03       .5     Document review to determine need and/or basis
                     for/to draft amended hearing request
3-24-03      .25     Drafting amended hearing request
4- 5-03      .25     Bi-weekly case status review
4- 6-03      .25     Bi-weekly case status review
4-11-03       .5     Document review to determine need/basis
                     to supplement wit/doc list
4-11-03       .5     Drafting supplemental witness/document list
4-17-03      .25     Phone call with Rose Gill at SHO
                     Re:  Schedule for hearing
4-17-03      .25     Phone call with parent
                     Re:  Schedule
4-19-03      .25     Bi-weekly case status review
4-20-03      .25     Bi-weekly case status review
4-25-03      .25     Reading/calendaring SHO notice of hearing date
4-28-03      .25     Drafting letter to parent
                     Re:  Notice of hearing
5- 3-03      .25     Bi-weekly case status review
5- 4-03      .25     Bi-weekly case status review
5-12-03      .25     Drafting fax to OGC
                     Re:  Schedule
5-14-03      .25     Phone call with parent
                     Re:  Unavailability
5-14-03      .25     Phone call with parent
                     Re:  Schedule for hearing
5-15-03      .25     Reading/analyzing DCPS's 5 days disclosure
5-15-03       .5     Document review to determine need/basis
                     to further supplement wit/doc list
```

<u>Timesheets</u>
Student: James Ingram
D/O/B: December 1, 1994
March 25, 2005 HOD

| Date | Hours | Description |
|---|---|---|
| 5-15-03 | .5 | Drafting second supplemental witness/document list |
| 5-15-03 | .25 | Phone call with parent Re: Need for continuance |
| 5-15-03 | .5 | Drafting request for continuance |
| 5-15-03 | .25 | Phone calls (2) with Ms. Toland at SHO Re: Previous HOD |
| 5-15-03 | .25 | Phone call with David Clark at High Road Re: Upcoming hearing |
| 5-16-03 | .25 | Phone call with Ms. Herbert Re: Issues for hearing |
| 5-18-03 | .25 | Bi-weekly case status review |
| 5-19-03 | .25 | Bi-weekly case status review |
| 5-19-03 | .25 | Reading/analyzing IHOD granting continuance |
| 5-19-03 | .25 | Phone call with parent Re: Foregoing IHOD |
| 5-21-03 | .25 | Phone call with Ms. Toland at SHO Re: Scheduling |
| 5-31-03 | .25 | Bi-weekly case status review |
| 6- 1-03 | .25 | Bi-weekly case status review |
| 6- 2-03 | .25 | Phone call with parent Re: IEP meeting |
| 6- 2-03 | .75 | Assembling meeting notebook |
| 6- 2-03 | .75 | Preparation for meeting |
| 6- 3-03 | 1.5 | BLMDT/IEP meeting |
| 6- 3-03 | .25 | Post-meeting review of meeting notes |
| 6- 3-03 | .25 | Drafting letter to parent Re: Results of meeting |
| 6- 3-03 | .75 | Reading/analyzing evals received at meeting |
| 6-14-03 | .25 | Bi-weekly case status review |
| 6-15-03 | .25 | Bi-weekly case status review |
| 6-28-03 | .25 | Bi-weekly case status review |
| 6-29-03 | .25 | Bi-weekly case status review |
| 7-11-03 | .75 | Reading/analyzing new IEP/BLMDTNotes |
| 7-12-03 | .25 | Bi-weekly case status review |
| 7-26-03 | .25 | Bi-weekly case status review |
| 8- 9-03 | .25 | Bi-weekly case status review |
| 8-23-03 | .25 | Bi-weekly case status review |
| 9- 6-03 | .25 | Bi-weekly case status review |
| 9-20-03 | .25 | Bi-weekly case status review |
| 10- 4-03 | .25 | Bi-weekly case status review |
| 10-18-03 | .25 | Bi-weekly case status review |

<u>Timesheets</u>
Student:   James Ingram
D/O/B:   December 1, 1994
March 25, 2005 HOD

```
11- 1-03      .25    Bi-weekly case status review
11-15-03      .25    Bi-weekly case status review
11-29-03      .25    Bi-weekly case status review
12-13-03      .25    Bi-weekly case status review
12-27-03      .25    Bi-weekly case status review
 1-10-04      .25    Bi-weekly case status review
 1-24-04      .25    Bi-weekly case status review
 2- 7-04      .25    Bi-weekly case status review
 2-20-04      .25    Bi-weekly case status review
 3- 6-04      .25    Bi-weekly case status review
 3-20-04      .25    Bi-weekly case status review
 4- 3-04      .25    Bi-weekly case status review
 4-18-04      .25    Bi-weekly case status review
 4-30-04      .25    Bi-weekly case status review
 5-15-04      .25    Bi-weekly case status review
 5-29-04      .25    Bi-weekly case status review
 6- 7-04      .75    Reading/analyzing 6- 4-04 IEP/BLMDTNotes
 6-12-04      .25    Bi-weekly case status review
 6-26-04      .25    Bi-weekly case status review
 7-10-04      .25    Bi-weekly case status review
 7-31-04      .25    Bi-weekly case status review
 8- 6-04      .25    Bi-weekly case status review
 8-21-04      .25    Bi-weekly case status review
 9- 4-04      .25    Bi-weekly case status review
 9-18-04      .25    Bi-weekly case status review
10- 2-04      .25    Bi-weekly case status review
10-16-04      .25    Bi-weekly case status review
10-30-04      .25    Bi-weekly case status review
11-13-04      .25    Bi-weekly case status review
11-27-04      .25    Bi-weekly case status review
12-11-04      .25    Bi-weekly case status review
12-23-04      .25    Bi-weekly case status review
 1- 8-05      .25    Bi-weekly case status review
 1-22-05      .25    Bi-weekly case status review
 2- 5-05      .25    Bi-weekly case status review
 2-16-05      .25    Phone call with High Road
                     Re:   Status of student
 2-16-05      .25    Drafting letter to SHO
                     Re:   Request for hearing date
 2-18-05      .25    Bi-weekly case status review
```

Timesheets
Student: James Ingram
D/O/B: December 1, 1994
March 25, 2005 HOD

| Date | Hours | Description |
|---|---|---|
| 2-21-05 | .25 | Phone call with parent Re: New location |
| 2-22-05 | .25 | Phone call with SHO Re: Need to re-file hearing request |
| 2-22-05 | .5 | Document review to determine need and grounds for filing new hearing request |
| 2-22-05 | .75 | Drafting new hearing request incorporating pending hearing request misplaced by SHO |
| 2-22-05 | .5 | Document review to determine witnesses and select documents for witness/document list |
| 2-22-05 | .75 | Drafting witness/document list |
| 2-22-05 | .5 | Document review to determine need and grounds for in limine motion |
| 2-22-05 | .25 | Drafting in limine motion |
| 2-22-05 | .5 | Document review to determine need and grounds for motion to bar or for other relief |
| 2-22-05 | .25 | Drafting motion to bar or for other relief |
| 2-22-05 | .5 | Document review to determine need and grounds for filing motion to compel DCPS personnel as witnesses |
| 2-22-05 | .25 | Drafting request to compel DCPS personnel as witnesses |
| 2-22-05 | .5 | Document review to determine need and grounds for filing stay-put demand |
| 2-22-05 | .25 | Completing DCPS Student Hearing Office hearing/mediation form |
| 2-22-05 | .25 | Drafting letter to SHO Re: Scheduling hearing |
| 2-28-05 | .25 | Reading/calendaring SHO notice of hearing date |
| 2-28-05 | .25 | Drafting letter to parent Re: Notice of hearing |
| 2-28-05 | 1.75 | Assembling hearing notebook |
| 2-28-05 | 3. | Preparation for hearing |
| 3-5-05 | .25 | Bi-weekly case status review |
| 3-12-05 | 3.5 | Preparation for hearing |
| 3-13-05 | .5 | Document review to determine need/basis to supplement wit/doc list |
| 3-13-05 | .5 | Drafting supplemental witness/document list |
| 3-13-05 | .25 | Drafting letter to parent Re: Reminder notice of hearing |
| 3-16-05 | .25 | Reading/analyzing DCPS's 5 days disclosure |

<u>Timesheets</u>
Student: James Ingram
D/O/B: December 1, 1994
March 25, 2005 HOD

```
3-19-05      .25    Bi-weekly case status review
3-22-05      .25    Phone call with DCPS counsel
                    Re: Rescheduled hearing
3-22-05      .25    Phone call with DCPS counsel
                    Re: Rescheduled hearing
3-22-05      .25    Drafting letter to parent
                    Re: Notice of hearing
3-24-05     1.75    Preparation for hearing
3-24-05      .25    Phone call with parent
                    Re: Issues for hearing
3-25-05      .5     Hearing
3-25-05      .25    Post-hearing review of hearing notes
3-25-05      .25    Drafting letter to parent
                    Re: Results of hearing
3-28-05      .5     Reading/analyzing HOD
3-28-05      .25    Drafting letter to parent
                    Re: Foregoing HOD
4- 2-05      .25    Bi-weekly case status review
4- 2-05     1.      Assembling timesheets and bill
```

<u>Timesheets</u>
Student: James Ingram
D/O/B: December 1, 1994

<u>Costs</u> <u>and</u> <u>Expenses</u>

| Date | Amount | Item |
|------|--------|------|
| 2002-2005 | 25.00 | Copying (miscellaneous) |
| 2002-2005 | 15.00 | Postage (miscellaneous) |

Total:  $ 40.00