**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEBORAH CLARK, *et al.*,<br>Parent and next friend of A.C., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-0439 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of this Court will please withdraw the appearance of Assistant Attorney

General Eden I. Miller as counsel on behalf of the Defendant in this case.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
May 11, 2008          E-mail: Eden.Miller@dc.gov