UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.C., a minor, by his mother and next friend, DEBORAH CLARK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action 06-00439 (HHK) |

**MEMORANDUM**

This case involves forty aggregate claims by twenty-six plaintiffs for reimbursement of their attorneys' fees and costs under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415(i)(3)(B)(i).  Plaintiffs assert that they are entitled to the attorneys' fees and costs they incurred as prevailing parties in numerous administrative proceedings against the District of Columbia Public Schools before the Student Hearings Office.

Before the Court is plaintiffs' motion for summary judgment [#11] which was referred to Magistrate Judge Alan Kay for his report and recommendation pursuant to LCvR 72.3.  The Magistrate Judge recommends an award of attorneys' fees of $389,438.44 and $2,071.00 for costs.

Having considered the Magistrate Judge's Report and Recommendation, the record of the case, and the submissions of the parties, including the District of Columbia's objections to the Report and Recommendation, the Court largely adopts the Magistrate Judge's Report and Recommendation.  Essentially for the reasons set forth in the District's objections to the Report

and Recommendation, however, the Court concludes that plaintiffs are entitled to $331,542.19 in attorneys' fees plus costs in the amount of $2,071.00.

      An appropriate order accompanies this memorandum.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge