UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.C., a minor, by his mother and Next friend Deborah Clark, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> **DISTRICT OF COLUMBIA** <br><br> Defendant. | Case No. 06-cv-439 (RCL) |

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Plaintiffs shall pay, within 30 days of the date of this Order, $81.74, an amount which represents the overpayment made by Defendant in this case.

**SO ORDERED.**

Date: 12/22/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE